UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

AVIACOL, USA CORP., a Florida Corporation,                    CASE NO.:

          Plaintiff,

v.

THE COLOMBIAN AIRFORCE PURCHAS-
ING AGENCY, a foreign governmental entity
authorized by the United States Department of
State to operate as a Miscellaneous Foreign Gov-
ernment Organization, THE REPUBLIC OF CO-
LOMBIA, by and through the Ministry of De-
fense and the National Army of Colombia, a for-
eign government,

          Defendants.

_____/

## VERIFIED COMPLAINT

Plaintiff, AVIACOL USA CORP, a Florida corporation ("Aviacol" or "Plaintiff"), by and

through undersigned counsel, hereby sues Defendants, THE COLOMBIAN AIRFORCE PUR-

CHAS-ING AGENCY, a foreign governmental entity authorized by the United States Department

of State to operate as a miscellaneous foreign government organization; THE REPUBLIC OF CO-

LOMBIA BY AND THROUGH THE MINISTRY OF DEFENSE AND THE NATIONAL

ARMY OF COLOMBIA, A FOREIGN GOVERNMENT ORGANIZATION, and alleges as fol-

lows:

### JURISDICTION, VENUE, AND THE PARTIES

1.    Plaintiff, Aviacol, is a Florida corporation with its principal place of business in

Miami-Dade County, Florida.

2.    Defendant, THE COLOMBIAN AIRFORCE PURCHASING AGENCY

("ACOFA"), is a foreign governmental entity authorized by the United States Department of State

1

to operate as a miscellaneous foreign government organization with its principal place of business in Ft. Lauderdale, Broward County, Florida.

3.     Defendant, THE REPUBLIC OF COLOMBIA (the "Colombian Government") BY AND THROUGH THE MINISTRY OF DEFENSE AND THE NATIONAL ARMY OF COLOMBIA (the "Colombian Army"), is a foreign government organization as that term is defined in 28 U.S.C. § 1603.

4.     This Court has jurisdiction to entertain this action pursuant to 28 U.S.C. § 1330 in that this litigation is a nonjury civil action against a foreign state and there is no immunity against such suit on the part of the foreign state. *See* 28 U.S.C. § 1605.

5.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(f)(4) in that the Defendant Colombian Government is a foreign state. Additionally, the parties have contractually agreed that the appropriate forum is Broward County, Florida.

6.     Plaintiff has retained the undersigned attorneys to represent it in this matter. Plaintiff is obligated to pay said firm reasonable attorney's fees for their services.

7.     All conditions precedent to the filing of the instant action have occurred, been waived, performed and/or excused.

## GENERAL ALLEGATIONS

8.     Plaintiff, Aviacol is in the business of providing military products, maintenance repair, overhaul military services, safety and security products and components to various clients around the world including armed forces in various countries.

9.     Defendant, ACOFA, is a Colombian Government agency tasked by the Republic of Colombia with purchasing of aeronautical and military defense equipment and services for the different branches of the Colombian Ministry of National Defense, including the National Army of Colombia. ACOFA for all intents and purposes is an arm of the Colombian Army as its director

2

is a Colombian army general and it takes orders and directions based on the interests of the Colombian Government, specifically the Colombian Army.

10.     Defendant, Colombian Government tasked ACOFA with purchasing certain spare part components for nighttime vision goggles and nighttime vision goggles to be used by the Colombian Army.

11.     In order to do so, ACOFA solicited bids from prospective sellers, with Plaintiff ultimately being awarded the contract.

12.     On October 8, 2019, ACOFA as the buyer and Aviacol as the seller, entered into purchase contract No. 008 ACOFA EJC/2019 for the total amount of $857,694.56 for the purchase of replacement parts for night vision goggles AN/PVS-7B, night vision goggles AN/PVS-14, and intensification tubes (collectively, the "Spare Parts for Night Vision Equipment") for the use of the Colombian Army ("Contract 008"). A true and correct copy of Contract 008 is attached hereto as Exhibit "A."

13.     The Colombian Government, specifically the Ministry of National Defense Colombian Army is identified as an intended beneficiary under the terms of Contract 008. *See* Ex. A at ¶ 18.b.

14.     Pursuant to the terms of Contract 008, Aviacol had until December 15, 2019, to deliver the Spare Parts for Night Vision Equipment to the Colombian Army. *See* Ex. A at P. 1.

15.     Additionally, pursuant to the terms of Contract 008, as provided for in the Certificate of End User completed by the Colombian Army, the Spare Parts for Night Vision Equipment had to be delivered to the National Army Supply Battalion, located at calle 103 A No. B-00, Bogota DC- Colombia, at one of the Colombian Army's customs warehouses.  A true and correct copy of the Certificate of End User is attached hereto as Exhibit "B."

16.     The Certificate of End User is prepared by the Colombian Army to provide instructions as to how and where the Spare Parts for Night Vision Equipment had to be shipped and where it had to be delivered. *See* Ex. B.

17.     Through no fault of Aviacol, the Spare Parts for Night Vision Equipment could not be delivered timely due to the Colombian Army's failure to properly execute a Certificate of Final User as required by Colombian law so that the Spare Parts for Night Vision Equipment could be exported from the United States and the Netherlands to Colombia.

18.     Accordingly, on December 14, 2019, Contract 008 was amended to reflect an extended deadline for delivery of the Spare Parts for Night Vision Equipment through February 28, 2020. A true and correct copy of the Amended Contract 008 is attached hereto as Exhibit "C."

19.     Thereafter, in or about early 2020, Aviacol requested that the Colombian Army complete Certificate of Final User as one had not yet been provided. In light of the Colombian Army's failure to deliver a timely completed Certificate of Final User, Aviacol requested a second extension of the deadline to deliver the Spare Parts for Night Vision Equipment, through April 20, 2020. A true and correct copy of Aviacol's request for extension referenced as "Oficio 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" and dated February 26, 2020, is attached hereto as Exhibit "D."

20.     On February 28, 2020, Contract 008 was amended for a second time to reflect an extended deadline for delivery of the Spare Parts for Night Vision Equipment through April 20, 2020. A true and correct copy of the Amended Contract 008 is attached hereto as Exhibit "E.".

21.     Due to the COVID Pandemic, several of the Spare Parts for Night Vision Equipment were unable to be delivered by the extended deadline and a third extension of the delivery deadline was requested through June 15, 2020. A true and correct copy of Aviacol's request for extension referenced as "Oficio 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" is attached hereto as Exhibit "F."

22.     On April 20, 2020, Contract 008 was amended for a third time to reflect an extended deadline for delivery of the Spare Parts for Night Vision Equipment through June 15, 2020. A true and correct copy of the Amended Contract 008 is attached hereto as Exhibit "G."

23.     On March 12, 2020, due to the COVID Pandemic, the Colombian Government declared a state of emergency and issued a temporary closure of all operations by the passage of Resolution No. 385.  This affected all international flights, including the importation of the Spare Parts for Night Vision Equipment.

24.     On June 12, 2020, Contract 008 was amended for a fourth time to reflect an extended deadline for delivery of the Spare Parts for Night Vision Equipment through July 10, 2020. A true and correct copy of the Amended Contract 008 is attached hereto as Exhibit "H."

25.     By June 30, 2020, all the Spare Parts for Night Vision Equipment had been imported to Colombia as evidenced by airway bills 3730471076, 3730471080, 3730471183, and 7F226YMCWDT (collectively the "Bills of Lading"). True and correct copies of the Bills of Lading are attached hereto as Exhibit "I."

26.     By July 15, 2020, the Spare Parts for Night Vision Equipment were awaiting "nationalization" in Colombia by the Colombian Army for their release, which requires the payment of customs and other fees before they may be used in Colombia.  Pursuant to Colombian Tax law, the deadline to "nationalize" the Spare Parts for Night Vision Equipment was August 20, 2020, otherwise the merchandise would be declared abandoned.

27.     In the event the Spare Parts for Night Vision Equipment were deemed abandoned, pursuant to Colombian Tax law the equipment would be subject to confiscation by the Colombian Government without reimbursement to Aviacol.

28.     The Spare Parts for Night Vision Equipment were inspected by the Colombian Army on July 31, 2020.

29.     However, the Colombian Government through the Colombian Army refused to "nationalize" the Spare Parts for Night Vision Equipment, notwithstanding Aviacol's repeated requests to do so. True and correct copies of Aviacol's July 16, 2020, "Oficio 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"; July 27, 2020, "Oficio 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"; July 27, 2020, "Oficio 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"; and August 24, 2020, "Oficio 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" requests are attached hereto as Composite Exhibit "J."

30.     It was not until August 24, 2020, 24 days after the Spare Parts for Night Vision Equipment was inspected and after the expiration of the August 20th deadline, the Colombian Army responded to Aviacol's various requests to "nationalize" the Spare Parts for Night Vision Equipment.  In its August 24th Response, the Colombian Army advised that 48 Image Intensifiers (the "Image Intensifiers")[1] did not conform to the requirements of Contract 008 as it had not been delivered to the customs warehouse provided for in the Contract. A true and correct copy of the Colombian Army's August 24, 2020, Response, Radicado No. 2020694006959823 (the "August 24, 2020, Response") is attached hereto as Exhibit "K."

31.     Pursuant to the Colombian Army's August 24, 2020, Response, the Image Intensifiers were delivered to an unauthorized customs warehouse and therefore would not be "received" or "nationalized" by the Army. *See* Ex. K.

32.     On August 26, 2020, and October 26, 2020, Aviacol responded to the Colombian Army's allegations of improper delivery by providing documentation, which confirmed that the Bills of Lading for all the Spare Parts for Night Vision Equipment reflected the correct delivery address provided by the Colombian Army in the Certificate of End User. A true and correct copy

---

[1] The Spare Parts for Night Vision Equipment and the Image Intensifiers shall be referred to as the "Equipment."

of Aviacol's August 26, 2020, and October 26, 2020, response letters (collectively "Aviacol's Response") are attached hereto as Composite Exhibit "L."

33.     It was discovered by Aviacol that DHL, the carrier used for the delivery, had unilaterally changed the delivery address for the Equipment as these items had been delivered to a customs warehouse located at "Repremundo 26903" without prior authorization by either Aviacol or the Colombian Army. *See* Ex. "L."  The customs warehouse at Repremundo was authorized by Colombia's national department of taxes and customs, Direccion de Impuestos y Aduanas Nacionales ("DIAN") and therefore a location controlled by the DIAN.

34.     DHL's unilateral change of the delivery address constituted a force majeure under the terms of Contract 008 for which neither party shall bear responsibility. *See* Ex. A at ¶ 17.

35.     Aviacol's Response requested that the Colombian Army nationalize the Equipment as (a) the Bills of Lading reflected the proper delivery address but the decision to change the address was DHL's unilateral decision, (b) the Equipment had been inspected and approved by the Colombian Army at the Repremundo 26903 warehouse on July 31, 2020, (c) the Equipment was not in Aviacol's possession or control-as the Bills of Lading identified the Colombian Army as the party importing the Equipment, the "Consignee", and (d) Colombian customs authority (the DIAN) and law authorized the Colombian Army to modify the place of delivery to coincide with the warehouse where the Equipment was located. *See* Ex. "L." Pursuant to the Terms of Contract 008, the Colombian Army and ACOFA could have agreed to accept the Equipment at a new location. *See* Ex. A at ¶ 28.

36.     On September 14, 2020, Aviacol made a claim to DHL (the "DHL Demand Letter"), with respect to the delivery of the Equipment to a warehouse other than the one reflected

in the Bills of Lading. A true and correct copy of the DHL Demand Letter is attached as Exhibit "M."

37.     In October 2020, DHL responded to Aviacol's Demand Letter. In its response, DHL provided that pursuant to Article 169 of decree 1165 of 2019 of Colombian Tax law, it was obligated to deliver the Equipment to either the warehouse properly identified in the Bills of Lading or to a customs warehouse designated by the Colombian Government for delivery. In its response, DHL further advised that pursuant to Article 169 of decree 1165 of 2019, upon being unable to deliver the Equipment to the address provided by the Colombian Army and reflected in the Bills of Lading as it was incorrect and such address could not be located, it delivered the Equipment to the customs warehouse designated by the Colombian Government, *i.e.,* the Colombian customs agency, DIAN.  Moreover, it further advised that upon delivery to the Repremundo warehouse, it ceased to have any control over the Equipment and the only party who could be able to export or reimport the Equipment would be the Consignee reflected in the Bills of Lading, *i.e.*, the Colombian Army. A true and correct copy of DHL's response is attached hereto as Exhibit "N."

38.     Pursuant to the terms of Contract 008, "if Products are fund (*sic*) nonconforming at the time of the initial inspection, the Buyer shall issue a report of nonconformance within a reasonable time, ***which in no case exceeds ten (10) calendar-days after delivery of the Products.***" *See* Ex. A at ¶ 14 (*emphasis added*).

39.     The Colombian Army's failure to timely notify Aviacol that certain Equipment would not be accepted because it was delivered to the wrong location has damaged Aviacol. Colombia's Army notified Aviacol of the alleged nonconformity of the Equipment 24 days after it had inspected the Equipment and just 2 days before the Equipment would be deemed abandoned.

40.     The Colombian Army refused to take any steps to correct their untimely notice of noncompliance and instead allowed the Equipment to be deemed abandoned.

41.     On November 3, 2021, pursuant to Colombian law, Repremundo, the operator of the customs warehouse where the Equipment is located, deemed the Equipment abandoned and notified the DIAN. A true and correct copy of Repremundo's September 26, 2023, letter to Aviacol's representative is attached hereto as Exhibit "O."

42.     Notwithstanding Aviacol's repeated requests for the Colombian Army to take steps to nationalize the Equipment, which could have only been done by the Colombian Army since the Bills of Lading identified it as the receiving entity, the Colombian Army refused to do so.

43.     In response, the Colombian Army proposed that replacement Equipment be re-exported by Plaintiff.  However, this option was not feasible for various reasons, including (1) the fact that the importation and transportation of the Equipment was governed by the International Traffic in Arms Regulations, which required strict compliance and only the Colombian Government could comply with, (2) the excessive time and cost associated with replacing the Equipment, and (3) that the Equipment was already in Colombia and could easily be nationalized by the Colombian Army.

44.     The abandonment of the Equipment benefited the Colombian Government, specifically the Colombian Army, given that the Colombian Government would be permitted to take possession of the Equipment free and clear, with the ability to transfer same to the Colombian Army without making any payment to Aviacol as advised by the Colombian Army in writing. *See* a true and correct copy of the September 11, 2020, Radicado No. 2020694001592671 from the National Ministry of Defense, and the Colombian Army to Aviacol attached hereto as Exhibit "P."

45.     Additionally, by allowing the Equipment to be deemed abandoned, the Colombian Government was able to make a claim under the performance bond purchased by Aviacol for the contract and recover $62,901.63 for Aviacol's alleged failure to comply. *See* true and correct copy of the September 9, 2020, notification from ACOFA referenced as "Comunicacion Radicado No. FAC-S-2020-018001-CE" is attached hereto as Exhibit "Q."

46.     Aviacol tried to have ACOFA and the Colombian Government, through its various governmental agencies, nationalize the Equipment or to otherwise assist Aviacol in having the Equipment released and sent back to the original sender, Photonis Defense Inc., in the Netherlands. Although Aviacol would assume all costs associated with the return of the Equipment, ACOFA and the Colombian Government refused given they had not incentive to do so.

47.     Aviacol also initiated an extrajudicial mediation in front of the "Procudaduria General de la Nacion" in Colombia in hopes of reaching an amicable resolution to the issues between the Defendants and Plaintiff. Due to the COVID Pandemic, the mediation was not scheduled until October 6, 2021. The mediation was declared an impasse as Defendants failed to appear.

48.     In September 2023, Aviacol also filed an administrative complaint against ACOFA and the Colombian Army with the Colombian Defense Ministry. To date, that proceeding is pending.

49.     The value of the Equipment unjustly retained by the Colombian Government, through the assistance of its purchasing agency ACOFA, is approximately $629,016.36. In addition to these damages for the value of the Equipment, Aviacol has also incurred interest, fines, and other costs associated with Defendants' unwillingness to return the Equipment.

50.     The Colombian Government, particularly the Colombian Army, greatly benefits from the abandonment of the Equipment as, through laws applicable in Colombia, the DIAN can donate the abandoned Equipment to governmental entities, use the Equipment for its own benefit without paying anything to Aviacol, and/or even worse, discard the Equipment without taking the proper steps to prevent its improper use.  This last option presents concerns of international law as the Equipment was imported from various countries with the specific purpose that they be used only by the Colombian Army for official use.

51.     That is, the importation of the Equipment has been approved by a license executed by the European Union for the specific use of military equipment by the Colombian Army. The Colombian government's ability to unilaterally decide to discard the Equipment raises national and international security concerns.

**COUNT I**
**BREACH OF CONTRACT 0008**
**(as to ACOFA)**

52.     Plaintiff re-alleges and re-avers paragraphs 1 through 51 above, as fully set forth herein.

53.     On or about October 8, 2019, ACOFA entered Contract 008. *See* Exhibit A.

54.     ACOFA breached Contract 008 by *inter alia* failing to timely notify Aviacol of the alleged nonconformity of the Equipment and failing to recognize the force majeure event associated with DHL's unilateral error in delivering the Equipment to the wrong warehouse.

55.     As a direct and proximate result of ACOFA's breaches of Contract 008, Plaintiff has suffered damages including but not limited to the loss of the value of the Equipment, sanctions paid by Aviacol including the inability to conduct business as usual, the premium of the policy paid for the performance bond, in addition to attorney's fees and costs.

56.     Pursuant to Contract 008, Aviacol is entitled to all legal costs, including court costs and attorneys' fees. *See* Ex. A at ¶ 34.

WHEREFORE, Plaintiff prays for judgment against ACOFA, for damages, together with costs, and such other and further relief as the Court deems just and proper.

<div align="center">

**COUNT II**
**BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**(ACOFA)**

</div>

57.     Plaintiff re-alleges and re-avers paragraphs 1 through 51 above, as fully set forth herein.

58.     At all relevant times beginning October 8, 2019, Contract 008 was a valid, enforce-able, and binding contract upon Plaintiff and ACOFA.

59.     Contract 008 contains implied covenants of good faith and fair dealing to protect the reasonable expectations of the parties considering their express agreement.

60.     ACOFA breached Contract 008 by, inter alia, failing to timely notify Aviacol of the alleged nonconformity of the Equipment, failing to inspect the Equipment within the allotted time provided in the contract, failing to issue a report of nonconformance within the required time provided for in the contract, and failing to timely reject the Equipment.

61.     ACOFA failed to act in good faith when dealing with Aviacol under Contract 008 as it knowingly allowed the deadline for the nationalization of the Equipment to expire so that the Equipment would be deemed abandoned by the DIAN and the Colombian Government, including the Colombian Army specifically, would benefit from and take possession of the abandoned Equipment at no cost.

62.     As a result of ACOFA's material breaches of its implied obligations under Contract 008, Plaintiff has suffered significant injury.

WHEREFORE, Plaintiff prays for judgment against ACOFA, for damages, together with costs, and such other and further relief as the Court deems just and proper.

## COUNT III
## CIVIL CONSPIRACY
### (ACOFA and Colombian Government by and through Ministry of Defense and the Colombian Army)

63.     Plaintiff re-alleges and re-avers paragraphs 1 through 51 above, as fully set forth herein.

64.     ACOFA, the Colombian Government and the Colombian Army, agreed to and did act in concert to perpetrate an unlawful act upon Plaintiff or to perpetrate a lawful act by unlawful means.

65.     ACOFA, the Colombian Government and the Colombian Army unlawfully profited by intentionally failing to timely act as required under Colombian law to nationalize the Equipment knowing that the result would be to deny Plaintiff any reprieve as the Equipment deemed abandoned as a matter of law and would be retained by the Colombian Government at no cost to other provide to the Colombian Army or discard the Equipment without taking the proper steps to prevent its improper use.

66.     As a direct and proximate result of this agreement and acts engaged in by ACOFA, the Colombian Government and the Colombian Army, Aviacol has suffered damages and has been deprived of its property.

**WHEREFORE**, Plaintiff demands judgment against ACOFA and the Republic of Colombia, specifically the National Army of Colombia for damages, taxable fees, and costs and for such other relief as deemed necessary, just, and proper including without limitation.

## COUNT IV
## CONVERSION OF EQUIPMENT

13

**(COLOMBIAN GOVERNMENT THROUGH MINISTRY OF DEFENSE AND COLOMBIAN ARMY)**

67.     Plaintiff re-alleges and re-avers paragraphs 1 through 51 above, as fully set forth herein.

68.     Plaintiff has an interest in the Equipment, which was delivered by DHL to the Colombian Army, as Consignee.

69.     The Colombian Army refused to accept the Equipment and claimed it as nonconforming under the terms of Contract 008 as it was delivered at an address not provided for in Contract 0008 for the sole purpose of having it deemed abandoned so that the Colombian Government could take control of it without having to make any payment.

70.     Plaintiff has requested ACOFA, the Colombian Government and the Colombian Army specifically, as the named Consignee, to return the Equipment to Aviacol or to the sender provided for in the Bills of Lading.

71.     Defendants ACOFA, the Colombian Government and the Colombian Army have refused to return the Equipment to Aviacol or the sender.

72.     Defendant the Colombian Government through the Colombian Army has retained possession of the Equipment without Aviacol's authorization.

73.     Defendant the Colombian Government through the Colombian Army's unauthorized actions have deprived Aviacol of its property, the Equipment.

74.     This deprivation of Aviacol's property, the Equipment, is inconsistent with its ownership interest in same.

75.     Aviacol has been damaged by Defendant the Colombian Government through the Colombian Army's actions.

WHEREFORE Plaintiff respectfully requests this Court to find in favor of Plaintiff and against Defendant the Colombian Government through the Colombian Army for an amount exceeding $629,016.36, in addition to interest, fees, and costs.

<div align="center">

**COUNT V**
**UNJUST ENRICHMENT**
**(COLOMBIAN GOVERNMENT THROUGH MINISTRY OF DEFENSE AND COLOMBIAN ARMY)**

</div>

76.     Plaintiff re-alleges and re-avers paragraphs 1 through 51 above, as fully set forth herein.

77.     Defendant the Colombian Government, specifically the Colombian Army has obtained and retained a benefit it did not pay for.

78.     By keeping the Equipment, through a scheme to have it determined abandoned under the terms of the commercial agreement between the parties, Colombian Government by and through the Colombian Army retained a benefit conferred to it for which it did not bargain for.

79.     It would be inequitable to allow the Colombian Government to retain the Equipment.

WHEREFORE Plaintiff respectfully requests this Court to find in favor of Plaintiff and against Defendant the Colombian Government through the Colombian Army for an amount exceeding $629,016.36, in addition to interest, fees, and costs.

<div align="center">

**VERIFICATION**

</div>

I, Antanas Jurksaitis____, as the ___President___ of AVIACOL USA CORP, a Florida Corporation, under penalty of perjury, declare that I have reviewed the foregoing Verified Complaint (the "Complaint") and authorize its filing.  I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe these allegations to be true.  As to those allegations of which I do not have personal knowledge, I rely on the business records of Aviacol and for that reason believe them to be true.

Executed on this ___2nd___ day of October 2024.

AVIACOL USA CORP, A FLORIDA CORPORATION

By: _Antanas Jurksaitis_____

Title: _President_____

STATE OF _Florida_____ )

                            : ss

COUNTY OF _Saint Lucie_____ )

     The foregoing instrument was acknowledged before me this 2nd day of October 2024, by _Antanas Jurksaitis_____, in his capacity as _President_____ of AVIACOL USA CORP, a Florida corporation **by means or** ☐ **physical presence** or ☒ **online notarization**, who is personally known to me or has produced _Florida Driver License____ as identification and who did take an oath.

_____
Notary Public

My Commission Expires: June 13, 2028

```
┌─────────────────────────────────────┐
│           ASHLEY THOMPSON            │
│    Notary Public - State of Florida  │
│        Commission # HH 538905        │
│     My Comm. Expires Jun 13, 2028    │
└─────────────────────────────────────┘
```
Signer personally appeared by online notarization and
produced identification via **OnlineNotary.us**

Respectfully submitted by,
**CRL LAW GROUP**
*Counsel for Plaintiff*
2655 S Le Jeune Rd, Suite 804
Coral Gables, FL 33134
T: (786) 332-6787
F: (786) 204-0687
primary: ll@crllawgroup.com
secondary: admin@crllawgroup.com;


By:/s/ Laudy Luna_____
     LAUDY LUNA, ESQ.
     Florida Bar No. 44544

# Exhibit A

### GOODS PURCHASE AGREEMENT



## COLOMBIAN AIR FORCE
## PURCHASING AGENCY

| PURCHASE NRO. 008  ACOFA EJC/2019 |
| --- |

| Buyer 704 SW 34 TH STREET | | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
| --- | --- | --- | --- | --- | --- | --- |

| Seller | AVIACOL USA CORP | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 |
| --- | --- | --- |
| | Attn: HAROLD GIOVANNY BOCANEGRA | PHONE: 305-5108631 | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 0000 | RUBRO: C-1502-0100-28-01502087-02 | Num. Modifica: 0 | Fec. Modifica: 0 |
| --- | --- | --- | --- | --- |

| CONTRACT DATE: OCTOBER 08, 2019 | FINAL DELIVERY DATE DECEMBER 15, 2019 · | ITEMS(S) 25 | PAGE(S) 11 | Total USD: $ 857.694,56 |
| --- | --- | --- | --- | --- |

SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | DECEMBER 15, 2019 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18,24 | 693,12 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4,76 | 180,88 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |

1

| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223,94 | 1.119,70 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |

| SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14 | | | | | | | | | | | |
| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12,53 | 2.881,90 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4,46 | 1.025,80 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5,97 | 1.373,10 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5,32 | 1.223,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | DECEMBER 15, 2019 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210,80 | 48.484,00 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212,35 | 5.521,10 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1,45 | 333,50 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246-8264 | EA | 230 | NEW | 8,02 | 1.844,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 22 | COVER, BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3,82 | 878,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17,61 | 4.050,30 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8,02 | 1.844,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1,44 | 331,20 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| TOTAL | | | | | | | | | USD$ 857.694,56 | | |



*AGREEMENTS:*

DIADQ – COLOMBIAN NATIONAL ARMY

REQUEST FOR PROPOSAL NO. 052-ACOFA-EJC-2019

Act No. 107 OF THE ACQUISITION COMMITTEE OF OCTOBER 04, 2019

2

This **PURCHASE AGREEMENT**, hereinafter the "Contract", is made by and between **AVIACOL USA CORP**, organized under the laws of **UNITED STATE OF AMERICA - STATE - FLORIDA**, whose address is at 2299 NW 108 TH. AVENUE, MIAMI, FL 33172, with Official document company creation PI 460527825 - Florida. A hereinafter referred to as the "Seller", and the **COLOMBIAN AIR FORCE PURCHASING AGENCY** on behalf of Colombia's the Ministry of Defense, registered with the Office of Foreign Mission of the US Department of State as a Miscellaneous Foreign Government Organization, having its principal place of business at 704 SW 34 TH STREET, United States of America, hereinafter referred to as the "Buyer".

**AGREEMENT**

In consideration of the following premises and mutual agreements the Seller and Buyer, jointly referred to as the **"Parties"**, agree, Contract and stipulate as follows:

**1. OBJECT AND DESCRIPTION OF CONTRACT.** This Contract is for the " ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", hereinafter referred to as the "Products", specified together with their respective technical specifications and the approved price list incorporated herein in the list of Products on the first page of the Contract.

**2. RESERVED.**

**3. CONTRACT VALUE.** The volume of purchases under this Contract shall be **$ 857.694,56** US dollars. The total sum of all Products provided under this Contract shall not exceed the value herein established. It is the responsibility of the Parties to update the balance of all Orders and invoices issued under this Contract at all times. Buyer does not accept deliveries that exceed the value set herein.

**4. PRICES.** The price of each Product purchased under this Contract is specifically agreed by the Parties as stated in the list of Products on the first page of the Contract. Prices are firm and not subject to escalation, adjustments or revisions from the "Effective Date" until the termination of this Contract and it's extensions, if any.

**5. N/A**

**6. N/A**

**7. N/A**

**8. N/A**

**9. N/A**

**10. N/A**

**11. INVOICES.** Invoices must contain the following information:

a.  Date.

b.  Invoice number.

c.  Seller's business name and address.

3

d. Buyer name and address.

e. Contract number.

f. Full description of the Products, including P/N model, NSN, S/N, reference, brand, technical description, material conditions and expiration date (Shelf Life), if applicable.

g. Quantity of Products.

h. Price in US dollars.

i. INCOTERM.

j. The invoice shall only list Products purchased under the same Order. Invoices and shipments containing Products ordered under different Orders or Contracts will be returned to the Seller.

k. If a Product listed in an invoice is found nonconforming, all of the Products on the same invoice shall be held suspended and pending until such time as the nonconformity of the Product is corrected by Seller or the nonconforming Product is removed from the invoice.

**12. NON TRANSFER AND END USE CERTIFICATE.** Under the terms of delivery herein established, Seller shall either export the Products to Colombia or provide all necessary documentation for the export to Colombia. Therefore:

a. Seller shall know, understand and obtain all necessary export licenses to deliver the Products to Buyer in Colombia.

b. Seller shall request from Buyer all necessary documentation to obtain the export license immediately after the Contract is awarded.

c. Seller shall provide the following information when requesting Buyer for the End Use and Non-Transfer Certificate: (i) description; (ii) part number; (iii) price; (iv) contract and order numbers (v) country of origin; (vi) classification ECCN or USML Category, whichever applies if the country of origin is the US or its equivalent in any other country.

d. If necessary Buyer shall be responsible for issuing the end-use certificates and documentation for the processing of export licenses.

**13. SHIPPING AND DELIVERY.** Seller will use all commercially available resources to meet the delivery date of the Products required by the Buyer in the Order and shall comply with the following conditions:

a. For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at calle 103 A No. 11 B – 00, Bogotá DC – Colombia once the customs clearance processes have been performed by foreign trade area of the National Army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 calle 19 sur No. 6-40 Barrio sosiego – Bogotá D.C. and its subsequent receipt to satisfaction.

**DAP INCOTERM 2010**

b. Shipments must be properly packaged and labeled in accordance with established international and commercial standards and contain at least identification of each Product individually with part number, Order number, and serial number when applicable.

c. Product must be accompanied by:

- Invoice;

- Packing list;

- AWB / Bill of lading;

4

- Certificate of origin (when applicable according to the Product and origin).

- Manufacturer warranties in writing (if there are original OEM warranties and they are not written in this CONTRACT (and extended warranty, if applicable).

d. **RESERVED.**

e. The Seller shall send a copy in PDF format of the documents described in paragraphs "c" of this article to the following email: / oficontratacion@ejercito.mil.co

f. In compliance with Colombian customs regulations, if a Product in an airway bill or bill of lading is nonconforming; all the Products in the airway bill shall not be accepted until all Products consolidated in the air waybill are conforming.

If a Product in an invoice that includes several Products is nonconforming, all Products in the same invoice shall be hold pending for acceptance until the Seller corrects the invoice for all conforming Products.

**14. INSPECTION AND ACCEPTANCE.** Inspection and acceptance will be at delivery place agreed between the Parties. Previous to shipment, Seller shall perform or have performed the inspections and tests required to substantiate that the supplies and services provided under the Contract conform to the drawings, specifications and Contract requirements. Upon receipt, Buyer shall make an initial physical inspection to determine the conformity of the Products.

If Products are fund nonconforming at the time of the initial inspection, the Buyer shall issue a report of nonconformance within a reasonable time, which in no case exceeds ten (10) calendar-days after delivery of the Products.

Notwithstanding the initial inspection, Buyer retains the right to further inspect and to perform tests of the Products or work performed after the initial ten (days) period and to reject any or all of the Products or work performed which are in Buyer's judgment defective.

Receipt and/or payment by Buyer for the Products delivered hereunder shall not constitute Buyer's acceptance.

**15. REJECTION OF PRODUCTS.** Within ten (10) calendar days after receipt of the Products, Buyer shall report to Seller by a non-conformance report any Product damaged, missing, supplied in excess of quantities or non-conformant with technical specifications. Seller shall retrieve rejected Products from buyer's facilities, at its sole costs, within five (05) business days from receiving the nonconformance report. For that effect, Seller shall provide instructions for the return of rejected Products.

Seller agrees that if Products are not retrieved in the term established herein, the Products may be declared abandoned and are subject to confiscation by the Colombian Customs authority.

Seller shall replace rejected Products within the following forty five (45) days from being notified by Buyer of the nonconformity and without expense to Buyer. Buyer's right to inspect and reject Products and services shall not relieve the Seller from the obligation of testing, inspection and quality control.

If rejected Products are not replaced in the term established herein, Seller shall reimburse to Buyer all amounts paid for rejected Products or, in the existence of an outstanding payment, Buyer shall deduct the amounts paid for Products rejected from the next payment scheduled under this Contract.

**16. RISK OF LOSS.** The risk of loss is transferred from Seller to Buyer at the time the Product is received at the agreed delivery place. The risk of loss of non-conforming Products rejected by the Buyer is transferred back to the Seller fifteen (15) days after Buyer notifies the nonconformance to Seller.

**17. FORCE MAJEURE.** Neither party shall be responsible for any failure or delay in performance resulting from force majeure being unforeseeable conditions beyond its reasonable control. Such conditions include acts of government, court orders, civil unrest, sabotage, adverse weather conditions, strikes, act or omission of carriers or shortage of materials or service. The Party affected by such cause(s) shall give notice to the other Party immediately, but in any case shall not exceed five (05) business days and shall exercise all reasonable efforts to remedy the delay so caused. The notice shall contain a detailed description of the cause and effect in the execution of the Contract, together with sufficient evidence. The affected party is required to take reasonable measures to limit the effect of the non-compliance with its obligations. If such communication is not provided, it is understood that the delay is attributable to the affected party.




**18. COMPENSATION FOR DEFAULT.**

**a.** It is expressly agreed by the Parties to this Contract, in the case of non-compliance with its obligations under this Contract and in the absence of duly evidenced force majeure or Act of God, then and in that event the seller shall be subject to compensate and pay to the buyer compensation for such non-compliance equivalent to zero-point-two per-cent (0.2 %) of the non-delivered Product or Service value for each day until delivery of such Product or Service is fulfilled, but in no case more than six per-cent (6 %) of the non-delivered Product or Service value.

Buyer will notify seller in writing of the amount of the compensation for damages after all deliveries have been completed or the Order has been canceled. Seller shall have five (5) business days to dispute buyer assessment of damages providing documented evidence to dispute the charges. Provided seller does not dispute buyer calculations or demonstrates the existence of force majeure, if buyer has not made full payment to the seller of amounts due under this Contract, it is agreed that the buyer in its sole discretion may deduct from the amount owed to the seller the amount of compensation as described in the previous paragraph. If, however, this amount is owed by seller in a term not exceeding five (05) business days after being notified by the buyer, seller shall pay the compensation for damages to Buyer.

**b. PERFORMANCE GUARANTEE:** performance guarantee for an amount equivalent to ten-percent (10%) of the Contract price within the following five (5) business days from the effective day of the Contract with the following characteristics:

**Form:** the guarantee shall be in the form of a performance bond, standby letter of credit, bank guarantee, or financial guarantee issued by an insurance company or financial institution satisfactory to and approved by Buyer;

**Beneficiary:** Ministry of National Defense - Colombian Army – Colombian Air Force Purchasing Agency;

**Term:** Sixty (60) calendar days following delivery of the last Product delivered hereunder. If the term of performance is extended, Seller shall extend the term of the guarantee accordingly.

- Guarantees issued by financial institutions or insurance companies that are not domiciled in the US, must be confirmed by a similar institution authorized to issue such guarantees in the US or abide to the international Standby Practices (**ISP-98**) and/or International Chamber of Commerce ICC, Uniform Customs and Practice for Documentary Credits (**UCP-600**).

- Original hard copy of Guarantee must be delivered to ACOFA facilities in Fort Lauderdale, Fl.

- All charges and fees related to the issuance or administration of such guarantees will be assumed by the applicant and in no case by the beneficiary.

**19. TERMS OF PAYMENT.** The Buyer agrees to pay the amounts billed by the Seller as follows:

a. Payments shall be made according to the schedule of payments in article 39 of this Contract.

b. Each payment shall not exceed the amount established in the schedule of payments.

c. Notwithstanding the foregoing, in the event that 100% of the Products are not received by the Buyer by the delivery date as specified in the Order, it is expressly agreed by the Seller that the Buyer shall pay Seller only for those Products which have been delivered, after taking credit for the payments previously made pursuant to advance payments if any above.

d. N/A.

e. N/A.

f. Payments shall be made in US currency by a wire transfer to the bank account of the Seller as follows:

6

- Business name:   AVIACOL USA CORP
- Account number:   ____3622
- Bank Name:   Bank of America
- Aba for direct deposit: 063100277
- Aba for wires:   026009593
- Swift Code:   BOFAUS3N

**20. OPTIONAL PAYMENT DISCOUNT.** When this Contract has been fulfilled by the Seller before the term for performance, Buyer at its own discretion might offer to pay ninety (90) or more days in advance from the established payment date in exchange of Seller acceptance to discount 0.3% for any thirty (30) days period of advanced payment. Buyer has no obligation to offer and Seller has no obligation to accept this option.

**21. PAYMENT BASED ON THE EXCHANGE RATE.** It is understood and agreed between the parties that the prices specified in this Contract or purchase orders issued under this Contract are in currency of the United States. Such prices shall not vary or be adjusted as a result of changes in the official exchange rate published daily by the Bank of the Republic of Colombia on its official website: http: //banrep.gov,co. Notwithstanding the foregoing, the parties agree as follows:

a. If the Seller fails to meet the delivery date agreed between the parties and delivers the Product at a later date, and in the absence of force majeure, if the exchange rate Colombian pesos for US dollars is unfavorable to Buyer, Buyer at its sole discretion may make payment based on the official exchange rate at the date originally set for payment and the Seller accepts this payment as full payment of the scheduled Buyer's obligation.

b. Buyer will make payments in the agreed month and following the agreed payment schedule established herein. Nevertheless, in cases of force majeure, when an abrupt change in the exchange rate Colombian Peso / US dollar makes it impossible to disburse the scheduled payment in full, Buyer Shall informe Seller immediately after learning of this situation and the Parties shall agree on new payment terms for the underfinanced part of that payment.

**22. N/A.**

**23. PRODUCT WARRANTY.** The Seller guarantees that all spare parts supplied under this Contract will conform to the technical specifications and will be free of manufacturing, material and workmanship defects for at least thirty-six months (36) months for AN/PVS-7B, AN/PVS-14 night vision spare parts in accordance with the stipulations in the technical data sheets and forty-eight (48) months for image intensifier tubes, in accordance with NTNMD-0308-A4 (document attached to the request for proposal), since the delivery of the products. If the warranty is transferred from the manufacturer, Seller shall assist Buyer in processing warranty claims. The obligation of Seller under the warranty shall include the repairing or at its option replacing any components or parts that are returned, all transportation and import and export costs paid by the Seller. Seller shall make arrangements to replace or to retrieve the Product from Buyer's facilities for inspection and repair within fifteen (15) days from receiving the warranty claim from the Buyer. Seller shall replace or repair the defective product within sixty (60) days from the date of receiving the Product from buyer or at a time mutually agreed by the Parties. If Seller fails to take action in response to the warranty claim within fifteen (15) days, Seller shall reimburse Buyer for all cost associated with replacing or repairing the defective Product.

Goods to be delivered under this contract must meet top quality standard, new as per technical spels agreed in purchase order. Seller must replace at its expense any pour quality product.

**24. N/A.**

**25. QUALITY STANDARDS.** Seller shall maintain internationally recognized quality standards, aerospace standards, or equivalent standardized military quality systems acceptable to the Buyer for Products and / or services sold under this CONTRACT. Seller shall use quality systems widely recognized by government or by industry. At Buyer's request, Seller shall provide documentation describing the quality system.

7

**26. VALIDITY AND TERM OF PERFORMANCE.** This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from the Effective Date until DECEMBER 15th, 2019.

- Both Parties sign the Contract and transmits the signed document to the other Party.
- Acceptance and approval of Performance Guarantee by ACOFA (when applicable).
- Issuance of Budget Record Certificate (CRP) by NATIONAL ARMY.

**27. POST SALE SERVICE.**

1. Training for 15 people for three (3) business days in the Maintenance Battalion, 8 hours a day. It will only be certified if the assistant staff has a basic level.

Maximum date for this training is until DECEMBER 15th, 2019.

**OFFSET: N/A**

**NOTE:** The supplier will grant offset (INDUSTRIAL COMPENSATION) by the present contract, which will be established by the two parties and legalized by signing a new agreement that is made under the Ministerial statutes.

**28. AMENDMENT OF THE CONTRACT.** This Contract may be modified only in writing by the Parties who signed the original Contract. Any amendment to this Contract shall comply with the following conditions:

a. The affected Party shall notify the other party immediately it becomes aware of the circumstances that impede its ability to perform the Contract according to its obligations.

b. The term of performance of the Contract is in effect.

c. The amendment does not alter the conditions that led to the selection of the proposal.

d. The Contract may only be increased by up to 50% of its initial value.

e. The request for amendment shall be based on the prices of the initial proposal, or a duly justified need for additional works, or based on the price adjustment formula established in this Contract.

f. If force majeure is duly documented, the terms and conditions of the Contract shall be modified accordingly in those areas affected until the causes disappear or are remedied. However, after ten (10) days of delay in the performance of the Contract, either Party may cancel the Order for Products not delivered.

g. Despite the provisions of the preceding paragraph, in case the Product is Contracted to be manufactured or acquired solely for the Buyer, and Seller documents sufficiently that in the process of manufacture or acquisition of the Product conditions of force majeure emerge that delay or prevent the performance of the Contract, Seller shall submit a report of the work done to date and its cost, and shall suspend any action related to the performance of the Contract until the Buyer assess the situation. Based on information supplied by the Seller, the Buyer shall evaluate the appropriateness of canceling the Order and pay for the cost of the work performed to date of to suspend the Order, or otherwise, the delivery terms shall be extended until the force majeure conditions disappear or are remedied.

h. When a Party fails to comply its obligations under the Contract and in the absence of force majeure or an act of god, the other Party, at its sole discretion, may accept or reject to amend the Contract and to demand the compensations to which it is entitled by law or by Contract.



8

i.  If Seller does not provide a solution to the breach within a reasonable time which in no case exceeds ten (10) days, Buyer may unilaterally cancel the Order and pay only for those Products that have been delivered without detriment to its right to demand a compensation for damages caused by the breach of the Contract.

### 29. CANCELLATION OR RESCISSION OF CONTRACT.

The Parties may **cancel** this Contract immediately after issuing a written notice of breach of the obligations of the other Party under this Contract, assuming that:

a.  The Parties may terminate this Contract by mutual consent

b.  When the breach is due to duly argued Force Majeure and such causes are not removed or cured in a period not to exceed ten (10) days after written notice.

c.  When Seller breaches all or any agreement of the contract and fails to notify the buyer for delivery

d.  When Seller fails to provide a cure in a period not to exceed ten (10) days, Buyer may cancel the Purchase Order or Contract unilaterally immediately and shall only pay the value of the delivered Products.

The Parties may **rescind** this Contract immediately after issuing a written notice to the other Party under this Contract, assuming that:

a.  The party requesting the rescission notifies the other party in writing by demonstrating and documenting the reasons for the rescission.
b.  The requesting party must offer or demand, as the case may be, the other party to restitution of the benefits obtained from the contract.
c.  If feasible, the parties shall subscribe a rescission document.

**30. ASSIGNMENT OF CONTRACT.** Seller may assign its economic rights under this Contract to a third party but such assignment shall not be binding on the Buyer until Buyer has been duly so notified in writing by the Seller and has acknowledged such assignment.  The Seller may not assign any of its duties or obligations under this Contract without the prior written consent of the other Buyer.

**31. RULES AND GOVERNMENT REGULATIONS.** Sellers is obliged to know, understand, comply with and obtain licenses and permits required under all laws, decrees, statutes, rules and regulations of the government and / or agency with competent jurisdiction currently in effect or that may be in effect from now on. This obligation to comply with all rules and regulations as described above applies at all times, even when the Products are in transit to their final destination. Tariffs, export licenses and government permits in the country of origin of the Product are the responsibility of Seller. Taxes, tariffs, import licenses and government permits in Colombia are the responsibility of the Buyer.

**32. N/A.**

**33. CONFIDENTIALITY.** Parties assume the obligation to properly protect documents and in general all the information received from the other Party for the proper implementation of this Contract and in the same way, assumes the same obligation regarding documentation, know-how and in general all the information received from the other Party.

This Contract, its Appendices, information, agreements, activities, documentation and, in general, all history and matter that is linked to it shall be treated as reserved, so that both parties assume the obligation not to publicize them or disclose to third parties outside this Contract, except to people who shall have them because of their duties. However, in the event that either party is legally obliged to disclose the terms of this Contract, the Party agrees to make its best efforts to require the relevant body to treat the terms and conditions of this Contract as reserved.

**34. EQUITABLE SOLUTION.** Nothing in this Contract prevents either Party file an action seeking a fair solution or solution by order of the Court of competent jurisdiction. All legal costs, including court costs and lawyers, are the responsibility of the non-prevailing party in the lawsuit.

**35. DISPUTE RESOLUTION.** The Parties agree to resolve any disputes arising under this Contract, including claims and actions that influence its implementation through amicable direct negotiation. However, if the Parties fail to reach a satisfactory agreement within a period of sixty (60) days, the dispute shall be resolved by a civil court award in Broward County, Florida, United States. The Parties hereby waive the right to trial by jury.

**36. ENTIRE AGREEMENT.** This Contract constitutes the entire agreement between the parties and should not be modified, altered or changed except by a written agreement signed by the parties. Any term or condition in the Order or other written instrument issued by Buyer or by Seller in connection with this Contract that is in addition to or inconsistent with the terms and conditions of this Contract does not bind the other party and not it should be considered to amend or modify this Contract. Each party acknowledges that it is not entering into this Contract on the basis of any representation not expressly set forth herein.

**37. JURISDICTION AND APPLICABLE LAW.** This Contract shall be governed by and construed in accordance with, the internal laws of the State of Florida without conflict with the provisions of the law.

**38. COMMUNICATION BETWEEN THE PARTIES.** For all purposes relating to this Contract, the parties will communicate in writing, via email and / or regular or certified mail to the following contact persons:

a. Supervisor: MAYOR JULIO CESAR PINEDA BELLO. / Cel. (57)3006005131/COLOMBIA/ oficontratacion@ejercito.mil.co; julio.pineda@buzonejercito.mil.co

b. Seller: HAROLD GIOVANNY BOCANEGRA RODRIGUEZ. / Tel. CEL.(57) 3158086644/COLOMBIA/. Email: sales@aviacolusacorp.com

**39. SCHEDULE OF PAYMENTS:** The information contained in columns "Rubro", "Recurso", "Guion", "Año" and "Condiciones" are of the exclusive use of the Colombian Army and could be modified only by the Buyer.

| RUBRO | RECURSO | VIGENCIA | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-01502087-02 ADQUISICIÓN DE BIENES Y SERVICIOS - ARMAS CON MANTENIMIENTO MAYOR - FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | 10 | 2019 | 100 % of contract value within ninety (90) calendar days upon issuing of Received to satisfaction Act by Contract Supervisor of Colombian ARMY | USD$ 857.694,56 | TOTAL PAYMENT |
| | | | | USD$ 857.694,56 | |

This Contract is valid and has full legal effect when all of these conditions are accomplished:

When Contract signed by each of Party and transmitted to the other Party for signature by electronic mail in non-editable PDF format to oficontratacion@ejercito.mil.co

1. When Performance Guarantee be issued and approved by ACOFA (When applicable)

2. When CRP (Certificate of Budget Register) be issued

In witness whereof, Seller and Buyer hereby have duly executed this Contract under seal from the day and year first above written.

10

**BUYER**
**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By_____
Coronel ALEJANDRO VÉLEZ OSPINA

Date of Signature  18 / Oct / 19

CR. RUBEN DARIO CAMELO DAZA
Director de Adquisiciones del Ejército Nacional

AS. LAURA CRISTINA DURAN MIRANDA
Asesora Jurídica Área de Contratación de Ejército Nacional

TE. LUIS ALBERTO CHACON VARGAS
Oficial Presupuesto Logístico

TC. EDWIN GIOVANY PRIETO SANTOS
Gerente de Proyecto

**SELLER**
**AVIACOL USA CORP**

By_____
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ

Date of Signature  Octubre – 17 – 2019



11

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 1 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

| SUBJECT MATTER |
|---|
| ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE INTENDED FOR THE NATIONAL ARMY |

**HISTORY**

1. On September 6, 2019, a submission was made before the ACOFA Procurement Committee to approve the commencement of the contracting process for the ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND SPARE PARTS FOR AN/PVS-14 INTENDED FOR THE NATIONAL ARMY OF COLOMBIA, which was subsequently recommended by the Procurement Committee and authorized by the Director of the FAC (Colombian Air Force) Procurement Agency, according to the Minutes of Approval No. 80 dated the same day.

2. On September 12, 2019, the ACOFA Contractual Area sent a formal Request for Proposal No. 052-ACOFA-EJC-2018 to AVIACOL USA CORP for the Acquisition of Spare Parts for AN/PVS-7B Night Vision Device and Spare Parts for AN/PVS-14 Intended for the National Army of Colombia, with a closing date set for September 18, 2019, at 3:00 p.m.

3. On September 18, 2019, at 3:00 p.m., AVIACOL USA CORP submitted a formal proposal to participate in the contracting process No. 052-ACOFA-EJC-2019, as recorded in Minutes No. 52 of 2019 for the closure of the ACOFA offer.

4. Through Resolution No. 394-ACOFA-2019, dated September 9, 2019, the Advisory and Evaluation Committees (Technical, Economic, and Legal) for the Selection Process were appointed.

5. Through communications No. 201912180117231, 201912180117251, and 201912180117261 dated September 19, 2019, the proposal submitted by AVIACOL USA CORP, as part of this process, was sent to the Technical, Economic, and Legal Committees respectively, for their evaluation and concept.

6. Through an email dated September 30, 2019, the Technical Committee requested AVIACOL USA CORP to submit, in relation to section 3.5 Traceability Documents, the traceability documents through ACOFA.

7. Through an email dated October 1, 2019, AVIACOL USA CORP responded to the request, attaching the document requested by the Technical Committee.

8. Through filings No. 20194351847521, 20196941921721, and 20194351856361, the Technical, Economic, and Legal Committees issued the evaluation results for the proposal submitted by AVIACOL USA CORP.

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 2 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

**LEGAL CONCEPT – VERIFICATION OF REQUIREMENTS**

**MEMBERS OF THE LEGAL COMMITTEE**

**Ms. LAURA CRISTINA DURAN MIRANDA**

Proponent: AVIACOL USA CORP

Concept:

Through document No. 20194351856361, dated September 23, 2019, the committee sent the following Legal Concept:

PROPONENT: AVIACOL USA CORP

[Coat of arms] MINISTRY OF NATIONAL DEFENSE
COMMANDER GENERAL OF THE MILITARY FORCES
NATIONAL ARMY
STAFF JOINT OFFICE FORCE GENERATOR
LOGISTICS COMMAND
PROCUREMENT DIRECTORATE

[Barcode]
When replying, please cite this number
Filing No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.1

Bogotá, D.C., September 23, 2019

Captain
JOSÉ MIGUEL AMADO BALAGUERA
Head of the Contractual Area, ACOFA
Gn-

SUBJECT: Legal Evaluation Report. Request for Proposal No. 052-ACOFA-EJC-2019, for the award of SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE INTENDED FOR THE NATIONAL ARMY.

Respectfully, and in response to Request for Proposal No. 052-ACOFA-EJC-2019, whose subject matter is the award of SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE INTENDED FOR THE NATIONAL ARMY, I would like to present the following legal verification for the following proponent:

PROPONENT: AVIACOL USA CORP

Corporation Document No.: P12000055259
Representative: HAROLD GIOVANNY BOCANEGRA RODRÍGUEZ

| LEGAL DOCUMENTS | PAGE | COMPLIES | DOES NOT COMPLY | REMARKS |
|---|---|---|---|---|
| PROPOSAL PRESENTATION LETTER | | | | |
| Filled out according to form No. 1 | | | | |
| Status of the signatory legal representative | 01-04 | x | | Signed by the legal representative, HAROLD GIOVANNY BOCANEGRA RODRIGUEZ |
| Nature of the business | | | | |
| Filling out | | | | |
| Signature of the legal representative | | | | |

[Logo: EJC]
[Motto]
Carrera 54 No. 20 – 25 CAN Bogotá, Cundinamarca
No. 426 1460
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

2



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 3 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

| [Barcode] When replying, please cite this number | Page 2 of 3 |
|---|---|

Filing No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

| CERTIFICATE OF INCORPORATION AND LEGAL REPRESENTATION OF THE FOREIGN PROPONENT AND/OR ITS EQUIVALENT IN THE COUNTRY OF ORIGIN | | |
|---|---|---|

| Date of issuance | | | Certificate dated May 31, 2019, issued in the State of Florida by Secretary of State Ken Detzner. |
|---|---|---|---|
| Incorporation | | | Corporation constituted under the laws of the State of Florida, registered on June 19, 2012, and active since June 19, 2012. Document number of this corporation is P12000055259. |
| Name of the trading company | | | In accordance with the Amended Articles of Incorporation of AVIACOL USA CORP. Art. 1 AVIACOL USA CORP. |
| Corporate purpose | 06-025 | | In accordance with the Amended Articles of Incorporation of AVIACOL USA CORP. AVIACOL USA CORP. Article III: All and any lawful business. Design, manufacture, construct, purchase, sell, export and import, exchange, install, repair, maintain, provide, operate, develop, protect and generally trade in matters related to or connected with legal and less local products for military-tactical use, and law enforcement agencies, including among others, night vision devices, thermal devices, laser sights, weapon s, chemical munitions, impact munitions, stun grenades, "sling ball" grenades, breaching equipment, launchers, handcuffs, firearms, weapon parts, ammunition, ground systems, aerial systems, naval systems, armored vehicles, riot control equipment, ballistic vests, ballistic shields, ballistic blankets, demining suits, metal detectors, tactical equipment, clothing and accessories, international defense contractors and brokerage, export of defense articles. |
| | | X | |
| Company address | | | Article (illegible). Current main business address: 13100 SW 134 STREET. |

[Logo: EJC]
[Motto]
Carrera 54 No. 20 – 25 CAN Bogotá, Cundinamarca
No. 426 1460
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

3



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 4 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

Page 3 of 3

[Barcode]
When replying, please cite this number

Filing No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.1

| Vice President's capacity: Legal representative | | | | Article VIII, Authority to act: Unless otherwise provided in this amendment to the certificate of incorporation or as required in this Act, the president and the vice president have full authority of any kind to manage, negotiate, or make decisions on behalf of the company without any restriction. |
|---|---|---|---|---|

<u>LEGAL QUALIFICATION</u>: The proponent AVIACOL USA CORP LEGALLY COMPLIES with the requirements of the offer request No. 052-ACOFA-EJC-2019, for the awarding of SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE DESTINED FOR THE NATIONAL ARMY.

CONCLUSION

The legal committee concludes that the company AVIACOL USA CORP is qualified as it LEGALLY COMPLIES with the requirements of the offer request No. 052-ACOFA-EJC-2019, section K, numerals 1.1., and 1.2., DOCUMENTS SUBJECT TO LEGAL VERIFICATION, for the acquisition of SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE DESTINED FOR THE NATIONAL ARMY.

Sincerely,

[Signature]
**Ms. LAURA CRISTINA DURAN MIRANDA**
**Legal Advisor of the Army Contracting Area**

Revised by: [Signature]
**Legal Coordinator of the Army Contracting Area**

Approved: [Signature]]
**Officer of the Army Contracting Area**

[Logo: EJC]
[Motto]
Carrera 54 No. 20 – 25 CAN Bogotá, Cundinamarca
No. 426 1460
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

4



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

_John A. Oyuela_
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 5 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

**TECHNICAL CONCEPT - REQUIREMENTS VERIFICATION**

MEMBERS OF THE TECHNICAL EVALUATION COMMITTEE

SS. ARVEY PANTOJA TRUJILLO
C3 KEVIN YONER OSPINA NOREÑA

Proponent: AVIACOL USA CORP

Through document No. 20196941921721, dated October 1, 2019, the committee issued a technical concept as follows:

RESTRICTED

[Coat of arms] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
LOGISTICS COMMAND

[Barcode]
When replying, please cite this number

Filing No. 20196941921721: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-ARM-17.2

Bogotá, D.C., October 01, 2019

Captain
JOSE MIGUEL AMADO BALAGUERA
Head of ACOFA Contractual Area
Carrera 54 No. 26-25 CAN
Bogotá, D.C.

SUBJECT: Technical Evaluation Offer Request No. 052-ACOFA-EJC-2019

Technical evaluation of the offer presented by the company AVIACOL USA CORP in response to the offer request No. 052-ACOFA-EJC-2019 for the acquisition of spare parts for the AN/PVS-7B night vision device and the AN/PVS-14 night vision device destined for the National Army.

REQUIRED TECHNICAL SPECIFICATIONS
The contractor and/or bidder must state that they comply with and commit to supplying the elements with each of the following required technical specifications.

| No. | Good or service | SAP CODE | Part | NSN | Status | COMPLIES | PAGE |
|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 1530915 | A3187392 | 5855-01-398-4284 | New | YES | |
| 2 | CAP, PROTECTIVE DUST | 1047022 | A3144318 | 5340-01-397-8808 | New | YES | |
| 3 | IMAGE INTENSIFIER N MX10130 | 1353808 | N/A | N/A | New | YES | |
| 4 | EYECUP | 1723007 | A3144422 | 5855-01-248-8273 | New | YES | |
| 5 | WASHER FLAT | 1003388 | A3144314 | 5310-00-043-4708 | New | YES | |
| 6 | SCREW MACHINE | 1128094 | MS51957-48 | 5305-00-224-0783 | New | YES | 42 |
| 7 | PACKING PREFORMED | 1044718 | A3144318 | 5331-01-356-7219 | New | YES | 43 |
| 8 | REAR COVER ASSEMBLY | 1018145 | A3144310 | 5855-01-246-5510 | New | YES | |
| 9 | SWITCH KNOB ASSEMBLY | 1128242 | A3144404 | 5030-01-246-8254 | New | YES | |
| 10 | BATTERY CAP ASSEMBLY | 1121027 | A3144394 | 5855-01-246-8255 | New | YES | |
| 11 | COVER BATTERY RETAI | 1121050 | A3280939 | 5936-01-446-6355 | New | YES | |
| 12 | MOUNT ASSEMBLY OBJE | 1451228 | A3144305 | 5855-01-246-6807 | New | YES | |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
5

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 6 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 2 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196491921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

SPARE PARTS FOR AN/PVS-14 NIGHT VISION DEVICE

| No. | Good or service | Amount | SAP CODE | Part | NSN | COMPLIES | PAGE |
|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 230 | 1530916 | A3187392 | 5855-01-398-4284 | YES | |
| 2 | LENS INFRARED RECEIVER | 230 | 1121044 | A3256353 | 5855-01-444-1230 | YES | |
| 3 | EYECUP | 230 | 1723007 | A3144422 | 5855-01-246-5273 | YES | |
| 4 | CAP, PROTECTIVE DUST | 230 | 1389135 | A3144318 | 5340-01-397-8608 | YES | |
| 5 | IMAGE INTENSIFIER, NIGHT MX 11769 | 211 | 1530844 | N/A | N/A | YES | |
| 6 | BATTERY HOUSING ASSY | 230 | 1041085 | A3297309 | 5855-01-523-4058 | YES | 43 |
| 7 | EYEPIECE ASSEMBLY | 26 | 1609352 | A3255352 | 5855-01-444-1224 | YES | |
| 8 | PACKING, PREFORMED | 230 | 1723001 | A3144316 | 5330-01-356-7219 | YES | |
| 9 | SWITCH, KNOW ASSEMBLY | 230 | 1723004 | A3144404 | 5930-01-246-8264 | YES | |
| 10 | COVER BATTERY RETAI | 230 | 1121050 | A3260939 | 6160-01-448-6355 | YES | |
| 11 | BATTERY CAP ASSEMBLY | 230 | 1121028 | A3297312 | 6160-01-524-3900 | YES | |
| 12 | KNOB | 230 | 1121078 | A3256351 | 5365-01-444-1232 | YES | |
| 13 | PACKING PREFORMED | 230 | 1723001 | A3256355 | 5330-01-444-1227 | YES | |

ADDITIONAL MANDATORY TECHNICAL SPECIFICATIONS

The contractor and/or bidder must declare that they comply and commit to supplying the items with each of the additional technical specifications required below.

| CONDITION OF THE COMPONENTS | | Page |
|---|---|---|
| The bidder and/or offeror, along with the quotation, must attach a document signed by the Legal Representative, in which it guarantees:<br><br>  1.  All spare parts to be supplied will be new, original OEM (Original Equipment Manufacturer), not repowered or remanufactured, according to the agreed specifications.<br>  2.  That it will not supply spare parts in PMA (Parts Manufacturer Approval) condition | X | 44<br>55<br>56 |
| The bidder and/or offeror, along with the quotation, must attach a document signed by the Legal Representative, in which they certify:<br><br>  1.  The compliance with the technical specifications of each spare part in the present process.<br>  2.  The country of origin of the offered items.<br>  3.  That the spare parts are acquired from specialized and certified factories in the production of spare parts for this type of night vision devices, which belong to the NATO cataloging system for suppliers and/or manufacturers of components for night vision devices. Additionally, the manufacturer's NCAGE code must be indicated | X | 44<br>55<br>56 |
| IDENTIFICATION AND LABELING REQUIREMENTS | COMPLIES | DOES NOT COMPLY |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED

6

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 7 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 3 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDITION OF COMPONENTS | COMPLIES | Page |
|---|---|---|
| At the time of delivery, the items must be labeled as follows:<br><br>The reference should be in high or low relief, with the appropriate elevation or depth to ensure its legibility until the end of the useful life of the offered item.<br><br>The items must be marked with a barcode in a visible and easily accessible location, as stipulated in the SAP SILOG Bulletin No.005-A2-SILOG of June 2011-2007-update<br>[Link]<br><br>Each of the items at the time of delivery must carry a label according to the following specifications in Spanish:<br><br>Type of item: label<br>Material: paper<br>Adhesive: self-adhesive<br>Size: width 5.0 cm; height 2.5 cm<br>Printing color: black<br>Background: white<br><br>Information contained:<br><br>Description<br>SAP Code<br>Production Lot<br>Serial Number<br>Contract Number<br>Contracting Entity | X | 44 |
| RECEPTION AND DOCUMENTATION PROTOCOLS | COMPLIES | Page |
| The contractor commits to delivering the material in the presence of the contract supervisor, the technical evaluation committee, the warehouse manager, and a representative from the company. They must verify all the spare parts, which must comply with the NSN and PART NUMBER established in the technical data sheets of each spare part and in the manuals TM 11-5855-262-23&P-2 and TM 11-5855-308-23&P. It will be verified that the items are of foreign origin, new, original OEM (Original Equipment Manufacturer), not repowered or remanufactured. Items in PMA (Parts Manufacturer Approval) condition will not be accepted. If at least one of the specifications is not met, the item will be returned to the supplier to replace it in its entirety. | X | 45 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED

7

[Signature]





I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 8 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 4 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDITION OF COMPONENTS | COMPLIES | Page |
|---|---|---|
| **TRACEABILITY ACCREDITATION** | | |
| The contractor must provide, for the reception of AN/PVS-7B night vision device spare parts and AN/PVS-14 night vision device spare parts in NEW condition:<br><br>Original manufacturer's certificate of conformity specifying the name of the component, part number (PN), National Stock Number (NSN), component condition (NEW), and time since new (TSN). | X | 45<br>70<br>71 |
| The bidder must provide a written certification from the manufacturer of the spare parts for their reception, guaranteeing that all spare parts are new – original OEM (Original Equipment Manufacturer). | X | 45 |
| They must be technically packed as appropriate by the parent company and/or manufacturing house to verify that the item is original | X | 45 |

| FOREIGN TRADE CONDITIONS | COMPLIES | DOES NOT COMPLY |
|---|---|---|
| The National Army, through its Foreign Trade Area, will carry out the customs clearance process for foreign-origin goods intended for national defense and security.<br><br>For the National Army to conduct the customs clearance process, the contractor must provide:<br><br>1. The original transport document with freight released and consigned to the National Army. The Foreign Trade Area of the National Army must be notified five (05) days before the goods arrive.<br>2. The original commercial invoice, which must be addressed to the National Army of Colombia, numbered, dated, specifying the contract number, INCOTERMS 2010 negotiation term, breaking down the values in the negotiation currency, freight, transport insurance, and other expenses, up to the total of negotiation term conditions.<br>3. Certificates of freight and transport insurance coverage. These documents must cover the route according to the DAP negotiation term, from the material's departure point to the delivery location.<br>4. Packing list, this document must detail the number and type of packaging, the number of packed units, net weight, gross weight, volume, and list of serial numbers by item (when the item and material require it as per the contract).<br>5. Original certificate of origin.<br>6. Duly signed inspection certificate. | X | 45 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
8

[Signature]

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.





John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 9 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 5 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDITION OF COMPONENTS | COMPLIES | Page |
|---|---|---|
| The contractor will be responsible for covering all costs and expenses incurred until the material is delivered to the agreed delivery site, including the cost generated by releasing the transport document covering the dispatched goods.<br><br>If the material subject to the contract is dispatched in a manner different from what is established, the contractor will resolve the situation presented at their own cost and risk.<br><br>**Special considerations:**<br><br>• The mentioned goods are related to the National Army's annual license.<br><br>• The contractor must ensure the transport and security of the goods during the storage of each component, which is why all goods must be properly packed and packaged for their protection and preservation according to the type of transport to be used for shipment; likewise, the corresponding labeling and barcodes according to international trade standards must be included.<br><br>• If the import of tools or other items that are not part of the contractual subject matter but are necessary for fulfilling the obligations acquired by the contractor under this contract is required, the contractor must carry out all customs and currency exchange processes at their own cost and risk and must not use the National Army's customs warehouses.<br><br>• In cases of re-export situations, all expenses, costs, and issues arising from the process of goods rejected by the contract supervisor will be entirely borne by the contractor, who cannot generate additional costs to the detriment of the initially agreed contract.<br><br>• The contractor is obligated to process all required import licenses and permits entirely and promptly, if necessary, to fulfill the contract's subject matter, to avoid restrictions that cause delays in executing the contract during the agreed dates and deadlines.<br><br>• The contractor is obligated to process, entirely and promptly, the licenses and permits needed, if necessary, to fulfill the contract's subject matter, to avoid restrictions that cause delays in executing the contract during the agreed dates and deadlines. | X | 45 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
9

[Signature]


I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.


John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 10 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 6 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDITION OF COMPONENTS | COMPLIES | Page |
|---|---|---|
| • For warranty compliance purposes, all costs, expenses, and customs and currency exchange processes associated with the operation of the export and import regime that arise must be fully assumed and processed in a timely manner by the contractor without incurring additional costs or causing delays in the timelines initially agreed upon in the contract. For this purpose, the goods that require warranty service must be received and delivered by the contractor.<br><br>This is supported by the Directorate of Foreign Trade, with document No. 20194340365603 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-20.2 dated May 15, 2019, issued by the foreign trade area of the Army. | X | 45 |
| CURRENCY: USD | X | 47 |
| END-USE CERTIFICATE: If an end-use certificate is required, it must be requested from the signing of the contract, for which a request addressed to the spending authorizer and a pro forma invoice must be attached.<br><br>Note: The processing of the certificate takes 10 to 15 business days at Army Command. | X | 47 |
| The contractor shall bear all costs related to packaging, transportation, exportation, importation, taxes, and other applicable expenses during the process of replacing the items. The contract supervisor will deliver the items that require replacement at the BAMAN spare parts depot, located at Calle 19 Sur No. 6-40, Barrio Sosiego. Similarly, the contractor must deliver the replaced items at the same location (BAMAN spare parts depot). | X | 47 |

SPARE PARTS FOR AN/PVS-7B NIGHT VISION GOGGLES

| No | DESCRIPTION | MINIMUM REQUIRED CHARACTERISTICS | COMPLIES | PAGE |
|---|---|---|---|---|
| 1 | USE | To be used in the night vision goggles currently in service by the National Army. | X | 47 |
| 2 | SPARE PARTS COMPATIBILITY | Attach, along with the offer, a certification issued by the manufacturer, guaranteeing that the spare parts are compatible, assemble, and function correctly in the AN/PVS-7B night vision goggles used by the National Army. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 47 64 |
| 3 | YEAR OF MANUFACTURE | Attach, along with the offer, a certification issued by the manufacturer specifying that the delivered spare parts are from the 2018 production year, as well as that the material is new, not repowered or remanufactured. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 47 65 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
10

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 11 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 7 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| 4 | GUARANTEE | Attach, along with the offer, a certification issued by the manufacturer guaranteeing the correct operation and quality of the spare parts for a minimum term of thirty-six (36) months, in accordance with the technical data sheets, and forty-eight (48) months for the image intensifier tubes in accordance with the NTNMD-0308-A4. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 47 68 76 |
|---|---|---|---|---|
| 5 | SHELF LIFE | Attach, along with the offer, a certification issued by the manufacturer guaranteeing a minimum of five (5) years for the spare parts and a minimum of 7 years and/or 10,000 hours for the image intensifier tubes, in accordance with the NTMD-0308-A4, counted from the satisfactory receipt by the National Army, under normal usage conditions. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 47 68 76 |
| 6 | TYPE OF PACKAGING | The spare parts must be packed in an individual container for each part (polyethylene bags), these in a collective packaging that ensures their safety (cardboard boxes), and these cardboard boxes in a collective container that guarantees their preservation and security. These must comply with storage regulations. In this way, they guarantee their transportation, storage, and avoid loss or damage to the items. The dimensions of each package must correspond proportionally to the volume contained, and it must have a label on its external part indicating:<br>• Description of the item.<br>• Quantity.<br>• Year of manufacture. | X | 48 |
| 7 | ISOMETRIC DRAWING | Along with the delivery of the material, four (04) isometric drawings approximately 690mm long by 460mm wide must be provided, where each of the AN/PVS-7B Night Vision Goggles is described in detail and clearly, identifying assemblies and subassemblies, and containing the following information:<br>• Part Number (PN).<br>**Note:** Three (03) isometric drawings must be delivered in Spanish and one (01) in English. | X | 48 |
| 8 | TECHNICAL RECEPTION TESTS | SPARE PARTS: For the receipt of the material, the Technical Committee of the Army Maintenance Battalion will carry out technical tests on use and performance in accordance with these technical specifications. | X | 48 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
11

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 12 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 8 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| TECHNICAL RECEPTION TESTS | 2. PROCEDURE | | |
|---|---|---|---|
| | In order to conduct performance tests on the acquired spare parts, ten (10) units of each contracted spare part will be installed in the AN/PVS-7B Night Vision Goggles designated for this purpose. | | |
| | Once installed, functionality tests will be performed during the pressurization process, which will be carried out using the equipment from the optronics laboratory of the Army Maintenance Battalion. The pressurization is done to verify the proper fit of the components and the correct functioning of all elements. | | |
| | It is a binding requirement to comply with all the demands and conditions stipulated in the technical specifications of the goods that make up each delivery. In the event that the requirements demanded in the technical reception tests are not met satisfactorily, the contractor must replace all goods that present technical faults. For this, the supplier will have up to sixty (60) calendar days within the execution period to correct this deficiency. | X | 48 |
| | **Note 1:** If the complete set of technical specifications is not met, a satisfaction receipt will not be issued. | | |
| | **Note 2:** If the complete set of technical specifications is not met, the contractor must re-export and re-import the elements that did not comply within sixty (60) days following the notification of the issue, assuming all related costs and completing the necessary documentation and procedure. | | |
| | **Note 3:** Sending the elements to the National Army Customs Depot does not imply satisfactory delivery until full compliance with all technical specifications of the goods is verified. | | |
| | **Note 4:** In the event that the elements do not meet all the technical specifications outlined in this item and have been nationalized by the National Army, the contractor must bear the costs of nationalization expenses for the new elements presented by the contractor, in coordination with the National Army's Foreign Trade Office. | | |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
12

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 13 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 9 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

### AN/PVS-7B

| | | DESCRIPTION | NSN | PART No. | | |
|---|---|---|---|---|---|---|
| 9 | IDENTIFICATION OF SPARE PARTS | CASE, INFRARED EQUIPMENT | 5855-01-398-4284 | A3187392 | X | 49 |
| | | CAP., PROTECTIVE, DUST | 5340-01-397-5608 | A3144318 | | |
| | | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | | |
| | | EYECUP | 5855-01-246-8273 | A3144422 | | |
| | | WASHER, FLAT | 5310-01-043-0708 | A3144314 | | |
| | | SCREW, MACHINE | 5305-01-224-0783 | MS51957-48 | | |
| | | PACKING, PREFORMED | 5331-01-356-7219 | A3144316 | | |
| | | REAR COVER ASSEMBLY | 5855-01-246-6810 | A3144310 | | |
| | | SWITCH, KNOB ASSEMBLY | 5930-01-246-8264 | A3144404 | | |
| | | BATTERY CAP ASSEMBLY | 5855-01-246-8265 | A3144394 | | |
| | | COVER BATTERY RETAI | 6160-01-448-6355 | A3260939 | | |
| | | MOUNT ASSEMBLY OBJE | 5855-01-246-6807 | A3144305 | | |

### SPARE PARTS FOR AN/PVS-14 NIGHT VISION GOGGLES

| No | DESCRIPTION | MINIMUM REQUIRED CHARACTERISTICS | COMPLIES | PAGE |
|---|---|---|---|---|
| 1 | USE | To be used in the night vision goggles currently in service by the National Army. | X | 49 |
| 2 | SPARE PARTS COMPATIBILITY | Attach, along with the offer, a certification issued by the manufacturer, guaranteeing that the spare parts are compatible, assemble, and function correctly in the AN/PVS-7B night vision goggles used by the National Army. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 49 64 |
| 3 | YEAR OF MANUFACTURE | Attach, along with the offer, a certification issued by the manufacturer specifying that the delivered spare parts are from the 2018 production year, as well as that the material is new, not repowered or remanufactured. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 49 65 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
13

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.


John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 14 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 10 of 12

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| 4 | GUARANTEE | Attach, along with the offer, a certification issued by the manufacturer guaranteeing the correct operation and quality of the spare parts for a minimum term of thirty-six (36) months, in accordance with the technical data sheets, and forty-eight (48) months for the image intensifier tubes in accordance with the NTNMD-0308-A4. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 49 66 77 |
|---|---|---|---|---|
| 5 | SHELF LIFE | Attach, along with the offer, a certification issued by the manufacturer guaranteeing a minimum of five (5) years for the spare parts and a minimum of 7 years and/or 10,000 hours for the image intensifier tubes, in accordance with the NTMD-0308-A4, counted from the satisfactory receipt by the National Army, under normal usage conditions. If the certification is in a language other than Spanish, it must be translated into Spanish. | X | 50 68 77 |
| 6 | TYPE OF PACKAGING | The spare parts must be packed in an individual container for each part (polyethylene bags), in a collective packaging that ensures their safety (cardboard boxes), and these cardboard boxes in a collective container that guarantees their preservation and security. These must comply with storage regulations. In this way, they guarantee their transportation and storage and avoid loss or damage to the items. The dimensions of each package must correspond proportionally to the volume contained, and it must have a label on its external part indicating:<br>• Description of the item.<br>• Quantity.<br>• Year of manufacture. | X | 50 |
| 7 | ISOMETRIC DRAWING | Along with the delivery of the material, four (04) isometric drawings approximately 690mm long by 460mm wide must be provided, where each of the AN/PVS-7B Night Vision Goggles is described in detail and clearly, identifying assemblies and subassemblies and containing the following information:<br>• Part Number (PN).<br>Note: Three (03) isometric drawings must be delivered in Spanish and one (01) in English. | X | 50 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
14

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 15 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | | | | |
|---|---|---|---|---|
| TECHNICAL RECEPTION TESTS | 3. SPARE PARTS: For the receipt of the material, the Technical Committee of the Army Maintenance Battalion will carry out technical tests on use and performance in accordance with these technical specifications. | | X | 50 |
| | 4. PROCEDURE | | | |
| | –  In order to conduct performance tests on the acquired spare parts, ten (10) units of each contracted spare part will be installed in the AN/PVS-7B Night Vision Goggles designated for this purpose. | | | |
| | Once installed, functionality tests will be performed during the pressurization process, which will be carried out using the equipment from the optronics laboratory of the Army Maintenance Battalion. The pressurization is done to verify the proper fit of the components and the correct functioning of all elements. | | | |
| | –  It is a binding requirement to comply with all the demands and conditions stipulated in the technical specifications of the goods that make up each delivery. In the event that the requirements demanded in the technical reception tests are not met satisfactorily, the contractor must replace all goods that present technical faults. For this, the supplier will have up to sixty (60) calendar days within the execution period to correct this deficiency. | | | |
| | Note 1: If the complete set of technical specifications is not met, a satisfaction receipt will not be issued. | | | |
| | Note 2: If the complete set of technical specifications is not met, the contractor must re-export and re-import the elements that did not comply within sixty (60) days following the notification of the issue, assuming all related costs and completing the necessary documentation and procedure. | | | |
| | Note 3: Sending the elements to the National Army Customs Depot does not imply satisfactory delivery until full compliance with all technical specifications of the goods is verified. | | | |
| TECHNICAL RECEPTION TESTS | Note 4: In the event that the elements do not meet all the technical specifications outlined in this item and have been nationalized by the National Army, the contractor must bear the costs of nationalization expenses for the new elements presented by the contractor, in coordination with the National Army's Foreign Trade Office. | | X | 50 |

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
15

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on August 20, 2024. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 16 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

Page 12 of 13

[Barcode]
When replying, please cite this number

Filing No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

### AN/PVS-7B

| | | DESCRIPTION | NSN | PART No. | | |
|---|---|---|---|---|---|---|
| 9 | IDENTIFICATION OF SPARE PARTS | CASE, INFRARED EQUIPMENT | 5855-01-398-4284 | A3187392 | X | 51 72 73 |
| | | LENS INFRARED RECEIVER | 5855-01-444-1230 | A3256353 | | |
| | | EYECUP | 5855-01-248-8273 | A3144422 | | |
| | | CAP., PROTECTIVE, DUST | 5340-01-397-6608 | A3144318 | | |
| | | IMAGE INTENSIFIER, NIGHT MX11769 | N/A | N/A | | |
| | | BATTERY HOUSING ASEY | 5855-01-523-4058 | A3297309 | | |
| | | EYEPIECE ASSEMBLY | 5855-01-444-1224 | A3256352 | | |
| | | PACKING PREFORMED | 5330-01-356-7219 | A3144316 | | |
| | | SWITCH, KNOB ASSEMBLY | 5930-01-246-6264 | A3144404 | | |
| | | COVER, BATTERY RETAI | 6160-01-448-6355 | A3260939 | | |
| | | BATTERY CAP ASSEMBLY | 6160-01-524-3900 | A3297312 | | |
| | | KNOB | 5355-01-444-1232 | A3256351 | | |
| | | PACKING, PREFORMED | 5330-01-444-1227 | A3256356 | | |

Note: The documents subject to the technical verification of the offer submitted by the company AVIACOL USA CORP were required concerning numeral 3.5, traceability documents, via email on September 30, 2019. It was requested that the traceability documents be submitted through ACOFA, which the company complied with via email on September 1, 2019, by sending the traceability document through ACOFA.

### CONCLUSION

The technical evaluation committee concludes that the company AVIACOL USA CORP is qualified, having technically met the requirements in the request for offer No. 052-ACOFA-EJC-2019, documents, and technical content subject to verification form No. 2, Technical Annex 001, form No. 5, DDTC license, offset, traceability documents, whose subject matter is the acquisition of spare parts for AN/PVS-7B night vision goggles and AN/PVS-14 spare parts for the Colombian National Army.

Sincerely,

KEVIN YONER OSPINA NOREÑA, private E1
Member of the technical committee

ARVEY PANTOJA TRUJILLO, second sargeant
Member of the technical committee

HÉROES MULTIMISIÓN
[Motto]
Calle 54 No. 26 – 25 CAN
428 1469
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
16

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 17 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

| ECONOMIC CONCEPT – REQUIREMENTS VERIFICATION |
|---|

**MEMBERS OF THE ECONOMIC COMMITTEE**

**Ms. LEADY VIVIANA MATALLANA**

Bidder: AVIACOL USA CORP

By document No. 20194351847521 of September 20, 2019, the committee issued an economic concept as follows:

RESTRICTED

[Coat of arms] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMANDER OF THE MILITARY FORCES
COLOMBIAN NATIONAL ARMY
DIRECTORATE OF PROCUREMENT

[Barcode]
When replying, please cite this number

Filing No. 20194351847521: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

Bogotá, D.C., September 20, 2019

Captain
JOSÉ MIGUEL AMADO BALAGUERA
Head of Contractual Area ACOFA
Gn-

Subject: Economic Evaluation Report. Process No. 052-ACOFA-EJC-2019, whose subject matter is the ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION GOGGLES AND AN/PVS-14 NIGHT VISION GOGGLES FOR THE COLOMBIAN NATIONAL ARMY.

Respectfully, and in response to the request for offer for the referenced process, I am sending to the head of the contractual area, ACOFA, the economic evaluation of the referenced process, whose subject matter is: "ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION GOGGLES AND AN/PVS-14 NIGHT VISION GOGGLES FOR THE COLOMBIAN NATIONAL ARMY." According to the offer submitted via letter No. 20191218011725I of September 18, 2019, the following company presented an offer:

AVIACOL USA CORP

1. FINANCIAL CONTENT DOCUMENTS SUBJECT TO VERIFICATION

The verification of the economic documents of the offer submitted was conducted as follows:

| VERIFICATION DOCUMENTS | AVIACOL USA CORP |
|---|---|
| | REMARKS |
| FORM No. 2 "VALUATION OF THE ECONOMIC PROPOSAL" | COMPLIES |
| FORM No. 4 "ACCREDITATION OF THE BIDDER'S EQUITY CAPACITY" | COMPLIES |
| CERTIFICATE (CPA) | COMPLIES |

From the above information, it is concluded that the bidder, AVIACOL USA CORP, COMPLIES with the financial and economic documents required in the request for offer.

[Logo: EJC]
[Motto]
Carrera 54 No. 26 – 25 CAN Bogotá, Cundinamarca
No. 426 1469
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED

17

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 18 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 2 of 4

[Barcode]
When replying, please cite this number

Filing No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

**FINANCIAL INDICATORS**

The following lists the verification of the company's financial information. This was done based on what was established in the bid request and the total value offered by the bidder:

| CONCEPT | AVIACOL |
|---|---|
| Current assets | 1,868,345.00 |
| Non-current assets | 3,013,545.00 |
| Other assets | 851,840.00 |
| TOTAL ASSETS | 5,833,730.00 |
| Current liabilities | 586,419.00 |
| Other liabilities | |
| TOTAL LIABILITIES | 386,419.00 |
| EQUITY | 5,247,311.00 |
| LIABILITIES + EQUITY | 5,833,730.00 |
| REMARKS | COMPLIES |
| BUDGET | 857,694.556 |
| LIQUIDITY INDICATOR | |
| Current assets / current liabilities | 3.19 |
| Liquidity indicator > 1 | COMPLIES |
| WORKING CAPITAL | |
| Total estimated budget value | 857,694.565 |
| Required working capital >= 50% of the total estimated budget value | 428,847.28 |
| Working capital accredited by the bidder | 1,281,920.00 |
| REMARKS | COMPLIES |
| EQUITY CAPACITY | |
| Total estimated budget value | 857,694.56 |
| Required equity capacity EC >= 50% of the estimated total budget | 528,847.28 |
| Accredited equity capacity EC = P | 5,247,311.00 |
| REMARKS | COMPLIES |

FINANCIAL EVALUATION CONCLUSION

The company AVIACOL USA CORP COMPLIES with the financial indicators subject to verification, according to numeral 2.1 FINANCIAL INDICATORS OF THE BIDDER from the bid request for process No. 52-ACOFA-EJC-2019.

2. REVIEW AND ARITHMETIC CORRECTION

According to numeral 2.2, ECONOMIC PROPOSAL (REVIEW AND CORRECTION). Offers will be analyzed to determine if there were errors in arithmetic operations. In such cases, for evaluation and selection purposes, the evaluation committee will make the necessary corrections, and the corrected offer will be used as the basis for evaluation.

[Logo: EJC]
[Motto]
Carrera 54 No. 26 – 25 CAN Bogotá, Cundinamarca
No. 426 1469
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
18

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 19 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 3 of 4

[Barcode]
When replying, please cite this number

Filing No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17
SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE

| BID REQUEST DATA | | | | | | | OFFERED VALUES | | ARITHMETIC VERIFICATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | GOOD OR SERVICE | AMOUNT | PART | NSN | UNIT OF MEASURE | OFFICIAL ITEM BUDGET IN DOLLARS | AMOUNT | TOTAL OFFERED VALUE (USD) | DIFFERENCE BETWEEN REQUIRED QUANTITIES IN THE REQUEST AND OFFERED QUANTITIES | DIFFERENCE BETWEEN THE ESTIMATED ITEM BUDGET AND THE TOTAL OFFERED VALUE |
| 1 | CASE, INFRARED EQUIPMENT | (Illegible) | (Illegible) | 5855-01-398-4264 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 2 | CAP., PROTECTIVE, DUST | (Illegible) | (Illegible) | 5340-01-397-5608 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 3 | IMAGE INTENSIFIER, N MX10130 | (Illegible) | (Illegible) | N/A | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 4 | EYECUP | (Illegible) | (Illegible) | 5855-01-246-8273 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 5 | WASHER, FLAT | (Illegible) | (Illegible) | 5310-01-043-0708 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | (Illegible) |
| 6 | SCREW, MACHINE | (Illegible) | (Illegible) | 5305-01-224-0783 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | (Illegible) |
| 7 | PACKING, PREFORMED | (Illegible) | (Illegible) | 5331-01-356-7219 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | (Illegible) |
| 8 | REAR COVER ASSEMBLY | (Illegible) | (Illegible) | 5855-01-246-6810 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | (Illegible) |
| 9 | SWITCH, KNOB ASSEMBLY | (Illegible) | (Illegible) | 5930-01-246-8234 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 10 | BATTERY CAP ASSEMBLY | (Illegible) | (Illegible) | 5855-01-246-8235 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 11 | COVER BATTERY RETAI | (Illegible) | (Illegible) | 6160-01-448-6355 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 12 | MOUNT ASSEMBLY OBJE | (Illegible) | (Illegible) | 5855-01-246-6807 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | (Illegible) |
| | SUBTOTAL | | | | | | | | | |

SPARE PARTS FOR AN/PVS-14 NIGHT VISION DEVICE

| BID REQUEST DATA | | | | | | | OFFERED VALUES | | ARITHMETIC VERIFICATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | GOOD OR SERVICE | AMOUNT | PART | NSN | UNIT OF MEASURE | OFFICIAL ITEM BUDGET IN DOLLARS | AMOUNT | TOTAL OFFERED VALUE (USD) | DIFFERENCE BETWEEN REQUIRED QUANTITIES IN THE REQUEST AND OFFERED QUANTITIES | DIFFERENCE BETWEEN THE ESTIMATED ITEM BUDGET AND THE TOTAL OFFERED VALUE |
| 1 | CASE, INFRARED EQUIPMENT | (Illegible) | (Illegible) | 5855-01-398-4264 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 2 | LENS INFRARED RECEIVER | (Illegible) | (Illegible) | 5855-01-444-1230 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 3 | EYECUP | (Illegible) | (Illegible) | 5855-01-248-8273 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 4 | CAP., PROTECTIVE, DUST | (Illegible) | (Illegible) | 5340-01-397-6608 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | (Illegible) | (Illegible) | N/A | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 6 | BATTERY HOUSING ASEY | (Illegible) | (Illegible) | 5855-01-523-4058 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 7 | EYEPIECE ASSEMBLY | (Illegible) | (Illegible) | 5855-01-444-1224 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |

[Logo: EJC]
[Motto]
Carrera 54 No. 26 – 25 CAN Bogotá, Cundinamarca
No. 426 1469
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
19

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on August 20, 2024. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 20 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

RESTRICTED

Page 4 of 4

[Barcode]
When replying, please cite this number

Filing No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

| 8 | PACKING PREFORMED | (Illegible) | (Illegible) | 5330-01-356-7219 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | SWITCH, KNOB ASSEMBLY | (Illegible) | (Illegible) | 5930-01-246-6264 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 10 | COVER, BATTERY RETAI | (Illegible) | (Illegible) | 6160-01-448-6355 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 11 | BATTERY CAP ASSEMBLY | (Illegible) | (Illegible) | 6160-01-524-3900 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| 12 | KNOB | (Illegible) | (Illegible) | 5355-01-444-1232 | (Illegible) | (Illegible) | (Illegible) | (Illegible) | 0 | 0.00 |
| | SUBTOTAL | | | | | USD (Illegible) | TOTAL OFFERED VALUE | (Illegible) | | |

After verifying the economic conditions of Form No. 3 "EVALUATION OF THE ECONOMIC PROPOSAL" of the submitted proposal and making the correction of arithmetic operations by this committee, it is evident that the firm AVIACOL USA CORP did not make arithmetic errors and COMPLIES with what is established in the bid request.

CONCEPT

The economic evaluation committee AUTHORIZES the bidder, AVIACOL USA CORP, to proceed with the contractual process, having met the documentary, financial, and economic requirements established in the bid request.

Sincerely,

[Signature]
Ms. LEADY VIVIANA MATALLANA
Economic evaluation committee

[Signature]
Approved. MY ALEJANDRO CASTILLO PINEDA
DIADQ Contracting Officer

[Logo: EJC]
[Motto]
Carrera 54 No. 26 – 25 CAN Bogotá, Cundinamarca
No. 426 1469
www.ejercito.mil.co
colog@buzonejercito.mil.co

[QA Logos]

RESTRICTED
20

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on August 20, 2024. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 21 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

### CONSOLIDATED EVALUATIONS

| BIDDER | VERIFICATION DOCUMENTS | | |
|---|---|---|---|
| | LEGAL | TECHNICAL | ECONOMIC |
| AVIACOL USA CORP | COMPLIES | COMPLIES | COMPLIES |

### LEGAL VIABILITY

In accordance with Decree No. 0952 of 1953 and 2400 of 1956, which modifies it, by which the Permanent Commission for Foreign Purchases is created, and considering the technical study conducted, which specifies that the goods are of foreign origin, the provisions of Permanent Directive No. 001 – MDN-CGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA-23.1 of March 26, 2018, and Florida State legislation of the USA, which is permitted according to Article 13 of Law 80 of 1993, will be applied.

Also, in accordance with Ministerial Delegation Resolution No. 4519 of May 27, 2016, amended by Resolutions No. 5662 of 2016, 5159 of 2007, 134 of 2018, and 1417 of 2018, the Colonel Director of the procurement agency has delegated authority to advance the contractual process and award the resulting contract.

| CONDITIONS GOVERNING THE CONTRACT |
|---|
| 1. COMPANY<br>AVIACOL USA CORP<br>2. SUBJECT MATTER:<br>ACQUISITION OF SPARE PARTS FOR NIGHT VISION AN/PVS-7B AND SPARE PARTS FOR AN/PVS-14 FOR THE COLOMBIAN NATIONAL ARMY.<br>3. TYPE OF CONTRACT<br>OPEN: FRAMEWORK __ PRICELIST: ___ CLOSED: <u>X</u><br>4. OFFICIAL BUDGET<br>USD 860,270.97<br>5. ITEMIZED LIST OF EACH ITEM TO BE CONTRACTED AND BUDGET<br>BUDGET: C-1502-0100-28-0 1502087-02 Recurso 10 |

21

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 22 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

### SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE

| No. | Good or service | Amount | Unit of measure | Condition | SAP Material No. | Part | Pet. Oft. SAP | Position | Fixed Number of Act. When applicable | Series No. | Deadline | Unit value | Total amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE INFRARED EQUIPMENT | 38 | Unit | New | 1530916 | A3187392 | N/A | N/A | N/A | N/A | 11/30/2019 | 12.55 | 476.90 |
| 2 | CAP., PROTECTIVE DUST | 38 | Unit | New | 1047022 | A3144318 | N/A | N/A | N/A | N/A | 11/30/2019 | 5.28 | 200.64 |
| 3 | IMAGE INTENSIFIER, N MX10130 | 33 | Unit | New | 1353806 | N/A | N/A | N/A | N/A | N/A | 11/30/2019 | 3217.50 | 106,177.50 |
| 4 | EYECUP | 76 | Unit | New | 1723007 | A3144422 | N/A | N/A | N/A | N/A | 11/30/2019 | 5.97 | 453.72 |
| 5 | WASHER, FLAT | 61 | Unit | New | 1003389 | A3144314 | N/A | N/A | N/A | N/A | 11/30/2019 | 1.72 | 104.92 |
| 6 | SCREW, MACHINE | 76 | Unit | New | 1128094 | MS51957-4B | N/A | N/A | N/A | N/A | 11/30/2019 | 8.65 | 49.40 |
| 7 | PACKING, PREFORMED | 38 | Unit | New | 1044718 | A3144316 | N/A | N/A | N/A | N/A | 11/30/2019 | 1.31 | 49.78 |
| 8 | REAR COVER ASSEMBLY | 10 | Unit | New | 1018145 | A3144310 | N/A | N/A | N/A | N/A | 11/30/2019 | 134.13 | 1341.30 |
| 9 | SWITCH, KNOB ASSEMBLY | 38 | Unit | New | 1128242 | A3144404 | N/A | N/A | N/A | N/A | 11/30/2019 | 6.60 | 250.80 |
| 10 | BATTERY CAP ASSEMBLY | 38 | Unit | New | 1121027 | A3144394 | N/A | N/A | N/A | N/A | 11/30/2019 | 18.24 | 593.12 |
| 11 | COVER BATTERY RETAI | 38 | Unit | New | 1121050 | A3260939 | N/A | N/A | N/A | N/A | 11/30/2019 | 4.76 | 180.88 |
| 12 | MOUNT ASSEMBLY OBJE | 5 | Unit | New | 1451229 | A3144305 | N/A | N/A | N/A | N/A | 11/30/2019 | 223.94 | 1119.70 |
| | TOTAL | | | | | | | | | | | | USD 111,098.56 |

### SPARE PARTS FOR AN/PVS-14 NIGHT VISION DEVICE

| No. | Good or service | Amount | Unit of measure | Condition | SAP Material No. | Part | Pet. Oft. SAP | Position | Fixed Number of Act. When applicable | Series No. | Deadline | Unit value | Total amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE INFRARED EQUIPMENT | 230 | Unit | New | 1530916 | A3187392 | N/A | N/A | N/A | N/A | 11/30/2019 | 12.53 | 2881.90 |
| 2 | LENS INFRARED RECEIVER. | 230 | Unit | New | 1121044 | A3256353 | N/A | N/A | N/A | N/A | 11/30/2019 | 4.46 | 1025.80 |
| 3 | EYECUP | 230 | Unit | New | 1723007 | A3144422 | N/A | N/A | N/A | N/A | 11/30/2019 | 5.97 | 1373.10 |
| 4 | CAP, PROTECTIVE, DUST | 230 | Unit | New | 1389135 | A3144318 | N/A | N/A | N/A | N/A | 11/30/2019 | 5.32 | 1223.60 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | 211 | Unit | New | 1530944 | N/A | N/A | N/A | N/A | N/A | 11/30/2019 | 3287.68 | 676,803.60 |
| 6 | BATTERY HOUSING ASSY | 230 | Unit | New | 1041085 | A3297309 | N/A | N/A | N/A | N/A | 11/30/2019 | 210.80 | 48,484.00 |
| 7 | EYEPIECE ASSEMBLY | 26 | Unit | New | 1609352 | A3256352 | N/A | N/A | N/A | N/A | 11/30/2019 | 212.35 | 5521310 |
| 8 | PACKING, PREFORMED | 230 | Unit | New | 1723001 | A3144316 | N/A | N/A | N/A | N/A | 11/30/2019 | 1.45 | 333.50 |
| 9 | SWITCH, KNOW ASSEMBLY | 230 | Unit | New | 1723004 | A3144404 | N/A | N/A | N/A | N/A | 11/30/2019 | 8.02 | 1844.60 |
| 10 | COVER, BATTERY RETAI | 230 | Unit | New | 1121050 | A3260939 | N/A | N/A | N/A | N/A | 11/30/2019 | 3.82 | 878.60 |
| 11 | BATTERY CAP ASSEMBLY | 230 | Unit | New | 1121028 | A3297312 | N/A | N/A | N/A | N/A | 11/30/2019 | 17.51 | 4050.38 |
| 12 | KNOB | 230 | Unit | New | 1121076 | A3256351 | N/A | N/A | N/A | N/A | 11/30/2019 | 8.82 | 1844.60 |
| 13 | PACKING, PREFORMED | 230 | | | 1723001 | A3258356 | N/A | N/A | N/A | N/A | 11/30/2019 | 1.44 | 331.28 |
| | TOTAL | | | | | | | | | | | | USD 746,595.90 |

22

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 23 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

6.  PLACE OF EXECUTION (applies to maintenance):
    N/A

7.  PLACE AND METHOD OF DELIVERY:

    For customs and nationalization purposes, the contractor must transport the goods to the customs warehouse of the Army Supply Battalion, located at Calle 103 A No. 11B-00, Bogotá, D.C., Colombia, after customs clearance processes by the National Army's foreign trade area. The contractor must transport the goods with a technical committee delegate to the Armament Spare Parts Warehouse of the Army Maintenance Battalion No. 1 - Calle 19 Sur No. 6-40 - Barrio Sosiego - Bogotá, D.C., and ensure their satisfactory receipt.

    INCOTERM 2010 DAP

8.  EXECUTION PERIOD:

    UNTIL NOVEMBER 30, 2019

9.  PAYMENT METHOD

| CDP | BUDGET | REC | HYGIENE | VALIDITY | TOTAL (USD) | DATE | USD PAYMENT | TYPE OF PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 11619 | C-1502-0100-28-0 1502087-02 | 10 | N/A | 2019 | USD 857,694.56 | PAYMENT UPON DELIVERY: Corresponding to 100% of the contract value within 90 calendar days following the satisfactory receipt of the contract goods, subject to compliance with other legal requirements. | USD 857,694.56 | PAYMENT UPON DELIVERY |
| Approved: APLOG [Signature] | | | | | | TOTAL | USD 857,694.56 | |

REQUIREMENTS

1.  Satisfactory receipt by the MDN-National Army. This requirement must be documented in a report duly signed by the contract supervisor, the technical committee, and a representative of the contracting firm.

2.  Resource status from the Ministry of Finance and Public Credit, National Treasury Directorate (PAC ALLOCATION).

3.  Completion of other relevant administrative procedures.

    NOTE: Payment on the established dates will be subject to prior PAC approval by the Ministry of Finance and Public Credit. EBI File No. 2018011000196

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on August 20, 2024. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 24 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

## 10. CONTRACTUAL GUARANTEE

The seller must provide a performance guarantee for the obligations arising from the contract in favor of **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY**.

The **PERFORMANCE GUARANTEE** must be for ten percent (10%) of the contract value and must be presented within five (5) days following the signing of the contract, with validity equal to the term of the contract execution plus sixty (60) additional days.

The contracting company must fulfill the contractual performance guarantee through one of the following documents: Bank Guarantee, Financial Guarantee, Standby Letter of Credit, and Performance Bond. Other risk coverage mechanisms applicable under U.S. legislation will also be acceptable.

The contracting company may request the release of the guarantee by sending a letter to the Director of ACOFA once it has fully completed the delivery of goods and/or provision of contracted services, and such fulfillment is confirmed by the corresponding satisfactory receipt report.

When the contract is modified, increasing the value given as an advance payment and/or extending the execution period, the advance payment guarantee must be modified to extend its validity and/or value as necessary.

## ADVANCE PAYMENT GUARANTEE: N/A

The contracting company must fulfill both the contractual performance guarantee and the advance payment guarantee through one of the following documents: Bank Guarantee, Financial Guarantee, Standby Letter of Credit, and Performance Bond. Other risk coverage mechanisms applicable under U.S. legislation will also be acceptable.

The contracting company may request the release of the advance payment guarantee by sending a letter to the Director of ACOFA once it has fully completed the delivery of goods and/or provision of contracted services, and such fulfillment is confirmed by the corresponding satisfactory receipt report.

When the contract is modified, increasing the value given as an advance payment and/or extending the execution period, the advance payment guarantee must be modified to extend its validity and/or value as necessary.

All charges and fees related to the issuance or administration of such guarantees will be borne by the contractor and not by the beneficiary.

24



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 25 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

**Compensation Clause**

**APPLICABLE: X NOT APPLICABLE:___**

If any goods are not delivered by the indicated date or any service is not provided by the supplier, and in the absence of duly justified force majeure or unforeseeable events, the supplier will be liable to compensate and pay **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY** for such delay at a rate of **0.2%** of the value of the undelivered product or service for each day of delay until delivery is fulfilled or 6% is reached.

**Clause for Delivery Exceeding 30 Days**

**APPLICABLE: __ NOT APPLICABLE: X**

When the delay exceeds 30 days, **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY** must be additionally compensated with 10% of the value of the undelivered product, and at its discretion, may cancel the order for the product or service or declare the contract terminated following the due process. This clause will serve as a protection against non-compliance (performance guarantee) in cases where the supplier encounters difficulties issuing it according to the nature of the contract or as agreed in the negotiation.

## 11. TECHNICAL GUARANTEE

**PRODUCT GUARANTEE:** The Seller guarantees that all spare parts provided under this Contract will meet the technical specifications and be free from defects in manufacture, material, and workmanship for at least thirty-six (36) months for AN/PVS-7B and AN/PVS-14 night vision spare parts, as specified in the technical data sheets, and forty-eight (48) months for image intensifier tubes, according to NTNMD-0308-A4 (document attached to this bid request), from the delivery of the products. If the Seller is not the manufacturer of the Products, the Seller will provide a written guarantee from the manufacturer and any other extended or additional guarantees offered by the Seller. If the guarantee is transferred from the manufacturer, the Seller will assist the Buyer in processing warranty claims. The Seller's obligation under the guarantee will include the repair or, at its option, replacement of the returned spare parts. All transportation, importation, and exportation costs will be borne by the Seller. The Seller must arrange to replace or retrieve the Product at the Buyer's premises for inspection within fifteen (15) days after receiving the Buyer's warranty claim. The Seller must replace the defective product within sixty (60) days from the date of receipt of the Product from the buyer or at a mutually agreed time by the Parties. If the supplier does not act in response to the warranty claim within fifteen (15) days, the supplier will reimburse the Buyer for all costs associated with replacing the defective Product.

The goods that the supplier agrees to provide under the contract to be executed will be of first quality, new, and in accordance with the agreed technical specifications. Consequently, the supplier is obligated to replace at its own expense any goods that are of poor quality.

[Signature]

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 26 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

## 12. CONTRACT SUPERVISOR:

By Resolution No. 294 of July 15, 2019, Mr. Julio Cesar Pineda Bello is appointed as the supervisor:

> Name: JULIO CESAR PINEDA BELLO, major
> Email: julio.pineda@gmail.com
> Cell: 300 600 5131

## 13. OFFSET

APPLICABLE: NOT APPLICABLE: X

According to document COMPES 3522 of 2008 and Directive 26 of the MDN dated August 1, 2011:

"The Ministry of National Defense must require Industrial and Social Cooperation from foreign suppliers of military equipment, weapon systems, and related services required for national defense and security (such as maintenance, repairs, and upgrades of weapon systems) which are included within the defense sector goods and services requiring reserve for their acquisition, whose amount exceeds one million dollars (USD 1,000,000.00). However, in such cases, the Ministry of Defense reserves the right not to require it or to require it when the amount involved is less than one million dollars (USD 1,000,000.00). However, it is clarified that, in any case, the budgets provided in COMPES 3522 of 2008 and the Ministerial Directive No. 26 of August 1, 2011, will be applicable if OFFSET is required."

OFFSET COMPENSATION CLAUSE

According to Official Letter No. OFI118-13923 MDN-DVGSESDBDCTI of February 20, 2018, issued by the Director of Science, Technology, and Innovation of the Ministry of Defense, it is evident that AVIACOL USA CORP is not listed among the companies that have signed OFFSET agreements through framework agreements, and considering that this contract does not exceed the stipulated amounts, OFFSET is not applicable.

## 14. AFTER-SALES SERVICE:

Training for 15 people for three (3) business days at the Maintenance Battalion, 8 hours daily. Certification will only be issued if the attending personnel achieve a basic level.

Maximum deadline for after-sales service: **November 30, 2019.**

26



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on August 20, 2024. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| SUBMISSION BEFORE THE ACOFA PROCUREMENT COMMITTEE TO ENDORSE THE EVALUATIONS AND RECOMMEND THE AWARD | | | |
|---|---|---|---|
| REQUEST FOR PROPOSAL No. | 052-ACOFA-EJC-2019 | PAGE | Page 27 of 27 |
| BUDGET TO BE CONTRACTED | USD 857,694.56 | | |

## PRESENTATION

Mr. EDWIN GIOVANY PRIETO SANTOS, CT, project manager, based on the information provided, presents the following report to the ACOFA Procurement Committee for consideration. He requests that the committee approve the evaluation reports and recommend to Colonel-Director of the FAC Procurement Agency a favorable decision for the awarding of procurement process No. 052-ACOFA-EJC-2019, which concerns the ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE FOR THE NATIONAL ARMY OF COLOMBIA, with a value of up to EIGHT HUNDRED FIFTY-SEVEN THOUSAND SIX HUNDRED NINETY-FOUR DOLLARS AND FIFTY-SIX CENTS (**USD 857,694.56**) for the offer submitted by **AVIACOL USA CORP**.

[Signature]
EDWIN GIOVANY PRIETO SANTOS, CT
Project Manager

27



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

SUBJECT MATTER: ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE FOR THE NATIONAL ARMY.

In the city of Bogotá, public officials listed below met at the FAC Administrative Office to conduct the Procurement Committee meeting to DEFINE the process for the **ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND AN/PVS-14 NIGHT VISION DEVICE FOR THE NATIONAL ARMY.**

ATTENDEES WITH VOICE AND VOTE

| RANK | NAME | POSITION | COMMITTEE |
|---|---|---|---|
| Col. | Gustavo A. Valbuena G | ADMINISTRATIVE CHIEF (JEAD) | Procurement |
| | | FAC CHIEF OF STAFF, LOGISTICS CHIEF OR THEIR EQUIVALENT IN THE EXECUTING UNIT | Procurement |
| Col. | Rubén Camelo | DIRECTOR OR HEAD OF THE USER EXECUTING UNIT | Procurement |
| TC | Henry Leon | DEPUTY DIRECTOR FOR THE USER DEPARTMENT | Procurement |
| TC | Edwin Prieto | PROJECT MANAGER | Procurement |
| TC | Wilfrid Carvajal | DEPUTY DIRECTOR OF ACOFA ACQUISITIONS | Procurement |
| TC | Diego Silva | DIRECTOR OF MATERIAL OF THE LOGISTICS STAFF | Procurement |
| Col. | Víctor Vidal | FINANCIAL DEPUTY DIRECTOR OF ACOFA OR EQUIVALENT IN OTHER EXECUTING UNITS | Procurement |
| Lt. | Juliana Melo | HEAD OF LEGAL SPECIALISTS AREA ACOFA | Procurement |

ATTENDEES WITHOUT VOTE

| RANK | NAME | POSITION | COMMITTEE |
|---|---|---|---|
| TC | PEREZ GIRALDO JENNIFER JANETH | ACTING HIRING MANAGER | Procurement |

MINUTES                                                          [Signature]

1. Verification of Quorum
2. Presentation of Report by the Project Manager
3. Considerations and Deliberations of the Procurement Committee
4. Recommendation of the Procurement Committee

MINUTES DEVELOPMENT

1. QUORUM VERIFICATION

The session of the Procurement Committee began with the verification of the quorum. All quorum members were present. They constitute the required quorum to deliberate and decide. It is noted that we are in a video conference with the Colonel Director of the Procurement Agency, who is the budget officer.

2

[Signature]                              [Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

2. PRESENTATION OF SUBMISSION

CONSOLIDATED EVALUATIONS

| BIDDER | VERIFICATION DOCUMENTS | | |
|---|---|---|---|
| | LEGAL | TECHNICAL | ECONOMIC |
| AVIACOL USA CORP | COMPLIES | COMPLIES | COMPLIES |

3. CONSIDERATIONS AND DELIBERATIONS OF THE PROCUREMENT COMMITTEE

The procurement committee recommends extending the execution period until December 15, 2019. The same situation described earlier will apply to the post-sale service execution date.

[Signature]

**3**

[Signature]

[Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

| ACTA No. 10 - 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | | |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | FECHA | 04 10 19 |
| PRESUPUESTO OFICIAL | USD 857.694,56 | HORA | 09:00 HORAS |
| PROCEDIMIENTO UTILIZADO | MAYOR | LUGAR | JEAD |

3

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

4. RECOMMENDATION OF THE PROCUREMENT COMMITTEE

After completing the analysis of the previous points, the procurement committee recommended to Colonel Director of the Colombian Air Force Procurement Agency the AWARD of the acquisition process, in accordance with the presented report, for the amount of USD 857,694.56 to **AVIACOL USA CORP**.

**SUBJECT MATTER: ACQUISITION OF SPARE PARTS FOR AN/PVS-7B NIGHT VISION DEVICE AND SPARE PARTS FOR AN/PVS-14 FOR THE NATIONAL ARMY OF COLOMBIA.**

**CONTRACT VALUE: USD 857,694.56**

Contractor: AVIACOL USA CORP

1. PAYMENT METHOD

| CDP | BUDGET | REC | HYGIENE | VALIDITY | TOTAL (USD) | DATE | USD PAYMENT | TYPE OF PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 11619 | C-1502-0100-28-0 1502087-02 | 10 | N/A | 2019 | USD 857,694.56 | PAYMENT UPON DELIVERY: Corresponding to 100% of the contract value within 90 calendar days following the satisfactory receipt of the contract goods, subject to compliance with other legal requirements. | USD 857,694.56 | PAYMENT UPON DELIVERY |
| | | | | | | TOTAL | USD 857,694.56 | |

[Signature]

**REQUIREMENTS**

1. Satisfactory receipt by the MDN-National Army. This requirement must be documented in a report duly signed by the contract supervisor, the technical committee, and a representative of the contracting firm.

2. Resource status from the Ministry of Finance and Public Credit, National Treasury Directorate (PAC ALLOCATION).

3. Completion of other relevant administrative procedures.

   **NOTE:** Payment on the established dates will be subject to prior PAC approval by the Ministry of Finance and Public Credit. **EBI File No. 2018011000196**

4

[Signature]          [Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

**2. PLACE OF EXECUTION (applies to maintenance):**
    N/A

**3. PLACE AND METHOD OF DELIVERY:**

For customs and nationalization purposes, the contractor must transport the goods to the customs warehouse of the Army Supply Battalion, located at Calle 103 A No. 11B-00, Bogotá, D.C., Colombia, after customs clearance processes by the National Army's foreign trade area. The contractor must transport the goods with a technical committee delegate to the Armament Spare Parts Warehouse of the Army Maintenance Battalion No. 1 - Calle 19 Sur No. 6-40 - Barrio Sosiego - Bogotá, D.C., and ensure their satisfactory receipt.

**INCOTERM 2010 DAP**

**4. EXECUTION PERIOD:**                                                      [Signature]

UNTIL NOVEMBER 30, 2019

**5. CONTRACTUAL GUARANTEE**

The seller must provide a performance guarantee for the obligations arising from the contract, in favor of **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY.**

**The PERFORMANCE GUARANTEE** must be for ten percent (10%) of the contract value, and must be presented within five (5) days following the signing of the contract, with a validity equal to the term of the contract execution plus sixty (60) additional days.

The contracting company must fulfill the contractual performance guarantee through one of the following documents: Bank Guarantee, Financial Guarantee, Standby Letter of Credit, Performance Bond. Other risk coverage mechanisms applicable under U.S. legislation will also be acceptable.

The contracting company may request the release of the guarantee by sending a letter to the Director of ACOFA once it has fully completed the delivery of goods and/or provision of contracted services, and such fulfillment is confirmed by the corresponding satisfactory receipt report.

When the contract is modified, increasing the value given as an advance payment and/or extending the execution period, the advance payment guarantee must be modified to extend its validity and/or value as necessary.

**ADVANCE PAYMENT GUARANTEE: N/A**

5

[Signature]              [Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

The contracting company must fulfill both the contractual performance guarantee and the advance payment guarantee through one of the following documents: Bank Guarantee, Financial Guarantee, Standby Letter of Credit, Performance Bond. Other risk coverage mechanisms applicable under U.S. legislation will also be acceptable.

The contracting company may request the release of the advance payment guarantee by sending a letter to the Director of ACOFA once it has fully completed the delivery of goods and/or provision of contracted services, and such fulfillment is confirmed by the corresponding satisfactory receipt report.

When the contract is modified, increasing the value given as an advance payment and/or extending the execution period, the advance payment guarantee must be modified to extend its validity and/or value as necessary.

All charges and fees related to the issuance or administration of such guarantees will be borne by the contractor and not by the beneficiary.

Compensation Clause

APPLICABLE: X NOT APPLICABLE: __

If any goods are not delivered by the indicated date or any service is not provided by the supplier, and in the absence of duly justified force majeure or unforeseeable events, the supplier will be liable to compensate and pay **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY** for such delay at a rate of 0.2% of the value of the undelivered product or service for each day of delay until delivery is fulfilled or 6% is reached.

Clause for Delivery Exceeding 30 Days

APPLICABLE: __ NOT APPLICABLE: X

When the delay exceeds 30 days, **THE NATION-MINISTRY OF NATIONAL DEFENSE-NATIONAL ARMY-DIRECTORATE OF FAC PROCUREMENT AGENCY** must be additionally compensated with 10% of the value of the undelivered product, and at its discretion, may cancel the order for the product or service or declare the contract terminated following the due process. This clause will serve as a protection against non-compliance (performance guarantee) in cases where the supplier encounters difficulties issuing it according to the nature of the contract or as agreed in the negotiation.

[Signature]

6. TECHNICAL GUARANTEE

**PRODUCT GUARANTEE:** The Seller guarantees that all spare parts provided under this Contract will meet the technical specifications and be free from defects in manufacture, material, and workmanship for at least thirty-six (36) months

6

[Signature]          [Signature]


I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.


John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

for AN/PVS-7B and AN/PVS-14 night vision spare parts, as specified in the technical data sheets, and forty-eight (48) months for image intensifier tubes, according to NTNMD-0308-A4 (document attached to this bid request), from the delivery of the products. If the Seller is not the manufacturer of the Products, the Seller will provide a written guarantee from the manufacturer and any other extended or additional guarantees offered by the Seller. If the guarantee is transferred from the manufacturer, the Seller will assist the Buyer in processing warranty claims. The Seller's obligation under the guarantee will include the repair or, at its option, replacement of the returned spare parts. All transportation, importation, and exportation costs will be borne by the Seller. The Seller must arrange to replace or retrieve the Product at the Buyer's premises for inspection within fifteen (15) days after receiving the Buyer's warranty claim. The Seller must replace the defective product within sixty (60) days from the date of receipt of the Product from the buyer or at a mutually agreed time by the Parties. If the supplier does not act in response to the warranty claim within fifteen (15) days, the supplier will reimburse the Buyer for all costs associated with replacing the defective Product.

The goods that the supplier agrees to provide under the contract to be executed will be of first quality, new, and in accordance with the agreed technical specifications. Consequently, the supplier is obligated to replace at its own expense any goods that are of poor quality.

**7. CONTRACT SUPERVISOR:**

By Resolution No. 294 of July 15, 2019, Mr. Julio Cesar Pineda Bello is appointed as the supervisor:

      Name: JULIO CESAR PINEDA BELLO, major
      Email: julio.pineda@gmail.com
      Cell: 300 600 5131

**8. OFFSET**

      APPLICABLE: __ NOT APPLICABLE: **X**          [Signature]

According to document COMPES 3522 of 2008 and Directive 26 of the MDN dated August 1, 2011:

"The Ministry of National Defense must require Industrial and Social Cooperation from foreign suppliers of military equipment, weapon systems, and related services required for national defense and security (such as maintenance, repairs, and upgrades of weapon systems) which are included within the defense sector goods and services requiring reserve for their acquisition, whose amount exceeds one million dollars (USD 1,000,000.00). However, in such cases, the Ministry of Defense reserves the right not to require it or to require it when the amount involved is less than one million dollars (USD 1,000,000.00). However, it is clarified that, in any case, the budgets provided in COMPES 3522 of 2008 and the Ministerial Directive No. 26 of August 1, 2011 will be applicable if OFFSET is required."

<div align="center">7</div>

[Signature]              [Signature]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| MINUTES No. 107 of 2019 | | | |
|---|---|---|---|
| MEETING OF THE FAC PROCUREMENT COMMITTEE TO AWARD | | | |
| PROCUREMENT PROCESS | No. 052-ACOFA-2019 | DATE: | 10/04/2019 |
| OFFICIAL BUDGET | USD 857,694.56 | TIME: | 09:00 |
| PROCEDURE USED: | OPEN BIDDING | PLACE: | CAF - JEAD |

**OFFSET COMPENSATION CLAUSE**

According to Official Letter No. OFI118-13923 MDN-DVGSESDBDCTI of February 20, 2018, issued by the Director of Science, Technology, and Innovation of the Ministry of Defense, it is evident that AVIACOL USA CORP is not listed among the companies that have signed OFFSET agreements through framework agreements, and considering that this contract does not exceed the stipulated amounts, OFFSET is not applicable.

**9. AFTER-SALES SERVICE:**

Training for 15 people for three (3) business days at the Maintenance Battalion, 8 hours daily. Certification will only be issued if the attending personnel achieve a basic level.

Maximum deadline for after-sales service: **November 30, 2019**.

Having exhausted the agenda, the session was concluded. As a record, it is signed by those who participated..

SIGNATURES

| | |
|---|---|
| HEAD OF LEGAL SPECIALISTS AREA ACOFA [Signature] | FINANCIAL DEPUTY DIRECTOR OF ACOFA OR EQUIVALENT IN OTHER EXECUTOR UNITS [Signature] |
| DIRECTOR OF MATERIAL OF THE LOGISTICS STAFF [Signature] | DEPUTY DIRECTOR OF PROCUREMENT OF ACOFA [Signature] |
| PROJECT MANAGER [Signature] | DEPUTY DIRECTOR OF THE USER DEPENDENCY [Signature] |
| DIRECTOR OR HEAD OF THE USER EXECUTOR UNIT [Signature] | HEAD OF STAFF AT THE FAC, LOGISTICS HEAD OR DESIGNEE IN EXECUTOR UNIT [Signature] |
| ADMINISTRATIVE HEAD (JEAD) [Signature] | |
| HEAD OF CONTRACTUAL AREA (WITHOUT VOTE) [Signature] | |

8



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

MILITARY FORCES OF COLOMBIA
MINISTRY OF NATIONAL DEFENSE – COLOMBIAN AIR FORCE PROCUREMENT AGENCY
PROCESS FOR APPROVAL

SUBJECT MATTER: ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B AND SPARE PARTS FOR AN/PVS-14 FOR THE COLOMBIAN NATIONAL ARMY

RECORD OF ATTENDANCE AT THE PRESENTATION BEFORE THE PROCUREMENT COMMITTEE TO APPROVE ___ OF THE REFERENCED PROCESS.

CITY: BOGOTÁ, D.C.          DATE: 10/04/2019

| RANK | NAME | POSITION | DEPENDENCY | SIGNATURE | CON VOZ | |
|---|---|---|---|---|---|---|
| | | | | | WITH VOTE | WITHOUT VOTE |
| Col. | Gustavo A. Valbuena G | Administrative Head (JEAD) | (JEAD) | [Signature] | X | |
| | | Head of the FAC Staff, Logistics Head or Designee in Executor Unit | | | X | |
| Col. | Rubén Camelo | Director or Head of the User Executor Unit | [Illegible] | [Signature] | X | |
| CT | Henry Leon | Deputy Director for the User Dependency | SUADQ | [Signature] | X | |
| CT | Edwin Prieto | Project Manager | Project Department | [Signature] | X | |
| CT | Wilfrid Carvajal | Deputy Director of Procurement of ACOFA | ACOFA | [Signature] | X | |
| CT | Diego Silva | Director of Material of the Logistics Staff | Logistics Department | [Signature] | X | |
| Col. | Víctor H. Vidal | Financial Deputy Director of ACOFA or Equivalent in Other Executor Units | Financial Director | [Signature] | X | |
| Lt. | Juliana Melo | Head of Legal Specialists Area ACOFA | ACOFA | [Signature] | X | |
| TC | Jennifer Perez | Head of Contractual Area | ACOFA-SUADA | [Signature] | | X |

NOTE: WE CLARIFY THAT FOR THIS PRESENTATION, THE ABOVE-LISTED PARTICIPANTS ARE IN VIDEO CONFERENCE WITH THE DIRECTOR OF THE COLOMBIAN AIR FORCE PROCUREMENT AGENCY, LOCATED IN FORT LAUDERDALE, FLORIDA, UNITED STATES OF AMERICA. THEREFORE, THIS DOCUMENT DOES NOT INCLUDE THE SIGNATURE OF THE MENTIONED DIRECTOR. HOWEVER, ALL MATTERS DISCUSSED IN THIS PRESENTATION ARE PRESENTED FOR THE DIRECTOR'S CONSIDERATION.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



| FUERZA AÉREA COLOMBIANA<br>AUTORIDAD AERONAUTICA DE LA AVIACION DEL ESTADO<br>FORMATO ANEXO J -ACOFA - APROBACION DE GARANTIAS | Código: | GA-JEAD-FR-063 |
|---|---|---|
| | Versión N°: | 1 |
| | Vigencia: | 27-AGO-2018 |

**CONTRACT INFORMATION**

CONTRACT NUMBER: 008-EJC-2019
*Número del contrato*

AVIACOL USA CORP
COMPANY NAME (*Nombre de la empresa contratista*)

CONTRACT VALUE: $857,694.56
*Valor del contrato*

LAST DELIVERY DATE: DEC-15-2019
*Última fecha de entrega pactada*

ADVANCE PAYMENT: N/A
*Pago anticipado*

CONTRACT DATE: OCT-18-2019
*Fecha firma del contrato*

**GUARANTEE INFORMATION**

GUARANTEE VALUE: $85,769.45
*Valor de la garantía*

APFactorial LLC

EMISSION DATE: OCT-25-2019
*Fecha de emisión*

GUARANTOR (*Asegurador o institución financiera que emite la garantía*)

EXPIRATION DATE: FEB-15-2020
*Fecha de expiración*

COUNTRY: USA
*País*

STATE: FL
*Estado*

FLORIDA LAWS
LAW/INTERNATIONAL STANDARD (*Ley o estándar internacional que aplica*)

CONFIRMING BANK OR INSURANCE COMPANY (*Banco o aseguradora confirmante*)

COVERAGE: PERFORMANCE
*Cubrimiento*

TYPE OF GUARANTEE: PERFORMANCE GUARANTEE
*Tipo de garantía*

**REVIEW & APPROVAL**

APPROVAL: APPROVED
*Aprobación*

CORRECTIVE ACTION: COMPLIANT
*Acción correctiva*

JAMES F. SERNA
ACOFA Adviser
REVIEWER OK (*Revisor Vo.Bo.*)
ACOFA Forma Anexo J  27-AGO-2018

FIRMA APPROVING OFFICER (*Oficial que aprueba*)

Colonel ALEJANDRO VÉLEZ OSPINA
DIRECTOR ACOFA

RANK AND NAME (*Grado y Nombre*)



## PERFORMANCE GUARANTEE

October 25, 2019

Coronel Alejandro Vélez Ospina
Director Colombian Air Force Purchasing Agency
**Fuerza Aérea Colombiana - Agencia de Compras ("Acofa")**
704 S.W. 34 Street
Fort Lauderdale, Florida 33315

Reference Contract  Number: 008 EJC / 2019
Seller: **AVIACOL USA CORP**
Total Contract Amount: US$857,694.56
Issuance of Performance Guarantee : Up to US$85,769.45
Expiration Day: February 15, 2020

Dear Coronel,

In consideration of the Colombian Air Force Purchasing Agency (ACOFA) having subscribed with **AVIACOL USA CORP("AVIACOL")** a corporation located at 2299 NW 108th Avenue, Miami, Florida 33172 (hereinafter referred to as the "Seller"), contract number 008 EJC / 2019 awarded on October 18, 2019  (hereinafter the "Contracts") and the same having been unequivocally accepted by the Seller; we Factorial LLC (hereinafter referred to as "Factorial"), do hereby guarantee and undertake as follows:

(1) To pay **THE MINISTRY OF NATIONAL DEFENSE / THE COLOMBIAN NATIONAL ARMY - THE COLOMBIAN AIR FORCE PURCHASING AGENCY**, on the Expiration Date, the amount not performed under the Contract up to a maximum of $85,769.45 USD, of the total amount of the Contract, without any demur, reservation, context, recourse or protest and/or without any approval, notice or consultation being required from the Seller. Any such demand made by ACOFA on Factorial shall be conclusive and binding notwithstanding any disputes which may arise between ACOFA and the Seller whether or not such dispute is pending before any Court, Tribunal, Arbitrator or any other authority.

(2) Factorial undertakes not to revoke this Guarantee without prior written consent of ACOFA.  Notwithstanding the preceding, this Guarantee shall expire and terminate automatically at 5pm Eastern Standard Time on the Expiration Date and/or the date when all the required work under the Contract had been performed by the Seller, without any action being required from Factorial, ACOFA or Seller for such expiration and termination.



(3) Factorial shall not be released of its obligations hereunder by reason of any exercise by ACOFA of its rights with reference to the Contract or by reason of any other act or forbearance or other acts of omission of commission on the part of ACOFA or any other indulgence shown by ACOFA or by any other means whatsoever which under applicable law would, but for this provision, have the effect of relieving Factorial.

(4) In no event, shall Factorial be held liable to any party for any amounts in excess of the $85,769.45 Performance Guarantee.

(5) This Performance Guarantee shall be governed by the laws of Florida without regard to the principles of conflicts of laws. All actions and proceedings arising out of or relating to this Agreement shall be heard and determined in any court of competent jurisdiction sitting in Miami-Dade County, Florida.

Executed on the 25th day of the month of October of 2019

Factorial LLC

Managing Partner

[Official Translation]

| SIIF [Logo] | Budget Commitment Report | Requesting User: | MHhmguzman | Heydy Maritza Guzman Daza |
|---|---|---|---|---|
| | | Unit & Subunit Requesting Executor Unit | 15-01-03-000 | ARMY COMMAND |
| | | Date and Time System: | 10/22/2019, 3:30 pm | |

## BUDGETARY COMMITMENT RECORD

Based on CDP No: 11619 dated 2019-03-12. The budgetary record was made with the following details:

| Number | 75219 | Date of Registration | 10/22/2019 | Unit / Subunit Executor | 15-01-03-000 ARMY COMMAND | | | |
|---|---|---|---|---|---|---|---|---|
| Budgetary Period | Current | Status: | Generated | | Currency: | COP | Exchange rate | 0.00 |
| Initial value | 2,967,934,856.00 | Total Value of Transactions | | | Current value | 2,967,934,856.00 | Balance to Obligate | 2,967,934,856.00 |

### THIRD ORIGINAL

| ID: Other | 460527825 | Business name: | AVICOL USA CORP | Payment method: | Transfer |
|---|---|---|---|---|---|

### BANK ACCOUNT

| Number: | | Bank: | | Type: | | Status: | |
|---|---|---|---|---|---|---|---|

### EXPENDITURE AUTHORIZER

| ID: 79054162 | Name: | RUBEN DARIO CAMELO DAZA | Position: | DIRECTOR OF PROCUREMENT LOGISTICS COMMAND |
|---|---|---|---|---|

| PETTY CASH | SUPPORTING DOCUMENT | | | | | |
|---|---|---|---|---|---|---|
| ID: | Registratio date: | Number: | 20194335829193 | Type: | OFFICIAL NOTICE | Date: | 10/22/2019 |

ITEM FOR EXPENDITURE IMPACT

| DEPENDENCY | EXPENDITURE CATALOG POSITION | SOURCE | RESOURCE | SITUATION | OPERATION DATE | INITIAL VALUE | OPERATION VALUE | CURRENT VALUE | BALANCE TO OBLIGATE |
|---|---|---|---|---|---|---|---|---|---|
| A3 DIADO – Weaponry Area | C-1502-0100-28-0-1502087-02 ACQUISITION OF GOODS AND SERVICES – WEAPONS WITH MAJOR MAINTENANCE – STRENGTHENING OF MATERIAL AND EQUIPMENT FOR FRONTLINE COMBAT TROOPS OF THE NATIONAL ARMY | Nation | 10 | CSF | | | | | |
| | | | | | Total: | 2,967,934,856.00 2,967,934,856.00 | | 2,967,934,856.00 | 2,967,934,856.00 |

| Subject matter: | ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B AND NIGHT VISION DEVICE AN/PVS-14 FOR THE NATIONAL ARMY |
|---|---|

| PAYMENT PLAN | | | | | | |
|---|---|---|---|---|---|---|
| PAC IMPACT | DEPENDENCY | PAC CATALOG POSITION | DATE | NET DUE | SALDO POR OBLIGAR | PAYMENT LINE |
| 000 | ARMY COMMAND | 3 - 8 | CNC – ORDINARY INVESTMENT NATION CSF | 12/20/2019 | 2,967,934,856.00 | 2,967,934,856.00 | NONE |

[Signatures]
RESPONSIBLE PARTY'S SIGNATURE

Page 1 of 2

*[Partially translated: Only the requested information was translated. Should you need to see the rest of the document, please refer to the original document attached hereto]*



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under License No. 577 of October 22, 2021, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

### GOODS PURCHASE AGREEMENT



### COLOMBIAN AIR FORCE
### PURCHASING AGENCY

| | |
|---|---|
| **PURCHASE NRO. 008  ACOFA EJC/2019** | |

| Buyer 704 SW 34 TH STREET | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
|---|---|---|---|---|---|

| Seller | AVIACOL USA CORP | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 |
|---|---|---|
| | Attn: HAROLD GIOVANNY BOCANEGRA | PHONE: 305-5108631 | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 0000 | RUBRO: C-1502-0100-28-01502087-02 | Num. Modifica: 0 | Fec. Modifica: 0 |
|---|---|---|---|---|

| CONTRACT DATE: OCTOBER 08, 2019 | FINAL DELIVERY DATE DECEMBER 15, 2019 · | ITEMS(S) 25 | PAGE(S) 11 | Total USD: $ 857.694,56 |
|---|---|---|---|---|

#### SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | DECEMBER 15, 2019 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18,24 | 693,12 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4,76 | 180,88 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |

1

| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223,94 | 1.119,70 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |

| SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12,53 | 2.881,90 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4,46 | 1.025,80 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5,97 | 1.373,10 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5,32 | 1.223,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | DECEMBER 15, 2019 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210,80 | 48.484,00 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212,35 | 5.521,10 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1,45 | 333,50 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246-8264 | EA | 230 | NEW | 8,02 | 1.844,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 22 | COVER,BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3,82 | 878,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17,61 | 4.050,30 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8,02 | 1.844,60 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1,44 | 331,20 | DECEMBER 15, 2019 | THIRTY-SIX (36) MONTHS |
| TOTAL | | | | | | | | | USD$ 857.694,56 | | |

AGREEMENTS:

DIADQ – COLOMBIAN NATIONAL ARMY

REQUEST FOR PROPOSAL NO. 052-ACOFA-EJC-2019

Act No. 107 OF THE ACQUISITION COMMITTEE OF OCTOBER 04, 2019

2



This **PURCHASE AGREEMENT**, hereinafter the "Contract", is made by and between **AVIACOL USA CORP**, organized under the laws of **UNITED STATE OF AMERICA - STATE - FLORIDA**, whose address is at 2299 NW 108 TH. AVENUE, MIAMI, FL 33172, with Official document company creation PI 460527825 - Florida. A hereinafter referred to as the "Seller", and the **COLOMBIAN AIR FORCE PURCHASING AGENCY** on behalf of Colombia's the Ministry of Defense, registered with the Office of Foreign Mission of the US Department of State as a Miscellaneous Foreign Government Organization, having its principal place of business at 704 SW 34 TH STREET, United States of America, hereinafter referred to as the "Buyer".

### AGREEMENT

In consideration of the following premises and mutual agreements the Seller and Buyer, jointly referred to as the **"Parties"**, agree, Contract and stipulate as follows:

**1. OBJECT AND DESCRIPTION OF CONTRACT.** This Contract is for the " ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", hereinafter referred to as the "Products", specified together with their respective technical specifications and the approved price list incorporated herein in the list of Products on the first page of the Contract.

**2. RESERVED.**

**3. CONTRACT VALUE.** The volume of purchases under this Contract shall be **$ 857.694,56** US dollars. The total sum of all Products provided under this Contract shall not exceed the value herein established. It is the responsibility of the Parties to update the balance of all Orders and invoices issued under this Contract at all times. Buyer does not accept deliveries that exceed the value set herein.

**4. PRICES.** The price of each Product purchased under this Contract is specifically agreed by the Parties as stated in the list of Products on the first page of the Contract. Prices are firm and not subject to escalation, adjustments or revisions from the "Effective Date" until the termination of this Contract and it's extensions, if any.

**5. N/A**

**6. N/A**

**7. N/A**

**8. N/A**

**9. N/A**

**10. N/A**

**11. INVOICES.** Invoices must contain the following information:

a.  Date.

b.  Invoice number.

c.  Seller's business name and address.

3

d.  Buyer name and address.

e.  Contract number.

f.  Full description of the Products, including P/N model, NSN, S/N, reference, brand, technical description, material conditions and expiration date (Shelf Life), if applicable.

g.  Quantity of Products.

h.  Price in US dollars.

i.  INCOTERM.

j.  The invoice shall only list Products purchased under the same Order. Invoices and shipments containing Products ordered under different Orders or Contracts will be returned to the Seller.

k.  If a Product listed in an invoice is found nonconforming, all of the Products on the same invoice shall be held suspended and pending until such time as the nonconformity of the Product is corrected by Seller or the nonconforming Product is removed from the invoice.

**12. NON TRANSFER AND END USE CERTIFICATE.** Under the terms of delivery herein established, Seller shall either export the Products to Colombia or provide all necessary documentation for the export to Colombia. Therefore:

a.  Seller shall know, understand and obtain all necessary export licenses to deliver the Products to Buyer in Colombia.

b.  Seller shall request from Buyer all necessary documentation to obtain the export license immediately after the Contract is awarded.

c.  Seller shall provide the following information when requesting Buyer for the End Use and Non-Transfer Certificate: (i) description; (ii) part number; (iii) price; (iv) contract and order numbers (v) country of origin; (vi) classification ECCN or USML Category, whichever applies if the country of origin is the US or its equivalent in any other country.

d.  If necessary Buyer shall be responsible for issuing the end-use certificates and documentation for the processing of export licenses.

**13. SHIPPING AND DELIVERY.** Seller will use all commercially available resources to meet the delivery date of the Products required by the Buyer in the Order and shall comply with the following conditions:

a. For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at calle 103 A No. 11 B – 00, Bogotá DC – Colombia once the customs clearance processes have been performed by foreign trade area of the National Army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 calle 19 sur No. 6-40 Barrio sosiego – Bogotá D.C. and its subsequent receipt to satisfaction.

**DAP INCOTERM 2010**

b. Shipments must be properly packaged and labeled in accordance with established international and commercial standards and contain at least identification of each Product individually with part number, Order number, and serial number when applicable.

c.  Product must be accompanied by:

- Invoice;

- Packing list;

- AWB / Bill of lading;

4

- Certificate of origin (when applicable according to the Product and origin).

- Manufacturer warranties in writing (if there are original OEM warranties and they are not written in this CONTRACT (and extended warranty, if applicable).

d. **RESERVED.**

e. The Seller shall send a copy in PDF format of the documents described in paragraphs "c" of this article to the following email: / oficontratacion@ejercito.mil.co

f. In compliance with Colombian customs regulations, if a Product in an airway bill or bill of lading is nonconforming; all the Products in the airway bill shall not be accepted until all Products consolidated in the air waybill are conforming.

If a Product in an invoice that includes several Products is nonconforming, all Products in the same invoice shall be hold pending for acceptance until the Seller corrects the invoice for all conforming Products.

**14. INSPECTION AND ACCEPTANCE.** Inspection and acceptance will be at delivery place agreed between the Parties. Previous to shipment, Seller shall perform or have performed the inspections and tests required to substantiate that the supplies and services provided under the Contract conform to the drawings, specifications and Contract requirements. Upon receipt, Buyer shall make an initial physical inspection to determine the conformity of the Products.

If Products are fund nonconforming at the time of the initial inspection, the Buyer shall issue a report of nonconformance within a reasonable time, which in no case exceeds ten (10) calendar-days after delivery of the Products.

Notwithstanding the initial inspection, Buyer retains the right to further inspect and to perform tests of the Products or work performed after the initial ten (days) period and to reject any or all of the Products or work performed which are in Buyer's judgment defective.

Receipt and/or payment by Buyer for the Products delivered hereunder shall not constitute Buyer's acceptance.

**15. REJECTION OF PRODUCTS.** Within ten (10) calendar days after receipt of the Products, Buyer shall report to Seller by a non-conformance report any Product damaged, missing, supplied in excess of quantities or non-conformant with technical specifications. Seller shall retrieve rejected Products from buyer's facilities, at its sole costs, within five (05) business days from receiving the nonconformance report. For that effect, Seller shall provide instructions for the return of rejected Products.

Seller agrees that if Products are not retrieved in the term established herein, the Products may be declared abandoned and are subject to confiscation by the Colombian Customs authority.

Seller shall replace rejected Products within the following forty five (45) days from being notified by Buyer of the nonconformity and without expense to Buyer. Buyer's right to inspect and reject Products and services shall not relieve the Seller from the obligation of testing, inspection and quality control.

If rejected Products are not replaced in the term established herein, Seller shall reimburse to Buyer all amounts paid for rejected Products or, in the existence of an outstanding payment, Buyer shall deduct the amounts paid for Products rejected from the next payment scheduled under this Contract.

**16. RISK OF LOSS.** The risk of loss is transferred from Seller to Buyer at the time the Product is received at the agreed delivery place. The risk of loss of non-conforming Products rejected by the Buyer is transferred back to the Seller fifteen (15) days after Buyer notifies the nonconformance to Seller.

**17. FORCE MAJEURE.** Neither party shall be responsible for any failure or delay in performance resulting from force majeure being unforeseeable conditions beyond its reasonable control. Such conditions include acts of government, court orders, civil unrest, sabotage, adverse weather conditions, strikes, act or omission of carriers or shortage of materials or service. The Party affected by such cause(s) shall give notice to the other Party immediately, but in any case shall not exceed five (05) business days and shall exercise all reasonable efforts to remedy the delay so caused. The notice shall contain a detailed description of the cause and effect in the execution of the Contract, together with sufficient evidence. The affected party is required to take reasonable measures to limit the effect of the non-compliance with its obligations. If such communication is not provided, it is understood that the delay is attributable to the affected party.





5

**18. COMPENSATION FOR DEFAULT.**

**a.** It is expressly agreed by the Parties to this Contract, in the case of non-compliance with its obligations under this Contract and in the absence of duly evidenced force majeure or Act of God, then and in that event the seller shall be subject to compensate and pay to the buyer compensation for such non-compliance equivalent to zero-point-two per-cent (0.2 %) of the non-delivered Product or Service value for each day until delivery of such Product or Service is fulfilled, but in no case more than six per-cent (6 %) of the non-delivered Product or Service value.

Buyer will notify seller in writing of the amount of the compensation for damages after all deliveries have been completed or the Order has been canceled. Seller shall have five (5) business days to dispute buyer assessment of damages providing documented evidence to dispute the charges. Provided seller does not dispute buyer calculations or demonstrates the existence of force majeure, if buyer has not made full payment to the seller of amounts due under this Contract, it is agreed that the buyer in its sole discretion may deduct from the amount owed to the seller the amount of compensation as described in the previous paragraph. If, however, this amount is owed by seller in a term not exceeding five (05) business days after being notified by the buyer, seller shall pay the compensation for damages to Buyer.

**b. PERFORMANCE GUARANTEE:** performance guarantee for an amount equivalent to ten-percent (10%) of the Contract price within the following five (5) business days from the effective day of the Contract with the following characteristics:

**Form**: the guarantee shall be in the form of a performance bond, standby letter of credit, bank guarantee, or financial guarantee issued by an insurance company or financial institution satisfactory to and approved by Buyer;

**Beneficiary**: Ministry of National Defense - Colombian Army – Colombian Air Force Purchasing Agency;

**Term**: Sixty (60) calendar days following delivery of the last Product delivered hereunder. If the term of performance is extended, Seller shall extend the term of the guarantee accordingly.

- Guarantees issued by financial institutions or insurance companies that are not domiciled in the US, must be confirmed by a similar institution authorized to issue such guarantees in the US or abide to the international Standby Practices (ISP-98) and/or International Chamber of Commerce ICC, Uniform Customs and Practice for Documentary Credits (UCP-600).

- Original hard copy of Guarantee must be delivered to ACOFA facilities in Fort Lauderdale, Fl.

- All charges and fees related to the issuance or administration of such guarantees will be assumed by the applicant and in no case by the beneficiary.

**19. TERMS OF PAYMENT.** The Buyer agrees to pay the amounts billed by the Seller as follows:

a. Payments shall be made according to the schedule of payments in article 39 of this Contract.

b. Each payment shall not exceed the amount established in the schedule of payments.

c. Notwithstanding the foregoing, in the event that 100% of the Products are not received by the Buyer by the delivery date as specified in the Order, it is expressly agreed by the Seller that the Buyer shall pay Seller only for those Products which have been delivered, after taking credit for the payments previously made pursuant to advance payments if any above.

d. N/A.

e. N/A.

f. Payments shall be made in US currency by a wire transfer to the bank account of the Seller as follows:

6

- Business name:      AVIACOL USA CORP
- Account number:     ██████622
- Bank Name:          Bank of America
- Aba for direct deposit: 063100277
- Aba for wires:      026009593
- Swift Code:         BOFAUS3N

**20. OPTIONAL PAYMENT DISCOUNT.** When this Contract has been fulfilled by the Seller before the term for performance, Buyer at its own discretion might offer to pay ninety (90) or more days in advance from the established payment date in exchange of Seller acceptance to discount 0.3% for any thirty (30) days period of advanced payment. Buyer has no obligation to offer and Seller has no obligation to accept this option.

**21. PAYMENT BASED ON THE EXCHANGE RATE.** It is understood and agreed between the parties that the prices specified in this Contract or purchase orders issued under this Contract are in currency of the United States. Such prices shall not vary or be adjusted as a result of changes in the official exchange rate published daily by the Bank of the Republic of Colombia on its official website: http: //banrep.gov,co. Notwithstanding the foregoing, the parties agree as follows:

**a.** If the Seller fails to meet the delivery date agreed between the parties and delivers the Product at a later date, and in the absence of force majeure, if the exchange rate Colombian pesos for US dollars is unfavorable to Buyer, Buyer at its sole discretion may make payment based on the official exchange rate at the date originally set for payment and the Seller accepts this payment as full payment of the scheduled Buyer's obligation.

**b.** Buyer will make payments in the agreed month and following the agreed payment schedule established herein. Nevertheless, in cases of force majeure, when an abrupt change in the exchange rate Colombian Peso / US dollar makes it impossible to disburse the scheduled payment in full, Buyer Shall informe Seller immediately after learning of this situation and the Parties shall agree on new payment terms for the underfinanced part of that payment.

**22. N/A.**

**23. PRODUCT WARRANTY.** The Seller guarantees that all spare parts supplied under this Contract will conform to the technical specifications and will be free of manufacturing, material and workmanship defects for at least thirty-six months (36) months for AN/PVS-7B, AN/PVS-14 night vision spare parts in accordance with the stipulations in the technical data sheets and forty-eight (48) months for image intensifier tubes, in accordance with NTNMD-0308-A4 (document attached to the request for proposal), since the delivery of the products. If the warranty is transferred from the manufacturer, Seller shall assist Buyer in processing warranty claims. The obligation of Seller under the warranty shall include the repairing or at its option replacing any components or parts that are returned, all transportation and import and export costs paid by the Seller. Seller shall make arrangements to replace or to retrieve the Product from Buyer's facilities for inspection and repair within fifteen (15) days from receiving the warranty claim from the Buyer. Seller shall replace or repair the defective product within sixty (60) days from the date of receiving the Product from buyer or at a time mutually agreed by the Parties. If Seller fails to take action in response to the warranty claim within fifteen (15) days, Seller shall reimburse Buyer for all cost associated with replacing or repairing the defective Product.

Goods to be delivered under this contract must meet top quality standard, new as per technical spels agreed in purchase order. Seller must replace at its expense any pour quality product.

**24. N/A.**

**25. QUALITY STANDARDS.** Seller shall maintain internationally recognized quality standards, aerospace standards, or equivalent standardized military quality systems acceptable to the Buyer for Products and / or services sold under this CONTRACT. Seller shall use quality systems widely recognized by government or by industry. At Buyer's request, Seller shall provide documentation describing the quality system.

7

**26. VALIDITY AND TERM OF PERFORMANCE.** This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from the Effective Date until DECEMBER 15th, 2019.

- Both Parties sign the Contract and transmits the signed document to the other Party.

- Acceptance and approval of Performance Guarantee by ACOFA (when applicable).

- Issuance of Budget Record Certificate (CRP) by NATIONAL ARMY.

**27. POST SALE SERVICE.**

1. Training for 15 people for three (3) business days in the Maintenance Battalion, 8 hours a day. It will only be certified if the assistant staff has a basic level.

Maximum date for this training is until DECEMBER 15th, 2019.

**OFFSET: N/A**

**NOTE:** The supplier will grant offset (INDUSTRIAL COMPENSATION) by the present contract, which will be established by the two parties and legalized by signing a new agreement that is made under the Ministerial statutes.

**28. AMENDMENT OF THE CONTRACT.** This Contract may be modified only in writing by the Parties who signed the original Contract. Any amendment to this Contract shall comply with the following conditions:

a. The affected Party shall notify the other party immediately it becomes aware of the circumstances that impede its ability to perform the Contract according to its obligations.

b. The term of performance of the Contract is in effect.

c. The amendment does not alter the conditions that led to the selection of the proposal.

d. The Contract may only be increased by up to 50% of its initial value.

e. The request for amendment shall be based on the prices of the initial proposal, or a duly justified need for additional works, or based on the price adjustment formula established in this Contract.

f. If force majeure is duly documented, the terms and conditions of the Contract shall be modified accordingly in those areas affected until the causes disappear or are remedied. However, after ten (10) days of delay in the performance of the Contract, either Party may cancel the Order for Products not delivered.

g. Despite the provisions of the preceding paragraph, in case the Product is Contracted to be manufactured or acquired solely for the Buyer, and Seller documents sufficiently that in the process of manufacture or acquisition of the Product conditions of force majeure emerge that delay or prevent the performance of the Contract, Seller shall submit a report of the work done to date and its cost, and shall suspend any action related to the performance of the Contract until the Buyer assess the situation. Based on information supplied by the Seller, the Buyer shall evaluate the appropriateness of canceling the Order and pay for the cost of the work performed to date of to suspend the Order, or otherwise, the delivery terms shall be extended until the force majeure conditions disappear or are remedied.

h. When a Party fails to comply its obligations under the Contract and in the absence of force majeure or an act of god, the other Party, at its sole discretion, may accept or reject to amend the Contract and to demand the compensations to which it is entitled by law or by Contract.



8

i. If Seller does not provide a solution to the breach within a reasonable time which in no case exceeds ten (10) days, Buyer may unilaterally cancel the Order and pay only for those Products that have been delivered without detriment to its right to demand a compensation for damages caused by the breach of the Contract.

## 29. CANCELLATION OR RESCISSION OF CONTRACT.

The Parties may **cancel** this Contract immediately after issuing a written notice of breach of the obligations of the other Party under this Contract, assuming that:

a. The Parties may terminate this Contract by mutual consent

b. When the breach is due to duly argued Force Majeure and such causes are not removed or cured in a period not to exceed ten (10) days after written notice.

c. When Seller breaches all or any agreement of the contract and fails to notify the buyer for delivery

d. When Seller fails to provide a cure in a period not to exceed ten (10) days, Buyer may cancel the Purchase Order or Contract unilaterally immediately and shall only pay the value of the delivered Products.

The Parties may **rescind** this Contract immediately after issuing a written notice to the other Party under this Contract, assuming that:

a. The party requesting the rescission notifies the other party in writing by demonstrating and documenting the reasons for the rescission.
b. The requesting party must offer or demand, as the case may be, the other party to restitution of the benefits obtained from the contract.
c. If feasible, the parties shall subscribe a rescission document.

**30. ASSIGNMENT OF CONTRACT.** Seller may assign its economic rights under this Contract to a third party but such assignment shall not be binding on the Buyer until Buyer has been duly so notified in writing by the Seller and has acknowledged such assignment. The Seller may not assign any of its duties or obligations under this Contract without the prior written consent of the other Buyer.

**31. RULES AND GOVERNMENT REGULATIONS.** Sellers is obliged to know, understand, comply with and obtain licenses and permits required under all laws, decrees, statutes, rules and regulations of the government and / or agency with competent jurisdiction currently in effect or that may be in effect from now on. This obligation to comply with all rules and regulations as described above applies at all times, even when the Products are in transit to their final destination. Tariffs, export licenses and government permits in the country of origin of the Product are the responsibility of Seller. Taxes, tariffs, import licenses and government permits in Colombia are the responsibility of the Buyer.

**32. N/A.**

**33. CONFIDENTIALITY.** Parties assume the obligation to properly protect documents and in general all the information received from the other Party for the proper implementation of this Contract and in the same way, assumes the same obligation regarding documentation, know-how and in general all the information received from the other Party.

This Contract, its Appendices, information, agreements, activities, documentation and, in general, all history and matter that is linked to it shall be treated as reserved, so that both parties assume the obligation not to publicize them or disclose to third parties outside this Contract, except to people who shall have them because of their duties. However, in the event that either party is legally obliged to disclose the terms of this Contract, the Party agrees to make its best efforts to require the relevant body to treat the terms and conditions of this Contract as reserved.

**34. EQUITABLE SOLUTION.** Nothing in this Contract prevents either Party file an action seeking a fair solution or solution by order of the Court of competent jurisdiction. All legal costs, including court costs and lawyers, are the responsibility of the non-prevailing party in the lawsuit.

**35. DISPUTE RESOLUTION.** The Parties agree to resolve any disputes arising under this Contract, including claims and actions that influence its implementation through amicable direct negotiation. However, if the Parties fail to reach a satisfactory agreement within a period of sixty (60) days, the dispute shall be resolved by a civil court award in Broward County, Florida, United States. The Parties hereby waive the right to trial by jury.

**36. ENTIRE AGREEMENT.** This Contract constitutes the entire agreement between the parties and should not be modified, altered or changed except by a written agreement signed by the parties. Any term or condition in the Order or other written instrument issued by Buyer or by Seller in connection with this Contract that is in addition to or inconsistent with the terms and conditions of this Contract does not bind the other party and not it should be considered to amend or modify this Contract. Each party acknowledges that it is not entering into this Contract on the basis of any representation not expressly set forth herein.

**37. JURISDICTION AND APPLICABLE LAW.** This Contract shall be governed by and construed in accordance with, the internal laws of the State of Florida without conflict with the provisions of the law.

**38. COMMUNICATION BETWEEN THE PARTIES.** For all purposes relating to this Contract, the parties will communicate in writing, via email and / or regular or certified mail to the following contact persons:

a. Supervisor: MAYOR JULIO CESAR PINEDA BELLO. / Cel. (57)3006005131/COLOMBIA/ oficontratacion@ejercito.mil.co; julio.pineda@buzonejercito.mil.co

b. Seller: HAROLD GIOVANNY BOCANEGRA RODRIGUEZ. / Tel. CEL.(57) 3158086644/COLOMBIA/. Email: sales@aviacolusacorp.com

**39. SCHEDULE OF PAYMENTS:** The information contained in columns "Rubro", "Recurso", "Guion", "Año" and "Condiciones" are of the exclusive use of the Colombian Army and could be modified only by the Buyer.

| RUBRO | RECURSO | VIGENCIA | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-01502087-02 ADQUISICIÓN DE BIENES Y SERVICIOS - ARMAS CON MANTENIMIENTO MAYOR - FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | 10 | 2019 | 100 % of contract value within ninety (90) calendar days upon issuing of Received to satisfaction Act by Contract Supervisor of Colombian ARMY | USD$ 857.694,56 | TOTAL PAYMENT |
| | | | | USD$ 857.694,56 | |

This Contract is valid and has full legal effect when all of these conditions are accomplished:

When Contract signed by each of Party and transmitted to the other Party for signature by electronic mail in non-editable PDF format to oficontratacion@ejercito.mil.co

1. When Performance Guarantee be issued and approved by ACOFA (When applicable)

2. When CRP (Certificate of Budget Register) be issued

In witness whereof, Seller and Buyer hereby have duly executed this Contract under seal from the day and year first above written.

10

**BUYER**
**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By _____
Coronel ALEJANDRO VÉLEZ OSPINA

Date of Signature _18 / Oct / 19_

CR. RUBEN DARIO CAMELO DAZA
Director de Adquisiciones del Ejército Nacional

AS. LAURA CRISTINA DURAN MIRANDA
Asesora Jurídica Área de Contratación de Ejército Nacional

TE. LUIS ALBERTO CHACON VARGAS
Oficial Presupuesto Logístico

TC. EDWIN GIOVANY PRIETO SANTOS
Gerente de Proyecto

**SELLER**
**AVIACOL USA CORP**

By _____
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ

Date of Signature _Octubre - 17 - 2019_



11

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 1 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## OBJETO

ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

## ANTECEDENTES

1. El día 06 de Septiembre de 2019, se presentó ponencia ante el Comité de Adquisiciones de ACOFA para aprobar el inicio del proceso de contratación que tiene por objeto la ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y REPUESTOS PARA AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL DE COLOMBIA quedando está recomendada por el Comité de Adquisiciones y autorizada por el Director de la Agencia de Compras FAC, según acta de aprobación de inicio No. **80** de la misma fecha.

2. El Área Contractual de ACOFA el día **12** de septiembre de 2019 envió la Solicitud de Oferta formal No. 052-ACOFA-EJC-2018 a la compañía AVIACOL USA CORP, para la Adquisición de Repuestos Para Visor Nocturno AN/PVS-7B y Repuestos Para AN/PVS-14 Con Destino Al Ejército Nacional De Colombia., con fecha de cierre para el 18 de Septiembre de 2019 a las 15:00 horas.

3. El día 18 de Septiembre de 2019 a las 15:00 horas, la compañía AVIACOL USA CORP, presentó oferta formal para participar en el proceso de contratación No. 052-ACOFA-EJC-2019, como consta el acta No. 52 de 2019 del cierre oferta ACOFA.

4. Que mediante Resolución No. 394-ACOFA-2019 de fecha 09 de Septiembre de 2019 se nombraron los Comités Asesores y Evaluadores (Técnicos Económicos y Jurídico) del Proceso de Selección.

5. Mediante comunicados No. 201912180117231, 201912180117251y 201912180117261 del 19 de Septiembre de 2019, se envió la oferta presentada por la Compañía AVIACOL USA CORP, en desarrollo de este proceso, a los Comités Técnico, Económico y Jurídico respectivamente, para su evaluación y concepto.

6. Mediante correo electrónico del 30 de septiembre de 2019, el comité Técnico, le solicitó a la compañía , AVIACOL USA CORP, en relación al numeral 3.5 Documentos de Trazabilidad se solicita allegar los documentos de trazabilidad por intermedio de ACOFA.

7. Mediante correo electrónico del 1 de octubre de 2019 la compañía AVIACOL USA CORP, da respuesta al requerimiento adjuntando el documento solicitado por el comité Técnico.

8. Mediante radicados No. 20194351847521, 20196941921721 y 20194351856361, los comités Técnico económico y Jurídico emitieron los resultados a la evaluación de la oferta presentada por la compañía AVIACOL USA CORP.

1

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| **SOLICITUD DE OFERTA No:** | No. 052-ACOFA-EJC-2019 | **PÁGINA:** Página 2 de 27 |
| **PRESUPUESTO A CONTRATAR** | USD$ 857.694,56 | |

# CONCEPTO JURÍDICO - VERIFICACIÓN REQUISITOS

## INTEGRANTES COMITÉ JURÍDICO

### AS. LAURA CRISTINA DURAN MIRANDA

Proponente: AVIACOL USA CORP

Concepto:

Mediante documento No.20194351856361: de fecha 23 de septiembre de 2019, el comité envío concepto Jurídico así:

PROPONENTE: AVIACOL USA CORP



MINISTERIO DE DEFENSA NACIONAL
COMANDO COMANDANTE GENERAL DE LAS FUERZAS MILITARES
EJÉRCITO NACIONAL
JEFATURA ESTADO MAYOR GENERADOR DE FUERZA
COMANDO LOGÍSTICO
DIRECCIÓN DE ADQUISICIONES

Al contestar, cite este número

Radicado No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ - 15.1

Bogotá, D.C., 23 de septiembre de 2019

Señor Capitán
JOSÉ MIGUEL AMADO BALAGUERA
Jefe Área Contractual ACOFA
Gn-.

ASUNTO: Informe Evaluación Jurídica, Solicitud de Oferta No. 052-ACOFA-EJC-2019, para la adquisición de REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

Respetuosamente y en atención a la solicitud de oferta No. 052-ACOFA-EJC-2019, cuyo objeto es la adquisición de REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL, me permito manifestar la siguiente verificación jurídica del siguiente proponente:

PROPONENTE: AVIACOL USA CORP

No. documento de la Corporación. P12000055259
Apoderado: HAROLD GIOVANNY BOCANEGRA RODRIGUEZ

| DOCUMENTOS DE CARÁCTER JURÍDICO | FOLIO | CUMPLE | NO CUMPLE | OBSERVACIÓN |
|---|---|---|---|---|
| | | CARTA DE PRESENTACIÓN DE LA PROPUESTA | | |
| -Diligenciado conforme formulario No. 1<br>-Calidad en que actúa el firmante Representante Legal<br>-Naturaleza de los negocios<br>-Diligenciamiento<br>-Firma del representante legal | 01-04 | x | | Firmada por el representante legal: HAROLD GIOVANNY BOCANEGRA RODRIGUEZ |



**EJC**
Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4261466
www.ejercito.mil.co
colog@buzonejercito.mil.co

 

2



| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. <br> PRESUPUESTO A CONTRATAR | No. 052-ACOFA-EJC-2019 <br> USD$ 857.694,56 | PÁGINA  Página 3 de 27 |

Pag 2 de 3

Al contestar, cite este número

Radicado No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ - 15.17

**CERTIFICADO DE EXISTENCIA Y REPRESENTACIÓN LEGAL DEL PROPONENTE EXTRANJERO Y/O SU EQUIVALENTE EN EL PAIS DE ORIGEN**

| | | |
|---|---|---|
| -Fecha de expedición: | | Certificado del 31 de mayo de 2019, dado en estado de la Florida, por el Secretario de Estado Ken Detzner |
| -Constitución: | | -Corporación constituida según las leyes del Estado de la Florida, radicada el 19 de junio de 2012, activa desde el 19 de junio de 2012. -No. de documento de esta corporación es P12000055258. |
| -Nombre de la compañía mercantil: | | Conforme a lo establecido en los Artículos de Constitución Reformados de AVIACOL USA, CORP. Artículo 1. AVIACOL USA CORP. |
| -Objeto social: | 06-025 <br> X | Conforme a lo establecido en los Artículos de Constitución Reformados de AVIACOL USA, CORP. Artículo III. Todos y cualquier negocio legítimo. Diseñar, manufacturar, construir, comprar, vender, exportar e importar, cambiar, instalar, reparar, mantener, proveer, explotar, desarrollar, proteger, y generalmente negociar, en asuntos relacionados o conectados con productos letales y menos letales para uso militar, táctico y agencias policiales, incluyendo, entre otros, dispositivos de visión nocturna, dispositivos térmicos, visores láser, miras para armas, municiones químicas, municiones de impacto, bombas aturdidoras y granadas "sting ball", equipos de irrupción, lanzadores, esposas, armas de fuego, repuestos para armas, municiones, sistemas terrestres, sistemas aéreos, sistemas navales, vehículos blindados, equipos anti motines, chalecos balísticos, insertos de blindaje balístico, cascos balísticos, escudos balísticos, cobijas balísticas, trajes para desminado, detectores de metales, equipos tácticos, vestimentas y accesorios, corretaje, exportación de artículos de defensa y contratistas internacionales de defensa y exportación de artículos de defensa. Artículo II. Domicilio comercial principal actual: 13100 SW 134 STREET |
| - Dirección empresa: | | |




**EJC**
Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4261463
www.ejercito.mil.co
colog@buzonejercito.mil.co

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 4 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

Pag 3 de 3

||||||| ||| |||||| |||| ||| |||| |||| ||| ||| ||||| ||||| |||||| ||| |||
Al contestar, cite este número

Radicado No. 20194351856361: MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ - 15.17

| -Capacidad del Vicepresidente - representante Legal: | Articulo VIII. Autoridad para actuar. Salvo que se disponga otra cosa en esta reforma del certificado de constitución o requerido en esta Acta, el Presidente y el Vicepresidente tienen toda autoridad de cualquier tipo para administrar, negociar, o tomar decisiones a nombre de la empresa sin ningún tipo de restricción. |
|---|---|

**CALIFICACIÓN JURÍDICA:** El proponente **AVIACOL USA CORP., CUMPLE JURÍDICAMENTE,** con lo requerido en la solicitud de oferta No 052-ACOFA-EJC-2019, para la adquisición de REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

## CONCLUSIÓN

El comité jurídico concluye que la empresa **AVIACOL USA CORP.,** se encuentra habilitada al CUMPLIR JURÍDICAMENTE, con lo requerido en la solicitud de oferta No. 052-ACOFA-EJC-2019, literal K., numeral 1.1., y 1.2., DOCUMENTOS OBJETO DE VERIFICACIÓN JURÍDICA, cuyo objeto es la adquisición REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

Atentamente

AS. LAURA CRISTINA DURAN MIRANDA
Asesora Jurídica Area de Contratación de Ejército

Revisó. TE. Asia Rabela
Coordinadora Jurídica Area de Contratación de Ejército

Vo.bo.: MY. Fredy Basilio
Oficial Area de Contratación del Ejército

**EJC**
Por mi patria, mi lealtad es mi honor
Carrera 54 No 26-25 CAN Bogotá-Cundinamarca
Tia. 4291469
www.ejercito.mil.co
solog@buzonejercito.mil.co




Case 0:24-cv-61839-BB   Document 1   Entered on FLSD Docket 10/03/2024   Page 84 of 280

## CONCEPTO TÉCNICO: VERIFICACIÓN REQUISITOS

### INTEGRANTES COMITÉ TÉCNICO EVALUADOR

**SS. ARVEY PANTOJA TRUJILLO**
**C3 KEVIN YONER OSPINA NOREÑA**

Proponente: AVIACOL USA CORP

Mediante documento No. 20196941921721: de fecha 01 de octubre de 2019, el comité envío concepto técnico así:

**RESTRINGIDO**



MINISTERIO DE DEFENSA NACIONAL
COMANDO COMANDANTE GENERAL DE LAS FUERZAS MILITARES
EJÉRCITO NACIONAL
COMANDO LOGÍSTICO

<!-- barcode -->
Al contestar, cite este número

Radicado No. 20196941921721: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-ARM-17.2

Bogotá, D.C., 1 de octubre de 2019

Señor Capitán
JOSE MIGUEL AMADO BALAGUERA
Jefe Área Contractual ACOFA
Carrera 54 No. 26-25 CAN
Bogotá, D.C.

ASUNTO:   Evaluación Técnica Solicitud de Oferta No: 052-ACOFA-EJC-2019

Evaluación técnica a la oferta presentada por la empresa AVIACOL USA CORP en la solicitud de oferta No. 052-ACOFA-EJC-2019 para la adquisición de repuestos para visor nocturno AN/PVS-7B y visor nocturno AN/PVS-14 con destino al Ejército Nacional.

**ESPECIFICACIONES TÉCNICAS REQUERIDAS**
El contratista y/o oferente debe manifestar que cumple y se compromete a suministrar los elementos con cada una de las especificaciones técnicas requeridas a continuación:

**REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B**

| No. | Bien o Servicio | CODIGO SAP. | Parte | NSN | Condición | CUMPLE | FOLIO |
|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 1530015 | A3187392 | 5855-01-398-4284 | Nuevo | SI | |
| 2 | CAP, PROTECTIVE, DUST | 1047022 | A3144318 | 5340-01-397-6608 | Nuevo | SI | |
| 3 | IMAGE INTENSIFIER, N MX10130 | 1363460 | N/A | N/A | Nuevo | SI | |
| 4 | EYECUP | 1723007 | A3144422 | 5855-01-246-8273 | Nuevo | SI | |
| 5 | WASHER, FLAT | 1003388 | A3144314 | 6310-00-043-4708 | Nuevo | SI | 42 |
| 6 | SCREW, MACHINE | 1128004 | MS51057-4B | 5305-00-224-0783 | Nuevo | SI | 43 |
| 7 | PACKING, PREFORMED | 1044716 | A3144318 | 5331-01-356-7219 | Nuevo | SI | |
| 8 | REAR COVER ASSEMBLY | 1018145 | A3144310 | 5855-01-246-8810 | Nuevo | SI | |
| 9 | SWITCH, KNOB ASSEMBLY | 1128242 | A3144404 | 5930-01-246-8294 | Nuevo | SI | |
| 10 | BATTERY CAP ASSEMBLY | 1121027 | A3144394 | 5855-01-246-8296 | Nuevo | SI | |
| 11 | COVER BATTERY RETAI | 1121050 | A3260939 | 5935-01-448-6355 | Nuevo | SI | |
| 12 | MOUNT ASSEMBLY OBJE | 1451229 | A3144305 | 5855-01-246-8807 | Nuevo | SI | |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N- 26-25 CAN.
4261469
cologs@buzonejercito.mil.co

  

**RESTRINGIDO**

Case 0:24-cv-61839-BB   Document 1   Entered on FLSD Docket 10/03/2024   Page 85 of 280

**RESTRINGIDO**

Pag 2 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

### REPUESTOS PARA VISOR NOCTURNO AN/PVS-14

| No | Bien o Servicio | Cantidad | CODIGO SAP | Parte | NSN | CUMPLE | FOLIO No. |
|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 230 | 1530916 | A3187392 | 5855-01-398-4284 | SI | 43 |
| 2 | LENS INFRARED RECEIVER | 230 | 1121044 | A3256353 | 5855-01-444-1230 | SI | |
| 3 | EYECUP | 230 | 1723007 | A3144422 | 5855-01-246-6273 | SI | |
| 4 | CAP, PROTECTIVE, DUST | 230 | 1389135 | A3144318 | 5340-01-397-6608 | SI | |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | 211 | 1530944 | N/A | N/A | SI | |
| 6 | BATTERY HOUSING ASSY | 230 | 1041085 | A3297309 | 5855-01-573-4058 | SI | |
| 7 | EYEPIECE ASSEMBLY | 26 | 1609352 | A3256352 | 5855-01-444-1224 | SI | |
| 8 | PACKING, PREFORMED | 230 | 1723001 | A3144316 | 5330-01-356-7219 | SI | |
| 9 | SWITCH, KNOB ASSEMBLY | 230 | 1723004 | A3144404 | 5930-01-246-8264 | SI | |
| 10 | COVER,BATTERY RETAI | 230 | 1121050 | A3260939 | 6160-01-448-6365 | SI | |
| 11 | BATTERY CAP ASSEMBLY | 230 | 1121026 | A3297312 | 6160-01-524-3900 | SI | |
| 12 | KNOB | 230 | 1121076 | A3256351 | 5365-01-444-1232 | SI | |
| 13 | PACKING, PREFORMED | 230 | 1723001 | A3256350 | 5330-01-444-1227 | SI | |

### ESPECIFICACIONES TÉCNICAS ADICIONALES DE OBLIGATORIO CUMPLIMIENTO.

El contratista y/o oferente debe manifestar que cumple y se compromete a suministrar los elementos con cada una de las especificaciones técnicas adicionales requeridas a continuación.

| CONDICIÓN DE LOS COMPONENTES | CUMPLE | Folio |
|---|---|---|
| El cotizante y/o oferente junto con la cotización debe anexar documento suscrito por el Representante Legal, en el cual, garantiza que: | | |
| 1. Todos los repuestos a suministrar serán nuevos originales - OEM (Original Equipment Mnufacturer), no repolenciados ni re-manufacturados de acuerdo con las especificaciones pactadas. | X | 44 55 56 |
| 2. Que no suministrara repuestos en condiciones PMA (Parts Mnufacturer Approval). | | |
| El cotizante y/o oferente junto con la cotización debe anexar documento suscrito por el Representante Legal, en el cual, certifique: | | |
| 1. El cumplimiento de las especificaciones técnicas de cada repuesto del presente proceso. | X | 44 55 56 |
| 2. El País de origen de los elementos ofertados. | | |
| 3. Que los repuestos son adquiridos en fábricas especializadas y certificadas en la producción de repuestos para esta clase de visores Nocturnos, que pertenecen al sistema de catalogación OTAN para proveedores y/o fabricantes de componentes para Visores Nocturnos, así mismo debe indicar su código NCAGE del fabricante. | | |
| REQUISITOS PARA IDENTIFICACIÓN Y ROTULADO. | CUMPLE | NO CUMPLE |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N- 26-25 CAN.
4281469
colog@buzonejercito.mil.co



**RESTRINGIDO**



| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| **SOLICITUD DE OFERTA No.** | No. 052-ACOFA-EJC-2019 | **PÁGINA** Página 7 de 27 |
| **PRESUPUESTO A CONTRATAR** | USD$ 857.694,56 | |

**RESTRINGIDO**

Pag 3 de 12

||||||||||||||||||

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDICIÓN DE LOS COMPONENTES | CUMPLE | Folio |
|---|---|---|
| Al momento de la entrega de los elementos estos deben venir rotulados así: | | |
| En alto o bajo relieve la referencia, con la elevación o profundidad adecuada que nos garantice su lectura hasta el término de la vida útil del bien ofertado. | | |
| Los elementos deben venir marcados con código de barras en un lugar visible y fácil de consultar, como lo estipula el boletín de SAP SILOG No.005-A2-SILOG de Junio 2007-actualización junio de 2011: https://www.mindefensa.gov.co/irj/go/km/docs/kavir/Descargas/boletines/BOLETINSIL OG%20No005A2.pdf | | |
| Cada uno de los elementos al momento de la entrega deberá portar una etiqueta de acuerdo con las siguientes especificaciones en idioma español: Tipo de elemento: etiqueta Material: papel Aseguramiento: autoadhesivo Tamaño: ancho 5.0cms; alto 2.5cms Color de la impresión: negro Fondo: blanco Información contenida: Descripción Código SAP Lote de Producción Número del serial Número de contrato Entidad contratante | X | 44 |
| **PROTOCOLOS DE RECEPCIÓN Y DOCUMENTACIÓN** | **CUMPLE** | **FOLIO** |
| El contratista se compromete a entregar el material en presencia del supervisor del contrato, el comité técnico evaluador, el almacenista y un delegado de la empresa, los cuales deberán verificar la totalidad de los repuestos, los cuales deben cumplir con el NSN y NÚMERO DE PARTE establecidos en las fichas técnicas de cada repuesto y los manuales TM 11-5855-262-23&P-2 manual TM 11-5855-306-23&P, se verificará que los elementos sean de origen extranjero - nuevos – originales OEM (Original Equipment Mnufacturer), no repotenciados ni remanufacturados, no se aceptaran repuestos en condiciones PMA (Parts Mnufacturer Approval). En caso de no cumplir con al menos una de las especificaciones, el elemento será devuelto con el propósito de que el proveedor lo reemplace en su totalidad. | X | 45 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4261469
colog@buzonejercito.mil.co

**RESTRINGIDO**






| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| **SOLICITUD DE OFERTA No.** | No. 052-ACOFA-EJC-2019 | **PÁGINA** | Página 8 de 27 |
| **PRESUPUESTO A CONTRATAR** | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 4 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDICIÓN DE LOS COMPONENTES — ACREDITACIÓN DE LA TRAZABILIDAD | CUMPLE | Folio |
|---|---|---|
| El contratista debe entregar para la recepción de los repuestos de visor nocturno AN/PVS-7B y repuestos de visor nocturno AN/PVS-14en condición NEW; | X | 45 70 71 |
| Certificado de conformidad del fabricante en original donde especifique el nombre del componente, parte número (PN), Nacional Stock Number (NSN), condición del componente (NEW), tiempo desde nuevo (TSN). | | |
| El oferente debe entregar para la recepción de los repuestos, por escrito certificación emitida por el fabricante de los repuestos, donde garantice que todos los repuestos son nuevos – originales OEM (Original Equipment Mnufacturer). | X | 45 |
| Deben estar empacados técnicamente según corresponde por la empresa matriz y/o casa fabricante, con el fin de verificar que el bien sea original. | X | 45 |
| CONDICIONES COMERCIO EXTERIOR | CUMPLE | NO CUMPLE |
| El Ejército Nacional por medio de su Área de Comercio exterior, realizará el proceso de desaduanamiento lo anterior por tratarse de bienes de procedencia extranjera con destino a la defensa y seguridad nacional Para que el Ejército Nacional pueda adelantar el proceso de desaduanamiento el contratista debe suministrar: 1. Original del documento de transporte con flete liberado y consignado a nombre del Ejército Nacional, se debe dar aviso al Área de Comercio exterior del Ejército Nacional con cinco (05) días de antelación a la llegada de los bienes. 2. Original de la factura comercial, la cual debe venir a nombre del Ejército nacional de Colombia, numerada, fechada, especificando el número del contrato, el termino de negociación INCOTERMS 2010, discriminando los valores en la moneda de negociación, fletes, seguro de transporte y otros gastos hasta total de condiciones términos de negociación. 3. Certificados de fletes y seguros de cobertura total de transporte, estos documentos deben amparar el trayecto de acuerdo al término de negociación DAP, desde el lugar de salida del material hasta el lugar de entrega final. 4. Lista de empaque, este documento debe detallar número clase de embalaje número de unidades embaladas peso neto, peso bruto, volumen listado de seriales por ítem (cuando el ítem y el material lo requieren según lo contratado). 5. Original de certificado de origen. 6. Acta de aforo debidamente firmado. | X | 45 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N- 26-25 CAN
4261469
colog@buzoneiercito.mil.co

  

**RESTRINGIDO**



PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN

| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 9 de 27 |
|---|---|---|---|
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 5 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDICIÓN DE LOS COMPONENTES | CUMPLE | Folio |
|---|---|---|
| El contratista será responsable de cancelar todos los costos y gastos que causen, hasta el lugar de entrega del material en el sitio de entrega pactado, incluyendo el costo generado por la liberación del documento de transporte que ampara los bienes despachado. | | |
| Cuando el material objeto del contrato sea despachado en forma diferente a lo establecido, el contratista solucionara por su cuenta, costo y riesgo de la situación presentada. | | |
| Consideraciones especiales: | | |
| • Mencionados bienes se encuentran relacionados en la licencia anual del Ejército Nacional. | | |
| • El contratista debe garantizar el transporte y la seguridad de los bienes durante el almacenamiento de cada uno de los componentes, razón por la cual todos los bienes deben estar debidamente empacados y embalados para su protección y conservación de acuerdo al tipo de transporte a utilizar para el envío, así mismo deberá incluir el etiquetado y los códigos de barras correspondientes de acuerdo a los estándares de comercio internacional. | | |
| • En el evento que se requiera la importación de herramientas u otros elementos que no hacen parte del objeto contractual, pero que son necesarios para el cumplimiento de las obligaciones adquiridas por el contratista en virtud de este contrato, el contratista deberá realizar todos los procesos aduaneros y cambiarios por su cuenta, costo y riesgo y no deberá utilizar los depósitos aduaneros del Ejército Nacional. | X | 45 |
| • Cuando se presente situación de reembarque, todos los gastos, costos y situaciones derivadas del proceso de los bienes que sean rechazados por el supervisor del contrato, serán asumidos en totalidad por el contratista quien no podrá generar costos adicionales en perjuicio del contrato inicial acordado. | | |
| • El contratista está obligado a tramitar en su totalidad y oportunamente las licencias y permisos necesarios requeridos en caso de ser necesarios para dar cumplimiento al objeto del contrato con el fin de evitar intervención de restricciones que generen retrasos para la ejecución del contrato durante las fechas y/o plazos acordados. | | |
| • El contratista está obligado a tramitar en su totalidad y oportunamente las licencias y permisos necesarios requeridos en caso de ser necesitados para dar cumplimiento al objeto del contrato con el fin de evitar intervención de restricciones que generen retrasos para la ejecución del contrato durante las fechas y/o plazos acordados. | | |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N- 26-25 CAN.
4261469
colog@buzonejercito.mil.co

**RESTRINGIDO**

  

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No: | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 10 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 6 de 12



Al contestar, cite este número

Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| CONDICIÓN DE LOS COMPONENTES | CUMPLE | Folio |
|---|---|---|
| • Para efectos de cumplimiento en garantía, todos los costos, gastos y procesos aduaneros y cambiarios, asociados derivados de la operación del régimen de exportación e importación que se generen, debe ser asumidos en su totalidad y tramitados oportunamente por el contratista, sin que ello genere costos adicionales ni retrasos en los tiempos estipulados en el contrato inicialmente pactado, para tal efecto los bienes que requieren ser objeto de garantía deben ser recibidos y entregados por el contratista.

Lo anterior soportado por la Dirección de Comercio Exterior con oficio No. 20194340366503-MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-20-2, de fecha 15 de mayo de 2019, emitido por el área de comercio exterior del Ejército. | X | 45 |
| MONEDA: DOLARES AMERICANOS | X | 47 |
| CERTIFICADO DE USO FINAL: De requerirse un certificado de uso final, este debe ser solicitado desde la firma del contrato, para lo cual debe anexar: solicitud dirigida al ordenador del gasto y factura pro forma.

Nota: El trámite del Certificado tiene una duración de 10 a 15 días hábiles, ante Comando Ejercito. | X | 47 |
| Los gastos por concepto de embalaje, transporte, exportación, importación, impuestos y demás a que haya lugar durante el proceso de cambio de los elementos, serán asumidos por el contratista. El supervisor del contrato entregará los elementos que requieran cambio depósito de repuestos del BAMAN, ubicado en la calle 19 sur No. 6-40 barrio sosiego, asimismo el contratista deberá entregar los elementos que cambió, en el mismo lugar. (Depósito de repuestos del BAMAN) | X | 47 |

## REPUESTOS PARA ANTEOJO DE VISION NOCTURNA AN/PVS-7B

| No. | DESCRIPCIÓN | CARACTERÍSTICAS MÍNIMAS EXIGIDAS | CUMPLE | FOLIO |
|---|---|---|---|---|
| 1 | USO | Para ser utilizados en los anteojos de visión nocturna, que tiene en servicio el Ejército Nacional. | X | 47 |
| 2 | COMPATIBILIDAD DE REPUESTOS | Anexar junto con la oferta certificación emitida por parte del fabricante, donde garantice que los repuestos son compatibles, se ensamblan y funcionan correctamente en los anteojos de visión nocturna AN/PVS-7B, que tiene en servicio el Ejército Nacional

Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 47 64 |
| 3 | AÑO DE FABRICACION | Anexar junto con la oferta certificación emitida por parte del fabricante, donde especifique que los repuestos que entrega son de la vigencia del año 2018, como también que el material es nuevo, no repotenciado ni remanufacturado.

Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 47 65 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4261469
colog@buzonejercito.mil.co




**RESTRINGIDO**



Case 0:24-cv-61839-BB   Document 1   Entered on FLSD Docket 10/03/2024   Page 90 of 280

**RESTRINGIDO**

Pag 7 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | | | | |
|---|---|---|---|---|
| 4 | GARANTIA | Anexar junto con la oferta certificación emitida por parte del fabricante, donde garantice el correcto funcionamiento y calidad de los repuestos, por un término mínimo de treinta y seis (36) meses, de acuerdo con las fichas técnicas y cuarenta y ocho 48 meses para los tubos intensificadores de imagen de acuerdo con la NTNMD-0308-A4.<br><br>Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 47<br>68<br>76 |
| 5 | VIDA UTIL | Anexar junto con la oferta certificación emitida por parte del fabricante donde garantice mínimo cinco (5) años, para los repuestos y para los tubos intensificadores de imagen mínimo de 7 años y/o 10.000 horas de acuerdo con la NTMD-0308-A4 contados a partir del recibo a satisfacción por parte del Ejército Nacional, en condiciones normales de uso.<br><br>Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 47<br>68<br>76 |
| 6 | TIPO DE EMBALAJE | Los repuestos deben ser empacados en un contenedor individual por cada repuestos (bolsas de polietileno), estos en un empaque colectivo que permita la seguridad de los mismos (cajas de cartón) y estas cajas de cartón en un contenedor colectivo que garantice su conservación y seguridad, estos deben ser acorde con las normas de bodegaje. De tal manera que garantican su transporte, almacenamiento y eviten pérdida o daño de los elementos; las dimensiones de cada empaque deberán corresponder en proporción al volumen contenido y debe traer en su parte externa un rotulo indicando:<br><br>• Descripción del elemento.<br>• Cantidad.<br>• Año de fabricación. | X | 48 |
| 7 | ISOMETRICO | Junto con la entrega del material, se deben entregar cuatro (04) isométricos de aproximadamente 560mm de largo por 460mm de ancho, donde se describa en forma detallada y clara cada una de los Anteojos de Visión Nocturna AN/PVS-7B, determinando conjuntos y subconjuntos, donde se describa la siguiente información:<br><br>• Parte Número (PN).<br><br>Nota: se deberán entregar tres (03) isométricos en idioma castellano y uno (01) en inglés. | X | 48 |
| 8 | PRUEBAS TECNICAS DE RECEPCION | 1. REPUESTOS: Para la recepción del material, El comité Técnico del Batallón de Mantenimiento del Ejército, efectuará pruebas técnicas de uso y desempeño de conformidad con las presentes especificaciones técnicas. | X | 48 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4281499
colog@buzonejercito.mil.co

**RESTRINGIDO**

  

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| **SOLICITUD DE OFERTA No.** | No. 052-ACOFA-EJC-2019 | **PÁGINA** | Página 12 de 27 |
| **PRESUPUESTO A CONTRATAR** | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 8 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | 2. PROCEDIMIENTO: | | |
|---|---|---|---|
| PRUEBAS TECNICAS DE RECEPCION | - A fin de realizar las pruebas de desempeño de los repuestos adquiridos, se procederá a instalar en diez (10) visores de cada uno de los repuestos contratados en el anteojo de Visión Nocturna AN/PVS-7B dispuestos para tal fin.<br><br>Una vez instalados se realizarán pruebas de funcionamiento al realizar la presurización los cuales se llevaran a cabo con el equipo del laboratorio de optronicos del Batallón de Mantenimiento del Ejército la presurización con el fin de verificar el correcto acople de las componentes y correcto funcionamiento de cada uno de los elementos<br>- Es requisito de carácter vinculante dar cumplimiento a todas las exigencias y condiciones estipuladas en las especificaciones técnicas de los bienes que componen cada entrega. En el dado caso que los requisitos exigidos en las pruebas técnicas de recepción no sean satisfactorios, el contratista deberá efectuar el remplazo de todos los bienes que presenten fallas técnicas, para lo cual el proveedor contara hasta con sesenta (60) días calendario dentro del plazo de ejecución, para subsanar dicha falencia.<br><br>Nota 1: En el caso de no cumplir la totalidad de las especificaciones técnicas, no se expedirá acta de recibo a satisfacción.<br><br>Nota 2: En el caso de no cumplir la totalidad de las especificaciones técnicas, el contratista deberá realizar la reexportación e importación de los elementos que no dieron cumplimiento, dentro de los sesenta (60) días siguientes a la notificación de la novedad presentada, asumiendo todos los costos a que hubiera lugar y realizando la documentación y el procedimiento necesario.<br><br>Nota 3: Con el envío de los elementos al Deposito Aduanero del Ejército Nacional, no se entiende entregado a satisfacción, hasta tanto se verifique el cumplimiento cabal de todas las especificaciones técnicas de los bienes.<br><br>Nota 4: En el evento en que los elementos no cumplan con la totalidad de las especificaciones técnicas contempladas en el presente Item y estos hayan sido nacionalizados por el Ejército Nacional, el contratista deberá asumir los costos de los gastos de nacionalización a que hubiere lugar, de los nuevos elementos presentados por el contratista, en coordinación con la oficina de comercio Exterior del Ejército Nacional. | X | 48 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4261459
cologf@buzonejercito-mil.co




**RESTRINGIDO**



**PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN**

| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 13 de 27 |
|---|---|---|---|
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## RESTRINGIDO

Pag 9 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | | AN/PVS-7B | | | |
|---|---|---|---|---|---|
| | | **DESCRIPCIÓN** | **NSN** | **NÚMERO DE PARTE** | |
| 9 | IDENTIFICACIÓN DE REPUESTOS | CASE, INFRARED EQUIPMENT | 5855-01-398-4284 | A3187392 | |
| | | CAP-, PROTECTIVE, DUST | 5340-01-397-5608 | A3144318 | |
| | | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | |
| | | EYECUP | 5855-01-246-8273 | A3144422 | |
| | | WASHER, FLAT | 5310-00-643-4708 | A3144314 | |
| | | SCREW, MACHINE | 5305-00-224-0783 | MS51957-48 | X 49 |
| | | PACKING, PREFORMED | 5331-01-355-7219 | A3144316 | |
| | | REAR COVER ASSEMBLY | 5855-01-246-6810 | A3144310 | |
| | | SWITCH, KNOB ASSEMBLY | 5930-01-246-8264 | A3144404 | |
| | | BATTERY CAP ASSEMBLY | 5855-01-246-8265 | A3144394 | |
| | | COVER BATTERY RETAI | 6160-01-448-5355 | A3260939 | |
| | | MOUNT ASSEMBLY OBJE | 5855-01-246-6807 | A3144305 | |

## REPUESTOS PARA ANTEOJO DE VISION NOCTURNA AN/PVS-14

| No. | DESCRIPCIÓN | CARACTERÍSTICAS MÍNIMAS EXIGIDAS | CUMPLE | FOLIO |
|---|---|---|---|---|
| 1 | USO | Para ser utilizados en los anteojos de visión nocturna, que tiene en servicio el Ejército Nacional. | X | 49 |
| 2 | COMPATIBILIDAD DE REPUESTOS | Anexar junto con la oferta certificación emitida por parte del fabricante, donde garantice que los repuestos son compatibles, se ensamblan y funcionan correctamente en los anteojos de visión nocturna AN/PVS-14, que tiene en servicio el Ejército Nacional. Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 49 64 |
| 3 | AÑO DE FABRICACIÓN | Anexar junto con la oferta certificación emitida por parte del fabricante, donde especifique que los repuestos que entrega son de la vigencia del año 2018, como también que el material es nuevo, no repotenciado ni remanufacturado. Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano | X | 49 65 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4261469
cologo@buzonejercito.mil.co

## RESTRINGIDO






| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 14 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

---

**RESTRINGIDO**

Pag 10 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| 4 | GARANTÍA | Anexar junto con la oferta certificación emitida por parte del fabricante, donde garantice el correcto funcionamiento y calidad de los repuestos, por un término mínimo de treinta y seis (36) meses de acuerdo con las fichas técnicas y cuarenta y ocho 48 meses para los tubos intensificadores de imagen de acuerdo con la NTNMD-0308-A4.<br><br>Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 49<br>66<br>77 |
|---|---|---|---|---|
| 5 | VIDA ÚTIL | Anexar junto con la oferta certificación emitida por parte del fabricante donde garantice mínimo cinco (5) años, para los repuestos y para los tubos intensificadores de imagen mínimo de 7 años y/o 10,000 horas de acuerdo con la NTMO-0308-A4 contados a partir del recibo a satisfacción por parte del Ejército Nacional, en condiciones normales de uso.<br><br>Si la certificación está en idioma diferente al castellano, debe ser traducido al castellano. | X | 50<br>68<br>77 |
| 6 | TIPO DE EMBALAJE | Los repuestos deben ser empacados en un contenedor individual por cada repuestos (bolsas de polietileno), estos en un empaque colectivos que permita la seguridad de los mismos (cajas de cartón) y estas cajas de cartón en un contenedor colectivo que garantice su conservación y seguridad, estas deben ser acorde con las normas de bodegaje. De tal manera que garanticen su transporte, almacenamiento y eviten pérdida o daño de los elementos; las dimensiones de cada empaque deberán corresponder en proporción al volumen contenido y debe traer en su parte externa un rótulo indicando:<br><br>- Descripción del elemento.<br>- Cantidad.<br>- Año de fabricación. | X | 50 |
| 7 | ISOMÉTRICO | Junto con la entrega del material, se deben entregar cuatro (04) Isométricos de aproximadamente 690mm de largo por 460mm de ancho, donde se describa en forma detallada y clara cada una de los Anteojos de Visión Nocturna AN/PVS-14, determinando conjuntos y subconjuntos, donde se describa la siguiente información:<br><br>• Parte Número (PN).<br><br>Nota: se deberán entregar tres (03) isométricos en idioma castellano y uno (01) en inglés. | X | 50 |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N- 26-25 CAN
4261469
colog@buzonejercito.mil.co

  

**RESTRINGIDO**

14

Case 0:24-cv-61839-BB   Document 1   Entered on FLSD Docket 10/03/2024   Page 94 of 280

**RESTRINGIDO**

Pag 11 de 12

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | | | |
|---|---|---|---|
| | **3. REPUESTOS:** Para la recepción del material, El comité Técnico del Batallón de Mantenimiento del Ejército, efectuará pruebas técnicas de uso y desempeño de conformidad con las presentes especificaciones técnicas. | | |
| | **4. PROCEDIMIENTO:** | | |
| **PRUEBAS TECNICAS DE RECEPCION** | - A fin de realizar las pruebas de desempeño de los repuestos adquiridos, se procederá a instalar en diez (10) visores de cada uno de los repuestos contratados en el anteojo de Visión Nocturna AN/PVS-14 dispuestos para tal fin.<br><br>Una vez instalados se realizarán pruebas de funcionamiento al realizar la presurización los cuales se llevaran a cabo con el equipo del laboratorio de optrónicos del Batallón de Mantenimiento del Ejército la presurización con el fin de verificar el correcto acople de las componentes y correcto funcionamiento de cada uno de los elementos.<br>- Es requisito de carácter vinculante dar cumplimiento a todas las exigencias y condiciones estipuladas en las especificaciones técnicas de los bienes que componen cada entrega. En el dado caso que los requisitos exigidos en las pruebas técnicas de recepción no sean satisfactorios, el contratista deberá efectuar el reemplazo de todos los bienes que presenten fallas técnicas, para lo cual el proveedor contará hasta con sesenta (60) días calendario dentro del plazo de ejecución, para subsanar dicha falencia. | X | 50 |
| | **Nota 1:** En el caso de no cumplir la totalidad de las especificaciones técnicas, no se expedirá acta de recibo a satisfacción. | | |
| 8 | | | |
| **PRUEBAS TECNICAS DE RECEPCION** | **Nota 2:** En el caso de no cumplir la totalidad de las especificaciones técnicas, el contratista deberá realizar la reexportación e importación de los elementos que no dieron cumplimiento, dentro de los sesenta (60) días siguientes a la notificación de la novedad presentada, asumiendo todos los costos a que hubiera lugar y realizando la documentación y el procedimiento necesario. | X | 50 |
| | **Nota 3:** Con el envío de los elementos al Deposito Aduanero del Ejército Nacional, no se entiende entregado a satisfacción, hasta tanto se verifique el cumplimiento cabal de todas las especificaciones técnicas de los bienes. | | |
| | **Nota 4:** En el evento en que los elementos no cumplan con la totalidad de las especificaciones técnicas contempladas en el presente ítem y estos hayan sido nacionalizados por el Ejército Nacional, el contratista deberá asumir los costos de los gastos de nacionalización a que hubiere lugar, de los nuevos elementos presentados por el contratista, en coordinación con la oficina de comercio Exterior del Ejército Nacional. | | |

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA

Fe en la causa
Calle 54 N- 26-25 CAN.
4261468
colog@buzonejercito.mil.co

 

**RESTRINGIDO**

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA Página 16 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | |

**RESTRINGIDO**

Pag 12 de 13

Al contestar, cite este número
Radicado No. 20196941921721 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-17.2

| | | AN/PVS-14 | | | |
|---|---|---|---|---|---|
| | DESCRIPCIÓN | NSN | NÚMERO DE PARTE | | |
| 9 | IDENTIFICACIÓN DE REPUESTOS | CASE, INFRARED EQUIPMENT | 5855-01-398-4284 | A3167392 | X |
| | | LENS INFRARED RECEIVER | 5855-01-444-1230 | A3256353 | |
| | | EYECUP | 5855-01-246-8273 | A3144422 | |
| | | CAP, PROTECTIVE, DUST | 5340-01-397-6608 | A3144318 | |
| | | IMAGE INTENSIFIER, NIGHT MX 11769 | N/A | N/A | 51 72 73 |
| | | BATTERY HOUSING ASSY | 5855-01-523-4058 | A3297309 | |
| | | EYEPIECE ASSEMBLY | 5855-01-444-1224 | A3256352 | |
| | | PACKING, PREFORMED | 5330-01-356-7219 | A3144316 | |
| | | SWITCH, KNOB ASSEMBLY | 5930-01-246-8284 | A3144404 | |
| | | COVER,BATTERY RETAI | 6160-01-446-6355 | A3260939 | |
| | | BATTERY CAP ASSEMBLY | 6160-01-524-3900 | A3297312 | |
| | | KNOB | 5355-01-444-1292 | A3256351 | |
| | | PACKING, PREFORMED | 5330-01-444-1227 | A3256355 | |

Nota: Los documentos objeto de verificación Técnica de la oferta presentada por la empresa AVIACOL USA CORP, fueron objeto de requerimiento en relación al numeral 3.5 Documentos de Trazabilidad mediante correo electrónico de fecha 30 de septiembre de 2019 se solicita allegar los documentos de trazabilidad por intermedio de ACOFA, los cuales fueron subsanados por la empresa mediante correo electrónico de fecha 1 de septiembre de 2019 enviando el documento de trazabilidad por intermedio de ACOFA.

**CONCLUSIÓN**

EL Comité técnico evaluador concluye que la empresa AVIACOL USA CORP se encuentra habilita al cumplir técnicamente con lo requerido en la solicitud de oferta No 052-ACOFA-EJC-2019, documentos y aspecto de contenido técnico objeto de verificación formulario No. 2, Anexo Técnico 001, formulario No.5, Licencia DDTC, Offset, Documentos de Trazabilidad, cuyo objeto es la adquisición de repuestos para visores nocturnos AN/PVS-7B y Repuestos AN/PVS-14 con destino el Ejército nacional de Colombia.

Atentamente,

Cabo Tercero. KEVIN YONER OSPINA NOREÑA
Integrante Comité Técnico

Sargento Segundo. ARVEY PANTOJA TRUJILLO
Integrante Comité Técnico

**HÉROES MULTIMISIÓN**
NUESTRA MISIÓN ES COLOMBIA
Fe en la causa
Calle 54 N-2B-25 CAN.
4261469
colog@buzonejercito.mil.co



**RESTRINGIDO**

16

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDARLA A LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | Página 17 de 27 |

## CONCEPTO ECONÓMICO - VERIFICACIÓN REQUISITOS

**INTEGRANTES COMITÉ ECONÓMICO**

### AS. LEADY VIVIANA MATALLANA

Proponente: AVIACOL USA CORP

Mediante documento No. 20194351847521: de fecha 20 de septiembre de 2019, el comité envío concepto económico así:

**RESTRINGIDO**



MINISTERIO DE DEFENSA NACIONAL
COMANDO COMANDANTE GENERAL DE LAS FUERZAS MILITARES
EJÉRCITO NACIONAL
DIRECCION DE ADQUISICIONES

Al contestar, cite este número
Radicado No. 20194351847521: MDN-COGFM-COEJC-SECEJ-JEMGF- COLOG-DIADQ - 15.17

Bogotá, D.C, 20 de Septiembre de 2019

Señor Capitán
**JOSÉ MIGUEL AMADO BALAGUERA**
Jefe Área Contractual ACOFA
Bogotá, D.C

Asunto: Evaluación Económica proceso No. 052 -ACOFA EJC-2019, cuyo objeto es el "ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL".

Respetuosamente, y dando cumplimiento a la solicitud de oferta del proceso de la referencia, me permito enviar el Señor Jefe Área Contractual ACOFA, la evaluación económica del proceso en referencia cuyo objeto es: "ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL", de acuerdo a oferta enviada mediante oficio No 201912180117251 de fecha 18 de septiembre del 2019, para lo cual presentó oferta la siguiente empresa:

- AVIACOL USA CORP

1. **DOCUMENTOS DE CONTENIDO FINANCIERO OBJETO DE VERIFICACIÓN**

Se realizó la verificación de los documentos de orden económico de la oferta presentada así:

| DOCUMENTOS DE VERIFICACIÓN | AVIACOL USA CORP OBSERVACIÓN |
|---|---|
| FORMULARIO No. 3 "VALORACIÓN DE LA PROPUESTA ECONÓMICA" | CUMPLE |
| FORMULARIO No. 4 "ACREDITACIÓN DE LA CAPACIDAD PATRIMONIAL DEL PROPONENTE" | CUMPLE |
| CERTIFICADO (CPA) | CUMPLE |

De la información anterior, se concluye que el oferente AVIACOL USA CORP, CUMPLE con los documentos financieros y económicos exigidos en la solicitud de oferta.



EJC
Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4281469
www.ejercito.mil.co
Diadq@ejercito.mil.co



**RESTRINGIDO**



| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 18 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 2 de 4

Al contestar, cite este número

Radicado No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

## INDICADORES FINANCIEROS

A continuación, se relaciona la verificación de la información financiera de la empresa, esta se hizo con base en lo establecido en la solicitud de oferta y el valor total ofertado por el oferente:

| CONCEPTO | AVIACOL |
|---|---|
| Activo corriente | 1.868.345,00 |
| Activo no corriente | 3.013.545,00 |
| Otros Activos | 951.840,00 |
| TOTAL ACTIVO | 5.833.730,00 |
| Pasivo corriente | 586.419,00 |
| Otros Pasivos | 586.419,00 |
| TOTAL PASIVO | 5.247.311,00 |
| PATRIMONIO | 5.833.730,00 |
| PASIVO + PATRIMONIO | CUMPLE |
| OBSERVACIONES | |
| PRESUPUESTO | 857.694,56 |
| 1. INDICADOR DE LIQUIDEZ | |
| Activo corriente / Pasivo corriente | 3,19 |
| Indicador de liquidez > 1 | CUMPLE |
| 4 CAPITAL DE TRABAJO | |
| Valor Total Presupuesto Estimado | 857.694,56 |
| Capital de trabajo requerido ≥ 50% del Valor Total Presupuesto Estimado | 428.847,28 |
| Capital de Trabajo Acreditado por el Oferente | 1.281.920,70 |
| OBSERVACIONES | CUMPLE |
| 5. CAPACIDAD PATRIMONIAL | |
| Valor Total Presupuesto Estimado | 857.694,56 |
| Capacidad patrimonial requerido CP ≥ 50% del VTPE | 428.847,28 |
| Capacidad patrimonial Acreditada CP ≥ P | 5.247.311,00 |
| OBSERVACIONES | CUMPLE |

## CONCLUSION EVALUACION FINANCIERA

La firma AVIACOL USA CORP. CUMPLE, con los indicadores financieros objeto de verificación de acuerdo con el numeral 2.1 "INDICADORES FINANCIEROS DEL PROPONENTE" de la solicitud de oferta del proceso No 052- ACOFA-EJC-2019.

## 2. REVISIÓN Y CORRECCION ARITMETICA

De acuerdo con el numeral 2.2 PROPUESTA ECONÓMICA (REVISIÓN Y CORRECCIÓN). Las ofertas serán analizadas para determinar si en los cálculos se han cometido errores en las operaciones aritméticas, en cuyo caso y para efectos de evaluación y selección al Comité Evaluador realizará las correcciones necesarias y se tomará como base de evaluación la oferta corregida.

**EJC**

Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4281469
www.ejercito.mil.co
Dicoen@ejercito.mil.co



**RESTRINGIDO**



| PONENCIA ANTE EL COMITE DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PAGINA | Página 19 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

**RESTRINGIDO**

Pag 3 de 4

Al contestar, cite este número

Radicado No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

**REPUESTOS PARA VISION NOCTURNO AN/PVS-7B**

| NO | BIEN O SERVICIO | CANTIDAD | PARTE | NSN | UNIDAD DE MEDIDA | PRESUPUESTO OFICIAL DEL ITEM EN DOLARES | CANTIDAD | VALOR TOTAL OFERTADO USD | DIFERENCIA ENTRE CANTIDADES REQUERIDAS EN LA SOLICITUD DE OFERTA Y LAS CANTIDADES OFERTADAS | DIFERENCIA ENTRE PRESUPUESTO OFICIAL DEL ITEM Y VALOR TOTAL OFERTADO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DATOS SOLICITUD DE OFERTA | | | VALORES OFERTADOS | | VERIFICACION ARITMETICA | |
| 1 | CASE INFRARED EQUIPMENT | 36 | A3157292 | 5855-01-265-4766 | UND | 478,9 | 36 | 478,9 | 0 | 0,00 |
| 2 | CAP, PROTECTIVE, DUST | 36 | A3144318 | 5340-01-397-0569 | UND | 200,64 | 36 | 200,64 | 0 | 0,00 |
| 3 | IMAGE INTENSIFIER, K MX10130 | 53 | N/A | N/A | UND | 106.177,50 | 53 | 106177,5 | 0 | 0,00 |
| 4 | EYECUP | 76 | A3144422 | 6860-01-256-9272 | UND | 453,72 | 76 | 453,72 | 0 | 0,00 |
| 5 | WASHER, FLAT | 61 | A3144314 | 5310-00-045-1308 | UND | 104,92 | 61 | 104,92 | 0 | 0,00 |
| 6 | SCREW, MACHINE | 76 | M5155T-40 | 5305-00-224-0782 | UND | 49,4 | 76 | 49,4 | 0 | 0,00 |
| 7 | PACKING, PREFORMED | 39 | A3144316 | 5331-01-356-7210 | UND | 49,78 | 39 | 49,78 | 0 | 0,00 |
| 8 | REAR COVER ASSEMBLY | 39 | A3144392 | 5855-01-246-5910 | UND | 1.341,30 | 39 | 1341,3 | 0 | 0,00 |
| 9 | SWITCH, KNOB ASSEMBLY | 38 | A3144404 | 5930-01-244-3796 | UND | 259,6 | 38 | 259,6 | 0 | 0,00 |
| 10 | BATTERY CAP ASSEMBLY | 38 | A3144391 | 5855-01-246-9290 | UND | 653,12 | 38 | 653,12 | 0 | 0,00 |
| 11 | COVER BATTERY NSTAI | 38 | A3561000 | 5975-01-418-5755 | UND | 180,88 | 38 | 180,88 | 0 | 0,00 |
| 12 | MOUNT ASSEMBLY OBJE | 5 | A3144305 | 5855-01-246-1407 | UND | 1.113,70 | 5 | 1113,7 | 0 | 0,00 |
| | SUBTOTAL | | | | | 111.901,46 | | 191.901,46 | | |

**REPUESTOS PARA VISION NOCTURNA AN/PVS-14**

| NO | BIEN O SERVICIO | CANTIDAD | PARTE | NSN | UNIDAD DE MEDIDA | PRESUPUESTO OFICIAL DEL ITEM EN DOLARES | CANTIDAD | VALOR TOTAL OFERTADO USD | DIFERENCIA ENTRE CANTIDADES REQUERIDAS EN LA SOLICITUD DE OFERTA Y LAS CANTIDADES OFERTADAS | DIFERENCIA ENTRE PRESUPUESTO ESTIMADO DEL ITEM Y VALOR TOTAL OFERTADO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DATOS SOLICITUD DE OFERTA | | | VALORES OFERTADOS | | VERIFICACION ARITMETICA | |
| 1 | CASE INFRARED EQUIPMENT | 230 | A3147372 | 5855-01-395-4201 | UND | 2.161,90 | 230 | 2.161,90 | 0 | 0,00 |
| 2 | LENS INFRARED RECEIVER | 230 | A3250353 | 5855-01-444-1230 | UND | 1.605,50 | 230 | 1605,50 | 0 | 0,00 |
| 3 | EYECUP | 230 | A3144427 | 5855-01-744-0773 | UND | 1.373,10 | 230 | 1.373,10 | 0 | 0,00 |
| 4 | CAP, PROTECTIVE, DUST | 230 | A3144314 | 5340-01-397-6601 | UND | 1.223,60 | 230 | 1.223,60 | 0 | 0,00 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11760 | 211 | N/A | N/A | UND | 975.003,00 | 211 | 975.003,00 | 0 | 0,00 |
| 6 | BATTERY HOUSING ASSY | 230 | A3297309 | 5855-01-523-4008 | UND | 48.484,00 | 230 | 48.484,00 | 0 | 0,00 |
| 7 | EYEPIECE ASSEMBLY | 76 | A3264357 | 5855-01-446-3274 | UND | 5.531,10 | 76 | 5.531,10 | 0 | 0,00 |



Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4261489
www.ejercito.mil.co
Dicon@ejercito.mil.co




ISO 9001

**RESTRINGIDO**



| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | Página 20 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | |

**RESTRINGIDO**

Pag 4 de 4

At contestar, cite este número

Radicado No. 20194351847521 MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-DIADQ-15.17

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PACKING, PREFORMED | 250 | A5144518 | 6210-01-205-7210 | UND | 25.35 | 230 | 2.10.10 | b | 6.00 |
| 9 | SWITCH, KNOB ASSEMBLY | 750 | A3144604 | 5830-01-245-5264 | UND | 1.844.50 | 230 | 1.844.50 | 0 | 0.00 |
| 10 | COVER, BATTERY RETA | 250 | A3260929 | 6140-01-445-4345 | UND | 878.5 | 230 | 878.02 | 0 | 0.00 |
| 11 | BATTERY CAP ASSEMBLY | 250 | A3297212 | 6140-01-624-3900 | UND | 1.092.90 | 230 | 4.050.30 | 8 | 0.00 |
| 12 | ENCO | 230 | A3256361 | 5355-01-444-1722 | UND | 1.844.50 | 230 | 1.844.60 | a | 0.00 |
| 13 | PACKING, PREFORMED | 290 | A3756398 | 5330-01-444-1727 | UND | 33.12 | 230 | 231.29 | 0 | 0.00 |
| | SUBTOTAL | | | | | USD$ 144.349,98 | VALOR TOTAL OFERTADO | 269.395,50 | | |

Una vez verificadas las condiciones económicas del formulario No. 3 "VALORACION DE LA PROPUESTA ECONÓMICA" de la propuesta presentada y realizada la corrección de las operaciones aritméticas por parte de este comité, se puede evidenciar que la firma AVIACOL USA CORP no cometió errores aritméticos y **CUMPLE** con lo establecido en la solicitud de oferta.

**CONCEPTO**

El comité económico evaluador **HABILITA** al oferente **AVIACOL USA CORP.** para continuar con el proceso contractual, por haber cumplido con los requisitos documentales, financieros y económicos establecidos en la solicitud de oferta.

Atentamente,

AS. LEADY VIVIANA MATALLANA
Comité económico evaluador

Vo.Bo: MY ALEJANDRO CASTILLO PINEDA
Oficial de Contratación DIADQ

**EJC**

Por mi patria, mi lealtad es el honor
Carrera 54 No. 26-25 CAN Bogotá-Cundinamarca
No. 4251469
www.ejercito.mil.co
Dicon@ejercito.mil.co

 

**RESTRINGIDO**

| PONENCIA ANTE EL COMITE DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| **SOLICITUD DE OFERTA No.** No. 052-ACOFA-EJC-2019 | **PAGINA** | Página 21 de 27 |
| **PRESUPUESTO A CONTRATAR** USD$ 857.694,56 | | |

## CONSOLIDADO EVALUACIONES

| PROPONENTE | DOCUMENTOS DE VERIFICACION | | |
|---|---|---|---|
| | JURIDICA | TÉCNICA | ECONÓMICA |
| AVIACOL USA CORP | CUMPLE | CUMPLE | CUMPLE |

## VIABILIDAD JURIDICA

En atención a lo establecido en el Decreto No. 0952 de 1953 y el 2400 de 1956 que lo modifica, por medio del cual se crea la Comisión Permanente de Compras en el Exterior, y teniendo en cuenta el estudio técnico realizado, en el que se especifica que los bienes son de origen extranjero, se procederá a aplicar lo establecido en la Directiva Permanente No.001- MDN-CGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA-23.1 del 26 de marzo de 2018 y la legislación del Estado de la Florida de los EE.UU, lo cual está permitido de conformidad con el artículo 13 de la ley 80 de 1993.

Igualmente, de acuerdo con lo establecido en la Resolución de Delegación Ministerial No. 4519 del 27 de Mayo de 2016, modificada por las Resoluciones No. 5662 de 2016, 5159 del 2017, 134 de 2018 y 1417 del 2018, el señor Coronel Director de la Agencia de Compras, tiene delegada la competencia para adelantar el proceso contractual y adjudicar el contrato que se derive del mismo.

## CONDICIONES QUE REGIRAN EL CONTRATO

1. **COMPAÑÍA**

   AVIACOL USA CORP

2. **OBJETO:**

   ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y REPUESTOS PARA AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL DE COLOMBIA.

3. **TIPO DE CONTRATO**

   ABIERTO : MARCO _____ LISTA DE PRECIOS: _____ CERRADO: __X__

4. **PRESUPUESTO OFICIAL:**

   USD$ 860.270,97

5. **DISCRIMINACIÓN DE CADA ITEM A CONTRATAR Y RUBRO**

   RUBRO: C-1502-0100-28-0 1502087-02 Recurso 10

**PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN**

| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 22 de 27 |
|---|---|---|---|
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## REPUESTOS VISOR NOCTURNO AN/PVS-7B

| No | Bien o Servicio | Cantidad | Unidad de medida | Condición | No. Material SAP | Parte | # Pet. Oft. SAP | Posición | Número Act. Fijo cuando aplique | Número de serie | Plazo de entrega | Valor Unitario | Valor Total en dólares |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 38 | Unidad | New | 1530916 | A3187392 | N/A | N/A | N/A | N/A | 30/11/2019 | 12,55 | 476,90 |
| 2 | CAP, PROTECTIVE, DUST | 38 | Unidad | New | 1047022 | A3144318 | N/A | N/A | N/A | N/A | 30/11/2019 | 5,28 | 200,64 |
| 3 | IMAGE INTENSIFIER, N MX10130 | 33 | Unidad | New | 1353806 | N/A | N/A | N/A | N/A | N/A | 30/11/2019 | 3.217,50 | 106.177,50 |
| 4 | EYECUP | 76 | Unidad | New | 1723007 | A3144422 | N/A | N/A | N/A | N/A | 30/11/2019 | 5,97 | 453,72 |
| 5 | WASHER, FLAT | 61 | Unidad | New | 1003389 | A3144314 | N/A | N/A | N/A | N/A | 30/11/2019 | 1,72 | 104,92 |
| 6 | SCREW, MACHINE | 76 | Unidad | New | 1128094 | MS51957-4B | N/A | N/A | N/A | N/A | 30/11/2019 | 8,65 | 49,40 |
| 7 | PACKING, PREFORMED | 38 | Unidad | New | 1044718 | A3144316 | N/A | N/A | N/A | N/A | 30/11/2019 | 1,31 | 49,78 |
| 8 | REAR COVER ASSEMBLY | 10 | Unidad | New | 1018145 | A3144310 | N/A | N/A | N/A | N/A | 30/11/2019 | 134,13 | 1.341,30 |
| 9 | SWITCH, KNOB ASSEMBLY | 38 | Unidad | New | 1128242 | A3144404 | N/A | N/A | N/A | N/A | 30/11/2019 | 6,60 | 250,80 |
| 10 | BATTERY CAP ASSEMBLY | 38 | Unidad | New | 1121027 | A3144394 | N/A | N/A | N/A | N/A | 30/11/2019 | 18,24 | 693,12 |
| 11 | COVER BATTERY RETAI | 38 | Unidad | New | 1121050 | A3260939 | N/A | N/A | N/A | N/A | 30/11/2019 | 4,76 | 180,88 |
| 12 | MOUNT ASSEMBLY OBJE | 5 | | | 1451229 | A3144305 | | | | | 30/11/2019 | 223,94 | 1.119,70 |
| | | | | | | TOTAL | | | | | | | USD$ 111.098,56 |

## REPUESTOS VISOR NOCTURNO AN/PVS-14

| No | Bien o Servicio | Cantidad | Unidad de medida | Condición | No. Matrial SAP | Parte | # Pet. Oft. SAP | Posición | Número Act. Fijo cuando aplique | Número de serie | Plazo de entrega | Valor Unitario | Valor Total en dólares |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | 230 | Unidad | New | 1530916 | A3187392 | N/A | N/A | N/A | N/A | 30/11/2019 | 12,53 | 2.881,90 |
| 2 | LENS INFRARED RECEIVER | 230 | Unidad | New | 1121044 | A3255353 | N/A | N/A | N/A | N/A | 30/11/2019 | 4,46 | 1.025,80 |
| 3 | EYECUP | 230 | Unidad | New | 1723007 | A3144422 | N/A | N/A | N/A | N/A | 30/11/2019 | 5,97 | 1.373,10 |
| 4 | CAP, PROTECTIVE, DUST | 230 | Unidad | New | 1389135 | A3144318 | N/A | N/A | N/A | N/A | 30/11/2019 | 5,32 | 1.223,60 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | 211 | Unidad | New | 1530944 | N/A | N/A | N/A | N/A | N/A | 30/11/2019 | 3.287,58 | 676.803,60 |
| 6 | BATTERY HOUSING ASSY | 230 | Unidad | New | 1041085 | A3297309 | N/A | N/A | N/A | N/A | 30/11/2019 | 210,80 | 48.484,00 |
| 7 | EYEPIECE ASSEMBLY | 26 | Unidad | New | 1609352 | A3256352 | N/A | N/A | N/A | N/A | 30/11/2019 | 212,35 | 5.521,10 |
| 8 | PACKING, PREFORMED | 230 | Unidad | New | 1723001 | A3144316 | N/A | N/A | N/A | N/A | 30/11/2019 | 1,45 | 333,50 |
| 9 | SWITCH, KNOB ASSEMBLY | 230 | Unidad | New | 1723004 | A3144404 | N/A | N/A | N/A | N/A | 30/11/2019 | 8,02 | 1.844,60 |
| 10 | COVER,BATTERY RETAI | 230 | Unidad | New | 1121050 | A3260939 | N/A | N/A | N/A | N/A | 30/11/2019 | 3,82 | 878,60 |
| 11 | BATTERY CAP ASSEMBLY | 230 | Unidad | New | 1121028 | A3297312 | N/A | N/A | N/A | N/A | 30/11/2019 | 17,61 | 4.050,30 |
| 12 | KNOB | 230 | Unidad | New | 1121076 | A3255351 | N/A | N/A | N/A | N/A | 30/11/2019 | 8,02 | 1.844,60 |
| 13 | PACKING, PREFORMED | 230 | Unidad | New | 1723001 | A3258356 | N/A | N/A | N/A | N/A | 30/11/2019 | 1,44 | 331,28 |
| | | | | | | TOTAL | | | | | | | USD$ 746.595,90 |

PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN

| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 23 de 27 |
|---|---|---|---|
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

### 6. LUGAR DE EJECUCIÓN (aplica para mantenimientos):

N/A

### 7. LUGAR Y MODALIDAD DE ENTREGA:

Para efectos aduaneros y de nacionalización el contratista debe trasladar el bien al depósito aduanero del Batallón de Abastecimientos del Ejército Nacional, ubicado calle 103 A No.11B-00, Bogotá D.C - Colombia una vez adelantados los procesos de desaduanamiento por parte del área de comercio exterior del Ejército Nacional el contratista debe trasladar los bienes en compañía de un delegado del comité técnico a el almacén de Repuestos de Armamento Ejército del Batallón de Mantenimiento N° 1 – Calle 19 Sur No.6-40 - Barrio Sosiego - Bogotá D.C. y su posterior recibo a satisfacción.

**INCOTERM 2010 DAP**

### 8. PLAZO DE EJECUCION:

**HASTA EL 30 DE NOVIEMBRE DEL 2019**

### 9. FORMA DE PAGO

| CDP | RUBRO | REC | GUION | VIGENCIA | VALOR TOTAL USD | FECHA | PAGO USD | CLASE DE PAGO |
|---|---|---|---|---|---|---|---|---|
| 11619 | C-1502-0100-28-0 1502087-02 | 10 | N/A | 2019 | USD$ 857.694,56 | PAGO CONTRA ENTREGA: Correspondiente al 100% del valor del contrato resultante dentro de los noventa (90) días calendarios siguientes al recibido a satisfacción de los bienes objeto del contrato, previo cumplimiento de los demás requisitos de ley | USD$857.694,56 | PAGO CONTRA ENTREGA: |
| Vo.Bo. APL | | | | | | TOTAL | USD$857.694,56 | |

## REQUISITOS

1. Recepción a satisfacción del mismo por el MDN- Ejército Nacional. Este requisito debe ser plasmado en un acta debidamente suscrita por el supervisor del contrato y el comité técnico y un representante de la firma contratista.

2. Situación de recursos por parte del Ministerio de Hacienda y Crédito Público Dirección del Tesoro Nacional. (ASIGNACIÓN CUPO PAC).

3. Que se ejecuten los demás trámites administrativos correspondientes

   NOTA: El pago en las fechas establecidas estará sujeto previa aprobación de PAC por parte Ministerio de Hacienda y Crédito Público.

   Ficha EBI No. 2018011000196

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | |
|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 24 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## 10. GARANTÍA CONTRACTUAL

El vendedor debe presentar una garantía de cumplimiento de las obligaciones derivadas del contrato, a favor de **LA NACIÓN-MINISTERIO DE DEFENSA NACIONAL-EJÉRCITO NACIONAL- DIRECCIÓN AGENCIA DE COMPRAS FAC.**

La **GARANTÍA DE CUMPLIMIENTO** debe ser por el diez por ciento (10%) del valor del contrato, la cual deberá ser presentada dentro de los cinco (5) días siguientes a la firma del mismo, con una vigencia igual al término de ejecución del contrato y sesenta (60) días más.

La compañía contratista deberá cumplir con la garantía contractual de cumplimiento mediante uno de los siguientes documentos: Garantía Bancaria, Garantía Financiera, Carta Contingente de Crédito (Standby Letter of Credit), Póliza de Seguro de Cumplimiento de Contrato (Surety Bond, Performance Bond). Igualmente serán aceptables los demás mecanismos de cobertura del riesgo que sean aplicables dentro de la legislación de los Estados Unidos de América.

La compañía contratista podrá solicitar la liberación de la garantía mediante oficio dirigido al Director de ACOFA una vez haya cumplido en su totalidad con las entregas de bienes y/o prestación de los servicios contratados y dicho cumplimiento sea confirmado con el acta de recibo a satisfacción correspondiente.

Cuando el contrato sea modificado, incrementándose el valor dado en calidad de pago anticipado y/o extendiéndose el plazo de ejecución, la garantía de pago anticipado deberá modificarse extendiendo su vigencia y/o su valor según sea el caso

## La GARANTIA POR PAGO ANTICIPADO: N/A

La compañía contratista deberá cumplir con la garantía contractual de cumplimiento y pago anticipado, mediante uno de los siguientes documentos: Garantía Bancaria, Garantía financiera, Carta Contingente de Crédito (Standby Letter of Credit), Póliza de Seguro de Cumplimiento de Contrato (Surety Bond, Performance Bond). Igualmente serán aceptables los demás mecanismos de cobertura del riesgo que sean aplicables dentro de la legislación de los Estados Unidos de América.

La compañía contratista podrá solicitar en cuanto a la póliza de pago anticipado, la liberación de la garantía, mediante oficio dirigido al Director de ACOFA una vez haya cumplido en su totalidad con las entregas de bienes y/o prestación de los servicios contratados y dicho cumplimiento sea confirmado con el acta de recibo a satisfacción correspondiente.

Cuando el contrato sea modificado, incrementándose el valor dado en calidad de pago anticipado y/o extendiéndose el plazo de ejecución, la garantía de pago anticipado deberá modificarse extendiendo su vigencia y/o su valor según sea el caso.

Todos los cargos y tarifas relacionados con la emisión o administración de tales garantías serán asumidos por el contratista y en ningún caso por el beneficiario.

PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN

| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 25 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

Cláusula de Compensación

SI APLICA: ___X___ NO APLICA: _____

En el caso en que no se entregue en la fecha indicada cualquier bien o la prestación de cualquier servicio por parte del proveedor y en ausencia de fuerza mayor o caso fortuito debidamente justificado, el proveedor estará sujeto a compensar y pagar a la **NACIÓN-MINISTERIO DE DEFENSA NACIONAL- EJÉRCITO NACIONAL- DIRECCIÓN AGENCIA DE COMPRAS FAC** por tal demora el **0,2 %** del valor del producto o servicio no entregado por cada día de retraso hasta que se cumpla la entrega o alcance el **6 %** .

Clausula por entrega superior a los 30 días

SI APLICA: _____ NO APLICA: ___X___

Cuando el incumplimiento supere los 30 días de retraso en la entrega, la **NACIÓN-MINISTERIO DE DEFENSA NACIONAL-EJÉRCITO NACIONAL-DIRECCIÓN AGENCIA DE COMPRAS FAC** deberá ser compensada adicionalmente con un 10% del valor del producto no entregado y a su propia discreción podrá cancelar la orden del producto o servicio o declarar la terminación del contrato siguiendo el debido proceso. Esta cláusula surtirá el efecto de protección del riesgo de incumplimiento (garantía de cumplimiento) en aquellos casos donde el proveedor encuentre inconvenientes para que sea emitida de acuerdo a la naturaleza del contrato o sea pactado en la negociación..

## 11. GARANTIA TECNICA

**GARANTÍA DEL PRODUCTO:** El Vendedor garantiza que todos los repuestos suministrados bajo este Contrato se ajustarán a las especificaciones técnicas y estarán libres de defectos de fabricación, material y mano de obra durante al menos treinta y seis meses (36) meses para los repuestos de visión nocturna AN/PVS-7B y AN/PVS-14 de acuerdo a lo estipulado en las fichas técnicas y cuarenta y ocho 48 meses para los tubos intensificadores de imagen , de acuerdo con la NTNMD-0308-A4 ( documento anexo a la presente solicitud de oferta), desde la entrega de los productos. Si el Vendedor no es el fabricante de los Productos, el Vendedor proporcionará una garantía por escrito del fabricante y cualquier otra garantía extendida o adicional ofrecida por el fabricante. Si la garantía es transferida del fabricante, el Vendedor ayudará al Comprador en el procesamiento de reclamaciones de garantía. La obligación del Vendedor bajo la garantía incluirá la reparación o, a su elección, el reemplazo de los repuestos que se devuelvan, todos los gastos de transporte, importación y exportación serán pagados por el Vendedor. El Vendedor deberá hacer arreglos para reemplazar o recuperar el Producto en las instalaciones del Comprador para inspección dentro de quince (15) días después de recibir la reclamación de garantía del Comprador. El Vendedor deberá reemplazar el producto defectuoso en un plazo de sesenta (60) días a partir de la fecha de recepción del Producto del comprador o en un momento mutuamente acordado por las Partes. Si el proveedor no actúa en respuesta a la reclamación de garantía dentro del periodo de quince (15) días, el proveedor reembolsara al Comprador todos los costos asociados con el reemplazo del Producto defectuoso.

* Los bienes que el proveedor se compromete a suministrar en ejecución del contrato que se llegue a celebrar serán de primera calidad, nuevos, de acuerdo con las especificaciones técnicas pactadas. En consecuencia el proveedor se obliga a reemplazar a sus expensas los bienes que resultaren de mala calidad.

| PONENCIA ANTE EL COMITE DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACION | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PAGINA | Página 26 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## 12. SUPERVISOR DEL CONTRATO:

Mediante resolución N° 294 del 15 de Julio de 2019 se nombra como supervisor al señor:

Nombre: MY. JULIO CESAR PINEDA BELLO
Correo electrónico: julio.pineda@gmail.com
Celular: 3006005131

## 13. OFFSET

SI APLICA: _____   NO APLICA: ___X___

Según lo señalado en el documento COMPES 3522 DE 2008 Y LA Directiva 26 del MDN del 01 de agosto de 2011 que indica:

"El Ministerio de Defensa Nacional debe requerir Cooperación Industrial y Social a los proveedores extranjeros de equipos militares, sistemas de armas y servicios afines que se requieran para la defensa y seguridad nacional (como por ejemplo mantenimiento, reparaciones y modernizaciones de sistemas de armas) los cuales se incluyen dentro de los bienes y servicios del sector defensa que necesiten, reserva para su adquisición, cuyo monto supere un millón de dólares (USD$1.000.000,00) No obstante, en aquellos casos, el Ministerio de Defensa se reservara la potestad de no hacerlo o de requerirla cuando por dichos conceptos correspondan a valor inferior a un millón de dólares (USD$1.000.000,00). Sin embargo se aclara que en dado caso los presupuestos dados en el documento COMPES 3522 de 2008 y la Directiva ministerial No. 26 del 01 de Agosto de 2011 y se haga exigible OFFSET se aplicara la siguiente clausula

## CLAUSULA COMPENSACION OFFSET

Verificado el oficio No.OFI118-13923 MDN-DVGSESDBDCTI de fecha 20 de febrero de 2018 emanado por la Directora de Ciencia, Tecnología e Innovación del Ministerio de Defensa, no se evidencia que la empresa AVIACOL USA CORP no se encuentre dentro del listado de empresas que han suscrito OFFSET a través de convenios marco, al igual en consideración que el presente contrato no supera los valores estipulados, no le es aplicable la aplicación del offset.

## 14. SERVICIO POST-VENTA:

Capacitación para 15 personas por tres (3) días hábiles en el Batallón de Mantenimiento, de 8 horas diarias. Solo se certificará si el personal asistente tiene nivel básico.

Plazo máximo de ejecución del postventa: **30 de Noviembre de 2019.**

| PONENCIA ANTE EL COMITÉ DE ADQUISICIONES DE ACOFA PARA ACOGER LAS EVALUACIONES Y RECOMENDAR LA ADJUDICACIÓN | | | |
|---|---|---|---|
| SOLICITUD DE OFERTA No. | No. 052-ACOFA-EJC-2019 | PÁGINA | Página 27 de 27 |
| PRESUPUESTO A CONTRATAR | USD$ 857.694,56 | | |

## PRESENTACIÓN

El señor TC. EDWIN GIOVANY PRIETO SANTOS, Gerente del Proyecto, con base en lo expuesto anteriormente, se permite presentar a consideración la presente ponencia ante el Comité de Adquisiciones de ACOFA, para que este proceda a acoger los informes de evaluación, y recomendar al señor Coronel Director Agencia de Compras FAC, el concepto favorable para la adjudicación del Proceso de Contratación No. 052-ACOFA-EJC-2019, cuyo objeto es la ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL DE COLOMBIA, hasta por un valor de OCHOCIENTOS CINCUENTA Y SIETE MIL SEISCIENTOS NOVENTA Y CUATRO DÓLARES CON CINCUENTA Y SEIS CENTAVOS DE DÓLAR (**USD$ 857.694,56**) a la oferta presentada por la empresa **AVIACOL USA CORP.**

TC. EDWIN GIOVANY PRIETO SANTOS
Gerente del Proyecto

**27**

**ACTA No. \V\ DE 2019**

REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR

| | |
|---|---|
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 |
| PRESUPUESTO OFICIAL | USD 857.694,56 |
| PROCEDIMIENTO UTILIZADO | MAYOR |

| | |
|---|---|
| FECHA | 04/10/2019 |
| HORA | 09:00 HORAS |
| LUGAR | CAF - JEAD |

**OBJETO: ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.**

En la ciudad de Bogotá, se reunieron en la Jefatura Administrativa de la FAC los servidores públicos, que se relacionan a continuación, en sus calidades de: Miembros de los Comités de Adquisiciones, con el fin de llevar a cabo el Comité de Adquisiciones para DEFINIR el proceso **ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.**

**ASISTENTES CON VOZ Y VOTO**

| GRADO | NOMBRE | CARGO | COMITÉ |
|---|---|---|---|
| CR | GUSTAVO A. VALBUENA. G | JEFE ADMINISTRATIVO (JEAD) | ADQUISICIONES |
| | | JEFE JEFATURA EN LA FAC, JEFE LOGÍSTICO O QUIEN HAGA SUS VECES EN UNIDAD EJECUTORA | ADQUISICIONES |
| CR | RUBEN CAMELO | DIRECTOR O JEFE DE LA DEPENDENCIA DE LA UNIDAD EJECUTORA USUARIA | ADQUISICIONES |
| TC | HENRY LEON. | SUBDIRECTOR LA DEPENDENCIA USUARIA | ADQUISICIONES |
| TC | EDWIN PRIETO | GERENTE DEL PROYECTO | ADQUISICIONES |
| TC | WILFRED CARVAJAL | SUBDIRECTOR DE ADQUISICIONES DE ACOFA | ADQUISICIONES |
| TC | DIEGO SILVA | DIRECTOR DE MATERIAL DE LA JEFATURA LOGÍSTICA | ADQUISICIONES |
| CR | VICTOR M. VIDAL | SUBDIRECTOR FINANCIERO DE ACOFA O SU EQUIVALENTE EN OTRAS UNIDADES EJECUTORAS | ADQUISICIONES |
| TE | C. JULIANA MELO | JEFE ÁREA ESPECIALISTAS JURÍDICOS ACOFA | ADQUISICIONES |

**ASISTENTES SIN VOTO**

| GRADO | NOMBRE | CARGO | COMITÉ |
|---|---|---|---|
| CT | PEREZ GIRALDO JENNIFER JANETH | JEFE DE AREA CONTRACTUAL (E) | ADQUISICIONES |

**ORDEN DEL DIA**

1. Verificación del quórum
2. Presentación Ponencia por parte del Gerente del Proyecto
3. Consideraciones y Deliberaciones del Comité de Adquisiciones
4. Recomendación del Comité de Adquisiciones.

**DESARROLLO DEL ORDEN DEL DIA**

**1. VERIFICACION DEL QUORUM**

Se dio inicio a la sesión del Comité de Adquisiciones con la verificación del Quórum, encontrándose presentes todos los miembros del mismo, con los cuales se conforma el quórum requerido para deliberar y decidir. Se aclara que nos encontramos en vídeo conferencia con el señor Coronel Director de la Agencia de Compras, quien es el ordenador del Gasto.




| ACTA No. 10 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | | |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | FECHA | 04/10/19 |
| PRESUPUESTO OFICIAL | USD 857.694,56 | HORA | 08:00 HORAS |
| PROCEDIMIENTO UTILIZADO | MAYOR | LUGAR | JEAD |

2. PRESENTACIÓN PONENCIA

CONSOLIDADO EVALUACIONES

| PROPONENTE | DOCUMENTOS DE VERIFICACION | | |
|---|---|---|---|
| | JURIDICA | TÉCNICA | ECONÓMICA |
| AVIACOL USA CORP | CUMPLE | CUMPLE | CUMPLE |

3. CONSIDERACIONES Y DELIBERACIONES DEL COMITÉ DE ADQUISICIONES DE CONTRATACIÓN

El Comité de Adquisiciones recomienda extender el plazo de eje-
cución hasta el próximo 15 de Diciembre de 2019.
La misma situación descrita previamente corresponderá a
la fecha de ejecución del servicio post venta.

| ACTA No. 10 - 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | | |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | FECHA | 04/10/19 |
| PRESUPUESTO OFICIAL | USD 857.694,56 | HORA | 09:00 HORAS |
| PROCEDIMIENTO UTILIZADO | MAYOR | LUGAR | JEAD |

3

| ACTA No. | 07-2019 | | | |
|---|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | | FECHA | 09 11 0 19 |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | | HORA | 09:00 HORAS |
| PRESUPUESTO OFICIAL | USD 857.694,56 | | LUGAR | JEAD |
| PROCEDIMIENTO UTILIZADO | MAYOR | | | |

## 4. RECOMENDACIÓN DEL COMITÉ DE ADQUISICIONES

Una vez terminado el análisis de los puntos anteriores, el Comité de Adquisiciones recomendó al señor Coronel Director de la Agencia de Compras de la Fuerza Aérea Colombiana ADJUDICAR el proceso de adquisición de acuerdo con la ponencia presentada por valor de **USD $ 857.694,56** a la empresa **AVIACOL USA CORP.**

## INFORMACIÓN PARA EL CONTRATO RESULTANTE:

**OBJETO: ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y REPUESTOS PARA AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL DE COLOMBIA.**

**VALOR A CONTRATAR: USD $ 857.694,56**

Contratista: AVIACOL USA CORP

1. **FORMA DE PAGO.**

| CDP | RUBRO | REC | GUION | VIGENCIA | VALOR TOTAL USD | FECHA | PAGO USD | CLASE DE PAGO |
|---|---|---|---|---|---|---|---|---|
| 11619 | C-1502-0100-28-0 1502097-02 | 10 | N/A | 2019 | USD$ 857.694.56 | PAGO CONTRA ENTREGA: Correspondiente al 100% del valor del contrato resultante dentro de los noventa (90) días calendarios siguientes al recibido a satisfacción de los bienes objeto del contrato, previo cumplimiento de los demás requisitos de ley | USD$857.694.56 | PAGO CONTRA ENTREGA: |
| | | | | | | TOTAL | USD$857.694.56 | |

**REQUISITOS**

1. Recepción a satisfacción del mismo por el MDN- Ejército Nacional. Este requisito debe ser plasmado en un acta debidamente suscrita por el supervisor del contrato y el comité técnico y un representante de la firma contratista.

2. Situación de recursos por parte del Ministerio de Hacienda y Crédito Público Dirección del Tesoro Nacional. (ASIGNACIÓN CUPO PAC).

3. Que se ejecuten los demás trámites administrativos correspondientes

   **NOTA:** El pago en las fechas establecidas estará sujeto previa aprobación de PAC por parte Ministerio de Hacienda y Crédito Público.

   Ficha EBI No. 2018011000196



| ACTA No. 109 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | FECHA | 01 10 19 |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | HORA | 09:00 HORAS |
| PRESUPUESTO OFICIAL | USD 857.694,56 | LUGAR | JEAD |
| PROCEDIMIENTO UTILIZADO | MAYOR | | |

## 2. LUGAR DE EJECUCIÓN: (aplica para mantenimientos).

No aplica.

## 3. LUGAR Y MODALIDAD DE ENTREGA.

Para efectos aduaneros y de nacionalización el contratista debe trasladar el bien al depósito aduanero del Batallón de Abastecimientos del Ejército Nacional, ubicado calle 103 A No.11B-00, Bogotá D.C - Colombia una vez adelantados los procesos de desaduanamiento por parte del área de comercio exterior del Ejército Nacional el contratista debe trasladar los bienes en compañía de un delegado del comité técnico a el almacén de Repuestos de Armamento Ejército del Batallón de Mantenimiento N° 1 – Calle 19 Sur No.6-40 - Barrio Sosiego - Bogotá D.C. y su posterior recibo a satisfacción.

## INCOTERM 2010 DAP

## 4. PLAZO DE EJECUCIÓN.

HASTA EL 30 DE NOVIEMBRE DEL 2019

## 5. GARANTÍA CONTRACTUAL.

El vendedor debe presentar una garantía de cumplimiento de las obligaciones derivadas del contrato, a favor de **LA NACIÓN-MINISTERIO DE DEFENSA NACIONAL-EJÉRCITO NACIONAL-DIRECCIÓN AGENCIA DE COMPRAS FAC**.

La **GARANTÍA DE CUMPLIMIENTO** debe ser por el diez por ciento (10%) del valor del contrato, la cual deberá ser presentada dentro de los cinco (5) días siguientes a la firma del mismo, con una vigencia igual al término de ejecución del contrato y sesenta (60) días más.

La compañía contratista deberá cumplir con la garantía contractual de cumplimiento mediante uno de los siguientes documentos: Garantía Bancaria, Garantía Financiera, Carta Contingente de Crédito (Standby Letter of Credit), Póliza de Seguro de Cumplimiento de Contrato (Surety Bond, Performance Bond). Igualmente serán aceptables los demás mecanismos de cobertura del riesgo que sean aplicables dentro de la legislación de los Estados Unidos de América.

La compañía contratista podrá solicitar la liberación de la garantía mediante oficio dirigido al Director de ACOFA una vez haya cumplido en su totalidad con las entregas de bienes y/o prestación de los servicios contratados y dicho cumplimiento sea confirmado con el acta de recibo a satisfacción correspondiente.

Cuando el contrato sea modificado, incrementándose el valor dado en calidad de pago anticipado y/o extendiéndose el plazo de ejecución, la garantía de pago anticipado deberá modificarse extendiendo su vigencia y/o su valor según sea el caso

La **GARANTIA POR PAGO ANTICIPADO: N/A**



5

| ACTA No. 107 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | FECHA | 04/10/19 |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | HORA | 09:02 HORAS |
| PRESUPUESTO OFICIAL | USD 857.694,56 | LUGAR | JEAD |
| PROCEDIMIENTO UTILIZADO | MAYOR | | |

La compañía contratista deberá cumplir con la garantía contractual de cumplimiento y pago anticipado, mediante uno de los siguientes documentos: Garantía Bancaria, Garantía financiera, Carta Contingente de Crédito (Standby Letter of Credit), Póliza de Seguro de Cumplimiento de Contrato (Surety Bond, Performance Bond). Igualmente serán aceptables los demás mecanismos de cobertura del riesgo que sean aplicables dentro de la legislación de los Estados Unidos de América.

La compañía contratista podrá solicitar en cuanto a la póliza de pago anticipado, la liberación de la garantía, mediante oficio dirigido al Director de ACOFA una vez haya cumplido en su totalidad con las entregas de bienes y/o prestación de los servicios contratados y dicho cumplimiento sea confirmado con el acta de recibo a satisfacción correspondiente.

Cuando el contrato sea modificado, incrementándose el valor dado en calidad de pago anticipado y/o extendiéndose el plazo de ejecución, la garantía de pago anticipado deberá modificarse extendiendo su vigencia y/o su valor según sea el caso.

Todos los cargos y tarifas relacionados con la emisión o administración de tales garantías serán asumidos por el contratista y en ningún caso por el beneficiario.

### Cláusula de Compensación

SI APLICA: ___X___     NO APLICA: _____

En el caso en que no se entregue en la fecha indicada cualquier bien o la prestación de cualquier servicio por parte del proveedor y en ausencia de fuerza mayor o caso fortuito debidamente justificado, el proveedor estará sujeto a compensar y pagar a la **NÁCION-MINSTERIO DE DEFENSA NACIONAL- EJÉRCITO NACIONAL- DIRECCIÓN AGENCIA DE COMPRAS FAC** por tal demora el **0,2 %** del valor del producto o servicio no entregado por cada día de retraso hasta que se cumpla la entrega o alcance el **6 %** .

### Clausula por entrega superior a los 30 días

SI APLICA: _____     NO APLICA: ___X___

Cuando el incumplimiento supere los 30 días de retraso en la entrega, la **NACIÓN-MINISTERIO DE DEFENSA NACIONAL-EJÉRCITO NACIONAL-DIRECCIÓN AGENCIA DE COMPRAS FAC** deberá ser compensada adicionalmente con un 10% del valor del producto no entregado y a su propia discreción podrá cancelar la orden del producto o servicio o declarar la terminación del contrato siguiendo el debido proceso. Esta cláusula surtirá el efecto de protección del riesgo de incumplimiento (garantía de cumplimiento) en aquellos casos donde el proveedor encuentre inconvenientes para que sea emitida de acuerdo a la naturaleza del contrato o sea pactado en la negociación.

### 6.  GARANTÍA TÉCNICA.

**GARANTÍA DEL PRODUCTO**: El Vendedor garantiza que todos los repuestos suministrados bajo este Contrato se ajustarán a las especificaciones técnicas y estarán libres de defectos de fabricación, material y mano de obra durante al menos treinta y seis meses (36) meses para los



| ACTA No. 16 - 2019 | | |
|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | FECHA | 04/10/19 |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | HORA | 09.00 HORAS |
| PRESUPUESTO OFICIAL | USD 857.694,56 | LUGAR | JEAD |
| PROCEDIMIENTO UTILIZADO | MAYOR | | |

repuestos de visión nocturna AN/PVS-7B y AN/PVS-14 de acuerdo a lo estipulado en las fichas técnicas y cuarenta y ocho 48 meses para los tubos intensificadores de imagen , de acuerdo con la NTNMD-0308-A4 ( documento anexo a la presente solicitud de oferta), desde la entrega de los productos. Si el Vendedor no es el fabricante de los Productos, el Vendedor proporcionará una garantía por escrito del fabricante y cualquier otra garantía extendida o adicional ofrecida por el Vendedor. Si la garantía es transferida del fabricante, el Vendedor ayudará al Comprador en el procesamiento de reclamaciones de garantía. La obligación del Vendedor bajo la garantía incluirá la reparación o, a su elección, el reemplazo de los repuestos que se devuelvan, todos los gastos de transporte, importación y exportación serán pagados por el Vendedor. El Vendedor deberá hacer arreglos para reemplazar o recuperar el Producto en las instalaciones del Comprador para inspección dentro de quince (15) días después de recibir la reclamación de garantía del Comprador. El Vendedor deberá reemplazar el producto defectuoso en un plazo de sesenta (60) días a partir de la fecha de recepción del Producto del comprador o en un momento mutuamente acordado por las Partes. Si el proveedor no actúa en respuesta a la reclamación de garantía dentro del período de quince (15) días, el proveedor reembolsara al Comprador todos los costos asociados con el reemplazo del Producto defectuoso.

* Los bienes que el proveedor se compromete a suministrar en ejecución del contrato que se llegue a celebrar serán de primera calidad, nuevos, de acuerdo con las especificaciones técnicas pactadas. En consecuencia, el proveedor se obliga a reemplazar a sus expensas los bienes que resultaren de mala calidad.

## 7. SUPERVISOR DEL CONTRATO.

Mediante resolución N° 294 del 15 de Julio de 2019 se nombra como supervisor al señor:

Nombre: MY. JULIO CESAR PINEDA BELLO
Correo electrónico: julio.pineda@gmail.com
Celular: 3006005131

## 8. OFFSET
SI APLICA: _____    NO APLICA: ___X___

Según lo señalado en el documento COMPES 3522 DE 2008 Y LA Directiva 26 del MDN del 01 de agosto de 2011 que indica:

"El Ministerio de Defensa Nacional debe requerir Cooperación Industrial y Social a los proveedores extranjeros de equipos militares, sistemas de armas y servicios afines que se requieran para la defensa y seguridad nacional (como por ejemplo mantenimiento, reparaciones y modernizaciones de sistemas de armas) los cuales se incluyen dentro de los bienes y servicios del sector defensa que necesiten reserva para su adquisición, cuyo monto supere un millón de dólares (USD$1.000.000,00) No obstante, en aquellos casos, el Ministerio de Defensa se reservara la potestad de no hacerlo o de requerirla cuando por dichos conceptos correspondan a valor inferior a un millón de dólares (USD$1.000.000,00). Sin embargo se aclara que en dado caso los presupuestos dados en el documento COMPES 3522 de 2008 y la Directiva ministerial No. 26 del 01 de Agosto de 2011 y se haga exigible OFFSET se aplicara la siguiente clausula

7

| ACTA No. 109 2019 | | | |
|---|---|---|---|
| REUNION ANTE EL COMITÉ DE ADQUISICIONES DE LA AGENCIA DE COMPRAS DE LA FAC PARA ADJUDICAR | | FECHA | 04/10/19 |
| PROCESO DE ADQUISICIÓN | No. 052-ACOFA-2019 | HORA | 09:00 HORAS |
| PRESUPUESTO OFICIAL | USD 857.694,56 | LUGAR | JEAD |
| PROCEDIMIENTO UTILIZADO | MAYOR | | |

## CLAUSULA COMPENSACION OFFSET

Verificado el oficio No. OFI118-13923 MDN-DVGSESDBDCTI de fecha 20 de febrero de 2018 emanado por la Directora de Ciencia, Tecnología e Innovación del Ministerio de Defensa, no se evidencia que la empresa AVIACOL USA CORP no se encuentre dentro del listado de empresas que han suscrito OFFSET a través de convenios marco, al igual en consideración que el presente contrato no supera los valores estipulados, no le es aplicable la aplicación del offset.

## 9. SERVICIO POST-VENTA.

Capacitación para 15 personas por tres (3) días hábiles en el Batallón de Mantenimiento, de 8 horas diarias. Solo se certificará si el personal asistente tiene nivel básico.

Plazo máximo de ejecución del postventa: **30 de Noviembre de 2019.**

Agotado el Temario, se dio por concluida la sesión. En constancia, se firma por quienes intervinieron.

| FIRMAS | |
|---|---|
| JEFE AREA ESPECIALISTAS JURÍDICOS ACOFA | SUBDIRECTOR FINANCIERO DE ACOFA O SU EQUIVALENTE EN OTRAS UNIDADES EJECUTORAS |
| DIRECTOR DE MATERIAL DE LA JEFATURA LOGÍSTICA | SUBDIRECTOR DE ADQUISICIONES DE ACOFA  TC. Wilfred Carvajal |
| GERENTE DEL PROYECTO | SUBDIRECTOR LA DEPENDENCIA USUARIA |
| DIRECTOR O JEFE DE LA DEPENDENCIA DE LA UNIDAD EJECUTORA USUARIA  TS FOWN MULITO SAVES | JEFE JEFATURA EN LA FAC, JEFE LOGÍSTICO O QUIEN HAGA SUS VECES EN UNIDAD EJECUTORA |
| JEFE ADMINISTRATIVO (JEAD) | |
| JEFE AREA CONTRACTUAL (SIN VOTO) | |

8

**FUERZAS MILITARES DE COLOMBIA**
**MINISTERIO DE DEFENSA NACIONAL- AGENCIA DE COMPRAS DE LA FUERZA AÉREA COLOMBIANA**
**PROCESO PARA APROBAR**

OBJETO DEL CONTRATO: **ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y REPUESTOS PARA AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL DE COLOMBIA.**

REGISTRO DE ASISTENTES PONENCIA ANTE EL COMITÉ DE ADQUISICIÓN PARA APROBAR ___AO.J___ DEL PROCESO DE LA REFERENCIA

CIUDAD: BOGOTA D.C.       FECHA: 04./10/1ø9

| GRADO | NOMBRE | CARGO | DEPENDENCIA | FIRMA | CON VOTO | CON VOZ | |
|---|---|---|---|---|---|---|---|
| | | | | | | CON VOTO | SIN VOTO |
| | | JEFE ADMINISTRATIVO | (JEAD) | | X | | |
| CR | GUSTAVO A. VALBUENA | JEFE JEFATURA EN LA FAC, JEFE LOGÍSTICO O QUIEN HAGA SUS VECES EN UNIDAD EJECUTORA | | | X | | |
| | | DIRECTOR O JEFE DE LA DEPENDENCIA DE LA UNIDAD EJECUTORA USUARIA | DIADA | | X | | |
| CR | RUBEN CAMILO | SUBDIRECTOR LA DEPENDENCIA USUARIA | SUADQ | | X | | |
| TC | HENRY LION | GERENTE DEL PROYECTO | JAMAU GERENTE PROYECTO | | X | | |
| TC | EDWIN PRIETO | SUBDIRECTOR DE ADQUISICIONES ACOFA | ACOFA | | X | | |
| TC | WILFRID CARVAJAL | DIRECTOR DE MATERIAL | JEFATURA LOGÍSTICA | | X | | |
| TC | DIEGO SILVA | SUBDIRECTOR FINANCIERO DE ACOFA O SU EQUIVALENTE EN OTRAS UNIDADES EJECUTORAS | DIRECTOR FINANCIER | | X | | |
| CR | VICTOR H. VIDAL | JEFE ÁREA ESPECIALISTAS JURÍDICOS | ACOFA | | X | | |
| TE | C. JULIANA MILO | JEFE ÁREA CONTRACTUAL | ACOFA-SUADA | | | | X |
| CT | JENIFER PEREZ G. | | | | | | |

NOTA: SE ACLARA QUE PARA LA PRESENTE PONENCIA LOS ANTES RELACIONADOS NOS ENCONTRAMOS EN VIDEOCONFERENCIA CON EL SEÑOR DIRECTOR DE LA AGENCIA DE COMPRAS DE LA FUERZA AEREA COLOMBIANA, UBICADA EN FORT LAUDERDALE, ESTADO DE LA FLORIDA, ESTADO UNIDOS DE AMERICA. POR LO ANTERIOR, EN ESTE DOCUMENTO NO APARECE LA FIRMA DEL ANTES MENCIONADO. SIN EMBARGO TODO LO TRATADO EN LA PRESENTE PONENCIA ES PUESTA A CONSIDERACIÓN DEL SEÑOR DIRECTOR.



| | FUERZA AÉREA COLOMBIANA<br>AUTORIDAD AERONAUTICA DE LA AVIACION DEL ESTADO<br>FORMATO ANEXO J -ACOFA - APROBACION DE GARANTIAS | Código: | GA-JEAD-FR-063 |
|---|---|---|---|
| | | Versión N°: | 1 |
| | | Vigencia: | 27-AGO-2018 |

**CONTRACT INFORMATION**

AVIACOL USA CORP

COMPANY NAME (*Nombre de la empresa contratista*)

CONTRACT DATE: OCT-18-2019
*Fecha firma del contrato*

LAST DELIVERY DATE: DEC-15-2019
*Última fecha de entrega pactada*

CONTRACT NUMBER: 008-EJC-2019
*Número del contrato*

CONTRACT VALUE: $857,694.56
*Valor del contrato*

ADVANCE PAYMENT: N/A
*Pago anticipado*

**GUARANTEE INFORMATION**

APFactorial LLC

GUARANTOR (*Asegurador o institución financiera que emite la garantía*)

COUNTRY: USA
*País*

STATE: FL
*Estado*

GUARANTEE VALUE: $85,769.45
*Valor de la garantía*

EMISSION DATE: OCT-25-2019
*Fecha de emisión*

EXPIRATION DATE: FEB-15-2020
*Fecha de expiración*

FLORIDA LAWS
LAW/INTERNATIONAL STANDARD (*Ley o estándar internacional que aplica*)

CONFIRMING BANK OR INSURANCE COMPANY (*Banco o aseguradora confirmante*)

TYPE OF GUARANTEE: PERFORMANCE GUARANTEE
*Tipo de garantía*

COVERAGE: PERFORMANCE
*Cubrimiento*

**REVIEW & APPROVAL**

APPROVAL: APPROVED
*Aprobación*

JAMES F. SERNA
ACOFA Adviser
REVIEWER OK (*Revisor Vo.Bo.*)
ACOFA Forma Anexo J 27-AGO-2018

CORRECTIVE ACTION: COMPLIANT
*Acción correctiva*

FIRMA APPROVING OFFICER (*Oficial que aprueba*)

Colonel ALEJANDRO VÉLEZ OSPINA
DIRECTOR ACOFA

RANK AND NAME (*Grado y Nombre*)



**APF**actorial

## PERFORMANCE GUARANTEE

October 25, 2019

Coronel Alejandro Vélez Ospina
Director Colombian Air Force Purchasing Agency
**Fuerza Aérea Colombiana - Agencia de Compras ("Acofa")**
704 S.W. 34 Street
Fort Lauderdale, Florida 33315

> Reference Contract Number: 008 EJC / 2019
> Seller: **AVIACOL USA CORP**
> Total Contract Amount: US$857,694.56
> Issuance of Performance Guarantee : Up to US$85,769.45
> Expiration Day: February 15, 2020

Dear Coronel,

In consideration of the Colombian Air Force Purchasing Agency (ACOFA) having subscribed with **AVIACOL USA CORP("AVIACOL")** a corporation located at 2299 NW 108th Avenue, Miami, Florida 33172 (hereinafter referred to as the "Seller"), contract number 008 EJC / 2019 awarded on October 18, 2019 (hereinafter the "Contracts") and the same having been unequivocally accepted by the Seller; we Factorial LLC (hereinafter referred to as "Factorial"), do hereby guarantee and undertake as follows:

(1) To pay **THE MINISTRY OF NATIONAL DEFENSE / THE COLOMBIAN NATIONAL ARMY - THE COLOMBIAN AIR FORCE PURCHASING AGENCY**, on the Expiration Date, the amount not performed under the Contract up to a maximum of $85,769.45 USD, of the total amount of the Contract, without any demur, reservation, context, recourse or protest and/or without any approval, notice or consultation being required from the Seller. Any such demand made by ACOFA on Factorial shall be conclusive and binding notwithstanding any disputes which may arise between ACOFA and the Seller whether or not such dispute is pending before any Court, Tribunal, Arbitrator or any other authority.

(2) Factorial undertakes not to revoke this Guarantee without prior written consent of ACOFA. Notwithstanding the preceding, this Guarantee shall expire and terminate automatically at 5pm Eastern Standard Time on the Expiration Date and/or the date when all the required work under the Contract had been performed by the Seller, without any action being required from Factorial, ACOFA or Seller for such expiration and termination.



(3) Factorial shall not be released of its obligations hereunder by reason of any exercise by ACOFA of its rights with reference to the Contract or by reason of any other act or forbearance or other acts of omission of commission on the part of ACOFA or any other indulgence shown by ACOFA or by any other means whatsoever which under applicable law would, but for this provision, have the effect of relieving Factorial.

(4) In no event, shall Factorial be held liable to any party for any amounts in excess of the $85,769.45 Performance Guarantee.

(5) This Performance Guarantee shall be governed by the laws of Florida without regard to the principles of conflicts of laws.  All actions and proceedings arising out of or relating to this Agreement shall be heard and determined in any court of competent jurisdiction sitting in Miami-Dade County, Florida.

Executed on the 25th day of the month of October of 2019

Factorial LLC

_Havala Ten_

Managing Partner



| | Reporte Compromiso Presupuestal de Gasto Comprobante | Usuario Solicitante: | MHhmguzman | Heydy Maritza Guzman Daza |
|---|---|---|---|---|
| | | Unidad ó Subunidad Ejecutora Solicitante. | 15-01-03-000 | COMANDO EJERCITO |
| | | Fecha y Hora Sistema: | 2019-10-22-3:30 p. m. | |

## REGISTRO PRESUPUESTAL DEL COMPROMISO

Con base en el CDP No: 11619 de fecha 2019-03-12. Se hizo el registro presupuestal con el siguiente detalle

| Numero: | 75219 | Fecha Registro: | 2019-10-22 | Unidad / Subunidad ejecutora: | 15-01-03-000 COMANDO EJERCITO | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estado: | Generado | | Tipo de Moneda: | COP-Pesos | Tasa de Cambio: | | 0.00 |
| Vigencia Presupuestal | Actual | | | | Valor Actual: | 2.967.934.856,00 | Saldo x Obligar: | | 2.967.934.856,00 |
| Valor Inicial: | 2.967.934.856,00 | Valor Total Operaciones: | | | | | | | |

### TERCERO ORIGINAL

| | | | | | | Medio de Pago: | | Giro |
|---|---|---|---|---|---|---|---|---|
| Identificación: Otro | 460527825 | Razon Social: | AVIACOL USA CORP | | | | | |

### CUENTA BANCARIA

| Numero: | | | | | | Tipo: | | Estado: | |
|---|---|---|---|---|---|---|---|---|---|
| | | Banco: | | | | | | | |

### ORDENADOR DEL GASTO

| Identificacion: | 79054162 | Nombre: | RUBEN DARIO CAMELO DAZA | Cargo: | DIRECTOR DE ADQUISICIONES COMANDO LOGISTICO |
|---|---|---|---|---|---|

### CAJA MENOR

### DOCUMENTO SOPORTE

| Identificacion: | | Fecha de Registro: | | Numero: | 20194335829193 | Tipo: | OFICIO | Fecha: | 2019-10-22 |
|---|---|---|---|---|---|---|---|---|---|

### ITEM PARA AFECTACION DE GASTO

| DEPENDENCIA | POSICION CATALOGO DE GASTO | FUENTE | RECURSO RECURSO | SITUAC. | | VALOR INICIAL | VALOR OPERACION | VALOR ACTUAL | SALDO X OBLIGAR |
|---|---|---|---|---|---|---|---|---|---|
| A3 DIADQ- Area de Armamento | C-1502-0100-28-0-1502067-02 ADQUISICIÓN DE BIENES Y SERVICIOS - ARMAS CON MANTENIMIENTO MAYOR - FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJERCITO NACIONAL | Nación | 10 | CSF | FECHA OPERACION N | | | | |
| | | | | | | 2.967.934.856,00 | | 2.967.934.856,00 | 2.967.934.856,00 |
| | | | | | Total: | 2.967.934.856,00 | | | |

| Objeto: | ADQUISICION DE REPUESTOS PARA DISPOSITIVO DE VISION NOCTURNA AN PVS 7B Y DISPOSITIVO DE VISION NOCTURNA AN PVS 14 CON DESTINO AL EJERCITO NACIONAL |
|---|---|

### PLAN DE PAGOS

| DEPENDENCIA DE AFECTACION DE PAC | | POSICION DEL CATALOGO DE PAC | | FECHA | VALOR A PAGAR | SALDO POR OBLIGAR | LINEA DE PAGO |
|---|---|---|---|---|---|---|---|
| 000 | COMANDO EJERCITO | 3-8 | CNC - INVERSION ORDINARIA NACIÓN CSF | 2019-12-20 | 2.967.934.856,00 | 2.967.934.856,00 | NINGUNO |

FIRMA(S) RESPONSABLE(S)

Página   1   de   2

# Exhibit B



REPÚBLICA DE COLOMBIA

MINISTERIO DE DEFENSA NACIONAL

EJERCITO NACIONAL

## A. Parties

| 1. Exporter (Name, Address and Contact Details)<br><br>PHOTONIS<br><br>Dwazziewegen 2, 9301 ZR Roden, Netherlands<br><br>+31 50 501 8808 | 4. Country of Final Destination<br><br>COLOMBIA |
|---|---|
| 2. Consignee (Name, Address and Contact Details)<br>National Army Supply Battalion<br>Located at calle 103 A No B 00<br>+57 1 2216336<br>Bogotá D.C. - Colombia | |
| 3. End-User (if different from consignee)<br>EJERCITO NACIONAL DE COLOMBIA<br>Avenida El Dorado Cra. 54 # 26 -25 CAN<br>+57 1 2216336<br>Bogotá D.C. - Colombia | |

## B. Items

| 1. Items (detailed description of items)<br><br>IMAGE INTENSIFIER TUBE XX3040GK(MX-11769) | 2. Quantity (Units) / Weight<br><br>211 Units/ 16.7k |
|---|---|

3. End-Use (Specific purpose for which the items will be used)
The image intensifier tubes will be installed in the AN/PVS14 to be used in night time operations by Colombian National Army personnel.

4. Specification of the end-use location of the items
The image intensifier tubes will be located in the Colombian National Army.

## C. Certification of foreign consignee

We (I) certify that the items described in Section B supplied by the exporter named in Section A 1:

1. will only be used for the purposes described in Section B 3 and that the items or any replica thereof are intended for final use in the country named in Section A 4;

2. that the items or any replica thereof will not be used in any nuclear explosive activity or unsafeguarded nuclear fuel-cycle activity;

3. that the items will not be used for any purpose connected with chemical or biological or nuclear weapons, or missiles capable of delivering such weapons;



4.   as far as technology is concerned, we (I) certify) that we (I) treat the technology strictly confidential and neither pass the technology on to other companies nor shall we (I) make knowledge available to third parties. In case of goods produced by the help of transferred technology, these goods will only be delivered to a third person/company on condition that this third person/company accepts the commitments of the above declaration as binding for itself and on condition that this third person/company is known to be trustworthy and reliable in the observance of such commitments.

5.   If required: We (I) further certify that we (I) will not re-export the items to third countries without the consent of our Government.

Signature:

**CR. VALENTÍN ROMERO GARZÓN**
Director de Adquisiciones de Ejército

**MG. CARLOS IVAN MORENO OJEDA**
Second Commander National Army

Place, Date

Original signature of consignee

_____

_____

Company Stamp / Official Seal

Name and title of signer in block letters

If applicable:

Chamber of commerce stamp
(Or other legalising authority)



# Exhibit C

# AMENDMENT 1
# GOODS PURCHASE AGREEMENT



## COLOMBIAN AIR FORCE
## PURCHASING AGENCY

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | PURCHASE NRO. 008  ACOFA EJC/2019 | |

| Buyer 704 SW 34 TH STREET | | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
|---|---|---|---|---|---|---|
| Seller | AVIACOL USA CORP | | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 | | | |
| | Attn: HAROLD GIOVANNY BOCANEGRA | | PHONE: 305-5108631 | | | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 75219 / 22-10-2019 | RUBRO: : C-1502-0100-28-01502087-2 | Num. Modifica: 1 | Fec. Modifica: 14/12/2019 |
|---|---|---|---|---|

| MM/DD/YYYY | FINAL DELIVERY DATE | ITEMS(S) | PAGE(S) | |
|---|---|---|---|---|
| CONTRACT DATE: OCTOBER 08, 2019 | FEBRUARY 28, 2020 | 25 | 11 | Total USD: $ 857.694,56 |

**SUBJECT:**

"ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY""

**TERMS AND CONDITIONS:**

AGREEMENT

This AMENDMENT of the open Goods Purchase by the parties set for in the original Contract 008 ACOFA EJC/2019 for ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", incorporated herein by this reference; the "date" is modified as stated below as approved by the Colombian Army "ACTA No. 019" of December 14, 2019, incorporated herein as "ANEX 01" as of this ___ day of ___, 20__ (the "Effective Date).

**AMENDMENT**

As the Effective Date, Supplier agree to amend open Goods Purchase Agreement 008 ACOFA EJC/2019 as follows:

**26. VALIDITY AND TERM OF PERFORMANCE.** This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from the Effective Date until February 28th, 2020.

- Both Parties sign the Contract and transmits the signed document to the other Party.
- Acceptance and approval of Performance Guarantee by ACOFA (when applicable).
- Issuance of Budget Record Certificate (CRP) by NATIONAL ARMY.



1

Except as specifically set forth above in this amendment, the original agreement is unmodified and remains in full force and effect.

The present Amendment has complete legal effect as on the Effective Date, upon execution and transmission to the other party by fax. Sing and return the present amendment within immediately from receipt by Email julio.pinedabe@buzonejercito.mil.co / modificatoriosacofa@colombianairforce.com

In witness WHEREOF, supplier and purchaser hereby have duly executed this amendment under seal as of the day and year first above written.

**BUYER**
**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By_____
Coronel ALEJANDRO VÉLEZ OSPINA

Date of Signature_____

**SELLER**
**AVIACOL USA CORP**

By_____
**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

Date of Signature 14 -Diciembre - 2019

T.C HENRY GUSTAVO LEON BEJARANO
Subdirector de adquisiciones con funciones administrativas de Director de Adquisiciones del Ejército Nacional

CT. DIEGO GALEANO RESTREPO
Coordinador Jurídico Área de Contratación de Ejército Nacional (e)

TE. LUIS ALBERTO CHACON VARGAS
Oficial Presupuesto Logístico

T.C. EDWIN GIOVANY PRIETO SANTOS
Gerente de Proyecto

2

**SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B**

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | FEBRUARY 28, 2020 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18,24 | 693,12 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4,76 | 180,88 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223,94 | 1.119,70 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |

**SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14**

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12,53 | 2.881,90 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4,46 | 1.025,80 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5,97 | 1.373,10 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5,32 | 1.223,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | FEBRUARY 28, 2020 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210,80 | 48.484,00 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212,35 | 5.521,10 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1,45 | 333,50 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246- | EA | 230 | NEW | 8,02 | 1.844,60 | FEBRUARY 28, | THIRTY-SIX (36) |



| | | | | 8264 | | | | | | 2020 | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | COVER,BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3,82 | 878,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17,61 | 4.050,30 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8,02 | 1.844,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1,44 | 331,20 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| | | | TOTAL | | | | | | USD$ 857.694,56 | | |

4

# Exhibit D



Febrero 26 de 2020


Señor Coronel
**ALEJANDRO VELEZ OSPINA**
**Director Agencia de Compras FAC**
**FUERZA AEREA COLOMBIANA**
Fourt Lauderdale


Oficio 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

Ref.: Contrato  008-EJC-2019


Respetado Coronel:

Como Representante de la Compañía **AVIACOL USA CORP,** contratista de la Agencia de Compras de la Fuerza Aérea ACOFA en virtud del contrato citado en la referencia, de manera atenta y respetuosa me dirijo a usted con el propósito de dar a conocer los hechos y circunstancias que impiden la primera entrega de los bienes dentro del plazo pactado**,** conforme al siguiente detalle, a saber:


**HECHOS:**

1.      Que el día 18 de octubre de 2019, entre las partes se suscribió el Contrato No. 008-EJC-ACOFA-2019, con el objeto de adquirir REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJERCITO NACIONAL, estableciendo como fecha de entrega el día 15 de diciembre de 2019.


2.      Que el día 07 de noviembre de 2019 el contratista solicita al Ejercito Nacional de Colombia la expedición del Certificado de Uso Final a fin de proceder con la aplicación de la Licencia de Exportación ante el Departamento de Estado de los Estados Unidos y Europa.



3.      Que, el día 05 de diciembre de 2019, se solicitó la prórroga del contrato.

4.      Que el día 14 de diciembre se firma el modificatorio con fecha de entrega 28 de febrero de 2020.

5.      Que en la fecha 06 de febrero de 2020 a través del oficio 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 se solicitó documento de declaración de usuario final independiente por cada uno de los ítems de los tubos intensificadores indicando el lugar al cual serán despachados los bienes objeto del contrato.

6.

7.      Que a fecha de hoy no se ha recibido dicho documento por parte del Ejército Nacional de Colombia.

8.      El hecho de que no se haya entregado los documentos y certificados de uso final afecta el cronograma toda vez que no se ha podido aplicar a la obtención de una licencia de exportación ante el Departamento de Estado de los Estados Unidos y el Gobierno Europeo, y sin dichas licencias es imposible hacer entrega de los elementos objeto del contrato.

9.      Con base a los anteriores argumentos, comedidamente nos permitimos solicitar la ampliación del plazo de entrega de los bienes del objeto del contrato hasta el 20 de abril de 2020.

**RAZONAMIENTOS LEGALES**

La anterior petición tiene su fundamento legal en el denominado **FORCE MAJEURE - FUERZA MAYOR** representado en este caso en un **- ACTO DE GOBIERNO**, contemplado en el numeral 17 del Contrato, pues le impide al contratista exportar los elementos sin un permiso de exportación del gobierno de origen del material objeto de contrato. Hechos estos, que no dependen de nuestra voluntad impidiéndonos satisfacer la prestación contraída con el **EJERCITO NACIONAL DE COLOMBIA.**

Ahora bien, la ejecución de órdenes de una autoridad pública, constituye un eximente de responsabilidad frente a los particulares, que ejecutan los actos o cumplen las ordenes ejercidas como lo fue en el presente caso, las dictadas por gobiernos extranjeros en ejercicio de su poder soberano, ni **AVIACOL USA CORP.,** ni cualquier otro comercializador o fabricante de Material Clasificado y/o Reservado, pueden exportar su material sin la aprobación del gobierno de su país de origen.

Además aplicado lo anterior junto con la Doctrina y la Jurisprudencia es importante recordar y aplicar los elementos constitutivos de la **FUERZA MAYOR, EL CASO**



**FORTUITO Y ACTOS DE GOBIERNO** como eximente de responsabilidad contractual y extracontractual, a saber: inimputabilidad, la imprevisibilidad y la irresistibilidad, es decir que el hecho que se invoca no se derive de una conducta culpable del obligado ni su estado de culpa precedente o concomitante del hecho y por ende se ha escapado de las previsiones normales, esto es, que ante la conducta prudente adoptada por el que alega el caso fortuito era imposible de preverlo y por ultimo ante las medidas tomadas le fue imposible prever que el hecho se presentara.

**PROPUESTAS DE SOLUCION**

En virtud de lo anteriormente consignado y ante la preocupación que nos asiste por resolver la situación presentada con arreglo a la ley, la debida diligencia y la mejor buena fe, nos permitimos reiterar nuestra voluntad incondicional en querer cumplir cabalmente con las obligaciones contractuales adquiridas, solicitando respetuosamente a la Entidad se encuentre con arreglo a los principios de equidad y recta justicia, se nos prorrogue el plazo de la entrega hasta el día 20 de abril de 2020.

Agradezco la atención prestada que le merezca la presente y me suscribo no sin antes manifestar nuestra gratitud por las gestiones que se adelanten en la autorización de la prórroga de plazo de entrega, lo cual redundara en beneficio de las partes contratantes, en aplicación de los principios de equidad y recta de la justicia que siempre aplica la **FUERZA AÉREA COLOMBIANA – EJERCITO NACIONAL DE COLOMBIA** en la toma de esta clase de decisiones.

Cordialmente,

HAROLD GIOVANNY BOCANEGRA
REPRESENTANTE LEGAL AVIACOL USA CORP

[Official Translation]

[Logo and Motto] AVIACOL
February 26, 2020

Mr. Colonel
**ALEJANDRO VELEZ OSPINA**
**Director of the Purchasing Agency of the Colombian Air Force**
**COLOMBIAN AIR FORCE**
Fort Lauderdale

Official Notice 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

Ref.: Contract 008-EJC-2019

Dear Colonel,

As the Legal Representative of the Company **AVIACOL USA CORP**, contactor of the Purchasing Agency of the Colombian Air Force ACOFA, regarding Contract 008-EJC-2019, I do hereby present the facts and circumstances that impeded the first delivery of goods within the agreed-upon term, as follows:

**FACTS:**

1. On October 18, 2019, Contract No. 008-EJC-ACOFA-2019 was signed between the parties, with the objective of acquiring SPARE PARTS FOR AN/PVS-7B NIGHT VISION GOGGLES AND AN/PVS-14 NIGHT VISION GOGGLES FOR THE NATIONAL ARMY, establishing December 15, 2019, as the delivery date.

2. On November 07, 2019, the contractor requested the issuance of the End-Use Certificate from the National Army of Colombia to proceed with the application for the Export License from the United States Department of State and Europe.

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

3. On December 5, 2019, a contract extension was requested.

4. On December 14, a modification was signed, setting February 28, 2020, as the new delivery date.

5. On February 06, 2020, through official notice 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, a request was made for an independent end-user declaration document for each of the intensifier tube items, indicating the place to which the goods under the contract would be dispatched.

6.

7. To date, the National Army of Colombia has not provided this document.

8. The fact that the documents and end-use certificates have not been delivered affects the schedule, as it has been impossible to apply for an export license from the United States Department of State and the European Government. Without these licenses, it is impossible to deliver the items covered by the contract.

9. Based on the above arguments, we hereby request the extension of the delivery deadline for the goods covered by the contract until April 20, 2020.

**LEGAL REASONING**

This request is legally founded on the principle of **FORCE MAJEURE - ACT OF GOD**, represented in this case by an **ACT OF GOVERNMENT**, as provided in clause 17 of the Contract. This situation prevents the contractor from exporting the items without an export license from the government of the country of origin of the material under contract. These are facts beyond our control, preventing us from fulfilling the obligation contracted with the **NATIONAL ARMY OF COLOMBIA**.

Moreover, the execution of orders from a public authority constitutes a release from liability for individuals who carry out these orders or acts, like in this case, where foreign governments, exercising their sovereign power, issued orders. Neither **AVIACOL USA CORP.** nor any other marketer or manufacturer of Classified and/or Reserved Material can export its material without the approval of the government of the country of origin.

Furthermore, applying the above along with Doctrine and Jurisprudence, it is important to recall and apply the constitutive elements of **FORCE MAJEURE, ACT OF GOD, and ACTS OF GOVERNMENT**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

as exemptions from contractual and extra-contractual liability. These are namely: unaccountability, unpredictability, and irresistibility, meaning that the event being invoked does not arise from a culpable act of the obligated party, nor from any preceding or concurrent state of fault, and thus it has escaped normal foresight. That is, it was impossible for the party invoking the force majeure event to foresee it with the prudent conduct adopted, and finally, given the measures taken, it was impossible to prevent the event from occurring.

**PROPOSED SOLUTIONS**

In light of the foregoing and our concern to resolve the situation presented in accordance with the law, due diligence, and utmost good faith, we wish to reiterate our unconditional willingness to fully comply with the contractual obligations acquired, respectfully requesting that the Entity, in accordance with the principles of equity and justice, extend the delivery deadline until April 20, 2020.

I appreciate your attention to this matter and signed it. I appreciate the efforts made in authorizing the extension of the delivery deadline, which will benefit the contracting parties, in compliance with the principles of equity and justice that the **COLOMBIAN AIR FORCE – NATIONAL ARMY OF COLOMBIA** always applies in making this type of decision.

Sincerely,

[Signature]

HAROLD GIOVANNY BOCANEGRA

LEGAL REPRESENTATIVE OF AVIACOL USA CORP

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit E

| | **FUERZA ÁEREA COLOMBIANA** | **Código** | GA-JEAD-FR-061 |
|---|---|---|---|
| | | **Versión No.** | **2** |
| | **FORMATO ANEXO H - ACOFA MODIFICATORIO CONTRATO SAP** | **Vigencia** | **14/09/2018** |

---

**ACTA No _001_ / FECHA 28-02-2020**
POR LA CUAL SE AUTORIZA MODIFICAR EL CONTRATO No. 008 - EJC-2019
Consecutivo EJC 008
**1. ANTECEDENTES**

**1.1. DATOS GENERALES**

| **PROVEEDOR:** | **AVIACOL USA CORP** |
|---|---|
| **OBJETO DEL CONTRATO:** | **ADQUISICIÓN DE RESPUESTOS PARA EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.** |
| **VALOR DEL CONTRATO:** | **USD $857.694,56** |
| **FECHA DE EJECUCIÓN:** | **28/02/2020** |

**FORMA DE PAGO ACTUAL Y VALOR DEL CONTRATO**

| **MES/AÑO** | **VALOR USD** | **RUBRO** | **GUIÓN** | **CLASE DE PAGO** |
|---|---|---|---|---|
| dic-19 | USD $857.694,56 | C-1502-0100-28-01502087-02. ADQUISICIÓN DE BIENES Y SERVICIOS – ARMAS CON MANTENIMIENTO MAYOR – FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | N/A | PAGO TOTAL |
| **TOTAL** | **USD $857.694,56** | | | |

**NÚMERO DE MODIFICATORIOS REALIZADOS: 01 ACTA 001 (14-DIC-2019)**

**1.2. ANTECEDENTES DE LA MODIFICACIÓN**

* Que el día 18 de octubre de 2019, se suscribió Contrato No. 08-ACOFA EJC/2019 con la empresa AVIACOL USA CORP, cuyo objeto es la ADQUISICIÓN DE REPUESTOS PARA EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO.

* Que el día 14 de diciembre de 2019, se suscribió modificatorio No. 1 al contrato No. 008-ACOFA-EJC-2019, con la empresa AVIACOL USA CORP., mediante el cual se modificó la cláusula 26 del contrato principal LUGAR Y PLAZO DE EJECUCIÓN hasta el 28 de febrero de 2020.

* El valor total del contrato es la suma de (USD$ 857.694,56).

* Que la empresa AVIACOL USA CORP, mediante oficio 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 y 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 de fecha 26 de febrero de 2020, llegado al Área de Contratación - Dirección de Adquisiciones; solicita prórroga hasta el día 20 de abril de 2020 para los ítems 3 y 17 provenientes de Holanda y porroga para el día15 de marzo de 2020 de los 23 ítems restantes provenientes de Estados Unidos, ya que los ítems con país origen Estados Unidos se encuentran embalados y listos para ser despachados hacia Colombia. Se encuentra a la espera de la autorización de exportación según informa la compañia Carson Industries. En cuanto a los ítems provenientes de Holanda, toda vez porque que tuvieron demora por parte del Ejército Nacional en el tramite de la firma de la declaración del usuario final por parte del Segundo Comandante del Ejército Nacional, que se encuentra en proceso de registro de firma ante el Ministerio de Relaciones Exteriores de Colombia el cual es un requisito para poder apostillar el elemento y ser enviada la declaración al Gobierno de Holanda.

*. El supervisor del contrato mediante oficio No. 2020694001382473 del 26 de febrero de 2020, radicado el 28 de febrero en ACOFA, emite concepto frente a la solicitud de prorroga presentada por el contratista AVIACOL USA CORP, dando viabilidad a la misma hasta el 20 de abril de 2020.

* El comité jurídico, mediante oficio No. 2019435001413363 de fecha 27 de febrero de 2020 emite concepto jurídico dando viabiad a la prorroga. Se concluye que, teniendo en cuenta las causales expuestas por el contratista se evidencia la configuración de una fuerza mayor por causas no imputables al contratista que impide el cumplimiento de la obligación de la entrega de los elementos dentro del término inicialmente pactado, de conformidad con lo establecido en la cláusula 17 del contrato: "17. FUERZA MAYOR. Ninguna de las partes será responsable por cualquier falla o demora en el desempeño que resulte de la fuerza mayor por ser condiciones imprevisibles más allá de su control razonable. Tales condiciones incluyen actos de gobierno, órdenes judiciales, disturbios civiles, sabotaje, condiciones climáticas adversas, huelgas, actos u omisiones de los transportistas o escasez de materiales o servicios".

* El comité técnico, mediante oficio No. 20206940011382503 de 26 de febrero de 2020, emite concepto técnico da viabilidad de la prórroga hasta el día 20 de abril de 2020, ya que no hay cambio ni modificaciones en los componentes técnicos del contrato.

* El comité económico, mediante oficio No. 2020435001408043, emite concepto económico concluyendo que la solicitud de prorroga del contratista no representa afectación en el equilibrio financiero del contrato, por lo tanto no existe afectación económica.

**1.3. CONCEPTO DE LA DIRECCIÓN RESPONSABLE Y JUSTIFICACIÓN**

Se hace necesaria la modificación del contrato teniendo en cuenta que no existe afectación económica y que una vez analizados por cada comité cada circunstancia hay hechos extraordinarios no imputables al contratista que impiden la entrada del material.

**1.4 TIPO DE MODIFICACIÓN**



| | FUERZA ÁEREA COLOMBIANA | Código | GA-JEAD-FR-061 |
|---|---|---|---|
| | | Versión No. | 2 |
| | FORMATO ANEXO H - ACOFA MODIFICATORIO CONTRATO SAP | Vigencia | 14/09/2018 |

| Fecha de entrega | **X** | Adición | | | Reducción | | Forma de Pago | |
|---|---|---|---|---|---|---|---|---|
| Cancelación items | | | | | Modificación P/N O S/N | | | |
| Otro | | | | | | | | |

| CTO | POS. PEDIDO | NOVEDAD | DESCRIPCIÓN | P/N | CANT. | VR_ UNITARIO | VR_TOTAL | NUEVA FECHA ENTREGA FINAL |
|---|---|---|---|---|---|---|---|---|
| 008 ACOFA EJC/2019 | 1 | FECHA DE ENTREGA | ADQUISICIÓN DE RESPUESTOS PARA El DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL. | | | | USD $857.694,56 | 20-ABR-2020 |
| **TOTAL** ................................................................................................ | | | | | | | | **USD $857.694,56** |

**1.5. VISTO BUENO ÁREA DE PRESUPUESTO LOGÍSTICO**

Concepto

El Área de Presupuesto Logístico mediante oficio radicado No. 2020433001416843 de fecha 27 de febrero de 2020 conceptúa que NO EXISTE AFECTACIÓN PRESUPUESTAL en caso de ser autorizada la prórroga, teniendo en cuenta debido a que los hechos alegados por el contratista se configuran en una fuerza mayor y se justifica la respectiva reserva presupuestal requerida para el pago del contrato. Así mismo, aclaró que se debe tener en cuenta la Directiva Permanente No. 38-2018 en lo relacionado con "Las reservas presupuestales en lo posible deben ser ejecutadas y pagadas máximo el 31 de octubre de cada vigencia.

FIRMA VoBo ÁREA DE PRESUPUESTO LOGÍSTICO

**1.6. NUEVA FORMA DE PAGO PROPUESTA**

| MES/AÑO | VALOR USD | RUBRO | GUIÓN | CLASE DE PAGO |
|---|---|---|---|---|
| | | | | |
| **TOTAL** | **USD 0,00** | | | |

**FIRMA Y POSTFIRMA  MIEMBROS QUE AUTORIZAN LA MODIFICACIÓN.**

**CT. DIEGO GALEANO**
Coordinador Jurídico (E) Área de Contratación

**TE. LUIS ALBERTO CHACON VARGAS**
Oficial Área de Presupuesto Logístico

**TC. EDWIN GIOVANNI PRIETO SANTOS**
Gerente del Proyecto

**2. DECISIÓN**

En uso de las facultades legales que le confiere la Resolución de Delegación Ministerial No. 4519 del 2016, modificada por la Resolución 5159 del 2017, 134 de 2018 y 1417 del 2018, el Señor Coronel Director de la Agencias de Compras tiene delegada la competencia para modificar el contrato en mención.

| PRIMERO: | Modificar la condición de acuerdo a numeral 1.4 (FECHA DE ENTREGA) |
|---|---|

FIRMA ORDENADOR DEL GASTO:

**Coronel ALEJANDRO VÉLEZ OSPINA**
Director Agencia de Compras

ANEXO: (30) FOLIOS



**MINISTERIO DE DEFENSA NACIONAL**
**COMANDO GENERAL DE LAS FUERZAS MILITARES**
**EJÉRCITO NACIONAL**
**BATALLON DE MANTENIMIENTO**

Al contestar, cite este número

Radicado No. **2020694000366181**: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S329.25

Bogotá, D.C., 28 de febrero de 2020

Señor Coronel
ALEJANDRO VELEZ OSPINA
Director Agencia de Compras Fuerza Aérea
704 Southwest 34th Street Fort Lauderdale, Fl 3331
Bogotá, D.C.

Asunto: Viabilidad Concepto Prorroga Contrato No 008-ACOFA.JC-2019.

Con toda atención me permito enviar al señor Señor Coronel Director Agencia de Compras Fuerza Aérea, respuesta al Oficio No. 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 del 26 de febrero del 2020 emitido por la Empresa Aviacol Usa Corp. En donde se solicita la prórroga para la entrega del contrato No 008-ACOFA.JC-2019, cuyo objeto es la Adquisicion de Repuestos de Lentes de Visión Nocturna AN PVS 14 y AN PVS 7B, con destino Ejercito Nacional, hasta el 20 de abril de presente año para los repuestos que relaciono a continuación;

## ADQUISICION DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B

| No. | Denominación | Part Number | NSN | Unit | QTY |
|-----|--------------|-------------|-----|------|-----|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 38 |
| 2 | CAP-, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 38 |
| 3 | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | EA | 33 |
| 4 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 76 |
| 5 | WASHER, FLAT | A3144314 | 5310-00-043-4708 | EA | 61 |
| 6 | SCREW, MACHINE | MS51957-4B | 5305-00-224-0783 | EA | 76 |
| 7 | PACKING, PREFORMED | A3144316 | 5331-01-356-7219 | EA | 38 |
| 8 | REAR COVER ASSEMBLY | A3144310 | 5855-01-246-6810 | EA | 10 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 38 |
| 10 | BATTERY CAP ASSEMBLY | A3144394 | 5855-01-246-8265 | EA | 38 |
| 11 | COVER BATTERY RETAI | A3260939 | 5935-01-448-6355 | EA | 38 |
| 12 | MOUNT ASSEMBLY OBJE | A3144305 | 5855-01-246-6807 | EA | 5 |



**2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Calle 19 sur no. 6 - 40 Barrio Sosiego, San Cristóbal Sur
Tel. Fax: 3660520
www.ejercito.mil.co
baman@ejercito.mil.co - Slech.cortes@buzonejercito.mil.co






2020694000366181 MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S3 28 de febrero de 2020

## ADQUISICION DE REPUESTOS PARA VISIOR NOCTURNA AN/PVS-14

| No | Denominación | Part Number | NSN | Unit | QTY |
|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 230 |
| 2 | LENS INFRARED RECEIVER | A3256353 | 5855-01-444-1230 | EA | 230 |
| 3 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 230 |
| 4 | CAP, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 230 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | N/A | N/A | EA | 211 |
| 6 | BATTERY HOUSING ASSY | A3297309 | 5855-01-523-4058 | EA | 230 |
| 7 | EYEPIECE ASSEMBLY | A3256352 | 5855-01-444-1224 | EA | 26 |
| 8 | PACKING, PREFORMED | A3144316 | 5330-01-356-7219 | EA | 230 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 230 |
| 10 | COVER,BATTERY RETAI | A3260939 | 6160-01-448-6355 | EA | 230 |
| 11 | BATTERY CAP ASSEMBLY | A3297312 | 6160-01-524-3900 | EA | 230 |
| 12 | KNOB | A3256351 | 5355-01-444-1232 | EA | 230 |
| 13 | PACKING, PREFORMED | A3256356 | 5330-01-444-1227 | EA | 230 |

En consecuencia y una vez analizados los argumentos y circunstancias expuestas por la por parte de la firma  Aviacol Usa Corp. El Gerente del Proyecto del Contrato No 008-ACOFA.JC-2019, da viabilidad de prórroga de mencionados elementos hasta el día 20 de abril del 2020.

Atentamente;

TC EDWIN GIOVANNY PRIETO SANTOS
Gerente del Proyecto No 008-ACOFA.JC-2019



2020 AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Calle  19 sur  no. 6 - 40 Barrio Sosiego,  San Cristóbal Sur
Tel. Fax: 3660520
www.ejercito.mil.co
baman@ejercito.mil.co  -  Slech.cortes@buzonejercito.mil.co






**MINISTERIO DE DEFENSA NACIONAL**
**COMANDO GENERAL DE LAS FUERZAS MILITARES**
**EJÉRCITO NACIONAL**
**BATALLON DE MANTENIMIENTO**



Al contestar, cite este número

Radicado No. **2020694001382473**: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S329.25

Bogotá, D.C., 26 de febrero de 2020

Señor Coronel
ALEJANDRO VELEZ OSPINA
Director Agencia De Compras Fuerza Área
704 Southwest 34th Street Fort Lauderdale, Fl3331

Asunto: Viabilidad Concepto Prorroga Contrato No 008-ACOFA.JC-2019.

Con toda atención me permito enviar al señor Señor Teniente Coronel Subdirector de Adquisiciones del Ejército Nacional, respuesta al Oficio No. 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 del 26 de febrero del 2020 emitido por la Empresa Aviacol Usa Corp. En donde se solicita la prórroga para la entrega del contrato No 008-ACOFA.JC-2019, cuyo objeto es la Adquisicion de Repuestos de Lentes de Visión Nocturna AN PVS 14 y AN PVS 7B, con destino Ejercito Nacional, hasta el 20 de abril de presente año para los repuestos que relaciono a continuación;

## ADQUISICION DE REPUESTOS PARA VISIOR NOCTURNO AN/PVS-7B

| No. | Denominación | Part Number | NSN | Unit | QTY |
|-----|-------------|-------------|-----|------|-----|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 38 |
| 2 | CAP-, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 38 |
| 3 | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | EA | 33 |
| 4 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 76 |
| 5 | WASHER, FLAT | A3144314 | 5310-00-043-4708 | EA | 61 |
| 6 | SCREW, MACHINE | MS51957-4B | 5305-00-224-0783 | EA | 76 |
| 7 | PACKING, PREFORMED | A3144316 | 5331-01-356-7219 | EA | 38 |
| 8 | REAR COVER ASSEMBLY | A3144310 | 5855-01-246-6810 | EA | 10 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 38 |
| 10 | BATTERY CAP ASSEMBLY | A3144394 | 5855-01-246-8265 | EA | 38 |
| 11 | COVER BATTERY RETAI | A3260939 | 5935-01-448-6355 | EA | 38 |
| 12 | MOUNT ASSEMBLY OBJE | A3144305 | 5855-01-246-6807 | EA | 5 |

## ADQUISICION DE REPUESTOS PARA VISIOR NOCTURNA AN/PVS-14



AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Calle 19 sur no. 6 - 40 Barrio Sosiego, San Cristóbal Sur
Tel. Fax: 3660520
www.ejercito.mil.co
baman@ejercito.mil.co - Slech.cortes@buzonejercito.mil.co






Al contestar, cite este número
2020694001382473 MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S3 26 de febrero de 2020

| No | Denominación | Part Number | NSN | Unit | QTY |
|----|--------------|-------------|-----|------|-----|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 230 |
| 2 | LENS INFRARED RECEIVER | A3256353 | 5855-01-444-1230 | EA | 230 |
| 3 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 230 |
| 4 | CAP, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 230 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | N/A | N/A | EA | 211 |
| 6 | BATTERY HOUSING ASSY | A3297309 | 5855-01-523-4058 | EA | 230 |
| 7 | EYEPIECE ASSEMBLY | A3256352 | 5855-01-444-1224 | EA | 26 |
| 8 | PACKING, PREFORMED | A3144316 | 5330-01-356-7219 | EA | 230 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 230 |
| 10 | COVER,BATTERY RETAI | A3260939 | 6160-01-448-6355 | EA | 230 |
| 11 | BATTERY CAP ASSEMBLY | A3297312 | 6160-01-524-3900 | EA | 230 |
| 12 | KNOB | A3256351 | 5355-01-444-1232 | EA | 230 |
| 13 | PACKING, PREFORMED | A3256356 | 5330-01-444-1227 | EA | 230 |

En consecuencia y una vez analizados los argumentos y circunstancias expuestas por la por parte de la firma Aviacol Usa Corp. El Supervisor del Contrato No 008-ACOFA.JC-2019, da viabilidad de prórroga de mencionados elementos hasta el día 20 de abril del 2020.

Atentamente;

MY. JULIO CESAR PINEDA BELLO
Supervisor Contrato No 008-ACOFA.JC-2019

**2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA
Calle 19 sur no. 6 - 40 Barrio Sosiego, San Cristóbal Sur
Tel. Fax: 3660520
www.ejercito.mil.co
baman@ejercito.mil.co - Slech.cortes@buzonejercito.mil.co






**MINISTERIO DE DEFENSA NACIONAL**
**COMANDO COMANDANTE GENERAL DE LAS FUERZAS MILITARES**
**EJÉRCITO NACIONAL**
**JEFATURA DE ESTADO MAYOR GENERADORA DE FUERZA**
**COMANDO DE ADQUISICIONES**
**DIRECCIÓN DE ADQUISISCIONES**



Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

Bogotá, D.C., 27 de febrero de 2020

Señor Coronel
**ALEJANDRO VÉLEZ OSPINA**
Director Agencia de Compras Fuerza Área
704 Southwest 34th Street Fort Lauderdale, Fl 3331
Gn.

ASUNTO: Concepto Jurídico Prórroga. Contrato 008-ACOFA-EJC-2019, cuyo objeto es la adquisición de RESPUESTOS PARA El DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

En atención al oficio No. 2020435001403843 de fecha 27 de febrero de 2020, mediante el cual solicitan concepto jurídico sobre la solicitud de prórroga del contrato No. 008-ACOFA-EJC-2019, cuyo objeto contractual es la adquisición de RESPUESTOS PARA El DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL, se emite concepto jurídico teniendo en consideración los siguientes:

## HECHOS

**PRIMERO.** Que el M.D.N – Ejército Nacional – Dirección de Adquisiciones, teniendo en cuenta la necesidad planteada en el estudio previo por el Área de Armamento, solicitó la adquisición de RESPUESTOS PARA El DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL, a través de la Agencia de Compras de la Fuerza Aérea – ACOFA.

**SEGUNDO.** Que por medio del estudio de mercado No. 5842-ACON-EJC-2019, se dio inicio al proceso mayor y se efectuaron todos y cada uno de los procedimientos respectivos para el desarrollo del proceso contractual.

**TERCERO.** Que mediante oficio No. 201912180095601 del 09 de agosto de 2019, el Jefe Área Contractual ACOFA, envió estudio de mercado No. 5842-ACON-ejc-2019, se invitaron a cotizar a cincuenta y seis (56) empresas inscritas en ACOFA, de las cuales cotizaron las siguientes empresas:

1. AVIACOL USA CORP
2. GLOBAL AIRPARTS SOLUTIONS INC
3. HPD CORPORATION

**CUARTO.** Que el presupuesto para la ejecución del presente proceso contractual es de (USD$ 857.694,56) según certificado de disponibilidad presupuestal No. 11619 de fecha 12 de marzo de 2019, de acuerdo a rubro C-1502-0100-28-01502087-2 ADQUISICIÓN DE BIENES Y SERVICIOS.



Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 

Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

**CUARTO.** Que el día 18 de octubre de 2019, se suscribió contrato No. 008-ACOFA-EJC-2019 con la empresa AVIACOL USA CORP, cuyo objeto es la adquisición de RESPUESTOS PARA El DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

**QUINTO.** Que el valor total del contrato es la suma de (USD $857.694,56).

**SEXTO.** Que el día 14 de diciembre de 2019, se suscribió modificatorio No. 1 al contrato No. 008-ACOFA-EJC-2019, con la empresa AVIACOL USA CORP., mediante el cual se modificó la cláusula 26 del contrato principal LUGAR Y PLAZO DE EJECUCIÓN hasta el 28 de febrero de 2019.

**SÉPTIMO.** Que mediante oficio 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 y 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 de fecha 26 de febrero de 2020, el contratista solicita la prórroga para el plazo de entrega de los elementos pertenecientes al contrato de la referencia, ya que los ítems con país origen Estados Unidos se encuentran embalados y listos para ser despachados hacia Colombia a la espera de la autorización de exportación por consiguiente los bienes estarían en Colombia la primera quincena del mes de marzo de 2020. Se encuentra a la espera de la autorización de exportación según informa la compañía Carson Industries. En cuanto a los ítems provenientes de Holanda, estamos a la espera de la firma de la declaración de usuario final por parte del Segundo Comandante del Ejército Nacional, quien se encuentra en proceso de registro de su firma ante el Ministerio de Relaciones Exteriores de Colombia el cual es un requisito para poder apostillar el elemento y ser enviada la declaración al Gobierno de Holanda, los cuales estarían entregados el día 20 de abril de 2020, así:



Febrero 26 de 2020

Señor Coronel
**ALEJANDRO VELEZ OSPINA**
Director Agencia de Compras FAC
FUERZA AEREA COLOMBIANA
Fourt Lauderdale

Oficio 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

Ref.: Contrato 008-EJC-2019

Respetado Coronel:

Como Representante de la Compañía AVIACOL USA CORP, contratista de la Agencia de Compras de la Fuerza Aérea ACOFA en virtud del contrato citado en la referencia, de manera atenta y respetuosa me dirijo a usted con el propósito de dar a conocer los hechos y circunstancias que impiden la primera entrega de los bienes dentro del plazo pactado, conforme al siguiente detalle, a saber:

HECHOS:

1.    Que el día 18 de octubre de 2019, entre las partes se suscribió el Contrato No. 008-EJC-ACOFA-2019, con el objeto de adquirir REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJERCITO NACIONAL, estableciendo como fecha de entrega el día 15 de diciembre de 2019.

2.    Que el día 07 de noviembre de 2019 el contratista solicita al Ejercito Nacional de Colombia la expedición del Certificado de Uso Final a fin de proceder con la aplicación de la Licencia de Exportación ante el Departamento de Estado de los Estados Unidos y Europa.

AVIACOL USA CORP. 2299 NW 10E TH, Miami FL 33172
PHONE: 305 396 6369 - 305 316 8631

 **2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 



Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1



3. Que, el día 05 de diciembre de 2019, se solicitó la prórroga del contrato.
4. Que el día 14 de diciembre se firma el modificatorio con fecha de entrega 28 de febrero de 2020.

5. Que en la fecha 06 de febrero de 2020 a través del oficio 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 se solicitó documento de declaración de usuario final independiente por cada uno de los ítems de los tubos intensificadores indicando el lugar al cual serán despachados los bienes objeto del contrato.
6.
7. Que a fecha de hoy no se ha recibido dicho documento por parte del Ejercito Nacional de Colombia.

8. El hecho de que no se haya entregado los documentos y certificados de uso final afecta el cronograma toda vez que no se ha podido aplicar a la obtención de una licencia de exportación ante el Departamento de Estado de los Estados Unidos y el Gobierno Europeo, y sin dichas licencias es imposible hacer entrega de los elementos objeto del contrato.

9. Con base a los anteriores argumentos, comedidamente nos permitimos solicitar la ampliación del plazo de entrega de los bienes del objeto del contrato hasta el 20 de abril de 2020.

**RAZONAMIENTOS LEGALES**

La anterior petición tiene su fundamento legal en el denominado FORCE MAJEURE - FUERZA MAYOR representado en este caso en un - ACTO DE GOBIERNO, contemplado en el numeral 17 del Contrato, pues le impide al contratista exportar los elementos sin un permiso de exportación del gobierno de origen del material objeto de contrato. Hechos estos, que no dependen de nuestra voluntad impidiéndonos satisfacer la prestación contraída con el EJERCITO NACIONAL DE COLOMBIA.

Ahora bien, la ejecución de órdenes de una autoridad pública, constituye un eximente de responsabilidad frente a los particulares, que ejecutan los actos o cumplen las ordenes ejercidas como lo fue en el presente caso, las dictadas por gobiernos extranjeros en ejercicio de su poder soberano, ni AVIACOL USA CORP., ni cualquier otro comercializador o fabricante de Material Clasificado y/o Reservado, pueden exportar su material sin la aprobación del gobierno de su país de origen.

Además aplicado lo anterior junto con la Doctrina y la Jurisprudencia es importante recordar y aplicar los elementos constitutivos de la FUERZA MAYOR, EL CASO

AVIACOL USA CORP. 2200 NW 108 TH, Miami FL 33172
PHONE: 305 396 6389 - 305 510 8631



FORTUITO Y ACTOS DE GOBIERNO como eximente de responsabilidad contractual y extracontractual, a saber: imputabilidad, la imprevisibilidad y la irresistibilidad, es decir que el hecho que se invoca no se derive de una conducta culpable del obligado o su estado de culpa precedente o concomitante del hecho y por ende se ha escapado de las previsiones normales, esto es, que ante la conducta prudente adoptada por el que alega el caso fortuito era imposible de preverlo y por último ante las medidas tomadas le fue imposible prever que el hecho se presentara.

**PROPUESTAS DE SOLUCION**

En virtud de lo anteriormente consignado y ante la preocupación que nos asiste por resolver la situación presentada con arreglo a la ley, la debida diligencia y la mejor buena fe, nos permitimos reiterar nuestra voluntad incondicional en querer cumplir cabalmente con las obligaciones contractuales adquiridas, solicitando respetuosamente a la Entidad se encuentre con arreglo a los principios de equidad y recta justicia, se nos prorrogue el plazo de la entrega hasta el día 20 de abril de 2020.

Agradezco la atención prestada que le merezca la presente y me suscribo no sin antes manifestar nuestra gratitud por las gestiones que se adelanten en la autorización de la prórroga de plazo de entrega, lo cual redundara en beneficio de las partes contratantes, en aplicación de los principios de equidad y recta de la justicia que siempre aplica la FUERZA AÉREA COLOMBIANA – EJERCITO NACIONAL DE COLOMBIA en la toma de esta clase de decisiones.

Cordialmente,

HAROLD GIOVANNY BOCANEGRA
REPRESENTANTE LEGAL AVIACOL USA CORP

AVIACOL USA CORP. 2200 NW 108 TH, Miami FL 33172
PHONE: 305 396 6389 - 305 510 8631

**2020** AÑO DEL FORTALECIMIENTO DE LA PROFESIONALIZACIÓN MILITAR Y COHESIÓN DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 

Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1



**Febrero 26 de 2020**

**Señor Coronel**
**ALEJANDRO VELEZ OSPINA**
**Director Agencia de Compras FAC**
**FUERZA AEREA COLOMBIANA**
**Fourt Lauderdale**

Oficio 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

Ref.: Contrato 008-EJC-2019

Respetado coronel:

Dando alcance al oficio 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 de fecha 26 de febrero, donde se solicita prórroga para el plazo de entrega de los elementos pertenecientes al contrato en referencia, me permito informar que, los ítems con país de origen Estados Unidos se encuentran embalados y listos para ser despachos hacia Colombia tan pronto se tenga ; se encuentra a la espera de la autorización de exportación que según nos informa la Compañía fabricante Carson Industries se tiene prevista su aprobación para esta semana; por consiguiente los bienes estarían en Colombia la primera quincena del mes de Marzo.

Por otra parte, para los ítems provenientes de Holanda, estamos a la espera de la firma de la declaración de Usuario Final por parte del segundo comandante del Ejército Nacional, quien se encuentra en proceso de registro de su firma ante el Ministerio de Relaciones Exteriores de Colombia el cual es un requisito para poder apostillar el documento y ser enviada la declaración al Gobierno de Holanda.

Cordialmente,

**HAROLD GIOVANNY BOCANEGRA**
**REPRESENTANTE LEGAL AVIACOL USA CORP**

AVIACOL USA CORP. 2299 NW 108 TH, Miami FL 33172
PHONE: 305 396 6389 - 305 510 8631

**OCTAVO.** Que atendiendo la solicitud realizada por el contratista, de fecha 26 de febrero de 2020, se solicitó concepto jurídico en relación a petición de prórroga solicitada por el contratista AVIACOL USA CORP.

**CONSIDERACIONES**

1.  De acuerdo a lo establecido en la Directiva Permanente No. 001-MDN-CGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA-23.1, del 26 de marzo de 2018, para la modificación de los contratos, establece en el numeral 1), literal (a):

 **2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 



Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

1) **Modificación**

   (a) **Del Contrato**
Se podrá modificar el contrato garantizando el cumplimiento de su fin cuando:

     (1) Sobrevengan circunstancias o eventos de fuerza mayor, caso fortuito, el hecho de un tercero debidamente comprobado que afecte la ejecución del contrato y ameriten revisar las condiciones pactadas.

     (2) Cuando la administración lo considere necesario para cumplir su misión institucional.

2. En relación con las condiciones para modificar un contrato, establece el literal (b):

  **(b) Condiciones para Modificar un Contrato**

     (1) La solicitud deberá presentarse por escrito una vez la parte solicitante tenga conocimiento de las circunstancias que dan origen a la solicitud.

     (2) La solicitud de modificación y el proceso de modificación deberá iniciarse cuando esté vigente el término de ejecución del contrato.

     (3) La solicitud no debe alterar las condiciones que originaron la selección de la propuesta.

     (4) El contrato se podrá adicionar únicamente hasta un máximo del 50% de su valor inicial.

     (5) La solicitud deberá basarse en los precios de la propuesta inicial, en la sustentación técnica de costos adicionales o daños ocultos o en la fórmula de reajuste de precios que se haya establecido en el contrato.

     (6) Si la modificación es motivada por un hecho de fuerza mayor debidamente documentado, los términos y condiciones del contrato se modificaran en aquellos aspectos que hayan sido afectados hasta tanto desaparezcan o se subsanen las causas de fuerza mayor. Sin embargo, si pasados treinta (30) días de presentarse los hechos de fuerza mayor estos no han desaparecido o no se han subsanado, se podrá cancelar la orden de los bienes o servicios no entregados a la fecha.



**2020** AÑO DEL FORTALECIMIENTO DE LA **PROFESIONALIZACIÓN MILITAR** Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co




Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

(7) Si los hechos que motivan la modificación del contrato constituyen un incumplimiento a los términos y condiciones de contrato y en ausencia de fuerza mayor o caso fortuito, el Competente Contractual podrá a su propia discreción, negociar la modificación del contrato aplicando la compensación por incumplimiento establecida en la minuta del contrato.

(8) Los modificatorios que se refieran a adiciones en valor, de los contratos que se hayan celebrado a través del Procedimiento Mayor se deben lleva a ponencia ante el Comité De Adquisiciones, las demás modificaciones, se tramitarán mediante el diligenciamiento del formato MODIFICATORIO CONTRATO SAP (Anexo H), el cual será firmado por el Gerente del Proyecto, Subdirector Financiero de ACOFA o su equivalente en otras Fuerzas y Jefe Área de Asuntos Legales de ACOFA o su equivalente en otras Fuerzas. Los modificatorios cuyo contrato principal se haya celebrado a través del Procedimiento Abreviado se realizarán utilizando el Anexo H.

(9) La modificación del contrato entra en efecto cuando ambas partes firman el acuerdo modificatorio, si se deben modificar pólizas contractuales, el contratista debe hacer los cambios del caso.

(10) Cualquier modificación que se presente, se debe utilizar el Anexo H, inclusive cuando cambia la dirección del contratista, cuenta bancaria entre otras.

(11) En contratos abiertos la modificación del contrato por efectos de una reducción no podrá superar el monto del pago anticipado si lo hubiere, salvo que la dirección justifique los motivos por los cuales no se efectuó el cargue respectivo.

De acuerdo con lo descrito en la Directiva Permanente, y analizada la solicitud de la empresa contratista AVIACOL USA CORP respecto a la viabilidad de otorgar una prórroga parcial en el plazo de ejecución para los ítems provenientes de Estados Unidos hasta mediados de marzo de 2020 y los otros provenientes de Holanda hasta el día 20 de abril de 2020 por las razones expuestas en su solicitud, en especial la relacionada con la imposibilidad de obtener la licencia de exportación ante el Departamento de Estados de los EEUU y el Gobierno Europeo es imposible la entrega de los elementos objeto del contrato.

Conforme lo anterior se evidencia por parte del comité jurídico la configuración de una fuerza mayor por la ocurrencia de un hecho extraordinario que impide el cumplimiento de la obligación de la entrega de los elementos dentro del término inicialmente pactado, de conformidad con lo establecido en la cláusula 17 del contrato: "*17. FUERZA MAYOR. Ninguna de las partes será responsable por cualquier falla o demora en el desempeño que resulte de la fuerza mayor por ser condiciones imprevisibles más allá de su control razonable. Tales condiciones incluyen actos de gobierno, órdenes judiciales, disturbios civiles, sabotaje, condiciones climáticas adversas, huelgas, actos u omisiones de los transportistas o escasez de materiales o servicios*".

3. Por otro lado, de acuerdo a lo establecido en el Anexo Análisis Mejor Cotizante, el factor de escogencia mejor cotizante fue por aspecto técnico, por lo tanto, la Administración debe realizar el análisis sobre cada concepto rendido por los comités y el supervisor y sus implicaciones.

4. Según lo establece la mencionada Directiva Permanente en el titulo Régimen Sancionatorio en Materia Contractual, literal (c) *Por el Incumplimiento Contractual*, se tiene:



2020 AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co




Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

**(c)Por el Incumplimiento Contractual**
Se presenta cuando no se cumplen las obligaciones contractuales, con la fecha de entrega, no conformidad con las especificaciones técnicas, cantidades, documentación exigida en el contrato, servicio postventa, garantía técnica. Por lo anterior las sanciones serán:

(1) Hacer efectiva la cláusula de Compensación en la demora en las entregas (Cuando aplique).
(2) Cancelación del ítem o del contrato.
(3) La no invitación a la compañía para participar en procesos contractuales de ACOFA por el término de dos (02) años.
(4) La ejecución de la garantía de cumplimiento y/o pago anticipado, según corresponda.

Si como consecuencia del incumplimiento de un contrato imputable al contratista se deriva un diferencial cambiario que afecte el pago del contrato, este será asumido por el contratista. Igual regla se aplicará para el pago de tributos aduaneros.

Reposará en la Dirección Agencia de Compras de la FAC, el **Anexo R** "Sanciones Proveedores ACOFA", el que contiene la información de proveedores a los que se les ha aplicado el régimen sancionatorio descrito en esta Directiva.

Aquellas empresas a las que les inicie procesos judiciales, cobros persuasivos, para lograr el pago de los dineros adeudados al Estado, por obligaciones contractuales, no se le invitará a participar en nuevos procesos.

5. Que la justificación con la cual sustenta el contratista AVIACOL USA CORP, se desprende de una circunstancia ajena a su voluntad que impide la ejecución normal del contrato y que dicho inconveniente puede ser solucionado a través de la suscripción de un modificatorio.

6. De acuerdo con lo descrito, en caso de no acogerse por parte de los integrantes de los comités evaluadores, el área de Presupuesto y el supervisor las razones expuestas en dicha solicitud y se incumpla la fecha pactada para la entrega, se deberán hacer efectivas las cláusulas establecidas en el contrato en cuanto a sanciones.

7. Se requiere que se emita concepto por parte del área de presupuesto y comité económico evaluador sobre si hay implicaciones de carácter económico y presupuestal, así como del supervisor del contrato y del comité técnico evaluador si existen implicaciones de algún tipo que impidan el buen desarrollo de la ejecución del contrato, quienes desde su competencia deberán establecer la viabilidad o no de la modificación conforme a la necesidad del mismo.

**CONCLUSIÓN**

Según lo expuesto anteriormente, y bajo el amparo de las políticas y procedimientos generales para el desarrollo de la contratación de bienes y servicios en el exterior a través de la Agencia de Compras de la Fuerza Aérea Colombiana (ACOFA), y ante la solicitud de la empresa AVIACOL USA CORP, el comité jurídico evaluador concluye:

1. Que teniendo en cuenta las causales expuestas por el contratista para la no entrega de los bienes dentro del término inicialmente pactado por la ocurrencia de un hecho extraordinario que impide el cumplimiento de la obligación, se configura la fuerza mayor de conformidad con lo establecido en la cláusula 17 del contrato: *"17. FUERZA MAYOR. Ninguna de las partes será responsable por cualquier falla o demora en el desempeño que resulte de la fuerza mayor por ser condiciones imprevisibles más allá de su control razonable. Tales condiciones incluyen actos de gobierno, órdenes judiciales, disturbios civiles, sabotaje,*



**2020** AÑO DEL FORTALECIMIENTO DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co




Al contestar, cite este número

Radicado No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

*condiciones climáticas adversas, huelgas, actos u omisiones de los transportistas o escasez de materiales o servicios".*

2. Así mismo, este comité jurídico se atiene a la viabilidad que otorgue el Supervisor del Contrato, el Área de Presupuesto, el Comité Económico y el Comité Técnico en la medida que el principio de la autonomía de la voluntad de las partes que contratan, no impide legalmente aceptar la solicitud requerida por el Contratista AVIACOL, sobre el Contrato No. 008 ACOFA-EJC/2019, cuyo objeto es la ADQUISICIÓN DE REPUESTOS PARA EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-7B Y EL DISPOSITIVO DE VISIÓN NOCTURNA AN / PVS-14 CON DESTINO AL EJÉRCITO NACIONAL.

Atentamente,



**ABG. LAURA CRISTINA DURÁN MIRANDA**
Asesora Jurídica Área de Contratación
Comité Jurídico

 

2020 AÑO DEL FORTALECIMIENTO DE LA PROFESIONALIZACIÓN MILITAR Y COHESIÓN DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



**MINISTERIO DE DEFENSA NACIONAL**
**COMANDO GENERAL DE LAS FUERZAS MILITARES**
**EJÉRCITO NACIONAL**
**COMANDO DE ADQUISICIONE DEL EJÉRCITO**



Al contestar, cite este número
**Radicado No. 2020435001408043**: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

Bogotá D.C. 27 de Febrero de 2020

Señor Coronel
**ALEJANDRO VÉLEZ OSPINA**
Director Agencia de Compras Fuerza Área
704 Southwest 34th Street Fort Lauderdale, Fl 3331

Asunto: Concepto económico para prorrogar la entrega del contrato No.008-ACOFA-EJC-2019

En atención al oficio No. 2020435001403843 MDN-CGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-CONTR-PROC-17.1 del 27 de Febrero de 2020, en el que se requiere concepto económico para aprobar o no la solicitud de prórroga para la entregar de los bienes del contrato del asunto, con base en el oficio del proveedor la empresa **AVIACOL USA CORP**, la asesoría económica se permite precisar lo siguiente:

**ANTECEDENTES**

El contrato anteriormente citado, fue suscrito el día 18 de Octubre de 2019, con el objeto de "ADQUISICIÓN DE REPUESTOS PARA VISOR NOCTURNO AN/PVS-7B Y VISOR NOCTURNO AN/PVS-14 CON DESTINO AL EJÉRCITO NACIONAL", el plazo de entrega pactado en el Modificatorio N° 1 fue el 28 de febrero de 2020, las cantidades y valores contratados son los que se muestran a continuación:

1. **ELEMENTOS CANTIDADES Y VALORES**

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 2 | CAP, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | FEBRUARY 28, 2020 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-48 | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |

 **2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 



Al contestar, cite este número
Radicado No. **2020435001408043**: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18,24 | 693,12 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4,76 | 180,88 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223,94 | 1.119,70 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |

**SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14**

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12,53 | 2.881,90 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4,46 | 1.025,80 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5,97 | 1.373,10 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5,32 | 1.223,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | FEBRUARY 28, 2020 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210,80 | 48.484,00 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212,35 | 5.521,10 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1,45 | 333,50 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246-8264 | EA | 230 | NEW | 8,02 | 1.844,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 22 | COVER,BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3,82 | 878,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17,61 | 4.050,30 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8,02 | 1.844,60 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1,44 | 331,20 | FEBRUARY 28, 2020 | THIRTY-SIX (36) MONTHS |
| | | | **TOTAL** | | | | | | USD$ 857.894,55 | | |

## 2.  FORMA DE PAGO:

Se estableció dentro de los noventa (90) días calendario siguiente a la entrega del 100% de los bienes a satisfacción. Para mayor claridad se escanea el numeral 39 del contrato, en el cual quedo citada la forma de pago:

**39. SCHEDULE OF PAYMENTS: The information contained in columns "Rubro", "Recurso", "Guion", "Año" and "Condiciones" are of the exclusive use of the Colombian Army and could be modified only by the Buyer.**

| RUBRO | RECURSO | VIGENCIA | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-0150Z087-02 ADQUISICIÓN DE BIENES Y SERVICIOS - ARMAS CON MANTENIMIENTO MAYOR - FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | 10 | 2019 | 100 % of contract value within ninety (90) calendar days upon issuing of Received to satisfaction Act by Contract Supervisor of Colombian ARMY | USD$ 857.894,55 | TOTAL PAYMENT |
| | | | | USD$ 857.894,55 | |

This Contract is valid and has full legal effect when all of these conditions are accomplished:

When Contract signed by each of Party and transmitted to the other Party for signature by electronic mail in non-editable PDF format to oficontratacion@ejercito.mil.co

1.  When Performance Guarantee be issued and approved by ACOFA (When applicable)

2.  When CRP (Certificate of Budget Register) be issued

In witness whereof, Seller and Buyer hereby have duly executed this Contract under seal from the day and year first above written.



**2020** AÑO DEL FORTALECIMIENTO DE LA PROFESIONALIZACIÓN MILITAR Y COHESIÓN DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co






Al contestar, cite este número

Radicado No. **2020435001408043**: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

3. **FECHA FINAL DE ENTREGA**: El 14 de diciembre de 2019 mediante **MODIFICATORIO N°1** se prorrogó la fecha de entrega hasta el 28 de febrero del 2020.

**CONSIDERACIONES**

En los oficios 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 y 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 de fecha 26 de febrero de 2020 emitido por la empresa **AVIACOL USA CORP**, en el que solicita respetuosamente se le prorrogue el pazo de entrega de los elementos contratados hasta el 28 de Febrero del 2020, por los siguientes motivos:

➤ A la fecha no han recibido el certificado de uso final, solicitado de manera independiente para cada uno de los tubos intensificadores.

➤ El hecho de que no se haya entregado los certificados de uso final afecta el cronograma toda vez que no se ha podido aplicar a la obtención de una licencia de exportación ante el Departamento de Estado de los Estados Unidos y el Gobierno Europeo, y sin dichas licencias es imposible hacer entrega de los elementos objeto del contrato.

➤ Son hechos involuntarios de la empresa, que les impiden completar a cabalidad los términos inicialmente pactados.

➤ Como complemento a la solicitud de prórroga Informan que los elementos con país de origen Estados unidos se encuentran embalados y listos para ser despachados hacia Colombia, estando aun a la espera de la autorización de exportación que está prevista para realizarse esta semana,  proyectando que los bienes estén en Colombia la primera quincena del mes de marzo.

➤ El análisis realizado por el comité económico entre la fecha de entrega pactada en el Modificatorio N° 1 frente a la solicitud presentada por el contratista en el cual se evidencia que los elementos presentarían un retraso de 51 días.

**CONCEPTO ECONÓMICO:**

Una vez analizada la información anterior, se establece que la empresa AVIACOL USA CORP no manifestó dentro de su solicitud de prórroga, modificaciones a las condiciones económicas, en especial al cambio de los precios contratado por la Administración ó a  la forma de pago estipulada en el contrato; como tampoco hace referencia a cambios técnicos que conlleven a establecer por este comité que existe una afectación  en el

 **2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

 



Al contestar, cite este número

Radicado No. **2020435001408043**: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

equilibrio financiero del contrato No.008-ACOFA-EJC-2019 teniendo en cuenta lo anterior   este comité conceptúa que NO EXISTE AFECTACIÓN ECONÓMICA.

Sin embargo, es importante considerar los conceptos de la sección de presupuesto, del supervisor del contrato, del comité técnico y jurídico, para la viabilidad o negación de la prórroga; lo anterior es procedente para que el comité de adquisiciones pueda tomar la decisión y emita la correspondiente recomendación al ordenador del gasto.



Elaboro

**AS. LEADY VIVIANA MATALLANA QUIROGA**
Comité Económico Evaluador Área de contratación



**2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR Y **COHESIÓN** DE LA FUERZA

Avenida Carrera 50 #18A-26, Bogotá-Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co




# AMENDMENT 2
## GOODS PURCHASE AGREEMENT



## COLOMBIAN AIR FORCE
## PURCHASING AGENCY

| PURCHASE NRO. 008 ACOFA EJC/2019 |
|---|

| Buyer 704 SW 34 TH STREET | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
|---|---|---|---|---|---|

| Seller | AVIACOL USA CORP | | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 | |
|---|---|---|---|---|
| | Attn: HAROLD GIOVANNY BOCANEGRA | | PHONE: 305-5108631 | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 75219 / 22-10-2019 | RUBRO: : C-1502-0100-28-01502087-2 | Num. Modifica: 2 | Fec. Modifica: 28/02/2020 |
|---|---|---|---|---|

| MM/DD/YYYY | FINAL DELIVERY DATE | ITEMS(S) | PAGE(S) | |
|---|---|---|---|---|
| CONTRACT DATE: OCTOBER 18, 2019 | APRIL 20, 2020 | 25 | 4 | Total USD: $ 857.694,56 |

### SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | APRIL 20, 2020 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 10 | BATTERY CAP ASSEMBLY | AN/PVS- | A3144394 | 5855-01-246- | EA | 38 | NEW | 18,24 | 693,12 | MARCH 15, | THIRTY-SIX (36) MONTHS |



| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7B | | 8265 | | | | | | 2020 | |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A32609934 | 6355 5935-01-448- | EA | 38 | NEW | 4.76 | 180.88 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A31443505 | 6807 5855-01-246- | EA | 5 | NEW | 223.94 | 1,119.70 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |

SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A31287392 | 4284 5855-01-398- | EA | 230 | NEW | 12.53 | 2,881.90 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A32565353 | 1230 5855-01-444- | EA | 230 | NEW | 4.46 | 1,025.80 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A31444422 | 8773 5855-01-246- | EA | 230 | NEW | 5.97 | 1,373.10 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A31443318 | 8099 5340-01-397- | EA | 230 | NEW | 5.32 | 1,223.60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3,207.60 | 676,803.60 | APRIL 20, 2020 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A32792309 | 4068 5855-01-523- | EA | 230 | NEW | 210.80 | 48,484.00 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A32565352 | 1224 5855-01-444- | EA | 26 | NEW | 212.35 | 5,521.10 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A31443316 | 7219 5330-01-356- | EA | 230 | NEW | 1.45 | 333.50 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A31444404 | 8264 5930-01-246- | EA | 230 | NEW | 8.02 | 1,844.60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 22 | COVER,BATTERY RETAI | AN/PVS-14 | A32609939 | 6355 6760-01-448- | EA | 230 | NEW | 3.82 | 878.60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A32973712 | 3900 6760-01-524- | EA | 230 | NEW | 17.61 | 4,050.30 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A32565351 | 1232 5355-01-444- | EA | 230 | NEW | 8.02 | 1,844.60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A32565356 | 1227 5330-01-444- | EA | 230 | NEW | 1.44 | 331.20 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |

| | TOTAL | | USD$ 857.694,56 | |
|---|---|---|---|---|

**SUBJECT:**

"ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY""

**TERMS AND CONDITIONS:**

AGREEMENT

This AMENDMENT of the open Goods Purchase by the parties set for in the original Contract 008 ACOFA EJC/2019 for ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", incorporated herein by this reference; the "date" is modified as stated below as approved by the Colombian Army "ACTA No. 001" of february 28, 2020, incorporated herein as "ANEX 01" as of this __28__ day of _Feb_, 20 _20_ (The "Effective Date).

**AMENDMENT**

As the Effective Date, Supplier agree to amend open Goods Purchase Agreement 008 ACOFA EJC/2019 as follows:

1. **26. VALIDITY AND TERM OF PERFORMANCE**. This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from the Effective Date until April 20th, 2020.

2. Both Parties sign the Contract and transmits the signed document to the other Party.

3. The guarantee must be extended 2 months after the last delivery date.

4. Issuance of Budget Record Certificate (CRP) by NATIONAL ARMY.

5. The term of execution is non-extendable until April 20th, 2020".

6. The delivery will be made on two dates the first on March 15, 2020 for items that come from the United States, and the second delivery for items from the Netherlands the first on April 20, 2020.

2. **39. SCHEDULE OF PAYMENTS:**

| RUBRO | RECURSO | VIGENCIA | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-01502087-02. ADQUISICIÓN DE BIENES Y SERVICIOS – ARMAS CON MANTENIMIENTO MAYOR – FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | 10 | 2019 | 100 % of contract value within ninety (90) calendar days upon issuing of Received to satisfaction Act by Contract Supervisor of Colombian ARMY | USD$ 857.694.56 | TOTAL PAYMENT |
| | | | | USD$ 857.694.56 | |

3

Except as specifically set forth above in this amendment, the original agreement is unmodified and remains in full force and effect.

The present Amendment has complete legal effect as on the Effective Date, upon execution and transmission to the other party by fax. Sing and return the present amendment within Immediately from receipt by Email julio.pinedabe@buzonejercito.mil.co / modificatoriosacofa@colombianairforce.com

In witness WHEREOF, supplier and purchaser hereby have duly executed this amendment under seal as of the day and year first above written.

**BUYER**
**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By_____
Coronel ALEJANDRO VÉLEZ OSPINA

Date of Signature_____ 28/Feb/20

**SELLER**
**AVIACOL USA CORP**

By_____
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ

Date of signatura_____ 28-Febrero-20

4

[Official Translation]

| [Logo] | COLOMBIAN AIR FORCE | | Code | GA-JEAD-FR-061 |
|---|---|---|---|---|
| | ANNEX FORM H • Purchase Agency of the Colombian Air Force (ACOFA) | | Version No. | 2 |
| | MODIFYING CONTRACT SAP | | Validity | 09/14/2018 |

**Certificate No. _001_ / DATE 02/28/2020**

AUTHORIZATION TO MODIFY CONTRACT No. 008 – EJC-2019

Serial No. EJC 008

1. BACKGROUND

| 1.1. GENERAL DATA | |
|---|---|
| SUPPLIER: | AVIACOL USA CORP |
| CONTRACT PURPOSE: | ACQUISITION OF SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY. |
| CONTRACT VALUE: | USD 857,694.56 |
| EXECUTION DATE: | 02/28/2020 |

**CURRENT PAYMENT METHOD AND CONTRACT VALUE**

| MONTH/YEAR | USD AMOUNT | ITEM | GUIDE | PAYMENT METHOD |
|---|---|---|---|---|
| December 2019 | USD 857,694.56 | C-1502-0100-28-01502087-02. ACQUISITION OF GOODS AND SERVICES - WEAPONS WITH MAJOR MAINTENANCE - STRENGTHENING OF MATERIAL AND EQUIPMENT FOR THE FRONTLINE COMBAT TROOPS OF THE NATIONAL ARMY | N/A | TOTAL PAYMENT |
| TOTAL | USD 857,694.56 | | | |

**No. OF MODIFICATIONS MADE: 01 CERTIFICATE 001 (December 14, 2019)**

**1.2. BACKGROUND OF THE MODIFICATION**

➢ On October 18, 2019, Contract No. 08-ACOFA EJC/2019 was signed with AVIACOL USA CORP, for the ACQUISITION OF SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE ARMY.

➢ On December 14, 2019, Modification No. 1 to Contract No. 008-ACOFA-EJC-2019 was signed with AVIACOL USA CORP, which modified Clause 26 of the main contract PLACE AND TERM OF EXECUTION until February 28, 2020.

➢ The total value of the contract is (USD 857,694.56).

➢ AVIACOL USA CORP, through official notices 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 and 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 of February 26, 2020, addressed to the Procurement Area - Directorate of Acquisitions, requests an extension until April 20, 2020 for items 3 and 17 from the Netherlands, and an extension until March 15, 2020 for the remaining 23 items from the United States. The items from the United States are packed and ready to be dispatched to Colombia. They are awaiting export authorization according to Carson Industries. Regarding the items from the Netherlands, there was a delay due to the National Army in processing the final user declaration signed by the Second Commander of the National Army, which is currently being registered with Ministry of Foreign Affairs of Colombia and is a requirement to apostille and send the declaration to the Government of the Netherlands.

➢ The contract supervisor, through official notice No. 2020694001382473 of February 26, 2020, filed on February 28 at ACOFA, issues an opinion regarding the extension request from contractor AVIACOL USA CORP, approving it until April 20, 2020.

➢ The legal committee, through official notice No. 2019435001413363 of February 27, 2020, issues a legal opinion approving the extension. It concludes that, considering the contractor's reasons, a force majeure situation is evident due to causes not attributable to the contractor that prevents the fulfillment of the delivery obligation within the initially agreed term, in accordance with the provisions of Clause 17 of the contract: "17. FORCE MAJEURE. Neither party shall be responsible for any failure or delay in performance resulting from force majeure conditions that are unforeseeable beyond their reasonable control. Such conditions include acts of government, court orders, civil disturbances, sabotage, adverse weather conditions, strikes, acts or omissions by carriers, or shortages of materials or services."

➢ The technical committee, through official notice No. 20206940011382503 of February 26, 2020, issues a technical opinion approving the extension until April 20, 2020, as there are no changes or modifications to the technical components of the contract.

➢ The economic committee, through official notice No. 2020435001408043, issues an economic opinion concluding that the contractor's extension request does not affect the financial balance of the contract, therefore, there is no economic impact.

**1.3. RESPONSIBLE DIRECTOR'S OPINION AND JUSTIFICATION**                                   [Signature]

The modification of the contract is necessary considering that there is no economic impact and that, after analyzing each circumstance by each committee, there are extraordinary circumstances not attributable to the contractor that prevent the entry of the material.

**1.4. TYPE OF MODIFICATION**



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co;  mobile  (+57) 310 575 9156;  web site:  www.swaptranslators.com.

Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] | COLOMBIAN AIR FORCE | | Code | GA-JEAD-FR-061 |
|---|---|---|---|---|
| | ANNEX FORM H • Purchase Agency of the Colombian Air Force (ACOFA) | | Version No. | 2 |
| | MODIFYING CONTRACT SAP | | Validity | 09/14/2018 |

Delivery Date     X     Addition     Reduction     Payment method
Items Cancellation     Modification
Other     Piece No. or Without No.

| CONTRACT | POS. ORDER | UPDATE | DESCRIPTION | PIECE No. | QUANTITY | UNIT VALUE | TOTAL VALUE | NEW FINAL DELIVERY DATE |
|---|---|---|---|---|---|---|---|---|
| 008 ACOFA EJC/2019 | 1 | DELIVERY DATE | ACQUISITION OF SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY. | | | | USD 857,694.56 | April 20, 2020 |
| **TOTAL** | | | | | | | **USD 857,694.56** | |

| 1.5. LOGISTICAL BUDGET AREA APPROVAL | |
|---|---|
| Concept | APPROVAL SIGNATURE |
| The Logistical Budget Area, through official notice No. 2020433001416843 of February 27, 2020, states that there is NO BUDGET IMPACT if the extension is authorized, considering that the contractor's reasons are deemed as force majeure and the respective budget reserve required for contract payment is justified. It is also noted that Permanent Directive No. 38-2018 must be considered regarding "Budget reserves should be executed and paid by October 31 of each fiscal year." | LOGISTICAL BUDGET AREA |

**1.6. NEW PROPOSED PAYMENT METHOD**

| MONTH/YEAR | USD VALUE | ITEM | GUIDE | PAYMENT METHOD |
|---|---|---|---|---|
| | | | | |
| TOTAL | USD 0.00 | | | |

| SIGNATURE AND POST-SIGNATURE OF MEMBERS AUTHORIZING THE MODIFICATION | |
|---|---|
| [Signature]<br>DIEGO GALEANO, Captain<br>Acting Legal Coordinator of the Procurement Area | [Signature]<br>LUIS ALBERTO CHACON VARGAS, Lieutenant<br>Logistical Budget Area Officer |
| [Signature]<br>EDWIN GIOVANNY PRIETO SANTOS, Colonel Lieutenant<br>Project Manager | |

| 2.     DECISION |
|---|
| By virtue of the legal powers granted by Ministerial Delegation Resolution No. 4519 of 2016, amended by Resolution 5159 of 2017, 134 of 2018, and 1417 of 2018, the Colonel Director of the Purchase Agency has the delegated authority to modify the mentioned contract. |
| FIRST: Modify the condition according to numeral 1.4 (DELIVERY DATE) |
| SIGNATURE OF THE EXPENDITURE OFFICER: |
| [Signature]<br>ALEJANDRO VÉLEZ OSPINA, Colonel<br>Purchase Agency Director |
| ATTACHMENT: (30) PAGES |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
MAINTENANCE BATTALION
[Barcode]
When replying, please refer to this number

Filing No. 2020694000366181: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S329.25

Bogotá, D.C., February 28, 2020

Mr.,
ALEJANDRO VELEZ OSPINA, Colonel
Director of the Air Force Purchase Agency
704 Southwest 34th Street Fort Lauderdale, Florida 3331
Bogotá, D.C.

Subject: Feasibility of Extension for Contract No. 008-ACOFA.JC-2019

I do hereby send to Mr. Colonel Director of the Air Force Purchase Agency the response to Official Notice No. 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 of February 26, 2020, issued by Aviacol USA Corp, which requests an extension for the delivery of Contract No. 008-ACOFA.JC-2019. The purpose of the contract is the acquisition of spare parts for the Night Vision Devices AN PVS 14 and AN PVS 7B bound for the National Army, with an extension requested until April 20, 2020, for the spare parts listed below:

**ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B**

| No. | Name | Part No. | NSN | Unit | Quantity |
|-----|------|----------|-----|------|----------|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 38 |
| 2 | CAP-, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 38 |
| 3 | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | EA | 33 |
| 4 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 76 |
| 5 | WASHER, FLAT | A3144314 | 5310-00-043-4708 | EA | 61 |
| 6 | SCREW, MACHINE | MS51957-4B | 5305-00-224-0783 | EA | 76 |
| 7 | PACKING, PREFORMED | A3144316 | 5331-01-356-7219 | EA | 38 |
| 8 | REAR COVER ASSEMBLY | A3144310 | 5855-01-246-6810 | EA | 10 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 38 |
| 10 | BATTERY CAP ASSEMBLY | A3144394 | 5855-01-246-8265 | EA | 38 |
| 11 | COVER BATTERY RETAI | A3260939 | 5935-01-448-6355 | EA | 38 |
| 12 | MOUNT ASSEMBLY OBJE | A3144305 | 5855-01-246-6807 | EA | 5 |

[Motto]                                                                                     [QA Logos]
Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur
Telephone/Fax: (+57) 366 05 20
www.ejercito.mil.co
baman@ejercito.mil.co – Slech.cortes@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co;  mobile  (+57) 310 575 9156; web site:  www.swaptranslators.com.
Date format: mm/dd/yyyy.



[Official Translation]

[Barcode]
2020694000366181 MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S3 February 28, 2020

**ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14**

| No. | Name | Part No. | NSN | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 230 |
| 2 | LENS INFRARED RECEIVER | A3256353 | 5855-01-444-1230 | EA | 230 |
| 3 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 230 |
| 4 | CAP, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 230 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | N/A | N/A | EA | 211 |
| 6 | BATTERY HOUSING ASSY | A3297309 | 5855-01-523-4058 | EA | 230 |
| 7 | EYEPIECE ASSEMBLY | A3256352 | 5855-01-444-1224 | EA | 26 |
| 8 | PACKING, PREFORMED | A3144316 | 5330-01-356-7219 | EA | 230 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 230 |
| 10 | COVER, BATTERY RETAI | A3260939 | 6160-01-448-6355 | EA | 230 |
| 11 | BATTERY CAP ASSEMBLY | A3297312 | 6160-01-524-3900 | EA | 230 |
| 12 | KNOB | A3256351 | 5355-01-444-1232 | EA | 230 |
| 13 | PACKING, PREFORMED | A3256356 | 5330-01-444-1227 | EA | 230 |

Upon reviewing the arguments and circumstances presented by Aviacol USA Corp, the Project Manager for Contract No. 008-ACOFA.JC-2019 has approved the extension of the mentioned items until April 20, 2020.

Kindly,

[Signature]
EDWIN GIOVANNY PRIETO SANTOS, Colonel Lieutenant
Manager of Project No. 008-ACOFA.JC-2019

[Motto]                                                                                    [QA Logos]
Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur
Telephone/Fax: (+57) 366 05 20
www.ejercito.mil.co
baman@ejercito.mil.co – Slech.cortes@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
MAINTENANCE BATTALION
[Barcode]
When replying, please refer to this number

Filing No. 2020694001382473: MDN-COGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S329.25

Bogotá, D.C., February 26, 2020

Mr.,
ALEJANDRO VELEZ OSPINA, Colonel
Director of the Air Force Purchase Agency
704 Southwest 34th Street Fort Lauderdale, Florida 3331

Subject: Feasibility of Extension for Contract No. 008-ACOFA.JC-2019

I do hereby send to Mr. Colonel Lieutenant Assistant Director of Acquisitions of the National Army the response to Official Notice No. 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 of February 26, 2020, issued by Aviacol USA Corp, which requests an extension for the delivery of Contract No. 008-ACOFA.JC-2019. The purpose of the contract is the acquisition of spare parts for the Night Vision Devices AN PVS 14 and AN PVS 7B bound for the National Army, with an extension requested until April 20, 2020, for the spare parts listed below:

### ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B

| No. | Name | Part No. | NSN | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 38 |
| 2 | CAP-, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 38 |
| 3 | IMAGE INTENSIFIER, N MX10130 | N/A | N/A | EA | 33 |
| 4 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 76 |
| 5 | WASHER, FLAT | A3144314 | 5310-00-043-4708 | EA | 61 |
| 6 | SCREW, MACHINE | MS51957-4B | 5305-00-224-0783 | EA | 76 |
| 7 | PACKING, PREFORMED | A3144316 | 5331-01-356-7219 | EA | 38 |
| 8 | REAR COVER ASSEMBLY | A3144310 | 5855-01-246-6810 | EA | 10 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 38 |
| 10 | BATTERY CAP ASSEMBLY | A3144394 | 5855-01-246-8265 | EA | 38 |
| 11 | COVER BATTERY RETAI | A3260939 | 5935-01-448-6355 | EA | 38 |
| 12 | MOUNT ASSEMBLY OBJE | A3144305 | 5855-01-246-6807 | EA | 5 |

### ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14

[Motto]                                                                                    [QA Logos]
Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur
Telephone/Fax: (+57) 366 05 20
www.ejercito.mil.co
baman@ejercito.mil.co – Slech.cortes@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

[Barcode]

When replying, please refer to this number                                                          Page 2 of 2

2020694001382473 MDN-CGFM-COEJC-SECEJ-JEMGF-COLOG-BRLOG01-BAMAN-S3 February 26, 2020

| No. | Name | Part No. | NSN | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | A3187392 | 5855-01-398-4284 | EA | 230 |
| 2 | LENS INFRARED RECEIVER | A3256353 | 5855-01-444-1230 | EA | 230 |
| 3 | EYECUP | A3144422 | 5855-01-246-8273 | EA | 230 |
| 4 | CAP, PROTECTIVE, DUST | A3144318 | 5340-01-397-6608 | EA | 230 |
| 5 | IMAGE INTENSIFIER, NIGHT MX11769 | N/A | N/A | EA | 211 |
| 6 | BATTERY HOUSING ASSY | A3297309 | 5855-01-523-4058 | EA | 230 |
| 7 | EYEPIECE ASSEMBLY | A3256352 | 5855-01-444-1224 | EA | 26 |
| 8 | PACKING, PREFORMED | A3144316 | 5330-01-356-7219 | EA | 230 |
| 9 | SWITCH, KNOB ASSEMBLY | A3144404 | 5930-01-246-8264 | EA | 230 |
| 10 | COVER, BATTERY RETAI | A3260939 | 6160-01-448-6355 | EA | 230 |
| 11 | BATTERY CAP ASSEMBLY | A3297312 | 6160-01-524-3900 | EA | 230 |
| 12 | KNOB | A3256351 | 5355-01-444-1232 | EA | 230 |
| 13 | PACKING, PREFORMED | A3256356 | 5330-01-444-1227 | EA | 230 |

Upon reviewing the arguments and circumstances presented by Aviacol USA Corp, the Supervisor of Contract No. 008-ACOFA.JC-2019 has approved the extension of the mentioned items until April 20, 2020.

Kindly,

[Signature]

JULIO CESAR PINEDA BELLO, Major

Supervisor of Contract No. 008-ACOFA.JC-2019

[Motto]                                                                                                    [QA Logos]

Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur

Telephone/Fax: (+57) 366 05 20

www.ejercito.mil.co

baman@ejercito.mil.co – Slech.cortes@buzonejercito.mil.co

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
FORCE-GENERATING STAFF HEADQUARTERS
ACQUISITIONS COMMAND
DIRECTORATE OF ACQUISITIONS
[Barcode]
When replying, please refer to this number

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

Bogotá, D.C., February 27, 2020

Mr.,
**ALEJANDRO VÉLEZ OSPINA,** Colonel
Director of the Air Force Purchase Agency
704 Southwest 34th Street Fort Lauderdale, Florida 3331
Gn.

SUBJECT: Legal Opinion on Extension. Contract 008-ACOFA-EJC-2019, which purpose is the acquisition of SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY.

In response to Official Notice No. 2020435001403843 of February 27, 2020, requesting a legal opinion on the extension request of contract No. 008-ACOFA-EJC-2019, which purpose is the acquisition of SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY, the legal opinion was issued considering the following:

**FACTS**

**ONE**. That the Ministry of National Defense - National Army - Directorate of Acquisitions, considering the need outlined in the preliminary study by the Armament Area, requested the acquisition of SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY, through the Air Force Purchase Agency - ACOFA.

**TWO**. That through market study No. 5842-ACON-EJC-2019, the major process was initiated, and all the respective procedures for the development of the contractual process were carried out.

**THREE**. That by means of Official Notice No. 201912180095601 of August 9, 2019, the Head of the ACOFA Contractual Area sent market study 5842-ACON-ejc-2019, inviting fifty-six (56) companies registered with ACOFA to submit quotes of which the following companies submitted bids:

1. AVIACOL USA CORP
2. GLOBAL AIRPARTS SOLUTIONS INC
3. HPD CORPORATION

**FOUR**. That the budget for the execution of this contractual process is (USD 857,694.56) according to budget availability certificate No. 11619 of March 12, 2019, in accordance with item C-1502-0100-28-01502087-2 ACQUISITION OF GOODS AND SERVICES.

[Motto]                                                                                                                                [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

**FOUR**. That on October 18, 2019, contract No. 008-ACOFA-EJC-2019 was signed with AVIACOL USA CORP, for the acquisition of SPARE PARTS FOR THE NIGHT VISION DEVICE AN/PVS-7B AND THE NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY.

**FIVE**. That the total value of the contract is the amount of (USD 857,694.56).

**SIX**. That on December 14, 2019, modification No. 1 to contract No. 008-ACOFA-EJC-2019 was signed with AVIACOL USA CORP., modifying clause 26 of the main contract, PLACE AND TERM OF EXECUTION, until February 28, 2019.

**SEVEN**. That through Official Notice 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 and 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 of February 26, 2020, the contractor requests an extension for the delivery deadline of the items under the contract, as items from the United States are packaged and ready to be shipped to Colombia pending export authorization. Consequently, the goods are expected to arrive in Colombia in the first half of March 2020. The company Carson Industries is awaiting export authorization. Regarding the items coming from the Netherlands, we are waiting for the final user declaration to be signed by the Second Commander of the National Army, who is in the process of registering his signature with the Ministry of Foreign Affairs of Colombia. This is a requirement for apostilling the document and sending the declaration to the Government of the Netherlands. These items are expected to be delivered on April 20, 2020, as follows:

[Motto]                                                                                          [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.



[Official Translation]

[Logo] AVIACOL
February 26, 2020
Mr.
ALEJANDRO VELEZ OSPINA, Colonel
Director of the Purchase Agency – Colombian Air Force
COLOMBIAN AIR FORCE
Fort Lauderdale

Official Notice 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

Subject: Contract 008-EJC-2019

Respected Colonel,

As the representative of AVIACOL USA CORP., the contractor for the Air Force Purchase Agency (ACOFA), by virtue of the contract mentioned in the subject, I respectfully address you to explain the facts and circumstances that are preventing the initial delivery of the goods within the agreed timeline, as follows:

FACTS:

1. On October 18, 2019, Contract No. 008-EJC-ACOFA-2019 was signed between the parties for the acquisition of SPARE PARTS FOR NIGHT VISION DEVICES AN/PVS-7B AND AN/PVS-14 BOUND FOR THE NATIONAL ARMY, with the delivery date set for December 15, 2019.

2. On November 7, 2019, the contractor requested the National Army of Colombia to issue the Final User Certificate in order to proceed with the export license application before the Department of State of the United States and Europe.

AVIACOL USA CORP. 2299 NW 108 TH, Miami, Florida, 33172
PHONE: (+1) 305 396 6389 – (+1) 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.

Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

[Logo] AVIACOL

3. On December 5, 2019, an extension for the contract was requested.
4. On December 14, 2019, a modification was signed, extending the delivery date to February 28, 2020.
5. On February 6, 2020, through Official Notice 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, a request was made for the final user declaration for each of the items of the intensifier tubes, specifying the destination of the goods covered by the contract.
6.
7. As of today, this document has not been received from the National Army of Colombia.
8. The lack of delivery of the documents and final user certificates affects the program, as it has not been possible to apply for an export license before the U.S. Department of State and the European Government. Without these licenses, it is impossible to deliver the items covered by the contract.
9. Based on these arguments, we respectfully request an extension of the delivery deadline for the contract goods until April 20, 2020.

**LEGAL REASONING**

This request is based on the concept of FORCE MAJEURE, represented in this case by an ACT OF GOVERNMENT, as outlined in Clause 17 of the Contract. It prevents the contractor from exporting the items without an export permit from the government of the material's country of origin. These are circumstances beyond our control that prevent us from fulfilling the contract with the National Army of Colombia.

Moreover, the execution of orders from a public authority constitutes an exemption from responsibility for the parties involved, who execute the acts or comply with orders, as was the case here with the orders from foreign governments exercising their sovereign power. Neither AVIACOL USA CORP. nor any other supplier or manufacturer of classified and/or reserved materials can export their materials without approval from their home country's government.

Additionally, applying the above along with relevant Doctrine and Jurisprudence, it is important to consider and apply the elements of FORCE MAJEURE.

AVIACOL USA CORP. 2299 NW 108 TH, Miami, Florida, 33172
PHONE: (+1) 305 396 6389 – (+1) 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo] AVIACOL

FORTUITOUS CASE AND ACTS OF GOVERNMENT as exemptions of contractual and extracontractual responsibility, as follows: unaccountability, unpredictability, and irresistibility, that is, the fact invoked does not derive from culpable conduct of the obliged or his state of previous or concomitant guilt of the fact. Therefore, it is out of the normal provisions; that is, before the prudent conduct adopted by the party alleging the fortuitous case, it was impossible to foresee, and finally, given the measures taken, it was impossible to foresee that the fact would occur.

**PROPOSALS FOR RESOLUTION**

In light of the aforementioned and the concern to resolve the situation according to the law, due diligence, and the best interests of the parties involved, we respectfully reiterate our commitment to fulfilling our contractual obligations. We respectfully request that the entity be found in accordance with the principles of fairness and rightful justice to grant an extension of the delivery deadline until April 20, 2020.

Thank you for your attention to this matter. I sign this request, not without expressing our gratitude in advance for the procedures carried out to approve the extension of the delivery period, which will benefit both parties involved under the principles of fairness and rightful justice always applied by the COLOMBIAN AIR FORCE - NATIONAL ARMY OF COLOMBIA in decision-making.

Sincerely,

[Signature]
HAROLD GIOVANNY BOCANEGRA
LEGAL REPRESENTATIVE AVIACOL USA CORP

AVIACOL USA CORP. 2299 NW 108 TH, Miami, Florida, 33172
PHONE: (+1) 305 396 6389 – (+1) 305 510 8631

[Motto]                                                                                                       [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

When replying, please refer to this number

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

[Logo] AVIACOL
February 26, 2020

Mr.
ALEJANDRO VELEZ OSPINA, Colonel
Director of the Purchase Agency – Colombian Air Force
COLOMBIAN AIR FORCE
Fourt Lauderdale

Official Notice 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

Subject: Contract 008-EJC-2019

Respected Colonel:
Regarding Official Notice 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, of February 26, where an extension for the delivery deadline of the items related to the referenced contract was requested, I do hereby inform you that the items from the United States are packed and ready to be dispatched to Colombia as soon as the export authorization is received. According to the manufacturer Carson Industries, this authorization is expected to be approved this week; therefore, the goods should arrive in Colombia by the first half of March.

On the other hand, for the items coming from the Netherlands, we are waiting for the final user declaration to be signed by the Second Commander of the National Army. His signature is currently being registered at the Ministry of Foreign Affairs of Colombia, which is a requirement for the document to be apostilled and sent to the Government of the Netherlands.

Sincerely,

[Signature]
HAROLD GIOVANNY BOCANEGRA
LEGAL REPRESENTATIVE AVIACOL USA CORP

AVIACOL USA CORP. 2299 NW 108 TH, Miami, Florida, 33172
PHONE: (+1) 305 396 6389 – (+1) 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.



[Official Translation]

**EIGHT**. That in response to the request made by the contractor on February 26, 2020, the legal opinion was requested regarding the extension request made by the contractor AVIACOL USA CORP.

## CONSIDERATIONS

1.  In accordance with the provisions of Permanent Directive No. 001-MDN-CGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA-23.1, of March 26, 2018, to modify contracts, it establishes in Numeral 1, paragraph a:

[Motto]                                                                                          [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.

Date format: mm/dd/yyyy.



[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

1. Modification
(a) of the Contract
The contract may be modified to ensure its compliance when:
    (1) Force majeure, fortuitous cases, or third-party actions, duly proven, affect the execution of the contract and warrant a revision of the agreed terms.
    (2) The administration considers it necessary to fulfill its institutional mission.
2. Regarding the conditions to modify a contract, paragraph (b) states:

(b) Conditions to modify a contract
    (1) The written request must be presented once the requesting party is aware of the circumstances that justify the request.
    (2) The modification request and process shall initiate when the term of execution of the contract is valid.
    (3) The modification should not alter the conditions that led to the selection of the proposal.
    (4) The contract can only be increased by up to a maximum of 50% of its initial value.
    (5) The request must be based on the initial proposal prices, technical justifications for additional costs or hidden damages, or the price adjustment formula established in the contract.
    (6) If the modification is due to a duly documented force majeure event, the terms and conditions of the contract will be modified in those aspects that have been affected until the force majeure causes are resolved or remedied. However, if after thirty (30) days from the occurrence of the force majeure events these have not disappeared or been remedied, the order for goods or services not delivered by that date may be canceled.

[Motto]                                                                                              [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

(7) If the reasons to modify the contract constitute a breach of the contract terms and conditions, and in the absence of force majeure or fortuitous case, the Competent Authority may, at its own discretion, negotiate the modification of the contract applying the penalty for non-compliance as established in the contract's minutes.

(8) Modifications referring to value additions in contracts awarded through the Major Procedure must be submitted for consideration to the Acquisition Committee. Other modifications will be processed by completing the MODIFYING CONTRACT SAP form (Annex H), which shall be signed by the Project Manager, the Financial Assistant Director of ACOFA or their equivalent in other forces, and the Head of the Legal Affairs Area of ACOFA or their equivalent in other forces. Modifications for contracts awarded through the Abbreviated Procedure will also use Annex H.

(9) A contract modification takes effect when both parties sign the modification agreement. If contractual bonds need to be amended, the contractor must make the necessary changes.

(10) Any modification must use Annex H, including changes to the contractor's address, bank account, among other details.

(11) For open contracts, a modification due to a reduction cannot exceed the amount of the advance payment, unless the directorate justifies why the corresponding adjustment was not made.

In accordance with the provisions of the Permanent Directive and after analyzing the request from the contractor AVIACOL USA CORP regarding the feasibility of granting a partial extension of the execution period for items from the United States until mid-March 2020 and the remaining items from the Netherlands until April 20, 2020, for the reasons stated in their request—particularly the inability to obtain the export license from the U.S. Department of State and the European Government—the delivery of the contract items is impossible.

In line with this, the legal committee has determined that there is a force majeure situation due to the occurrence of an extraordinary event that prevents the fulfillment of the delivery obligation within the initially agreed term, in accordance with the provisions of Clause 17 of the contract: "17. FORCE MAJEURE. Neither party shall be responsible for any failure or delay in performance resulting from force majeure due to conditions beyond its reasonable control. Such conditions include acts of government, court orders, civil disturbances, sabotage, adverse weather conditions, strikes, acts or omissions by carriers, or shortages of materials or services."

3.   Furthermore, in accordance with the provisions of the Annex Analysis of Best Offeror, the selection factor for the best offeror was by technical aspects. Therefore, the Administration must analyze each concept provided by the committees and the supervisor and their implications.

4.   As established in the aforementioned Permanent Directive under the section on Sanctioning Regime in Contractual Matters, paragraph (c) for Contractual Non-compliance:

[Motto]                                                                        [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

(c)   For Contractual Non-Compliance
It occurs when contractual obligations are not met, such as deadlines, technical specifications, quantities, required documentation, after-sales service, or technical warranty.
The sanctions for non-compliance are:
(1)   To make effective the Compensation clause in delay delivery (if applicable).
(2)   Cancellation of the item or contract.
(3)   Exclusion of the company from participating in ACOFA's procurement processes for a period of two (2) years.
(4)   Execution of the compliance guarantee and/or advance payment, as applicable.

If, as a result of the contractor's non-compliance, a foreign exchange differential affects the payment of the contract, the contractor will assume this cost. The same rule applies to custom taxes.

The Directorate of the Purchase Agency of the Colombian Air Force will maintain a record of ACOFA Sanctioned Suppliers in <u>Annex R</u>, which includes information on those suppliers subject to the sanctioning regime described in this directive.

Those companies immersed in judicial procedures, persuasive collections, to collect the payment of debts owed to the State due to contractual obligations will not be invited to participate in new procurement processes.

5.   The justification provided by the contractor AVIACOL USA CORP indicates that the issue preventing the normal execution of the contract arises from circumstances beyond their control. And that this issue could be addressed through a contract modification.
6.   According to the described situation, if the evaluators, the Budget Area, and the supervisor do not accept the reasons presented in the request, and the agreed delivery date is not met, the penalties stipulated in the contract regarding sanctions must be carried out.
7.   It is required that the Budget Area and Economic Evaluation Committee issue an opinion on whether there are any economic or budgetary implications. Additionally, the contract supervisor and the Technical Evaluation Committee should assess if there are any issues that could hinder the proper execution of the contract. They must determine the feasibility of the modification based on the needs of the contract.

<center>**CONCLUSION**</center>

According to the aforementioned and supported by the general policies and procedures for the development of the procurement of goods and services abroad through the Purchase Agency of the Colombian Air Force (ACOFA). In response to the request from AVIACOL USA CORP, the evaluating legal committee concludes:

1.   Considering the reasons provided by the contractor for not delivering the goods within the initially agreed term due to the occurrence of an extraordinary event preventing compliance with the obligation, force majeure is configured in accordance with Clause 17 of the contract: "17. FORCE MAJEURE. Neither party shall be responsible for any failure or delay in performance resulting from force majeure due to conditions beyond its reasonable control. Such conditions include acts of government, court orders, civil disturbances, sabotage,

[Motto]                                                                                          [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co





I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co;  mobile  (+57) 310 575 9156; web site:  <u>www.swaptranslators.com</u>.
Date format: mm/dd/yyyy.



[Official Translation]

Filing No. 2020435001413363: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.1

adverse weather conditions, strikes, acts or omissions by carriers, or shortages of materials or services."

2.  This legal committee also agrees with the feasibility provided by the Contract Supervisor, the Budget Area, the Economic Committee, and the Technical Committee, as the principle of the autonomy of the will of the contracting parties does not legally prevent accepting the contractor AVIACOL's request regarding Contract No. 008 ACOFA-EJC/2019, which purpose is the acquisition of SPARE PARTS FOR THE AN/PVS-7B AND AN/PVS-14 NIGHT VISION DEVICES BOUND FOR THE NATIONAL ARMY.

Kindly,

[Signature]
**LAURA CRISTINA DURAN MIRANDA, Lawyer**
Legal Advisor, Procurement Area
Legal Committee

[Motto]                                                                                                              [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
ARMY ACQUISITIONS COMMAND
[Barcode]
When replying, please refer to this number

Filing No. 2020435001408043: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

Bogotá, D.C., February 27, 2020

Mr.,
**ALEJANDRO VÉLEZ OSPINA**, Colonel
Director of the Air Force Purchase Agency
704 Southwest 34th Street Fort Lauderdale, Florida 3331

Subject: Economic opinion to extend the delivery of Contract No. 008-ACOFA-EJC-2019

In response to official notice No. 2020435001403843 MDN-CGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-CONTR-PROC-17.1 of February 27, 2020, which requests an economic opinion to approve or deny the extension request for the delivery of the goods of the contract in question, based on the supplier's official notice from **AVIACOL USA CORP**, the economic advisory provides the following details:

**BACKGROUND**

The previously mentioned contract was signed on October 18, 2019, with the purpose of "ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B AND NIGHT VISION DEVICE AN/PVS-14 BOUND FOR THE NATIONAL ARMY." The agreed delivery date in Modification No. 1 was February 28, 2020. The contracted quantities and values are as follows:

1. **ITEMS QUANTITIES AND VALUES**

| Item | Description | Equipment | Part No. | NSN | Unit | Quantity | Condition | Unit value USD | Total value USD | Delivery date | Technical warranty |
|------|-------------|-----------|----------|-----|------|----------|-----------|----------------|-----------------|---------------|--------------------|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12.55 | 476.90 | February 28, 2020 | Thirty-six (36) months |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5.28 | 200.64 | February 28, 2020 | Thirty-six (36) months |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3,217.50 | 106,177.50 | February 28, 2020 | Forty-eight (48) months |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5.97 | 453.72 | February 28, 2020 | Thirty-six (36) months |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1.72 | 104.92 | February 28, 2020 | Thirty-six (36) months |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0.65 | 49.40 | February 28, 2020 | Thirty-six (36) months |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1.31 | 49.78 | February 28, 2020 | Thirty-six (36) months |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134.13 | 1,341.30 | February 28, 2020 | Thirty-six (36) months |
| 9 | SWITCH, KNOW ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6.60 | 250.80 | February 28, 2020 | Thirty-six (36) months |

[Motto]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co

[QA Logos]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.



[Official Translation]

[Barcode]

When replying, please refer to this number

Filing No. 2020435001408043: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

Page 2 of 4

| Item | Description | Equipment | Part No. | NSN | Unit | Quantity | Condition | Unit value USD | Total value USD | Delivery date | Technical warranty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18.24 | 693.12 | February 28, 2020 | Thirty-six (36) months |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4.76 | 180.88 | February 28, 2020 | Thirty-six (36) months |
| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223.94 | 1,119.70 | February 28, 2020 | Thirty-six (36) months |

SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14

| Item | Description | Equipment | Part No. | NSN | Unit | Quantity | Condition | Unit value USD | Total value USD | Delivery date | Technical warranty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12.53 | 2,881.90 | February 28, 2020 | Thirty-six (36) months |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4.46 | 1,025.80 | February 28, 2020 | Thirty-six (36) months |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5.97 | 1,373.10 | February 28, 2020 | Thirty-six (36) months |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5.32 | 1,223.60 | February 28, 2020 | Thirty-six (36) months |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3,207.60 | 676,803.60 | February 28, 2020 | Forty-eight (48) months |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210.80 | 48,484.00 | February 28, 2020 | Thirty-six (36) months |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212.35 | 5,521.10 | February 28, 2020 | Thirty-six (36) months |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1.45 | 333.50 | February 28, 2020 | Thirty-six (36) months |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246-8264 | EA | 230 | NEW | 8.02 | 1,844.60 | February 28, 2020 | Thirty-six (36) months |
| 22 | COVER, BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3.82 | 878.60 | February 28, 2020 | Thirty-six (36) months |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17.61 | 4,050.30 | February 28, 2020 | Thirty-six (36) months |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8.02 | 1,844.60 | February 28, 2020 | Thirty-six (36) months |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1.44 | 331.20 | February 28, 2020 | Thirty-six (36) months |
| TOTAL | | | | | | | | | USD 857,694.56 | | |

**2. PAYMENT METHOD:**

It was established within the ninety (90) calendar days following the satisfactory delivery of the 100% of the goods. For further clarification, numeral 39 of the contract was scanned, which states the payment method:

39. SCHEDULE OF PAYMENTS: The information contained in columns "Item," "Resource," "Guide," "Year," and "Conditions" are of the exclusive use of the Colombian Army and could be modified only by the buyer.

| ITEM | RESOURCE | VALIDITY | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-01502067-02 ACQUISITION OF GOODS AND SERVICES – WEAPONS WITH MAJOR MAINTENANCE – MATERIAL AND EQUIPMENT STRENGTHENING FOR THE COMBAT FRONTLINE TROOPS OF THE NATIONAL ARMY | 10 | 2019 | 100% of the contract value within ninety (90) calendar days upon issuing of received to satisfaction Act by Contract Supervisor of Colombian AMRY | USD 857,694.56 | TOTAL PAYMENT |

[Signature]

This contract is valid and has full legal effect when all of these conditions are accomplished:

When contract signed by each of Party and transmitted to the other Party for signature by electronic mail in non-editable PDF formats to oficontratacion@ejercito.mil.co

1. When Performance Guarantee be issued and approved by ACOFA (When applicable).
2. When CRP (Certificate of Budget Register) be issued.

In witness whereof, Seller and Buyer hereby have duly executed this Contract under seal from the day and year first above written.

[Motto]

Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca

www.ejercito.mil.co

oficontratacion@buzonejercito.mil.co

[QA Logos]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.

Date format: mm/dd/yyyy.



[Official Translation]

[Barcode]
When replying, please refer to this number                                      Page 3 of 4
Filing No. 2020435001408043: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

3.  **FINAL DELIVERY DATE:** On December 14, 2019, **Modification No. 1** extended the delivery date to February 28, 2020.

**CONSIDERATIONS**

In Official Notices 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 and 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 of February 26, 2020, issued by **AVIACOL USA CORP,** they respectfully requested an extension of the delivery period for the contracted items until February 28, 2020, for the following reasons:

➢  To date, they have not received the final user certificate, which was requested separately for each of the intensifier tubes.

➢  The absence of the final user certificates affects the schedule since it has not been possible to apply for an export license from the U.S. Department of State and the European Government. Without these licenses, it is impossible to deliver the items covered by the contract.

➢  These are involuntary issues for the company that prevent them from fully meeting the initially agreed terms.

➢  As a complement to the extension request, they inform that the items from the United States are packed and ready to be shipped to Colombia, still awaiting the export authorization expected to be issued this week, with the goods projected to arrive in Colombia in the first half of March.

➢  The analysis conducted by the economic committee between the delivery date agreed upon in Modification No. 1 and the request presented by the contractor shows that the items would be delayed by 51 days.

**ECONOMIC OPINION:**

Once the above information was analyzed, it was established that AVIACOL USA CORP did not indicate any changes to the economic conditions in their extension request, especially regarding changes to the prices contracted by the Administration or the payment method stipulated in the contract. Nor do they refer to technical changes that would lead this committee to determine that there is an impact on the

[Motto]                                                                                          [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Barcode]
When replying, please refer to this number                                              Page 4 of 4
Filing No. 2020435001408043: MDN-COGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-15.17

financial balance of contract No. 008-ACOFA-EJC-2019. Given this, the committee concludes that there is NO ECONOMIC IMPACT.

However, it is important to consider the opinions of the budget section, the contract supervisor, and the technical and legal committee regarding the feasibility or denial of the extension. This is necessary for the acquisitions committee to make a decision and issue the corresponding recommendation to the expenditure approver.

Made by

[Signature]
**LEADY VIVIANA MATALLANA QUIROGA, Assistant**
Evaluating Economic Committee Procurement Area

[Motto]                                                                                    [QA Logos]
Avenida Carrera 50 No. 18A-26, Bogotá, Cundinamarca
www.ejercito.mil.co
oficontratacion@buzonejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.

Date format: mm/dd/yyyy.



# Exhibit F



Abril 13 de 2020

Señor Coronel
**ALEJANDRO VELEZ OSPINA**
**Director Agencia de Compras FAC**
**FUERZA AEREA COLOMBIANA**
Fourt Lauderdale

Oficio 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
Ref.: Contrato 008-EJC-2019

Respetado coronel:
Dando alcance a la solicitud de los documentos solicitados al Ejercito Nacional de Colombia, donde se aclaran los documentos de uso final y de licencia de exportación correspondiente al contrato en asunto, los cuales no han sido entregados en original por parte del Ejercito Nacional; razón por la cual no se han podido apostillar y enviar a Europa para ser radicados allí.

Es de tener en cuenta que los documentos deben ser radicados y aprobados por el Gobierno de Holanda para obtener la licencia de exportación, sin esta licencia los elementos no pueden salir del país, y este trámite toma un tiempo razonable; una vez se obtenga la licencia de exportación de la carga, se procede con la reserva de cupo en la aerolínea y permisos de aduanas, que por las circunstancias actuales a nivel mundial, el COVID 19; todas las gestiones se están tardando más del tiempo normal.

Con base a los anteriores argumentos, respetuosamente me permito solicitar se nos autorice prorrogar la fecha de entrega para los ítems 3 y 17 IMAGE INTENSIFIER, MX10130 y MX11769 respectivamente hasta el día (15) de junio de 2020, hay que tener en cuenta tiempos de permisos de aduana, reserva del cupo de aerolínea como la disponibilidad de vuelos de Europa hacia Colombia.

La anterior petición tiene su fundamento legal en el denominado **FORCE MAJEURE - FUERZA MAYOR** representado en este caso en un **- ACTO DE GOBIERNO**, contemplado en el numeral 17 del Contrato, pues le impide al contratista exportar los elementos sin un permiso de exportación del gobierno de origen del material objeto de contrato. Hechos estos, que no dependen de nuestra voluntad impidiéndonos satisfacer la prestación contraída con el **EJERCITO NACIONAL DE COLOMBIA.**

Ahora bien, la ejecución de órdenes de una autoridad pública, constituye un eximente de responsabilidad frente a los particulares, que ejecutan los actos o cumplen las ordenes ejercidas como lo fue en el presente caso, las dictadas por gobiernos extranjeros en ejercicio de su poder soberano, ni **AVIACOL USA CORP.,** ni cualquier otro comercializador o fabricante de Material Clasificado y/o Reservado, pueden



exportar su material sin la aprobación del gobierno de su país de origen.

Además aplicado lo anterior junto con la Doctrina y la Jurisprudencia es importante recordar y aplicar los elementos constitutivos de la **FUERZA MAYOR, EL CASO FORTUITO Y ACTOS DE GOBIERNO** como eximente de responsabilidad contractual  y extracontractual, a saber: inimputabilidad, la imprevisibilidad y la irresistibilidad, es decir que el hecho   que se invoca no se derive de una conducta culpable del obligado  ni su estado de culpa precedente o  concomitante del hecho y por ende se ha escapado de las previsiones normales, esto es, que ante la conducta prudente adoptada  por el que alega el caso fortuito era imposible de preverlo y por ultimo ante las medidas tomadas le fue imposible prever que el hecho se presentara.

Agradezco la atención prestada que le merezca la presente y me suscribo no sin antes manifestar nuestra gratitud por las gestiones que se adelanten en la autorización de la  prórroga  de  plazo  de  entrega,  lo  cual  redundara  en  beneficio  de  las  partes contratantes, en aplicación de los principios de equidad y recta de la justicia que siempre aplica la **FUERZA AÉREA COLOMBIANA – EJERCITO NACIONAL DE COLOMBIA** en la toma de esta clase de decisiones.

Cordialmente,

HAROLD GIOVANNY BOCANEGRA
REPRESENTANTE LEGAL AVIACOL

[Official Translation]

[Logo and Motto] AVIACOL
April 13, 2020

Mr. Colonel
**ALEJANDRO VELEZ OSPINA**
**Director of the Purchasing Agency of the Colombian Air Force**
**COLOMBIAN AIR FORCE**
Fort Lauderdale

Official Notice 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
Ref.: Contract 008-EJC-2019

Dear Colonel,

Regarding the request for the documents from the National Army of Colombia, where the final use and export license documents corresponding to the contract in question are clarified, these documents have not been delivered in original form by the National Army. For this reason, they have not been apostilled and sent to Europe to be filed there.

It should be noted that the documents must be filed and approved by the Dutch Government to obtain the export license. Without this license, the items cannot leave the country, and this process takes a reasonable amount of time. Once the export license for the shipment is obtained, the next steps are to reserve space with the airline and obtain customs permits, which, due to the current global circumstances, particularly COVID-19, are taking longer than usual.

Based on the above arguments, I hereby request that we be authorized to extend the delivery date for items 3 and 17, IMAGE INTENSIFIER, MX10130, and MX11769, respectively, until June 15, 2020, considering the customs permit times, airline seat reservation, and flight availability from Europe to Colombia.

This request is legally founded on the principle of **FORCE MAJEURE**, represented in this case by an **ACT OF GOVERNMENT**, as provided in clause 17 of the Contract. This situation prevents the contractor from exporting the items without an export license from the government of the country of origin of the material under contract. These are facts beyond our control, preventing us from fulfilling the obligation contracted with the **NATIONAL ARMY OF COLOMBIA**.

Moreover, the execution of orders from a public authority constitutes an exemption from liability for individuals who carry out these orders or acts, like in this case, where foreign governments, exercising their sovereign power, issued orders. Neither **AVIACOL USA CORP.** nor any other marketer or manufacturer of Classified and/or Reserved Material can export its material without the approval of the government of the country of origin.

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

Furthermore, applying the above along with Doctrine and Jurisprudence, it is important to recall and apply the constitutive elements of **FORCE MAJEURE, ACT OF GOD, and ACTS OF GOVERNMENT** as exemptions from contractual and extra-contractual liability. These are namely: unaccountability, unpredictability, and irresistibility, meaning that the event being invoked does not arise from a culpable act of the obligated party, nor from any preceding or concurrent state of fault, and thus it has escaped normal foresight. That is, it was impossible for the party invoking the force majeure event to foresee it with the prudent conduct adopted, and finally, given the measures taken, it was impossible to prevent the event from occurring.

I appreciate your attention to this matter and would like to express our gratitude for the efforts made in authorizing the extension of the delivery deadline, which will benefit both contracting parties in applying the principles of equity and fairness that the **COLOMBIAN AIR FORCE – NATIONAL ARMY OF COLOMBIA** always applies in making such decisions.

Sincerely,


[Signature]

HAROLD GIOVANNY BOCANEGRA

LEGAL REPRESENTATIVE OF AVIACOL


**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit G

**AMENDMENT 3**
**GOODS PURCHASE AGREEMENT**



**COLOMBIAN AIR FORCE**
**PURCHASING AGENCY**

| | |
|---|---|
| | **PURCHASE NRO. 008 ACOFA EJC/2019** |

| Buyer 704 SW 34 TH STREET | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
|---|---|---|---|---|---|

| Seller | AVIACOL USA CORP | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 | |
|---|---|---|---|
| | Attn: HAROLD GIOVANNY BOCANEGRA | PHONE: 305-5108631 | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 75219 / 22-10-2019 | RUBRO: : C-1502-0100-28-01502087-2 | Num. Modifica: 3 | Fec. Modifica: 20/04/2020 |
|---|---|---|---|---|

| MM/DD/YYYY | FINAL DELIVERY DATE | ITEMS(S) | PAGE(S) | |
|---|---|---|---|---|
| CONTRACT DATE: OCTOBER 18, 2019 | JUNE 15, 2020 | 25 | 4 | Total USD: $ 857.694,56 |

**SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B**

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASE, INFRARED EQUIPMENT | AN/PVS-7B | A3187392 | 5855-01-398-4284 | EA | 38 | NEW | 12,55 | 476,90 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 2 | CAP-, PROTECTIVE, DUST | AN/PVS-7B | A3144318 | 5340-01-397-6608 | EA | 38 | NEW | 5,28 | 200,64 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | JUNE 15, 2020 | FOURTY EIGHT (48) MONTHS |
| 4 | EYECUP | AN/PVS-7B | A3144422 | 5855-01-246-8273 | EA | 76 | NEW | 5,97 | 453,72 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 5 | WASHER, FLAT | AN/PVS-7B | A3144314 | 5310-00-043-4708 | EA | 61 | NEW | 1,72 | 104,92 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 6 | SCREW, MACHINE | AN/PVS-7B | MS51957-4B | 5305-00-224-0783 | EA | 76 | NEW | 0,65 | 49,40 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 7 | PACKING, PREFORMED | AN/PVS-7B | A3144316 | 5331-01-356-7219 | EA | 38 | NEW | 1,31 | 49,78 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 8 | REAR COVER ASSEMBLY | AN/PVS-7B | A3144310 | 5855-01-246-6810 | EA | 10 | NEW | 134,13 | 1.341,30 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 9 | SWITCH, KNOB ASSEMBLY | AN/PVS-7B | A3144404 | 5930-01-246-8264 | EA | 38 | NEW | 6,60 | 250,80 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 10 | BATTERY CAP ASSEMBLY | AN/PVS-7B | A3144394 | 5855-01-246-8265 | EA | 38 | NEW | 18,24 | 693,12 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |

1

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2020 | |
| 11 | COVER BATTERY RETAI | AN/PVS-7B | A3260939 | 5935-01-448-6355 | EA | 38 | NEW | 4,76 | 180,88 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 12 | MOUNT ASSEMBLY OBJE | AN/PVS-7B | A3144305 | 5855-01-246-6807 | EA | 5 | NEW | 223,94 | 1.119,70 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14 | | | | | | | | | | | |
| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
| 13 | CASE, INFRARED EQUIPMENT | AN/PVS-14 | A3187392 | 5855-01-398-4284 | EA | 230 | NEW | 12,53 | 2.881,90 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 14 | LENS INFRARED RECEIVER | AN/PVS-14 | A3256353 | 5855-01-444-1230 | EA | 230 | NEW | 4,46 | 1.025,80 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 15 | EYECUP | AN/PVS-14 | A3144422 | 5855-01-246-8273 | EA | 230 | NEW | 5,97 | 1.373,10 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 16 | CAP, PROTECTIVE, DUST | AN/PVS-14 | A3144318 | 5340-01-397-6608 | EA | 230 | NEW | 5,32 | 1.223,60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | JUNE 15, 2020 | FOURTY EIGHT (48) MONTHS |
| 18 | BATTERY HOUSING ASSY | AN/PVS-14 | A3297309 | 5855-01-523-4058 | EA | 230 | NEW | 210,80 | 48.484,00 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 19 | EYEPIECE ASSEMBLY | AN/PVS-14 | A3256352 | 5855-01-444-1224 | EA | 26 | NEW | 212,35 | 5.521,10 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 20 | PACKING, PREFORMED | AN/PVS-14 | A3144316 | 5330-01-356-7219 | EA | 230 | NEW | 1,45 | 333,50 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 21 | SWITCH, KNOB ASSEMBLY | AN/PVS-14 | A3144404 | 5930-01-246-8264 | EA | 230 | NEW | 8,02 | 1.844,60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 22 | COVER,BATTERY RETAI | AN/PVS-14 | A3260939 | 6160-01-448-6355 | EA | 230 | NEW | 3,82 | 878,60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 23 | BATTERY CAP ASSEMBLY | AN/PVS-14 | A3297312 | 6160-01-524-3900 | EA | 230 | NEW | 17,61 | 4.050,30 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 24 | KNOB | AN/PVS-14 | A3256351 | 5355-01-444-1232 | EA | 230 | NEW | 8,02 | 1.844,60 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| 25 | PACKING, PREFORMED | AN/PVS-14 | A3256356 | 5330-01-444-1227 | EA | 230 | NEW | 1,44 | 331,20 | MARCH 15, 2020 | THIRTY-SIX (36) MONTHS |
| TOTAL | | | | | | | | | USD$ 857.694,56 | | |

2

**SUBJECT:**

"ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY""

**TERMS AND CONDITIONS:**

AGREEMENT

This AMENDMENT of the open Goods Purchase by the parties set for in the original Contract 008 ACOFA EJC/2019 for ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", incorporated herein by this reference; the "date" is modified as stated below as approved by the Colombian Army "ACTA No. 002" of april 20, 2020, incorporated herein as "ANEX 01" as of this  20  day of  Apr , 20  20

**AMENDMENT**

As the Effective Date, Supplier agree to amend open Goods Purchase Agreement 008 ACOFA EJC/2019 as follows:

1. **26. VALIDITY AND TERM OF PERFORMANCE**. This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from the Effective Date until June 15th, 2020.

2. Both Parties sign the Contract and transmits the signed document to the other Party.

3. The  guarantee must be extended 2 months after the last delivery date.

4. Issuance of Budget Record Certificate (CRP) by NATIONAL ARMY.

5. The term of execution is non-extendable until June 15th, 2020".

6. The Delivery will be made for items 3 and 17 on June 15, 2020

2. **39. SCHEDULE OF PAYMENTS:**

| RUBRO | RECURSO | VIGENCIA | PAYMENT DATE | AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| C-1502-0100-28-01502087-02. ADQUISICIÓN DE BIENES Y SERVICIOS – ARMAS CON MANTENIMIENTO MAYOR – FORTALECIMIENTO DEL MATERIAL Y EQUIPO PARA LAS TROPAS DE PRIMERA LÍNEA DE COMBATE DEL EJÉRCITO NACIONAL | 10 | 2019 | 100 % of contract value within ninety (90) calendar days upon issuing of Received to satisfaction Act by Contract Supervisor of Colombian ARMY | USD$ 857.694.56 | TOTAL PAYMENT |
| | | | | USD$ 857.694.56 | |

Except as specifically set forth above in this amendment, the original agreement is unmodified and remains in full force and effect.

The present Amendment has complete legal effect as on the Effective Date, upon execution and transmission to the other party by fax. Sing and return the present amendment within immediately from receipt by Email julio.pinedabe@buzonejercito.mil.co / modificatoriosacofa@colombianairforce.com

In witness WHEREOF, supplier and purchaser hereby have duly executed this amendment under seal as of the day and year first above written.

**BUYER**
**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By_____
Coronel ALEJANDRO VÉLEZ OSPINA

Date of Signature    20/Apr/2020

C.R VALENTÍN ROMERO
Director de Adquisiciones del Ejército Nacional

TE. XIMENA ACOSTA
Coordinadora Jurídica Área de Contratación de Ejército Nacional

TE. LUIS ALBERTO CHACON VARGAS
Oficial Área de Presupuesto Logístico

TC. EDWIN GIOVÁNNY PRIETO SANTOS
Gerente de Proyecto

**SELLER**
**AVIACOL USA CORP.**

By_____
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ

Date of Signature    20/Apr/2020

4

# Exhibit H

# AMENDMENT 4
## GOODS PURCHASE AGREEMENT



### COLOMBIAN AIR FORCE
### PURCHASING AGENCY

| PURCHASE NRO. 008 ACOFA EJC/2019 |
|---|

| Buyer 704 SW 34 TH STREET | FORT LAUDERDALE | FL | 33315 | PHONE: (954) 359-0177/0178 | FAX: (954) 359-0176 |
|---|---|---|---|---|---|

| Seller | AVIACOL USA CORP | | 2299 NW 108 TH. AVENUE, MIAMI, FL 33172 | |
|---|---|---|---|---|
| | Attn: HAROLD GIOVANNY BOCANEGRA | | PHONE: 305-5108631 | Email: sales@aviacolusacorp.com |

| Nro. CDP: 11619/ 12-03-2019 | Nro. CRP: 75219 / 22-10-2019 | RUBRO: C-1502-0100-28-01502087-2 | Num. Modifica: 4 | Fec. Modifica: 12/06/2020 |
|---|---|---|---|---|

| MM/DD/YYYY | FINAL DELIVERY DATE | ITEMS(S) | PAGE(S) | |
|---|---|---|---|---|
| CONTRACT DATE: OCTOBER 18, 2019 | JULY 10, 2020 | 2 | 2 | Total USD: $ 857.694,56 |

### SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-7B

| ITEM | DESCRIPTION | EQUIPMENT | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | IMAGE INTENSIFIER, N MX10130 | AN/PVS-7B | N/A | N/A | EA | 33 | NEW | 3.217,50 | 106.177,50 | JULY 10, 2020 | FOURTY EIGHT (48) MONTHS |

### SPARE PARTS FOR NIGHT VISION DEVICE AN/PVS-14

| ITEM | DESCRIPTION | EQUIPO | PART NUMBER | NSN | UNIT | QTY | CONDITION | UNIT VALUE USD | TOTAL VALUE USD | DELIVERY DATE | TECHNICAL WARRANTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | IMAGE INTENSIFIER, NIGHT MX11769 | AN/PVS-14 | N/A | N/A | EA | 211 | NEW | 3.207,60 | 676.803,60 | JULY 10, 2020 | FOURTY EIGHT (48) MONTHS |

**SUBJECT:**

"ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY""

**TERMS AND CONDITIONS:**

AGREEMENT

This Goods Purchase Agreement N. 008 ACOFA EJC/2019 for ACQUISITION OF SPARE PARTS FOR NIGHT VISION DEVICE AN / PVS-7B AND NIGHT VISION DEVICE AN / PVS-14 WITH DESTINATION TO THE NATIONAL ARMY", incorporated herein by this reference; is modified as stated below as approved by the Colombian Army "ACTA No. 003" dated June 12th, 2020, incorporated herein as "ANNEX 01" as of this __14_ day of __Jun_, 20 __20__

1

AMENDMENT

As the Effective Date, BUYER and SELLER agree to amend this Goods Purchase Agreement 008 ACOFA EJC/2019 as follows:

1. **VALIDITY AND TERM OF PERFORMANCE**. This Contract becomes effective when both Parties sign the Contract and transmits the signed document to the other Party, hereinafter referred as the "Effective Date." This Contract is valid from "Effective Date" until July 10th, 2020

2. The current PERFORMANCE GUARANTEE must be amended to extend the expiration date until 60 calendar days after the delivery date of last product hereunder.

3. The Delivery date for items 3 and 17 is hereby extended until July 10th, 2020.

Except as specifically set forth above in this amendment, the original agreement is unmodified and remains in full force and effect.

The present Amendment has complete legal effect as on the Effective Date, upon execution and transmission to the other party. Sing and return the present amendment within immediately from receipt by Email julio.pinedabe@buzonejercito.mil.co / modificatoriosacofa@colombianairforce.com

In witness WHEREOF, SELLER AND BUYER hereby have duly executed this amendment under seal as of the day and year first above written.



**BUYER**

**COLOMBIAN AIR FORCE PURCHASING AGENCY**

By_____

Colonel ALEJANDRO VÉLEZ OSPINA

Date of Signature_____14/Jun/20_____

C.R VALENTÍN ROMERO
Director de Adquisiciones del Ejército Nacional

TE. XIMENA ACOSTA
Coordinadora Jurídica Área de Contratación de Ejército Nacional

TE. LUIS ALBERTO CHACON VARGAS
Oficial Área de Presupuesto Logístico

TC. EDWIN GIOVANNY PRIETO SANTOS
Gerente de Proyecto

**SELLER**

**AVIACOL USA CORP**

By_____

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

_____ ire _____

2

# Exhibit I

EXPRESS WORLDWIDE **WPX**

Centiro Solutions v.1.1 / 14 - 1406

_DHL_

| | | |
|---|---|---|
| FROM PHOTONIS NetherlandS B.V.<br>Dwazzieweeen 2<br>9301 ZR Roden<br>NETHERLANDS | Contact:<br>Frans van der Werf<br>Phone:<br>31505023244 | Origin:<br>**AMS** |

TO: National Army Supply Battalion
Calle 103 A No 11B 00

Contact:
Edgar Silva
Phone:
573167974178

**BOGOTA**
**COLOMBIA**

## CO - BOG - BOG

. .

**C** ▮▮▮▮▮▮▮▮▮▮▮▮▮ | Day | Time

| Account No: ▮▮34 | Pickup date: 2020-06-26 | Package / Shipment **4,4 / 4,4 kg** | Piece: **1/1** |
|---|---|---|---|
| Ref code: 3626563426 | | | |



Content:
IMAGE
INTENSIFIERS

WAYBILL: **37 3047 1076**



**(2L)CO+48000001**

**(00) 37333006 210622987 0**



**DIAN**

**Planilla de recepción**

**1314**

Página 6 de 14   Hoja No. 2

Espacio reservado para la DIAN



4. Número de formulario   13148052953709



(415)7707212489984(8020) 001314805295370 9

**Datos documentos de transporte recibido**

| | | |
|---|---|---|
| 38. No. Formato 11667582697774 | 39. No. Documento transporte 3730471076 | 40. Fecha 2 0 2 0 0 6 2 6 |
| 41. Peso en Kg. remitido 4.6 | 42. Peso en Kg. recibido 4.48 | 43. Exceso $ 0 — 44. Defecto $ 0.12 |

**1**

45. Cantidad de bultos remitido 1 — 46. Cantidad de bultos recibido 1 — 47. Sobrante 0 — 48. Faltante 0 — 54. No. Manifiesto — 55. Fecha manifiesto

49. Observaciones
CAJA DE CARTON ABOLLADA S.V.C DIFERENCIA EN PESO DE -0.12 KGS

51. Ultima planilla ? Cód. 52. Dato manifestado 53. Justificación

| | | |
|---|---|---|
| 38. No. Formato 11667582697781 | 39. No. Documento transporte 3730471080 | 40. Fecha 2 0 2 0 0 6 2 6 |
| 41. Peso en Kg. remitido 20.4 | 42. Peso en Kg. recibido 18.59 | 43. Exceso $ 0 — 44. Defecto $ 1.81 |

**2**

45. Cantidad de bultos remitido 1 — 46. Cantidad de bultos recibido 1 — 47. Sobrante 0 — 48. Faltante 0 — 54. No. Manifiesto — 55. Fecha manifiesto

49. Observaciones
CAJA DE CARTON ABOLLADA S.V.C DIFERENCIA EN PESO DE +1.81 KGS

51. Ultima planilla ? Cód. 52. Dato manifestado 53. Justificación

| | | |
|---|---|---|
| 38. No. Formato 11667582697791 | 39. No. Documento transporte 3743947362 | 40. Fecha 2 0 2 0 0 6 2 5 |
| 41. Peso en Kg. remitido 45.5 | 42. Peso en Kg. recibido 46 | 43. Exceso $ 0.5 — 44. Defecto $ 0 |

**3**

45. Cantidad de bultos remitido 1 — 46. Cantidad de bultos recibido 1 — 47. Sobrante 0 — 48. Faltante 0 — 54. No. Manifiesto — 55. Fecha manifiesto

49. Observaciones
CAJON DE MADERA ZUNCHADO  S.V.C DIFERENCIA EN PESO DE +0.5 KGS

51. Ultima planilla ? Cód. 52. Dato manifestado 53. Justificación

| | | |
|---|---|---|
| 38. No. Formato 11667582697878 | 39. No. Documento transporte 4216865310 | 40. Fecha 2 0 2 0 0 6 2 1 |
| 41. Peso en Kg. remitido 0.82 | 42. Peso en Kg. recibido 0.79 | 43. Exceso $ 0 — 44. Defecto $ 0.03 |

**4**

45. Cantidad de bultos remitido 1 — 46. Cantidad de bultos recibido 1 — 47. Sobrante 0 — 48. Faltante 0 — 54. No. Manifiesto — 55. Fecha manifiesto

49. Observaciones
CAJA DE CARTON ABOLLADA S.V.C DIFERENCIA EN PESO DE -0.03 KGS

51. Ultima planilla ? Cód. 52. Dato manifestado 53. Justificación

| | | |
|---|---|---|
| 38. No. Formato 11667582698117 | 39. No. Documento transporte 4737283143 | 40. Fecha 2 0 2 0 0 6 2 4 |
| 41. Peso en Kg. remitido 0.86 | 42. Peso en Kg. recibido 0.72 | 43. Exceso $ 0 — 44. Defecto $ 0.14 |

**5**

45. Cantidad de bultos remitido 1 — 46. Cantidad de bultos recibido 1 — 47. Sobrante 0 — 48. Faltante 0 — 54. No. Manifiesto — 55. Fecha manifiesto

49. Observaciones
CAJA DE CARTON ABOLLADA S.V.C DIFERENCIA EN PESO DE -0.14 KGS

51. Ultima planilla ? Cód. 52. Dato manifestado 53. Justificación



**DIAN**

**Salida de Mercancías de Lugar de Embarque**



1178

| | | | Página 9 | de 23 | Hoja No. 2 |

Espacio reservado para la DIAN



4. Número de formulario



(415)7707212489984(8020)0011787554702846

## Datos de la carga

### 1

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697781 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|
| | | |

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3730471080 | 2 0 2 0 0 6 2 6 | 20 4 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

65. Identificación genérica de las mercancías

FOTO 18,59

C.C 160

66. NIT transportador | 67. DV | 68. Razón social

### 2

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697791 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|
| | | |

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3743947362 | 2 0 2 0 0 6 2 5 | 45 5 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

65. Identificación genérica de las mercancías

A6

C01 2.

66. NIT transportador | 67. DV | 68. Razón social

### 3

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697879 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|
| | | |

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 4216865310 | 2 0 2 0 0 6 2 1 | 0 82 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

65. Identificación genérica de las mercancías

0,79

C.C 160

66. NIT transportador | 67. DV | 68. Razón social

Colombia, un compromiso que no podemos



**DIAN**  Salida de Mercancías de Lugar de Embarque

**1178**

Página 8 de 23  Hoja No. 2

Espacio reservado para la DIAN

4. Número de formulario



(415)7707212489984(8020)00117855470284 6

## Datos de la carga

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697552 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3504443040 | 2 0 2 0 0 6 2 5 | 0.42 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|

**1**

65. Identificación genérica de las mercancías

*Foto   0,41*

*sobre Recaudado amba transparente*

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697631 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3710407525 | 2 0 2 0 0 6 2 4 | 4.65 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

**2**

65. Identificación genérica de las mercancías

*4,71*

*C.C Aho Fun*

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667582697774 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3730471076 | 2 0 2 0 0 6 2 6 | 4.6 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

**3**

65. Identificación genérica de las mercancías

*4,48*

*C.C Aso*

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

un compromiso que no podemos evadir.

**GUIA AEREA**

CASH

AMS    BOG

## DATOS DEL REMITENTE

No. de cuenta
0

Nombre de la compañía
PHOTONIS NETHERLANDS BV

Dirección
DWAZZIEWEGEN 2
RODEN

Código Postal
9301 ZR

Teléfono / Fax / Télex
31206558050

## DATOS DEL DESTINATARIO

Nombre de la compañía
**NATIONAL ARMY SUPPLY BATTALION**

Dirección
**CALLE 103 A NO 11B 00
REPREMUNDO 26903
BOGOTA**

Teléfono
573167974178

Fecha del envío
2020-06-26

## DETALLES DEL ENVIO

**SERVICIO**
- ☐ Document
- ☐ Non document
- ☐ Express Document
- ☐ Domestic
- ☐ Global Mail
- ☐ Otros

**COSTO DE TRANSPORTE**
Si no se marca una opción,
los paga el remitente
- ☐ Remitente
- ☐ Efectivo / Cheque / Tarjeta de Crédito
  Sólo para clientes autorizados
- ☐ Facturación Externa

**SEGURO PARA EL ENVIO**
- ☐ Si _____
  Valor Asegurado indicar moneda

VIGILADO
SUPERTRANSPORTE

**DESCRIPCION COMPLETA DEL CONTENIDO**
**116575010910608**        **2020-06-28**
IMAGE INTENSIFIERS

Partida Arancelaria

Valor Declarado (indicar moneda)
0,00 USD

Tipo de exportación    ☐ Permanente  ☐ Reparación / Devolución  ☐ Temporal

Derechos de Aduana / impuestos en destino si quedan en blanco los paga el Destinatario
Destinatario  ☐ X  Remitente  ☐  Otro

## TAMAÑO Y PESO

No. Piezas
1

Peso
4,60 KG

Dimensiones en cm largo * ancho * alto

Volumétrico cobrado
0,00 KG

Códigos

Especial

Seguro

Otros / IVA

Código moneda

TOTAL

Recogido / entregado por

Ruta No.

Hora

Fecha

## FORMULARIO SIMPLIFICADO DE DECLARACION

| | | | |
|---|---|---|---|
| AWB | Fecha de Entrega | Tasa de cambio | |
| Descripción | FOB US$ | Gravamen | |
| Peso KG | Flete US$ | IVA | |
| Destinatario | Seguro US$ | Impuestos Pagados | |
| Posición Arancelaria | Valor CIF US$ | | |

# EXPRESS WORLDWIDE

Centiro Solutions v.1.1 / 14 - 1406

FROM  PHOTONIS NetherlandS B.V.
Dwazzieweaen 2
9301 ZR Roden
NETHERLANDS

Contact:
Frans van der Werf
Phone:
31505023244

Origin:
**AMS**

TO:  National Army Supply Battalion
Calle 103 A No 11B 00

Contact:
Edgar Silva
Phone:
573167974178

BOGOTA
COLOMBIA

## CO - BOG - BOG

| | Day | Time |
|---|---|---|
| **C** | | |

| Account No: ▮534 | Pickup date: 2020-06-26 | Package / Shipment 18,5 / 18,5 kg | Piece: **1/1** |
|---|---|---|---|
| Ref code: 3626563430 | | | |



Content:
IMAGE
INTENSIFIERS

WAYBILL:        37 3047 1080



(2L)CO+48000001



(00) 37333006 210623087 6

**DHL**

**GUIA AEREA**

AMS — BOG

CASH

## DATOS DEL REMITENTE

No. de cuenta
0

Nombre de la compañía
PHOTONIS NETHERLANDS BV

Dirección
DWAZZIEWEGEN 2
RODEN

Código Postal
9301 ZR

Teléfono / Fax / Telex
31206558050

## DATOS DEL DESTINATARIO

Nombre de la compañía
NATIONAL ARMY SUPPLY BATTALION

Dirección
CALLE 103 A NO 11B 00
REPREMUNDO 26903
BOGOTA

Teléfono
573167974178

Fecha del envío
2020-06-26

## DETALLES DEL ENVIO

**SERVICIO**
- ☐ Document
- ☐ Non document
- ☐ Express Document
- ☐ Domestic
- ☐ Global Mail
- ☐ Otros

**COSTO DE TRANSPORTE**
Si no se marca una opción,
los paga el remitente
- ☐ Remitente
- ☑ Efectivo / Cheque / Tarjeta de Crédito
  Sólo para clientes autorizados
- ☑ Facturación Externa

**SEGURO PARA EL ENVIO**
- ☐ Sí
  Valor Asegurado indicar moneda

**VIGILADO SUPERTRANSPORTE**

**DESCRIPCION COMPLETA DEL CONTENIDO**

**1165750109106O8**    **2020-06-28**
IMAGE INTENSIFIERS

Partida Arancelaria

Valor Declarado (indicar moneda)
0.00 USD

Tipo de exportación
- ☐ Permanente
- ☐ Reparación / Devolución
- ☐ Temporal

Derechos de Aduana / impuestos en destino si quedan en blanco los paga el Destinatario
Destinatario ☒ Remitente ☐ Otro

## TAMAÑO Y PESO

No. Piezas
1

Peso
20,40 KG

Dimensiones en cm largo * ancho * alto

Volumétrico cobrado
0.00 KG

Códigos | Especial
Seguro
Otros / IVA

Código moneda | TOTAL

Recogido / entregado por
Ruta No.
Hora
Fecha

## FORMULARIO SIMPLIFICADO DE DECLARACION

| | | |
|---|---|---|
| AWB | Fecha de Entrega | Tasa de cambio |
| Descripción | FOB US$ | Gravamen |
| Peso KG | Flete US$ | IVA |
| Destinatario | Seguro US$ | Impuestos Pagados |
| Posición Arancelaria | Valor CIF US$ | |

Case 0:24-cv-61808-WPB Document 1 Entered on FLSD Docket 10/03/2024 Page 200 of 280

*DHL*

FROM PHOTONIS NetherlandS B.V.
Dwazzieweqen 2
9301 ZR Roden
NETHERLANDS

Contact:
Frans van der Werf
Phone:
31505023244

Origin:
**AMS**

TO: National Army Supply Battalion
Calle 103 A No 11B 00

Contact:
Edgar Silva
Phone:
573167974178

BOGOTA
COLOMBIA

# CO - BOG - BOG

| C | | Day | Time |
|---|---|---|---|

| Account No: ████34 | Pickup date: 2020-06-30 | Package / Shipment 6,5 / 6,5 kg | Piece: **1/1** |
|---|---|---|---|
| Ref code: 3626563570 | | | |



Content:
IMAGE
INTENSIFIERS

WAYBILL: 37 3047 1183



(2L)CO+48000001

(00) 37333006 210705905 6

# DIAN

**Planilla de recepción**

**1314**

Página **6** de **7** Hoja No. **2**

Espacio reservado para la DIAN

4. Número de formulario **13148053055960**

(415)7707212489984(8020) 001314805305596 0

**Datos documentos de transporte recibido**

### 1

| 38. No. Formato | 11667585119691 | 39. No. Documento transporte | 3730471183 | 40. Fecha | 2 0 2 0 0 6 3 0 | | |
|---|---|---|---|---|---|---|---|
| 41. Peso en Kg. remitido | 6.65 | 42. Peso en Kg. recibido | 6.69 | 43. Exceso $ | 0.04 | 44. Defecto $ | 0 |
| 45. Cantidad de bultos remitido | 1 | 46. Cantidad de bultos recibido | 1 | 47. Sobrante | 0 | 48. Faltante | 0 |
| 54. No. Manifiesto | | 55. Fecha manifiesto | | Año | Mes | Día | |

49. Observaciones
CAJA DE CARTON ABOLLADO S.V.C. CON DIFERENCIA DE PESO DE +0.04KG

51. Ultima planilla ? | Cód. | 52. Dato manifestadfo | 53. Justificación

### 2

| 38. No. Formato | 11667585119800 | 39. No. Documento transporte | 5762452124 | 40. Fecha | 2 0 2 0 0 7 0 6 | | |
|---|---|---|---|---|---|---|---|
| 41. Peso en Kg. remitido | 0.65 | 42. Peso en Kg. recibido | 0.77 | 43. Exceso $ | 0.12 | 44. Defecto $ | 0 |
| 45. Cantidad de bultos remitido | 1 | 46. Cantidad de bultos recibido | 1 | 47. Sobrante | 0 | 48. Faltante | 0 |
| 54. No. Manifiesto | | 55. Fecha manifiesto | | Año | Mes | Día | |

49. Observaciones
CAJA DE CARTON ABOLLADO S.V.C. CON DIFERENCIA DE PESO DE +0.12KG

51. Ultima planilla ? | Cód. | 52. Dato manifestadfo | 53. Justificación

### 3

| 38. No. Formato | 11667585120184 | 39. No. Documento transporte | 6395148804 | 40. Fecha | 2 0 2 0 0 7 0 4 | | |
|---|---|---|---|---|---|---|---|
| 41. Peso en Kg. remitido | 77.5 | 42. Peso en Kg. recibido | 78 | 43. Exceso $ | 0.5 | 44. Defecto $ | 0 |
| 45. Cantidad de bultos remitido | 6 | 46. Cantidad de bultos recibido | 6 | 47. Sobrante | 0 | 48. Faltante | 0 |
| 54. No. Manifiesto | | 55. Fecha manifiesto | | Año | Mes | Día | |

49. Observaciones
CAJAS DE CARTON ABOLLADO ZUNCHADO S.V.C. CON DIFERENCIA DE PESO DE +0.5KG

51. Ultima planilla ? | Cód. | 52. Dato manifestadfo | 53. Justificación

### 4

| 38. No. Formato | 11667585120629 | 39. No. Documento transporte | 6736211860 | 40. Fecha | 2 0 2 0 0 7 0 6 | | |
|---|---|---|---|---|---|---|---|
| 41. Peso en Kg. remitido | 65.6 | 42. Peso en Kg. recibido | 66 | 43. Exceso $ | 0.4 | 44. Defecto $ | 0 |
| 45. Cantidad de bultos remitido | 1 | 46. Cantidad de bultos recibido | 1 | 47. Sobrante | 0 | 48. Faltante | 0 |
| 54. No. Manifiesto | | 55. Fecha manifiesto | | Año | Mes | Día | |

49. Observaciones
CAJON DE MADERA S.V.C. CON DIFERENCIA DE PESO DE +0.4KG

51. Ultima planilla ? | Cód. | 52. Dato manifestadfo | 53. Justificación

### 5

| 38. No. Formato | 11667585121057 | 39. No. Documento transporte | 7237664523 | 40. Fecha | 2 0 2 0 0 7 0 1 | | |
|---|---|---|---|---|---|---|---|
| 41. Peso en Kg. remitido | 0.75 | 42. Peso en Kg. recibido | 0.73 | 43. Exceso $ | 0 | 44. Defecto $ | 0.02 |
| 45. Cantidad de bultos remitido | 1 | 46. Cantidad de bultos recibido | 1 | 47. Sobrante | 0 | 48. Faltante | 0 |
| 54. No. Manifiesto | | 55. Fecha manifiesto | | Año | Mes | Día | |

49. Observaciones
YUTE S.V.C. CON DIFERENCIA DE PESO DE -0.02KG

51. Ultima planilla ? | Cód. | 52. Dato manifestadfo | 53. Justificación

**DIAN**

Salida de Mercancías de Lugar de Embarque



**1178**

| | | Página 8 | de 11 | Hoja No. 2 |

Espacio reservado para la DIAN

4. Número de formulario

(415)7707212489984(8020) 0011178755481480 0

### Datos de la carga

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667585119556 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3543219735 | 2 0 2 0 0 7 0 7 | 0.91 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|

**65. Identificación genérica de las mercancías**

0.91

C. C. ABO

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667585119603 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3685354422 | 2 0 2 0 0 7 0 3 | 87.9 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|
| | | 4 | | | | |

**65. Identificación genérica de las mercancías**

87

C. C. ABO. REC DHC

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

| 50. Lugar destino final | Cód. | 51. Depósito habilitado / Zona Franca | Cód. | 52. Tipo documento que respalda la salida de zona primaria | 53. No. Documento que respalda la salida de zona primaria |
|---|---|---|---|---|---|
| Depósito habilitado | 1 | REPREMUNDO 26903 | 3 8 7 | 1 | 11667585119691 |

| 80. Departamento | 81. Ciudad / Municipio | 82. Dirección |
|---|---|---|

| 54. Tipo documento de viaje | Cód. | 55. No. Documento de transporte | 56. Fecha documento | 58. Peso bruto kgs. |
|---|---|---|---|---|
| Hijo | 3 | 3730471183 | 2 0 2 0 0 6 3 0 | 6.65 |

| 59. Clase de embalaje | Cód. | 60. No. de bultos | 61. No. de serie | 62. Subpartida | 63. Cód. Complementario | 64. Cód. Suplementario |
|---|---|---|---|---|---|---|

**65. Identificación genérica de las mercancías**

6.69

CC abo.

| 66. NIT transportador | 67. DV | 68. Razón social |
|---|---|---|

Colombia, un compromiso que no podemos evadir.

3730471183

**GUIA AEREA**

AMS | BOG

CASH

**TAMAÑO Y PESO**

| No. Piezas | Peso |
|---|---|
| 1 | 6,65 KG |

Dimensiones en cm largo * ancho * alto

Volumétrico cobrado
12.00 KG

## DATOS DEL REMITENTE

No. de cuenta
0

Nombre de la compañía
PHOTONIS NETHERLANDS BV

Dirección
DWAZZIEWEGEN 2
RODEN

| Código Postal | Teléfono / Fax / Télex |
|---|---|
| 9301 ZR | 31206558050 |

## DATOS DEL DESTINATARIO

Nombre de la compañía
**NATIONAL ARMY SUPPLY BATTALION**

Dirección
**CALLE 103 A NO 11B 00
REPREMUNDO 26903
BOGOTA**

| Teléfono | Fecha del envio |
|---|---|
| 573167974178 | 2020-06-30 |

## DETALLES DEL ENVIO

**SERVICIO**
- ☐ Document
- ☐ Non document
- ☐ Express Document
- ☐ Domestic
- ☐ Global Mail
- ☐ Otros

**COSTO DE TRANSPORTE**
*Si no se marca una opción, los paga el remitente*
- ☐ Remitente
- ☐ Efectivo / Cheque / Tarjeta de Crédito
  *Sólo para clientes autorizados*
- ☐ Facturación Externa

**SEGURO PARA EL ENVIO**
- ☐ Sí _____
  *Valor Asegurado indicar moneda*

VIGILADO
SUPERTRANSPORTE

**DESCRIPCION COMPLETA DEL CONTENIDO**
**116575010926135**     **2020-07-08**
IMAGE INTENSIFIERS

Partida Arancelaria

Valor Declarado (indicar moneda)
**0,00 USD**

**Tipo de exportación**   ☐ Permanente   ☐ Reparación / Devolución   ☐ Temporal

Derechos de Aduana / impuestos en destino si quedan en blanco los paga el Destinatario

**Destinatario** ☒ **Remitente** ☐ Otro ☐

| Códigos | Especial |
|---|---|
| | Seguro |
| | Otros / IVA |
| Código moneda | TOTAL |

Recogido / entregado por

Ruta No.

Hora

Fecha

## FORMULARIO SIMPLIFICADO DE DECLARACION

| | | |
|---|---|---|
| AWB | Fecha de Entrega | Tasa de cambio |
| Descripción | FOB US$ | Gravamen |
| Peso KG | Flete US$ | IVA |
| Destinatario | Seguro US$ | Impuestos Pagados |
| Posición Arancelaria | Valor CIF US$ | |

EXPRESS WORLDWIDE **WPX**

Centiro Solutions v.1.1 / 14 - 1406

Case 0:24-cv-618-WPXB   Document 1   Entered on FLSD Docket 10/03/2024   Page 204 of 280

*DHL*

FROM | PHOTONIS NetherlandS B.V.
Dwazzieweqen 2
9301 ZR Roden
NETHERLANDS

Contact:
Frans van der Werf
Phone:
31505023244

Origin:
**AMS**

TO: | National Army Supply Battalion
Calle 103 A No 11B 00

Contact:
Edgar Silva
Phone:
573167974178

BOGOTA
COLOMBIA

## CO - BOG - BOG

| C | | Day | Time |

Account No: ████34
Ref code: 3626563426

Pickup date:
2020-06-26

Package / Shipment
4,4 / 4,4 kg

Piece:
**1/1**



Content:
IMAGE
INTENSIFIERS

WAYBILL:        37 3047 1076



(2L)CO+48000001

(00) 37333006 210622987 0

[Official Translation]

| [Logo] DIAN | Reception Form | 1314 |
|---|---|---|

| Space reserved for DIAN | Page 6 of 14, Sheet No. 2 |
|---|---|
| [Barcode] | 4. Form No. 13148052953709 |
| | [Barcode] |
| | (415)7707212489984(8020) 001314805295370 9 |

**Received transportation documents information**

| 1 | 38. Form No. 11667582697774 | 39. Transportation document No. 3730471076 | | 40. Date 06/26/2020 | | |
|---|---|---|---|---|---|---|
| | 41. Sent weight (kg) 4.6 | 42. Received weight (kg) 4.48 | | 43. Excess COP 0 | | 44. Fault COP 0.12 |
| | 45. Sent packages quantity 1 | 46. Received packages quantity 1 | 47. Dismissed 0 | 48. Missing 0 | 54. Manifest No. | 55. Manifest date |
| | 49. Remarks DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF -0.12 KG | | | | | |
| | 51. Last form - Code | 52. Manifested information | | | 53. Justification | |

| 2 | 38. Form No. 11667582697781 | 39. Transportation document No. 3730471080 | | 40. Date 06/26/2020 | | |
|---|---|---|---|---|---|---|
| | 41. Sent weight (kg) 20.4 | 42. Received weight (kg) 18.59 | | 43. Excess COP 0 | | 44. Fault COP 1.81 |
| | 45. Sent packages quantity 1 | 46. Received packages quantity 1 | 47. Dismissed 0 | 48. Missing 0 | 54. Manifest No. | 55. Manifest date |
| | 49. Remarks DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF +1.81 KG | | | | | |
| | 51. Last form - Code | 52. Manifested information | | | 53. Justification | |

| 3 | 38. Form No. 11667582697791 | 39. Transportation document No. 3743947362 | | 40. Date 06/25/2020 | | |
|---|---|---|---|---|---|---|
| | 41. Sent weight (kg) 45.5 | 42. Received weight (kg) 46 | | 43. Excess COP 0.5 | | 44. Fault COP 0 |
| | 45. Sent packages quantity 1 | 46. Received packages quantity 1 | 47. Dismissed 0 | 48. Missing 0 | 54. Manifest No. | 55. Manifest date |
| | 49. Remarks STRAPPED WOODEN DRAWER S.V.C. WEIGHT DIFFERENCE OF +0.5 KG | | | | | |
| | 51. Last form - Code | 52. Manifested information | | | 53. Justification | |

| 4 | 38. Form No. 11667582697878 | 39. Transportation document No. 4216865310 | | 40. Date 06/21/2020 | | |
|---|---|---|---|---|---|---|
| | 41. Sent weight (kg) 0.82 | 42. Received weight (kg) 0.79 | | 43. Excess COP 0 | | 44. Fault COP 0.03 |
| | 45. Sent packages quantity 1 | 46. Received packages quantity 1 | 47. Dismissed 0 | 48. Missing 0 | 54. Manifest No. | 55. Manifest date |
| | 49. Remarks DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF -0.03 KG | | | | | |
| | 51. Last form - Code | 52. Manifested information | | | 53. Justification | |

| 5 | 38. Form No. 11667582698117 | 39. Transportation document No. 4737283143 | | 40. Date 06/24/2020 | | |
|---|---|---|---|---|---|---|
| | 41. Sent weight (kg) 0.86 | 42. Received weight (kg) 0.72 | | 43. Excess COP 0 | | 44. Fault COP 0.14 |
| | 45. Sent packages quantity 1 | 46. Received packages quantity 1 | 47. Dismissed 0 | 48. Missing 0 | 54. Manifest No. | 55. Manifest date |
| | 49. Remarks DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF -0.14 KG | | | | | |
| | 51. Last form - Code | 52. Manifested information | | | 53. Justification | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] DIAN | Departure of Goods from Place of Shipment | 1178 |
|---|---|---|
| Space reserved for DIAN [Barcode] | | Page 9 of 23, Sheet No. 2 |
| | 4. Form No. [Barcode] (415)7707212489984(8020) 001178755470284 6 | |

| Cargo information | | | | | |
|---|---|---|---|---|---|
| 1 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697781 | |
| | 80. Department | 81. City/Municipality | 82. Address | | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 3730471080 | 56. Document date 06/26/2020 | 58. Net weight (kg) 20.4 | |
| | 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
| | 65. Generic identification of the goods Photo 18.59 C.C. Abo | | | | |
| | 66. Carrier TIN | 67. DV | 68. Business name | | |
| 2 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697791 | |
| | 80. Department | 81. City/Municipality | 82. Address | | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 3743947362 | 56. Document date 06/25/2020 | 58. Net weight (kg) 45.5 | |
| | 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
| | 65. Generic identification of the goods 46 CM 7 | | | | |
| | 66. Carrier TIN | 67. DV | 68. Business name | | |
| 3 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697878 | |
| | 80. Department | 81. City/Municipality | 82. Address | | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 4216865310 | 56. Document date 06/21/2020 | 58. Net weight (kg) 0.82 | |
| | 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
| | 65. Generic identification of the goods 0.79 C.C. Abo | | | | |
| | 66. Carrier TIN | 67. DV | 68. Business name | | |
| [Motto] | | | | | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

_John A. Oyuela_
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] DIAN | Departure of Goods from Place of Shipment | | 1178 | |
|---|---|---|---|---|
| Space reserved for DIAN | | | | Page 8 of 23, Sheet No. 2 |
| | [Barcode] | 4. Form No. | | |
| | | [Barcode] (415)7707212489984(8020) 001178755470284 6 | | |
| Cargo information | | | | |

| 1 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697552 |
|---|---|---|---|---|
| | 80. Department | 81. City/Municipality | 82. Address | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 3504443040 | 56. Document date 06/25/2020 | 58. Net weight (kg) 0.42 |

| 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

| 65. Generic identification of the goods Photo 0.41 Rebranded envelope transparent tape |
|---|

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

| 2 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697631 |
|---|---|---|---|---|
| | 80. Department | 81. City/Municipality | 82. Address | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 3710407525 | 56. Document date 06/24/2020 | 58. Net weight (kg) 4.65 |

| 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

| 65. Generic identification of the goods 4.71 C.C. Abo 7 units |
|---|

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

| 3 | 50. Final destination place – Code Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone 1 | 53. No. of document supporting departure from primary zone 11667582697774 |
|---|---|---|---|---|
| | 80. Department | 81. City/Municipality | 82. Address | |
| | 54. Travel document type – Code Son - 3 | 55. Transportation document No. 3730471076 | 56. Document date 06/26/2020 | 58. Net weight (kg) 4.6 |

| 59. Type of packaging - Code | 60. No. of packages 1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

| 65. Generic identification of the goods 4.48 C.C. Abo |
|---|

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

| [Motto] |
|---|



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] DHL | 3730471076 | [Barcode] | Origin AMSTERDAM | Destination BOGOTÁ | CASH |
|---|---|---|---|---|---|
| SENDER INFORMATION | | DELIVERY DETAILS | | SIZE AND WEIGHT | |
| Account No. 0 | | SERVICE ☐ Document | TRANSPORTATION COST If no option is marked, the sender pays ☐ Sender | No. of Pieces 1 | Weight 4.60 KG |
| Company name PHOTONIS NETHERLANDS BV | | ☐ Non document ☐ Express document | | Dimensions in cm (length-width-height) | |
| Address DWAZZIEWEGEN 2 RODEN | | ☐ Domestic ☐ Global Mail | | Volumetric charged 0.00 KG | |
| PO BOX 9301 ZR | Telephone/Fax (+31) 206 558 050 | ☐ Others Supervised by the Superintendence of Transportation DESCRIPTION OF THE ENTIRE CONTENT 116575010910608 06/28/2020 IMAGE INTENSIFIERS | ☐ Cash/Check/Credit Card Only for authorized clients ☐ External billing INSURANCE FOR THE DELIVERY ☐ Yes (Insured amount, indicate currency) | Codes | Special |
| | | | | | Insurance |
| | | | | | Others / VAT |
| | | | | Currency code | TOTAL |
| RECIPIENT INFORMATION Company name NATIONAL ARMY SUPPLY BATTALION | | Tariff item | Declared Amount (indicate currency) USD 0.00 | Collected/delivered by Route No. | |
| Address CALLE 103A No. 11B 00 REPREMUNDO 26903 BOGOTÁ | | Type of export ☐ Permanent ☐ Repair/Refund ☐ Temporary | | Time | |
| Telephone (+57) 316 797 4178 | Delivery date 06/26/2020 | Custom Fees/Tax at destination, if left in blank, the Recipient pays them Recipient X   Sender ☐   Other _____ | | Date | |
| SIMPLIFIED FORM OF DECLARATION | | | | | |
| AWB | | Delivery date | | Change rate | |
| Description | | FOB USD | | Encumbrance | |
| Weight KG | | Freight USD | | VAT | |
| Recipient | | Insurance USD | | Paid Taxes | |
| Tariff position | | CIF Amount USD | | | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

EXPRESS WORLDWIDE **WPX**

Centiro Solutions v.1.1 / 14 - 1406

_DHL_

| FROM | PHOTONIS NetherlandS B.V.<br>Dwazzieweqen 2<br>9301 ZR Roden<br>NETHERLANDS | Contact:<br>Frans van der Werf<br>Phone:<br>31505023244 | Origin:<br>**AMS** |

| TO: | National Army Supply Battalion<br>Calle 103 A No 11B 00 | Contact:<br>Edgar Silva<br>Phone:<br>573167974178 |

BOGOTA
COLOMBIA

## CO - BOG - BOG

| C | | Day | Time |

| Account No: ████534 | Pickup date:<br>2020-06-26 | Package / Shipment<br>18,5 / 18,5 kg | Piece: |
| Ref code: 3626563430 | | | **1/1** |



Content:
IMAGE
INTENSIFIERS

WAYBILL:          37 3047 1080



(2L)CO+48000001

(00) 37333006 210623087 6

[Official Translation]

| [Logo] DHL | 3730471080 | [Barcode] | Origin AMSTERDAM | Destination BOGOTÁ | CASH |
|---|---|---|---|---|---|
| SENDER INFORMATION | | DELIVERY DETAILS | | SIZE AND WEIGHT | |
| Account No. 0 | | SERVICE<br>☐ Document | TRANSPORTATION COST | No. of Pieces 1 | Weight 20.40 KG |
| Company name PHOTONIS NETHERLANDS BV | | ☐ Non document<br>☐ Express document | If no option is marked, the sender pays | Dimensions in cm (length-width-height) | |
| Address DWAZZIEWEGEN 2 RODEN | | ☐ Domestic<br>☐ Global Mail | ☐ Sender | Volumetric charged 0.00 KG | |
| PO BOX 9301 ZR | Telephone/Fax (+31) 206 558 050 | ☐ Others<br>Supervised by the Superintendence of Transportation<br>DESCRIPTION OF THE ENTIRE CONTENT<br>116575010910608<br>06/28/2020<br>IMAGE INTENSIFIERS | ☐ Cash/Check/Credit Card<br>Only for authorized clients<br>☐ External billing<br>INSURANCE FOR THE DELIVERY<br>☐ Yes (Insured amount, indicate currency) | Codes | Special |
| | | | | | Insurance |
| | | | | | Others / VAT |
| | | | | Currency code | TOTAL |
| RECIPIENT INFORMATION Company name NATIONAL ARMY SUPPLY BATTALION | | Tariff item | Declared Amount (indicate currency) USD 0.00 | Collected/delivered by | |
| Address CALLE 103A No. 11B 00 REPREMUNDO 26903 BOGOTÁ | | Type of export<br>☐ Permanent ☐ Repair/Refund<br>☐ Temporary | | Route No. | |
| Telephone (+57) 316 797 4178 | Delivery date 06/26/2020 | Custom Fees/Tax at destination, if left in blank, the Recipient pays them<br>Recipient X   Sender ☐   Other _____ | | Time<br>Date | |
| SIMPLIFIED FORM OF DECLARATION | | | | | |
| AWB | | Delivery date | | Change rate | |
| Description | | FOB USD | | Encumbrance | |
| Weight KG | | Freight USD | | VAT | |
| Recipient | | Insurance USD | | Paid Taxes | |
| Tariff position | | CIF Amount USD | | | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

# EXPRESS WORLDWIDE

Centiro Solutions v.1.1 / 14 - 1406

**WPX**

*DHL*

| FROM | PHOTONIS NetherlandS B.V.<br>Dwazziewegen 2<br>9301 ZR Roden<br>NETHERLANDS | Contact:<br>Frans van der Werf<br>Phone:<br>31505023244 | Origin:<br>AMS |
|---|---|---|---|

| TO: | National Army Supply Battalion<br>Calle 103 A No 11B 00 | Contact:<br>Edgar Silva<br>Phone:<br>573167974178 |
|---|---|---|

BOGOTA
COLOMBIA

## CO - BOG - BOG

| C | | Day | Time |
|---|---|---|---|

| Account No: 191285534 | Pickup date: | Package / Shipment | Piece: |
|---|---|---|---|
| Ref code:   3626563570 | 2020-06-30 | 6,5 / 6,5 kg | **1/1** |



Content:
IMAGE
INTENSIFIERS

WAYBILL:          37 3047 1183



(2L)CO+48000001



(00) 37333006 210705905 6

[Official Translation]

| [Logo] DIAN | Reception Form | | 1314 | |
|---|---|---|---|---|
| Space reserved for DIAN | | | | Page 6 of 7, Sheet No. 2 |
| | [Barcode] | | 4. Form No. 13148053055960 | |
| | | | [Barcode] | |
| | | | (415)7707212489984(8020) 001314805305596 0 | |

| | Received transportation documents information | | | | |
|---|---|---|---|---|---|
| 1 | 38. Form No.<br>11667585119691 | 39. Transportation document No.<br>3730471183 | | 40. Date<br>06/30/2020 | |
| | 41. Sent weight (kg)<br>6.65 | 42. Received weight (kg)<br>6.69 | | 43. Excess COP<br>0.04 | 44. Fault COP<br>0 |
| | 45. Sent packages quantity<br>1 | 46. Received packages quantity<br>1 | 47. Dismissed<br>0 | 48. Missing<br>0 | 54. Manifest No. / 55. Manifest date |
| | 49. Remarks<br>DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF +0.04 KG | | | | |
| | 51. Last form - Code | 52. Manifested information | | 53. Justification | |
| 2 | 38. Form No.<br>11667585119800 | 39. Transportation document No.<br>5762452124 | | 40. Date<br>07/06/2020 | |
| | 41. Sent weight (kg)<br>0.65 | 42. Received weight (kg)<br>0.77 | | 43. Excess COP<br>0.12 | 44. Fault COP<br>0 |
| | 45. Sent packages quantity<br>1 | 46. Received packages quantity<br>1 | 47. Dismissed<br>0 | 48. Missing<br>0 | 54. Manifest No. / 55. Manifest date |
| | 49. Remarks<br>DENTED CARDBOARD BOX S.V.C. WEIGHT DIFFERENCE OF +0.12 KG | | | | |
| | 51. Last form - Code | 52. Manifested information | | 53. Justification | |
| 3 | 38. Form No.<br>11667585120184 | 39. Transportation document No.<br>6395148804 | | 40. Date<br>07/04/2020 | |
| | 41. Sent weight (kg)<br>77.5 | 42. Received weight (kg)<br>78 | | 43. Excess COP<br>0.5 | 44. Fault COP<br>0 |
| | 45. Sent packages quantity<br>6 | 46. Received packages quantity<br>6 | 47. Dismissed<br>0 | 48. Missing<br>0 | 54. Manifest No. / 55. Manifest date |
| | 49. Remarks<br>STRAPPED AND DENTED CARDBOARD BOXES S.V.C. WEIGHT DIFFERENCE OF +0.5 KG | | | | |
| | 51. Last form - Code | 52. Manifested information | | 53. Justification | |
| 4 | 38. Form No.<br>11667585120629 | 39. Transportation document No.<br>6736211860 | | 40. Date<br>07/06/2020 | |
| | 41. Sent weight (kg)<br>65.6 | 42. Received weight (kg)<br>66 | | 43. Excess COP<br>0.4 | 44. Fault COP<br>0 |
| | 45. Sent packages quantity<br>1 | 46. Received packages quantity<br>1 | 47. Dismissed<br>0 | 48. Missing<br>0 | 54. Manifest No. / 55. Manifest date |
| | 49. Remarks<br>WOODEN DRAWER S.V.C. WEIGHT DIFFERENCE OF +0.4 KG | | | | |
| | 51. Last form - Code | 52. Manifested information | | 53. Justification | |
| 5 | 38. Form No.<br>11667585121057 | 39. Transportation document No.<br>7237664523 | | 40. Date<br>07/01/2020 | |
| | 41. Sent weight (kg)<br>0.75 | 42. Received weight (kg)<br>0.73 | | 43. Excess COP<br>0 | 44. Fault COP<br>0.02 |
| | 45. Sent packages quantity<br>1 | 46. Received packages quantity<br>1 | 47. Dismissed<br>0 | 48. Missing<br>0 | 54. Manifest No. / 55. Manifest date |
| | 49. Remarks<br>JUTE S.V.C. WEIGHT DIFFERENCE OF -0.02KG | | | | |
| | 51. Last form - Code | 52. Manifested information | | 53. Justification | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

_John A. Oyuela_
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] DIAN | Departure of Goods from Place of Shipment | 1178 |
|---|---|---|

| Space reserved for DIAN [Barcode] | Page 8 of 11, Sheet No. 2<br>4. Form No.<br>[Barcode]<br>(415)7707212489984(8020) 001178755481480 0 |
|---|---|

Cargo information

**1**

| 50. Final destination place – Code<br>Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code<br>REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone<br>1 | 53. No. of document supporting departure from primary zone<br>11667585119556 |
|---|---|---|---|

| 80. Department | 81. City/Municipality | 82. Address |
|---|---|---|

| 54. Travel document type – Code<br>Son - 3 | 55. Transportation document No.<br>3543219735 | 56. Document date<br>07/07/2020 | 58. Net weight (kg)<br>0.91 |
|---|---|---|---|

| 59. Type of packaging - Code | 60. No. of packages<br>1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

65. Generic identification of the goods
0.91
C-C-ABO

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

**2**

| 50. Final destination place – Code<br>Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code<br>REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone<br>1 | 53. No. of document supporting departure from primary zone<br>11667585119603 |
|---|---|---|---|

| 80. Department | 81. City/Municipality | 82. Address |
|---|---|---|

| 54. Travel document type – Code<br>Son - 3 | 55. Transportation document No.<br>3685354422 | 56. Document date<br>07/03/2020 | 58. Net weight (kg)<br>87.9 |
|---|---|---|---|

| 59. Type of packaging - Code | 60. No. of packages<br>4 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

65. Generic identification of the goods
87
C-C-ABO . REC DHL

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

**3**

| 50. Final destination place – Code<br>Authorized deposit - 1 | 51. Authorized deposit/free trade zone – Code<br>REPREMUNDO 26903 - 387 | 52. Type of document supporting departure from primary zone<br>1 | 53. No. of document supporting departure from primary zone<br>11667585119691 |
|---|---|---|---|

| 80. Department | 81. City/Municipality | 82. Address |
|---|---|---|

| 54. Travel document type – Code<br>Son - 3 | 55. Transportation document No.<br>3730471183 | 56. Document date<br>06/30/2020 | 58. Net weight (kg)<br>6.65 |
|---|---|---|---|

| 59. Type of packaging - Code | 60. No. of packages<br>1 | 61. Series No. | 62. Subheading | 63. Complimentary Code | 64. Supplementary Code |
|---|---|---|---|---|---|

65. Generic identification of the goods
6.69
C.C. Abo

| 66. Carrier TIN | 67. DV | 68. Business name |
|---|---|---|

[Motto]



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

| [Logo] DHL | 3730471183 | [Barcode] | Origin AMSTERDAM | Destination BOGOTÁ | CASH |
|---|---|---|---|---|---|
| SENDER INFORMATION | | DELIVERY DETAILS | | SIZE AND WEIGHT | |

| SENDER INFORMATION | | DELIVERY DETAILS | | SIZE AND WEIGHT | |
|---|---|---|---|---|---|
| Account No. 0 | | SERVICE<br>☐ Document<br>☐ Non document<br>☐ Express document<br>☐ Domestic<br>☐ Global Mail<br>☐ Others<br>Supervised by the Superintendence of Transportation<br>DESCRIPTION OF THE ENTIRE CONTENT<br>116575010926135<br>07/08/2020<br>IMAGE INTENSIFIERS | TRANSPORTATION COST<br>If no option is marked, the sender pays<br>☐ Sender<br><br>☐ Cash/Check/Credit Card<br>Only for authorized clients<br>☐ External billing<br>INSURANCE FOR THE DELIVERY<br>☐ Yes (Insured amount, indicate currency) | No. of Pieces 1 | Weight 6.65 KG |
| Company name PHOTONIS NETHERLANDS BV | | | | Dimensions in cm (length-width-height) | |
| Address DWAZZIEWEGEN 2 RODEN | | | | Volumetric charged 12.00 KG | |
| PO BOX 9301 ZR | Telephone/Fax (+31) 206 558 050 | | | Codes | Special |
| | | | | | Insurance |
| | | | | | Others / VAT |
| | | | | Currency code | TOTAL |

| RECIPIENT INFORMATION Company name NATIONAL ARMY SUPPLY BATTALION | | Tariff item | Declared Amount (indicate currency) USD 0.00 | Collected/delivered by<br><br>Route No. |
|---|---|---|---|---|
| Address CALLE 103A No. 11B 00 REPREMUNDO 26903 BOGOTÁ | | Type of export<br>☐ Permanent ☐ Repair/Refund<br>☐ Temporary | | Time |
| Telephone (+57) 316 797 4178 | Delivery date 06/30/2020 | Custom Fees/Tax at destination, if left in blank, the Recipient pays them<br>Recipient X   Sender ☐   Other _____ | | Date |

| SIMPLIFIED FORM OF DECLARATION | | |
|---|---|---|
| AWB | Delivery date | Change rate |
| Description | FOB USD | Encumbrance |
| Weight KG | Freight USD | VAT |
| Recipient | Insurance USD | Paid Taxes |
| Tariff position | CIF Amount USD | |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024.** This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit J



Bogotá, D.C., 16 de Julio de 2020

Señores
**EJERCITO NACIONAL DE COLOMBIA**
**Contrato 008-ACOFA-EJC-2019**
Bogotá, Colombia

Oficio 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

**REF.** Nacionalización guías contrato 008

En relación al contrato 008-ACOFA-EJC-2019, me permito informar que las guías aéreas 3730471076, 3730471076, y 3730471183, en las cuales fue entregado el material perteneciente al contrato en asunto, fueron liberadas en compañía del Cabo Primero Castro, representante de comercio exterior del Ejercito Nacional de Colombia; a quien se le entrego toda la documentación original, para realizar la nacionalización y todos los tramites que sean requeridos.

Atentamente,

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**
**Representante Legal AVIACOL USA CORP.**



Bogotá, D.C., 27 de Julio de 2020


Señores
**DIRECCION DE ADQUISICIONES**
**EJERCITO NACIONAL DE COLOMBIA**
Bogotá, Colombia

Oficio 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

**REF.** Inspección material contrato 008


En relación al contrato 008-ACOFA-EJC-2019, me permito solicitar la autorización para la inspección del material recibido desde el 26 y 30 de junio bajo las guías aéreas 3730471076, 3730471076, y 3730471183.


Atentamente,


**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**
**Representante Legal AVIACOL USA CORP.**



Bogotá, D.C., 27 de Julio de 2020


Señor Mayor
**JULIO CESAR PINEDA BELLO**
**SUPERVISOR CONTRATO 008**
**EJERCITO NACIONAL DE COLOMBIA**
Bogotá, Colombia

Oficio 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


**REF.** Inspección material contrato 008


En relación al contrato 008-ACOFA-EJC-2019, me permito solicitar al señor supervisor del contrato, se autorice los tramites necesarios para realizar la debida inspección del material recibido desde el 26 y 30 de junio mediante las guías aéreas 3730471076, 3730471076, y 3730471183, perteneciente al contrato en referencia; y que no se ha podido dar recibido a satisfacción a falta de dicha inspección.


Agradezco la atención puesta en la presente

Atentamente,

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**
**Representante Legal AVIACOL USA CORP.**



Bogotá, D.C., 24 de agosto de 2020


Señores:
**Agencia de compras FAC**
**FUERZA AEREA COLOMBIANA**
Fourt Lauderdale

Oficio 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

**ASUNTO:** Contrato No. 008-ACOFA-EJC-2019

Respetados Señores:

Como Representante Legal de la compañía **AVIACOL USA CORP**, contratista de la **AGENCIA DE COMPRAS – EJERCITO NACIONAL**, en virtud al contrato citado en asunto, de manera atenta y respetuosa me dirijo a ustedes con el propósito de solicitarles se sirvan autorizar a quien corresponda la nacionalización de las guías que relaciono a continuación, toda vez que fueron trasladas a depósitos diferentes a las del Ejército Nacional:

- DHL Guía Aérea No. 3730471076,
- DHL Guía Aérea No. 3730471076,
- DHL Guía Aérea No. 3730471183.
- UPS: IZ7F226Y6665181941

Favor se solicita se autorice este proceso lo antes posible toda vez que tenemos hasta el día 26 de agosto de 2020 para nacionalizarla o por lo contrario la mercancía seria declarada por abandono.

Agradezco de ante mano la atención prestada a la presente y en espera a una pronta respuesta.


Atentamente,

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**
**Representante Legal AVIACOL USA CORP.**

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., July 16, 2020

To all
**NATIONAL ARMY OF COLOMBIA**
**Contract 008-ACOFA-EJC-2019**
Bogotá, Colombia

Official Notice 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

**REFERENCE:** Nationalization of Waybills from Contract No. 008

Regarding Contract No. 008-ACOFA-EJC-2019, I do hereby inform that Air Waybills No. 3730471076, 3730471076, and 3730471183, under which the material related to Contract No. 008 was delivered, were released in the presence of Corporal First-Class Castro, representative of foreign trade of the National Army of Colombia. All the original documentation was handed to him for the nationalization and all other required procedures.

Sincerely,

[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., July 27, 2020

To all,
**DIRECTORATE OF ACQUISITIONS**
**NATIONAL ARMY OF COLOMBIA**
Bogotá, Colombia

Official Notice 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

**REFERENCE:** Material Inspection of Contract No. 008

Regarding Contract No. 008-ACOFA-EJC-2019, I do hereby request the authorization for an inspection of the material received from June 26 to June 30 under Air Waybills 3730471076, 3730471076, and 3730471183.

Sincerely,

[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., July 27, 2020

Mr. Major
**JULIO CESAR PINEDA BELLO**
**SUPERVISOR OF CONTRACT No. 008**
**NATIONAL ARMY OF COLOMBIA**
Bogotá, Colombia

Official Notice 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

**REFERENCE:** Material Inspection of Contract No. 008

Regarding Contract No. 008-ACOFA-EJC-2019, I do hereby request that the contract supervisor authorize the necessary procedures to carry out the proper inspection of the material received from June 26 to June 30 under Air Waybills 3730471076, 3730471076, and 3730471183, pertaining to Contract No. 008. This material has not been satisfactorily received due to the lack of this inspection.

I appreciate your consideration of this matter.

Sincerely,

[Signature]
**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., August 24, 2020

To all,
**Purchasing Agency of the COLOMBIAN AIR FORCE**
**COLOMBIAN AIR FORCE**
Bogotá, Colombia

Official Notice 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

**REFERENCE:** Contract No. 008-ACOFA-EJC-2019

Dear all,

As the Legal Representative of the Company **AVIACOL USA CORP**, contactor of the **PURCHASING AGENCY OF THE NATIONAL ARMY**, regarding Contract No. 008-ACOFA-EJC-2019, I do hereby request the relevant authorities to authorize the nationalization process of the waybills listed below, as they were transferred to different warehouses from those of the National Army:

- DHL Air Waybill No. 3730471076
- DHL Air Waybill No. 3730471076
- DHL Air Waybill No. 3730471183
- UPS: IZ7F226Y6665181941

Please authorize this process as soon as possible. We have until August 26, 2020, to complete the nationalization; otherwise, the merchandise will be declared abandoned.

I appreciate your consideration of this matter. I look forward to a prompt response.

Sincerely,

[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit K



**MINISTERIO DE DEFENSA NACIDNAL**
**COMANDD GENERAL DE LAS FUERZAS MILITARES**
**EJERCITO NACIONAL**
**BATALLON DE MANTENIMIENTO**

Al contestar, cite este número

Radicado No. 2020894008959823; MDN-COGFM-COEJC-SECEJ- COLOG-BRLOG01-
BAMAN-S4-17.3

Bogotá D.C., 24 de agosto de 2020

Señor Coronel
VALENTIN ROMERO GARZON
Director Adquisiciones Ejercito
Carrera 50 No. 18 - 92 Puente Aranda
Bogotá, D.C.

Asunto: Informe de novedades contrato- 008-ACOFA-EJC-2019

Con toda atención me permito escribir al Señor Coronel Director de Adquisiciones de
Ejercito, sobre la recepción y nacionalización de los elementos correspondientes a la
última entrega del contrato 008-ACOFA-EJC-2019 el cuál en su cláusula 13 especifica
que el lugar de entrega de todos los elementos deberá ser en el Almacén De
Ejercito- Deposito Aduanero ubicado en el Cantón Norte, Calle 103, Cra. 11B.

Los elementos con las guías número 3730471080 – 3730471070 – 3730471183,
pertenecientes al contrato en mención, fueron ingresados por error de la empresa en 3
almacenes diferentes, 46 tubos entregados en el deposito aduanero estipulado en
contrato, 146 tubos ingresaron al almacén externo Repremundo- Agencia de Aduanas y 2
tubos ingresaron a un deposito ubicado en zona franca.

Por tal razón el proceso de nacionalización solo se podría realizar para los 46 elementos
entregados en el almacén acordado en el contrato, los elementos que se encuentran en
depósitos diferentes deberán ser movilizados por la empresa, ingresados nuevamente al
país y entregados en el deposito aduanero de ejercito ubicado en el Cantón Norte para
poder cumplir a cabalidad con las cláusulas del contrato, en caso de no ser así
estaríamos incumpliendo la cláusula 13 la cuál era totalmente conocida por la empresa,
igualmente las 2 unidades de tubos que se encuentran en zona franca no pueden ser
recibidas bajo ningún termino por su estado.

Cabe mencionar que al contrato se le han otorgado 4 prorrogas desde su suscripción en
octubre de 2019, se han generado dos incumplimientos por parte de la empresa los
cuales ya se encuentran en proceso de verificación y las novedades en cuanto a la
entrega de los elementos en depósitos diferentes nunca fueron anunciados con
anterioridad por la empresa.



**2020** AÑO DEL FORTALECIMIENTO DE LA PROFESIONALIZACIÓN MILITAR
Y COHESIÓN DE LA FUERZA

Calle 19 sur no. 8 - 40 Barrio Sosiego, San Cristóbal Sur
Tel. Fax: 3600520
www.ejercito.mil.co
bamen@ejercito.mil.co

DIRECCION DE ADQUISICIONES

Recibio: Merylin V
Fecha 24-Agosto-2020 Hora 18:00
Registro No. 925





Escaneado con CamScanner



Al contestar, cite este número                                    Pag 2 de 2

Radicado No. 2020694006959823: MDN-COGFM-COEJC-SECEJ- COLOG-BRLOG1-
BAMAN-S4-17.3

Teniendo en cuenta lo anterior y velando por la correcta ejecución del contrato, lo cual
hace parte de mis obligaciones de supervisión me permito informar que **No** es viable
aceptar los elementos si no son entregados siguiendo todos los lineamientos planteados
en el contrato, para lo anterior se solicitará a la empresa corregir su error e ingresar los
elementos nuevamente al país de tal forma que se entregue únicamente en el Almacén
De Ejercito- Deposito Aduanero ubicado en el Cantón Norte, Calle 103, Cra. 11B.

Muy respetuosamente me permito solicitar su apoyo para continuar con el proceso de
incumplimiento por parte de la empresa, el cual en su primera instancia contempla la
negociación para llegar a un acuerdo, buscando poder recibir los elementos y cumplir a
cabalidad con lo estipulado en el contrato para evitar así cualquier problema jurídico.

Respetuosamente,



Mayor JOSE ALFREDO ZAPATA HERRERA
SUPERVISOR DE CONTRATO

 **2020** AÑO DEL FORTALECIMIENTO DE LA PROFESIONALIZACIÓN MILITAR
Y COHESIÓN DE LA FUERZA
Calle 19 sur no. 6 - 40 Barrio Sosiego, San Cristóbal Sur
Tel. Fax: 3660520
www.ejercito.mil.co
baman@ejercito.mil.co

 

Escaneado con CamScanner

[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE                                                47
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
MAINTENANCE BATTALION
[Barcode]
When replying, please refer to this number

Filing No. 2020694006959823: MDN-COGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-S4-17.3

Bogotá, D.C., August 24, 2020

Mr.
VALENTIN ROMERO GARZON, Colonel
Director of Army Acquisitions
Carrera 50 No. 18 - 92 Puente Aranda
Bogotá, D.C.

Subject: Report on Contract 008-ACOFA-EJC-2019 Updates

I respectfully write to you, Colonel, Director of Army Acquisitions, regarding the receipt and nationalization of the items corresponding to the latest delivery of contract 008-ACOFA-EJC-2019. Clause 13 of the contract specifies that the delivery location for all items must be the Army Warehouse - Customs Deposit located at Cantón Norte, Calle 103, Carrera 11B.

The items with guides No. 3730471080, 3730471076, and 3730471183, belonging to the mentioned contract, were mistakenly entered by the company into three different warehouses. 48 tubes were delivered to the customs deposit specified in the contract, 148 tubes were entered into the external warehouse Repremundo - Customs Agency, and 2 tubes were entered into a deposit located at the Free Trade Zone.

As a result, the nationalization process can only be completed for the 48 items delivered to the warehouse agreed upon in the contract. The items located in different deposits must be moved by the company, re-entered into the country, and delivered to the Army Customs Deposit located at Cantón Norte to fully comply with the contract clauses. Failure to do so will constitute a breach of Clause 13, which was well known to the company. Additionally, the 2 units of tubes located at the Free Trade Zone cannot be received under any circumstances due to their status.

It is worth noting that the contract has been extended four times since its subscription in October 2019. There have been two breaches by the company, which are currently under verification, and the issues regarding the delivery of items to different deposits were never previously communicated by the company.

| [Motto] | [QA Logos] |
| --- | --- |
| Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur | DIRECTORATE OF ACQUISITIONS |
| Telephone/Fax: (+57) 366 05 20 | Received: Merylin V |
| www.ejercito.mil.co | Date: August 24, 2020 Time: 18:00 |
| baman@ejercito.mil.co | Registration No. 925 |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2020**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.

Date format: mm/dd/yyyy.



[Official Translation]

[Barcode]
When replying, please refer to this number                                              Page 2 of 2

Filing No. 2020694006959823: MDN-COGFM-COEJC-SECEJ-COLOG-BRLOG1-BAMAN-S4-17.3

Considering the above and ensuring the proper execution of the contract, which is part of my supervisory duties, I must inform you that it is NOT feasible to accept the items unless they are delivered following all the guidelines outlined in the contract. Therefore, the company will be requested to correct its mistake and re-enter the items into the country so that they are delivered solely to the Army Warehouse - Customs Deposit located at Cantón Norte, Calle 103, Carrera 11B.

I respectfully request your support to continue with the process of non-compliance by the company, which initially involves negotiating to reach an agreement, aiming to receive the items and fully comply with the provisions of the contract to avoid any legal issues.

Respectfully,
[Signature]
JOSE ALFREDO ZAPATA HERRERA, Major
CONTRACT SUPERVISOR

[Motto]                                                                                           [QA Logos]
Calle 19 sur No. 6-40 Barrio Sosiego, San Cristóbal Sur
Telephone/Fax: (+57) 366 05 20
www.ejercito.mil.co
baman@ejercito.mil.co

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2020**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit L



Bogotá, D.C., 26 de agosto de 2020

Señor Coronel
**GUSTAVO DOLFO RAMIREZ GOMEZ**
**Director Agencia de Compras FAC**
**FUERZA AEREA COLOMBIANA**
Fourt Lauderdale

Oficio 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

**ASUNTO:** Contrato No. 008-ACOFA-EJC-2019

Respetado Coronel:

En mi calidad de Representante Legal de la compañía **AVIACOL USA CORP**, contratista de la AGENCIA DE COMPRAS DE LA FUERZA AEREA, me dirijo a usted con el propósito de informar que el día 26 de agosto de 2020, se realizó oficio No. 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, dirigido al señor supervisor MAYOR ALFREDO ZAPATA HERRERA en virtud al contrato citado en asunto, dicho oficio consta de 16 folios debidamente enumerados, para una mayor claridad a mi Coronel me permito enviar el contenido en los siguientes términos a saber:

"Con mi acostumbrado respeto me dirijo a usted con el propósito de dar respuesta al oficio No. 2020694006959823 del 24 de agosto de 2020, el cual nos informan que los elementos entregados en un depósito distinto al contratado no podrán ser nacionalizados por parte del Ejercito Nacional, sin embargo me permito aclarar y esclarecer que de acuerdo como lo establece la cláusula No. 13 del contrato, los bienes fueron despachados de origen a la ***"Warehouse of the National Army Supply Battalion, Located at Calle 103 A No. 11B-00, Bogotá DC – Colombia",*** para una mayor claridad se adjunta las siguientes Guías:

- Guía Aérea No.3730471080 (arribo a la ciudad de Bogotá el 30 de junio de 2020)
- Guía Aérea No.3730471076 (arribo a la ciudad de Bogotá el 30 de junio de 2020)
- Guía Aérea No. 3730471183 (arribo a la ciudad de Bogotá 08 de julio de 2020)

En cada una de las guías aéreas mencionadas anteriormente se observa que la dirección de destino está totalmente correcta y de acuerdo a la clausula No. 13 citada en el contrato.

**13. SHIPPING AND DELIVERY.** Seller will use all commercially available resources to meet the delivery date of the Products required by the Buyer in the Order and shall comply with the following conditions:

**a.** For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at calle 103 A No. 11 B – 00, Bogotá DC – Colombia once the customs clearance processes have been performed by foreign trade area of the National Army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 calle 19 sur No. 6-40 Barrio sosiego – Bogotá D.C. and its subsequent receipt to satisfaction.



Your AOG and hard to find parts requirements, **our highest priority**

Sin embargo, las guías aéreas cuando llegaron a la ciudad de destino, DHL decidió trasladarlo sin ninguna autorización por parte del fabricante PHOTONIS ni por parte del contratista AVIACOL USA CORP ni tampoco por parte del contratante Ejercito Nacional de Colombia a su depósito aliado **REPREMUNDO 26903,** por consiguiente, eso es algo fuera de nuestro control y es impredecible, donde se evidencia una causa de Fuerza Mayor ya que nosotros no manejamos la carga y es potestad de la transportadora DHL, donde es una situación ajena a nuestra voluntad.

Por otro lado, el día 31 de julio de 2020 el señor supervisor del contrato autorizo y se realizó la inspección de todo el material en el depósito de **REPREMUNDO 26903** (Adjunto Acta), ahora no comprendo porque faltando 4 días hábiles para que la mercancía sea declarada en abandono por parte de la DIAN y sin un tiempo prudente para que nosotros realicemos toda la gestión para que esto no suceda, nos informan que no van a autorizar la nacionalización en dicho depósito, ahora recalco que los elementos que se encuentran en el depósito de **REPREMUNDO 26903** están a cabeza y potestad del Ejercito Nacional Colombiano.

Ante el hecho imprevisible e irresistible, imputado a un tercero, como es lo sucedido con la expedición y corte de una guía de transporte de carga, correspondiente a un negocio licito, donde por error del tercero, este cambia la dirección del consignatario, nos encontramos, el Contratista y el Contratante, ante una situación no irremediable, tanto de la Legislación Aduanera, como de la Legislación de Contratación Estatal.

El Ejercito goza de la prerrogativa de ser Usuario Aduanero Permanente, donde en su Resolución de aceptación y manejo la Dirección de Impuestos y Aduanas Nacionales DIAN, le otorgó junto con sus códigos de manejo de la figura UAP, privilegios para el manejo de la carga que ingrese a territorio aduanero nacional a nombre y consignado a favor del Ejercito Nacional de Colombia. Desde el artículo 28 del Decreto 2685 de 1999, donde se creó esta figura aduanera, la cual ha sido retrotraída hasta la fecha en los Decreto 390 de 2016 y el Decreto 1165 de 2109, es decir que la UAP del Ejército Nacional, sigue vigente bajo la doctrina y vigilancia de la DIAN.

En el caso específico, es importante que las partes deban poner todas las herramientas que le otorga la Ley, para superar este impase, que se considera un error y para superarlo dentro de la legalidad aduanera es procedente la figura del endoso de la guía aérea, teniendo como soporte adicional la factura comercial, la cual viene a nombre de Ejercito Nacional, de otra forma, la figura de Usuario Aduanero Permanente le permite nacionalizar la carga que ingrese a territorio aduanero nacional, a nombre y a favor del Ejercito Nacional de Colombia, Además, con las soluciones presentadas se daría cumplimiento al INCOTERMS pactado en el contrato de compra venta.

De la misma manera muy respetuosamente me permito insistir al señor supervisor del contrato Mayor JOSE ALFREDO ZAPATA HERRERA, que se realice la nacionalización en el depósito donde se realizó la inspección y donde se encuentra actualmente el



material; debido que es posible y legal según las normas aduaneras para COLOMBIA, que el Ejército Nacional este trámite allí.

De igual forma en caso de no permitir dicha nacionalización parte del señor supervisor del contrato, amablemente solicitamos se nos endose con propiedad las guías aéreas número 3730471076, 3730471080, y 3730471183 a nombre de IMPORTADORA Y DISTRIBUIDORA DE COLOMBIA, identificada con numero de NIT 86040380-4."

Agradezco de ante mano la atención prestada a la presente y en espera a una pronta respuesta.


Atentamente,


**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**
**Representante Legal AVIACOL USA CORP.**

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., August 26, 2020

Mr. Colonel
**GUSTAVO DOLFO RAMIREZ GOMEZ**
**Director of the Purchasing Agency of the Colombian Air Force**
**COLOMBIAN AIR FORCE**
Fort Lauderdale

Official Notice 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

**REFERENCE:** Contract No. 008-ACOFA-EJC-2019

Dear Colonel,

Acting as the Legal Representative of the Company **AVIACOL USA CORP**, contactor of the PURCHASING AGENCY OF THE COLOMBIAN AIR FORCE ACOFA, I do hereby inform you that on August 26, 2020, Official Notice No. 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 was issued and addressed to the supervisor MAJOR ALFREDO ZAPATA HERRERA, regarding the contract specified in the reference, which contained 16 enumerate pages. Therefore, I hereby send the content as follows:

"I am writing in response to Official Notice No. 2020694006959823 of August 24, 2020, which indicates that the items delivered to a warehouse different from the one agreed upon will not be nationalized by the National Army. I would like to clarify that, in accordance with Clause 13 of the contract, the goods were dispatched from the place of origin to **the "Warehouse of the National Army Supply Battalion, Located at Calle 103 A No. 11B-00, Bogotá, D.C., Colombia."** For more information, I hereby attached the following waybills:

- Air Waybill No. 3730471080 (Arrived in Bogotá on June 30, 2020)
- Air Waybill No. 3730471076 (Arrived in Bogotá on June 30, 2020)
- Air Waybill No. 3730471183 (Arrived in Bogotá on July 08, 2020)

In each of the aforementioned air waybills, it is observed that the destination address is correct and in accordance with Clause No. 13 of the contract.

13. **SHIPPING AND DELIVERY**. Seller will use all commercially available resources to meet the delivery date of the Products required by the Buyer in the Order and shall comply with the following conditions:
a. For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at Calle 103 A No. 118- 00, Bogotá, D.C., Colombia, once the customs clearance processes have been performed by foreign trade area of the National Army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 Calle 19 sur No. 6-40 Barrio Sosiego- Bogotá, D.C., and its subsequent receipt to satisfaction.

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

However, when the air waybills arrived in the destination city, DHL decided to transfer them without any authorization from the manufacturer PHOTONIS, the contractor AVIACOL USA CORP, or the contracting party, the National Army of Colombia, to their allied warehouse **REPREMUNDO 26903**. Consequently, this is something beyond our control and is unpredictable, which constitutes a case of Force Majeure, as we do not handle the cargo, and it is under DHL's discretion, making this situation beyond our control.

Moreover, on July 31, 2020, the contract supervisor authorized and carried out the inspection of all the material in the **REPREMUNDO 26903** warehouse (I have attached the inspection report). Now, I do not understand why, with only 4 business days remaining before the goods are declared abandoned by the Directorate of National Taxes and Customs (DIAN) and without sufficient time for us to take all the necessary actions to prevent it, we are informed that the nationalization of the goods in said warehouse will not be authorized. I would like to emphasize that the items currently located in the **REPREMUNDO 26903** warehouse are under the responsibility and authority of the Colombian National Army.

Given this unforeseeable and irresistible event, attributed to a third party, such as the issuance of an air waybill for a legitimate business, where the third party mistakenly changes the consignee's address, both the Contractor and the Contracting Party find themselves in a situation that is not irreparable, under both Customs Legislation and State Contracting Legislation.

The Army enjoys the prerogative of being a Permanent Customs User, where in its acceptance and management resolution, the Directorate of National Taxes and Customs (DIAN) granted it, along with its management codes under the Permanent Customs User (UAP) figure, privileges for handling cargo entering national customs territory in the name of and consigned to the Colombian National Army. Since the creation of this customs figure in Article 28 of Decree 2685 of 1999, which has been upheld to date in Decree 390 of 2016 and Decree 1165 of 2019, the Permanent Customs User of the National Army remains in force under the doctrine and supervision of DIAN.

In this specific case, it is important that the parties utilize all the tools provided by the law to overcome this impasse, which is considered an error, and to resolve it within the framework of customs legality, it is appropriate to endorse the air waybill, supported by the commercial invoice, which is in the name of the National Army. Otherwise, the figure of the Permanent Customs User allows the nationalization of the cargo entering national customs territory in the name of and consigned to the Colombian National Army. Additionally, the presented solutions would fulfill the INCOTERMS agreed upon in the sales contract.

Additionally, I respectfully insist to the contract supervisor, Major JOSE ALFREDO ZAPATA HERRERA, to conduct the nationalization in the warehouse where the inspection took place and where

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

the material is currently located, as it is possible and legal under Colombian customs regulations for the National Army to process it there.

Furthermore, in the event that the nationalization is not permitted by the contract supervisor, we hereby request to properly endorse air waybills 3730471076, 3730471080, and 3730471183 in the name of IMPORTADORA Y DISTRIBUIDORA DE COLOMBIA, TIN 86.040.380-4."

I appreciate your consideration of this matter. I look forward to a prompt response.

Sincerely,

[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579



Bogotá, D, C.  26 de octubre del 2020

Señora Teniente Coronel
**NANCY JAZMIN MONTAÑO TORRES**
**Dirección de Comercio Exterior Ejército**
Presente

**Asunto:** Respuesta a los oficios Nos. 2020434009036893 MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 del 19 de octubre de 2020 y 2020434001860441MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 del 20 de octubre de 2020

Cordial saludo Coronel Nancy Jazmín,

Sobre el particular, agradecemos la respuesta a los oficios citados en el Asunto y dirigidos a AVIACOL, los mismos que fueron remitidos con propósitos de acopio de documentos, sin perjuicio que con ello, se modifique la gestión que le corresponde asumir al **EJERCITO NACIONAL DE COLOMBIA**, en cumplimiento de los compromisos que se establecen en la Cláusula 13 del Contrato No. 008 de 2019, Decreto 1165 de 2019 y Resolución Reglamentaria 046 de 2019, teniendo en cuenta que, independiente de las razones formales que a través de los respectivos oficios se han dejado para resolver el tema de la nacionalización de los bienes IMAGE INTENSIFIER, N MX10130 (33 unidades), 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 unidades); correspondientes a las guías aéreas Nos 37030471076, 3730471080, 37304471183 7F226YMCWDT a nombre de **NATIONAL ARMY SUPPLY BATTALION,** y que se encuentran en la actualidad en el deposito habilitado **REPREMUNDO,** autorizado por la DIRECCION DE IMPUESTOS Y ADUANAS NACIONALES - **DIAN** y que desde su arribo y en el contexto de los documentos del proceso de importación, exigidos por la DIAN, se encuentran a cargo del **EJERCITO NACIONAL DE COLOMBIA** como importador, consideración que así lo contienen, no solo en el documento contractual No. 008-EJC-2019 y fuente generadora de obligaciones del proceso de importación, sino en el Certificado de Uso final que el mismo **EJERCITO NACIONAL DE COLOMBIA,** diligenció, tramitó y fue firmado por los señores Cr. Valentín Romero Garzón - Director de Adquisiciones del **EJERCITO NACIONAL DE COLOMBIA** y el señor MG. Carlos Iván Moreno Ojeda Second Comander National Army, según las guías aéreas Nos. 37030471076, 3730471080, 3730471183 ,7F226YMCWDT que según lo manifestado por la empresa de Trafico Postal DHL, es perfectamente válido, con el fin de precisar que los documentos dan cuenta que para el caso bajo estudio, se identifican los siguientes elementos indispensables que dan soporte legítimo a la titularidad y propiedad de los bienes y como consecuencia, resulta visible al tenor de las siguientes disposiciones legales vigentes:

1. El Importador es el **EJERCITO NACIONAL DE COLOMBIA – BATALLON DE ABASTECIMIENTOS,** ubicado en la Calle 103 A No. 11B-00 en la ciudad de Bogotá, en calidad de persona jurídica, como destinatario y que ha recibido las



Mercancias:  IMAGE INTENSIFIER, N MX10130 (33 unidádes), 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 unidades) Objeto del Contrato No. 008 de 2019 suscrito entre ACOFA – AGENCIA DE COMPRAS DE LA FUERZA AEREA COLOMBIANA Ubicada en Fortlauderdale (Florida – Estados Unidos) y la Compañia AVIACOL USA CORP. y prueba de ello, es que en uso legítimo de tal potestad, a manera libre y espontánea, y en cumplimiento a lo establecido en la normatividad aduanera en el Decreto 1165 de 2019 y Resolución Reglamentaria 046 de 2019; dispuso la práctica de inspección previa de la mercancía según las guías aéreas de  tráfico postal DHL que fue realizada el día 28 de Julio de 2020 por Usted,  avalada, aprobada y firmada en su calidad de Representante Aduanero como U.A.P. del Ejercito Nacional Colombia, según consta en el Oficio No. 202043400128301MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 del 29 de Julio de 2020, tal como dan cuenta los documentos que reposan en su custodia, en el Depósito público de REPREMUNDO y a cargo de la DIRECCION DE COMERCIO EXTERIOR EJERCITO, por medio del cual  se evidenció y así mismo se dejó expresa constancia en la diligencia realizada a su cargo como Representante Aduanera del Usuario Aduanero Permanente, (UAP) de la existencia de la mercancía importada que se encuentra retenida por cambio de modalidad de entrega, de acuerdo a la Inspección hecha por Dirección Seccional de Aduanas de Bogotá, y que fue trasladada al        Deposito habilitado REPREMUNDO, conforme a la instrucción impartida a su arribo,  también quedó constancia de calidades, cantidades, estado y conservación de la mercancía retenida por la Aduana.

De manera que no hay lugar a duda que el importador NATIONAL ARMY SUPPLY BATTALION, ha recibido las guías aéreas Nos. 37030471076, 3730471080, 3730471183 de la mercancía almacenada en el DEPOSITO HABILITADO **REPREMUNDO SAN CAYETANO** y de la guía aérea No. 7F226YMCWDT almacenada en el DEPOSITO HABILITADO UPS ZONA FRANCA,  lugar habilitado y quien no puede evadir la responsabilidad, teniendo en cuenta que **EJERCITO NACIONAL DE COLOMBIA** firmó un Certificado de Uso Final bajo las instrucciones confirmadas por los señores Coronel Valentín Romero Garzón - Director de Adquisiciones de Ejercito y el Señor Mayor General Carlos Iván Moreno Ojeda, quienes firmaron con el nombre de la institución Second Comander National Army  cuando el nombre correcto de la institución es **EJERCITO NACIONAL DE COLOMBIA**, esto, de acuerdo a la constitución de Colombia en su artículo 10 dice que el idioma oficial de Colombia es en Español.

"(…)

**Artículo 10.**
*El castellano es el **idioma** oficial de **Colombia**. Las lenguas y dialectos de los grupos étnicos son también oficiales en sus territorios. La enseñanza que se imparta en las comunidades con tradiciones lingüísticas propias será bilingüe*



*(…)"*

Por lo tanto, la disponibilidad del material por ser Material de seguridad y Defensa Nacional y que en un acto de diligencia procedió a inspeccionarla, no puede ampararse en instrumentos de forma para deslegitimar su titularidad; porque en lógica común, nadie va a inspeccionar unos bienes que corresponden a terceros.

De acuerdo a lo anteriormente expuesto, no se puede romper la cadena de nacionalización de mercancías en cumplimiento de la normatividad Aduanera en su Decreto 1165 del 2019 y Resolución Reglamentaria 0046 del 2019.

De acuerdo al artículo 3º del Decreto 1165 del 2019, define inspección previa:

*"(….)*

***Inspección previa de la mercancía.*** *Es la que efectúa el importador o agente de aduanas, previo aviso a la autoridad aduanera, de las mercancías importadas al Territorio Aduanero Nacional, una vez presentado el informe de descargue e inconsistencias y con anterioridad a la presentación y aceptación de la declaración aduanera de importación.*

*El declarante o agencia de aduanas podrá efectuar la inspección previa, después de presentada una declaración anticipada y antes de que se active la selectividad como resultado de la aplicación del sistema de gestión del riesgo.*

*(…)"*

Teniendo claro que la Coronel NANCY JAZMIN MONTAÑO TORRES. **hizo inspección previa al proceso de nacionalización el día 29 de julio del 2020,** bajo el oficio No. 2020434001284301MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2, según oficio dirigido al depósito habilitado Repremundo con el objetivo de verificar la naturaleza de la descripción, estado, cantidad, peso, medida y clasificación arancelaria de las mercancías para su correcta determinación de los derechos e impuestos y cualquier otro recargo percibido por la Dirección de Impuestos y Aduanas – Dirección Seccional de Aduanas de Bogotá, asegurando el cumplimiento de la legislación aduanera y demás disponibles relativas al proceso de nacionalización, es obligación del agente aduanero en este caso, la señora Coronel Nancy Montaño Representante Aduanero del usuario U.A.P., terminar con éste trámite adelantado en su condición de Representación Aduanero del EJERCITO NACIONAL DE COLOMBIA (quien para el caso, es el usuario aduanero permanente que realiza la importación); y en el ejercicio de la facultad que vierte del titular del derecho, **con lo cual se materializa plena prueba de propiedad de los bienes,** pues claro es que un tercero, no está **legitimado para convocar tal práctica sobre bienes ajenos a su dominio.**



Como se ha repetido, el hecho de validar gestión en esta inspección como elemento precedente, pero no independiente a la importación misma, es suficiente soporte del elemento de titularidad, porque se repite, un tercero o una persona ajena o carente de interés jurídico, mal puede abrogarse facultades para ello, menos cuando se trata de **material sensible para el** EJERCITO NACIONAL DE COLOMBIA, es decir, sobre bienes destinados a la Defensa y Seguridad del Estado Colombiano.

2. De acuerdo con las guías de transporte Nos. 37030471076, 3730471080, 3730471183 y 7F226YMCWDT, en las cuales, los datos del destinatario vienen a nombre de **NATIONAL ARMY SUPPLY BATTALION**, que coinciden exactamente con el Certificado de Uso final, por lo tanto, quienes figuran como consignatario, es su titular **NATIONAL ARMY SUPPLY BATTALION** y en el ejercicio de dicha titularidad, fue que se dispuso de manera legítima la práctica de la liberación de las guías aéreas el día 10 de julio por el SARGENTO JONATHAN CASTRO y de la realización de inspección previa por el señor CP CORTES SUAZA ANDERSON, agotamiento de hechos y actuaciones que se constituyen en elementos indispensables para los efectos de la importación, circunstancia por la cual  no estaría llamado ·a prosperar el desprendimiento que ahora a título voluntario, pretende ·hacer la Señora Teniente Coronel Nancy Jazmin Montaño Castro Directora de Comercio Exterior del Ejercito Nacional de Colombia, al afirmar que se trata de "carga que no es de su propiedad, ni está bajo su tenencia".

El EJERCITO NACIONAL DE COLOMBIA, so pretexto de sitio de almacenamiento de las mercancías, que dicho sea, corresponde a un depósito oficial, pretende desconocer su titularidad o propiedad de los bienes, que por línea de derecho ya ostenta, para obligar al Contratista a efectuar una retoma que la ley no le permite y tan no le permite que el supervisor del contrato, en un gesto audaz, nos remite  oficio No. 2020694001874031 de fecha del 21 de octubre de 2020, de la presente anualidad, solicitando información de contexto para realizar el **"ENDOSO DE LAS GUIAS"**, so pretexto que los bienes se encuentran en "depósitos civiles" (nominación que no existe en la legislación aduanera).

Por lo anterior, el señor Mayor JOSE ALFREDO ZAPATA HERRERA Supervisor del Contrato No. 008 –EJC-2019 ha reconocido, que las mercancías amparadas con las guías aéreas Nos. 37030471076, 3730471080, 3730471183 y 7F226YMCWDT, a las que alude en el oficio No.2020694001874031 de 21 de Octubre de 2020, son de propiedad del EJERCITO NACIONAL DE COLOMBIA y reconoce su tenencia y titularidad, porque **nadie puede endosar aquello que no le corresponde**  de hecho, el artículo  3° del Decreto 1165 del 2019 define el endoso aduanero:

"(...)

Endoso aduanero. Es aquel que realiza el último consignatario del documento de transporte a nombre de una agencia de aduanas, para adelantar trámites necesarios para



*el cumplimiento de un régimen aduanero o modalidad o actividades conexas con los mismos, ante la autoridad aduanera.*

*El endoso aduanero no transfiere el dominio o propiedad sobre las mercancías.*

*(...)"*

Consecuente con lo anterior, solo por un acto solemne, que libere a la entidad EJERCITO NACIONAL de la titularidad, puede desprenderse de los bienes en ejercicio del endoso a que se hace referencia.

3. Así, es propio reiterar que estando solo por cumplir con la gestión de Importación, entendida ésta como *la introducción de mercancías de procedencia extranjera al Territorio Aduanero Nacional cumpliendo con los términos y condiciones previstos* en las normas aduaneras, **no existe excusa que justifique la dilación y extensión en el tiempo por parte de la entidad que figura como consignataria para ejercer la actividad que le corresponde**, habida cuenta que los bienes ya se encuentran bajo su cuenta, no solo en el compendio documental, sino, reconocido por el ejercicio de la titularidad materializada en actos de disposición.

4. Las condiciones de la contratación, comportan la gestión de importación por parte del titular, puesto que así lo impone la Legislación aduanera:

*DAP INCOTERM 2010 b- Delivered at place", donde el vendedor debe poner las mercancías a disposición del comprador, en el punto de origen que el comprador escoja. Obedeciendo esta norma, se procede a expedir por parte del vendedor (exportador) la factura comercial (...)*

En orden a lo expuesto, respetuosamente insistimos en que por parte de la institución EJERCITO NACIONAL DE COLOMBIA– DIRECCION DE COMERCIO EXTERIOR – REPRESENTANTE ADUANERO U.A.P. EJERCITO NACIONAL. se deben adelantar las gestiones propias de la importación y siendo tal gestión sucedánea de la inspección sobre los bienes y la Liberación de las Guías Aéreas en mención, todo empeño por desconocer la gestión que corresponde al titular, resulta contraria a derecho y al deber de debida diligencia y cuidado que la norma predica.

En tal propósito, insistimos en la necesidad de apremiar el cumplimiento del deber puesto que persistir en omisión y/o negativa de realizar lo que la ley aduanera ordena, seguramente traduce lesividad para el Estado, en cuanto, las decisiones que se han adoptado en el curso del proceso de importación, se sustraen de manera sistemática al cumplimiento del deber.



Para los efectos de ilustración acompaño copia de la respuesta emitida por el depósito DHL, quien hizo el transporte de la mercancía en mención, cuyo texto se explica por sí mismo. (documento adjunto en 4 folios)

Por último, una reflexión adicional, si se pretende un endoso, en los términos que lo plantea el supervisor del Contrato No. 008 –EJC- 2019 Mayor JOSE ALFREDO ZAPATA HERRERA que se registra en el oficio No. 2020694001874031 de fecha 21 de Octubre de 2020 ¿Por qué razón, no se atribuye esa facultad para realizar las gestiones de importación?

Agradezco la atención a la presente y quedamos atentos a los análisis objetivos, imparciales y diligentes que, conforme a la ley aduanera, se deben adelantar por la **DIRECCION DE COMERCIO EXTERIOR DEL EJERCITO NACIONAL DE COLOMBIA,** como ya se explicó y demostró líneas arriba del presente escrito.

Atentamente,

HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
Representante Legal AVIACOL USA CORP.

Anexo: Lo anunciado Oficio DHL en 4 Folios.

c.c.   Coronel GUSTAVO ADOLFO RAMIREZ GOMEZ
       Director Agencia de Compras
       FUERZA AREA COLOMBIANA

Coronel VALENTIN ROMERO GARZON
       Director de Adquisiciones
       Comando Ejército de Colombia

       Mayor JOSE ALFREDO ZAPATA HERRERA
       Supervisor Contrato No 008 de 2019

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, D.C., October 26, 2020

Ms. Colonel Lieutenant
**NANCY JAZMIN MONTAÑO TORRES**
**Directorate of Foreign Trade of the Army**

**Reference:** Response to Official Notices No. 2020434009036893 MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 of October 19, 2020, and 2020434001860441 MDN-COG FM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 of October 20, 2020.

Dear Colonel Nancy Jazmín,

Regarding this matter, we appreciate the response to the official notices cited in the subject line and addressed to AVIACOL, which were sent for the purpose of document collection. This is without prejudice to modifying the responsibility that the **NATIONAL ARMY OF COLOMBIA** must assume in compliance with the commitments established in Clause 13 of Contract No. 008 of 2019, Decree 1165 of 2019, and Regulatory Resolution 046 of 2019. It is important to note that, regardless of the formal reasons presented through the respective official notices to resolve the issue of the nationalization of the IMAGE INTENSIFIER goods, N MX10130 (33 units) and 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 units), corresponding to Air Waybills No. 37030471076, 3730471080, 37304471183 7F226YMCWDT in the name of **NATIONAL ARMY SUPPLY BATTALION**, and which are currently located in the warehouse **REPREMUNDO**, as authorized by the DIRECTORATE OF NATIONAL TAXES AND CUSTOMS **(DIAN)**. Since their arrival and within the context of the importation process documents required by DIAN, these goods are under the responsibility of the **NATIONAL ARMY OF COLOMBIA** as the importer. This consideration is not only reflected in Contract No. 008-EJC-2019, the source of obligations for the importation process, but also in the 'End-User Certificate' that was completed, processed, and signed by the **NATIONAL ARMY OF COLOMBIA**: executed by Colonel Valentín Romero Garzón - Director of Acquisitions of the **NATIONAL ARMY OF COLOMBIA** and Mr. Major General Carlos Iván Moreno Ojeda Second Commander of the National Army, according to Air Waybills Nos. 37030471076, 3730471080, 37304471183 7F226YMCWDT, and the postal traffic company DHL. This certificate is perfectly valid for clarifying that the documents show that in the case under study, the following essential elements supporting the legitimate ownership of the goods are identified as a result of the following legal provisions in force:

1. The importer is the **NATIONAL ARMY OF COLOMBIA — SUPPLY BATTALION**, located at Calle 103 A No. 11B-00 in Bogotá, as a Legal Entity and the recipient who has received the following goods:

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

IMAGE INTENSIFIER, N MX10130 (33 units) and 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 units). Subject Matter of Contract No. 008 of 2019 signed between ACOFA – PURCHASING AGENCY OF THE COLOMBIAN AIR FORCE, located in Fort Lauderdale, Florida, United States, and the company AVIACOL USA CORP. Proof of this is that in legitimate use of such authority, in a free and spontaneous manner, and in compliance with the provisions of customs regulations outlined in Decree 1165 of 2019 and Regulatory Resolution 046 of 2019, it ordered the prior inspection of the goods according to the DHL postal traffic air waybills, which was carried out on July 28, 2020, by you, endorsed, approved, and signed acting as the Customs Representative of the Permanent Customs User (UAP) of the National Army of Colombia, according to Official Notice No. 202043400128301MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2 of July 29, 2020. The documents in your custody at the public warehouse REPREMUNDO, under the responsibility of the DIRECTORATE OF FOREIGN TRADE OF THE ARMY, confirm this. It was explicitly recorded in the procedure carried out under your responsibility as the Customs Representative of the Permanent Customs User (UAP) that the imported goods, which are retained due to a change in the delivery modality according to the inspection conducted by the Bogotá Sectional Customs Directorate, were transferred to the authorized warehouse REPREMUNDO, following the instructions given upon arrival. The qualities, quantities, condition, and preservation of the goods retained by Customs were also duly noted.

Therefore, there is no doubt that the importer, NATIONAL ARMY SUPPLY BATTALION, has received Air Waybills No. 37030471076, 3730471080, 3730471183 for the goods stored in the AUTHORIZED WAREHOUSE **REPREMUNDO SAN CAYETANO** and Air Waybill No. 7F226YMCWDT, stored in the AUTHORIZED WAREHOUSE UPS ZONA FRANCA, an authorized location that cannot evade responsibility, considering that the NATIONAL ARMY OF COLOMBIA signed a Final Use Certificate under instructions confirmed by Mr. Colonel Valentín Romero Garzón - Director of Acquisitions of the Army and Mr. Major General Carlos Iván Moreno Ojeda, who signed with the name of the institution Second Commander National Army, when the correct name of the institution is **NATIONAL ARMY OF COLOMBIA**. This is in accordance with the Colombian Constitution in Article 10, which states that the official language of Colombia is Spanish.
"(...)
**Article** 10.
Spanish is the official **language** of **Colombia**. The languages and dialects of ethnic groups are also official in their territories. Education provided in communities with their linguistic traditions will be bilingual."

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

(...)"
Therefore, the availability of the material, being National Security and Defense Material, and having been diligently inspected, cannot be justified by formal instruments to delegitimize its ownership because, in common logic, no one would inspect goods belonging to third parties.

Based on the aforementioned, the chain of nationalization of goods cannot be broken in compliance with the Customs regulations in Decree 1165 of 2019 and Regulatory Resolution 0046 of 2019.

According to Article 3 of Decree 1165 of 2019, prior inspection is defined as follows:

"(...)
Prior inspection of goods is conducted by the importer or customs agent, after notifying the customs authority, for goods imported into the National Customs Territory, once the unloading report and inconsistencies have been presented and before the customs declaration of importation has been submitted and accepted.

The declarant or customs agency may carry out the prior inspection after submitting an advance declaration and before the selectivity is activated as a result of the application of the risk management system.
(...)"

Considering that Colonel NANCY JAZMIN MONTAÑO TORRES conducted a **prior inspection for the nationalization process on July 29, 2020**, under Official Document No. 2020434001284301MDN-COGFM-COEJC-JEMGF-COADE-SECEJ-JEMGF-COADE-DICEX-20.2, as per the document addressed to the authorized warehouse Repremundo, with the objective of verifying the nature, description, condition, quantity, weight, measurement, and tariff classification of the goods for the proper determination of duties, taxes, and any other charges imposed by the Directorate of National Taxes and Customs — Bogotá Sectional Customs Directorate, ensuring compliance with customs legislation and other applicable regulations related to the nationalization process, it is the obligation of the customs agent, in this case, the Customs Representative of the Permanent Customs User, Colonel Nancy Montaño, to complete this process initiated under her authority as the Customs Representative of the NATIONAL ARMY OF COLOMBIA (which, in this case, is the permanent customs user conducting the import). In exercise of the right of the holder, this serves as full proof of ownership of the goods. **It is evident that a third party is not authorized to carry out such actions regarding goods that are not under their domain.**

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631

I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

As has been reiterated, the validation of this inspection as a precedent but not independent element of the import itself is sufficient support for the ownership element, as it is repeated, a third party or an individual without legal interest cannot assume authority for this, especially when it concerns sensitive material for the NATIONAL ARMY OF COLOMBIA, i.e., goods intended for the Defense and Security of the Colombian State.

2. According to the Air Waybills No. 37030471076, 3730471080, 3730471183, and 7F226YMCWDT, in which the recipient's details are listed under **NATIONAL ARMY SUPPLY BATTALION**, which exactly matches the Final Use Certificate, therefore, those listed as the consignee are its rightful owner, **NATIONAL ARMY SUPPLY BATTALION**. It was under the exercise of this ownership that the legitimate release of the air waybills was conducted on July 10 by SERGEANT JONATHAN CASTRO and the prior inspection by Mr. CORPORAL FIRST CLASS CORTES SUAZA ANDERSON, exhausting the facts and actions that are essential elements for the import process, a circumstance under which the voluntary detachment that Ms. Colonel Lieutenant Nancy Jazmin Montaño Castro, Directorate of Foreign Trade of the National Army of Colombia, now intends to make, by stating that it is "cargo that is not her property, nor under her possession," would not be successful.

The NATIONAL ARMY OF COLOMBIA, under the pretext of the storage location of the goods, which, by the way, corresponds to an official warehouse, attempts to deny its ownership of the goods, which by law, it already holds, in order to force the Contractor to execute a return that the law does not permit. It is so impermissible that the contract supervisor, in a bold move, sent us Official Notice No. 2020694001874031 of October 21, 2020, requesting contextual information to perform the "**ENDORSEMENT OF THE WAYBILLS**," under the pretext that the goods are in "civil warehouses" (a term that does not exist in customs legislation).

Therefore, Major JOSE ALFREDO ZAPATA HERRERA, Supervisor of Contract No. 008-EJC-2019, has acknowledged that the goods covered by Air Waybills No. 37030471076, 3730471080, 3730471183, and 7F226YMCWDT, referred to in Official Notice No. 2020694001874031 of October 21, 2020, are the property of the NATIONAL ARMY OF COLOMBIA and recognizes their possession and ownership because **no one can endorse something that does not belong to them**. In fact, Article 30 of Decree 1165 of 2019 defines customs endorsement as follows:

"(...)

Customs Endorsement: It is the endorsement made by the last consignee of the transport document in favor of a customs agency, to carry out the necessary procedures for compliance with a customs

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

[Logo and Motto] AVIACOL
regime or modality or related activities before the customs authority.

Customs endorsement does not transfer ownership or property of the goods.
(...)"

Consistent with the above, only through a formal act, releasing the entity NATIONAL ARMY from ownership, can it divest itself of the goods by the endorsement mentioned.

3.  Thus, it is appropriate to reiterate that, with only the importation management remaining to be completed, understood as the introduction of goods of foreign origin into the National Customs Territory, complying with the terms and conditions provided for in the customs regulations, **there is no excuse to justify the delay and extension over time by the entity that appears as the consignee to perform the activity that corresponds to it, given that the goods are already under its responsibility**, not only in the documentary record but also recognized by the exercise of ownership materialized in acts of disposition.

4.  The conditions of the contract entail the importation management by the owner, as imposed by the Customs Legislation:

DAP INCOTERM 2010 b- "Delivered at place," where the seller must make the goods available to the Buyer at the point of origin chosen by the Buyer.
Following this rule, the seller (exporter) issues the commercial invoice (...)

In light of the above, we respectfully insist that the institution NATIONAL ARMY OF COLOMBIA—DIRECTORATE OF FOREIGN TRADE—CUSTOMS REPRESENTATIVE, PERMANENT CUSTOMS USER (UAP) NATIONAL ARMY, should proceed with the necessary steps for the importation process. Since this process follows the inspection of the goods and the release of the mentioned Air Waybills, any attempt to disregard the responsibilities of the rightful owner is contrary to the law and the duty of due diligence and care that the regulations require.

For this reason, we emphasize the need to expedite the fulfillment of these duties, as continued omission and/or refusal to comply with what the customs law mandates could potentially harm the State. The decisions made during the importation process have systematically avoided fulfilling these obligations.

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

For illustration purposes, I have attached a copy of the response issued by the DHL warehouse, which transported the mentioned goods, and whose content speaks for itself. (document attached, 4 pages)

Finally, an additional reflection: if the intent is to endorse, as proposed by Major JOSE ALFREDO ZAPATA HERRERA, Supervisor of Contract No. 008-EJC-2019, and as recorded in Official Notice No. 2020694001874031 of October 21, 2020, why is this authority not assigned for carrying out the importation procedures?

I appreciate your consideration of this matter. We look forward to the objective, impartial, and diligent analyses that, in accordance with customs law, should be conducted by the **DIRECTORATE OF FOREIGN TRADE OF THE NATIONAL ARMY OF COLOMBIA**, as explained and demonstrated above.

Sincerely,

[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**

Attachment: Official Notice issued by DHL in 4 pages.

Carbon Copy: Colonel GUSTAVO ADOLFO RAMIREZ GOMEZ
Director of the Purchasing Agency
COLOMBIAN AIR FORCE

Colonel VALENTIN ROMERO GARZON
Director of Acquisitions
Colombian Army Commander

Major JOSE ALFREDO ZAPATA HERRERA
Supervisor of Contract No. 008 of 2019

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit M



Bogotá, 14 de Septiembre de 2020

**Señores**
**DHL EXPRESS COLOMBIA**
**Carrera 85D No. 46ª-38**
**Ciudad**

### Ref: Inconsistencia consignación mercancías a Deposito Aduanero

Respetados señores:

Respetuosamente se informa las inconsistencias presentadas en las mercancías amparadas en las guías No. 3730471183 de fecha 30 de Junio de 2020, 3730471073 de fecha 26 de Junio de 2020 y guía No. 3730471080 de fecha 20 de junio de 2020, las cuales amparan material considerado de conformidad el Decreto 685 de 1983 normas que los modifican, adicionen, complemente o sustituyan como material de guerra o reservado con destino NATIONAL ARMY SUPPLY BATALLION.

Así mismo y teniendo en cuenta que los datos del destinatario del material estaban claros en las instrucciones de embarque "NATIONAL ARMY SUPPLY BATALLION CALLE 103 No. 11B-00", fueron consignadas a un depósito distinto de las instrucciones dadas, sin efectuar previamente notificaciones e información al numero de contacto ni al destinatario final.

Como es de conocimiento general las Fuerzas Militares conformadas por Ejercito Nacional (…) cuentan con depósitos privados habilitados por la DIAN desde hace más de 20 años para recepcionar el material de origen extranjero adquirido bajo los diferentes contratos.

Las mercancías ingresadas al país en las guías antes mencionadas están amparadas bajo el contrato No. 008-EJC-2019 suscrito entre COLOMBIAN AIR FORCE y AVIACOL USA CORP las cuales en el clausurado del mismo se estable como lugar de entrega NATIONAL ARMY SUPPLY BATTALION, razón por la cual pese a que el material ya se encuentra en el país contractualmente no se ha podido dar cumplimiento al mismo toda vez que las mercancías fueron consignadas a un lugar distinto del pactado en el contrato como lugar de entrega lo que a la fecha genera una reclamación por parte del Ejercito Nacional al contratante que oscila a la fecha un valor de 62.901.63 USD, así mismo como consecuencia adicional la empresa será sancionada comercialmente por un termino de tres (3) años por la entidad contratista.



Por lo anterior expuesto y teniendo en cuenta la jurisprudencia y normatividad aduanera vigente se requiere se efectúe las coordinaciones pertinentes a que haya lugar a fin de efectuar el reembarque de las mercancías y que posteriormente ingrese al lugar indicado inicialmente en las instrucciones dadas "NATIONAL ARMY SUPPLY BATALLION CALLE 103 No. 11B-00"

Para finalizar se requiere programar reunión a menor brevedad posible con el Representante Legal de la firma DHL EXPRESS COLOMBIA, dado que está en términos para responder a las Fuerzas Militares y, por supuesto, el asunto propende por buscar soluciones para el caso que nos ocupa.

Atentamente,

HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
Representante Legal AVIACOL USA CORP.

[Official Translation]

[Logo and Motto] AVIACOL
Bogotá, September 14, 2020

**To all**
**DHL EXPRESS COLOMBIA**
**Carrera 85D No. 46ª-38**
**City**

**Ref.: Inconsistencies in the consignment of goods to Customs Warehouse**

Dear all,

We hereby report the inconsistencies found in the goods covered by the waybills No. 3730471183 of June 30, 2020, No. 3730471073 of June 26, 2020, and waybill No. 3730471080 of June 20, 2020, which cover material considered in accordance with Decree 685 of 1983, regulations that modify, add to, complement, or replace it as war or reserved material destined for the NATIONAL ARMY SUPPLY BATTALION.

Additionally, considering that the recipient's details for the material were clear in the shipping instructions "NATIONAL ARMY SUPPLY BATTALION CALLE 103 No. 11B-00," the goods were consigned to a different warehouse than the one specified in the instructions, without prior notifications or information being provided to the contact number or the final recipient.

As is generally known, the Military Forces, composed of the National Army (…) have had private warehouses authorized by DIAN for more than 20 years to receive foreign-origin materials acquired under various contracts.

The goods that entered the country under the aforementioned waybills are covered by Contract No. 008-EJC-2019, signed between the COLOMBIAN AIR FORCE and AVIACOL USA CORP, which stipulates in its clauses that the place of delivery is the NATIONAL ARMY SUPPLY BATTALION. Therefore, although the material is already in the country, the contract has not been fulfilled since the goods were consigned to a location different from the one agreed upon in the contract as the place of delivery. As of today, this has resulted in a claim by the National Army against the contractor, amounting to USD 62,901.63. Additionally, as a further consequence, the company will be commercially sanctioned for a term of three (3) years by the contracting entity.

**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

[Logo and Motto] AVIACOL

In light of the above and considering the current customs regulations and jurisprudence, it is required that the necessary arrangements be made to re-ship the goods so that they can subsequently be delivered to the location initially indicated in the instructions given, "NATIONAL ARMY SUPPLY BATTALION CALLE 103 No. 11B-00."

Finally, it is necessary to schedule a meeting as soon as possible with the Legal Representative of DHL EXPRESS COLOMBIA, as they are within the time frame to respond to the Military Forces, and, of course, the matter seeks to find solutions to the case at hand.

Sincerely,


[Signature]

**HAROLD GIOVANNY BOCANEGRA RODRIGUEZ**

**Legal Representative of AVIACOL USA CORP.**


**AVIACOL USA CORP.** 2299 NW 108 TH, Miami FL 33172
**PHONE:** 305 396 6389 - 305 510 8631



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit N



Bogotá D.C., octubre de 2020

Señor
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
Representante Legal
Aviacol USA Corp
Ciudad

CC
Señor Mayor
JOSÉ ALFREDO ZAPATA HERRERA
Supervisor Contrato No. 008-ACOFA/EJC-2019
jose.zapatahe@buzonejercito.mil.co
CC
Teniente Coronel
NANCY YAZMIN MONTAÑO LÓPEZ
Representante aduanero U.A.P. Ejercito Nacional
nancy.montano@buzonejercito.mil.co
CC
Coronel
GUSTAVO ADOLFO RAMIREZ GOMEZ
Director Agencia de Compras - ACOFA
FUERZA AÉREA COLOMBIANA
directoracofa@fac.mil.co
CC
Señor Mayor General
CARLOS IVAN MORENO OJEDA
Segundo Comandante Ejército Nacional de Colombia
CC
Señor Coronel
VALENTIN ROMERO GARZON
Director de Adquisicion de Ejercito
diadq@buzonejercito.mil.co
oficontratacion@ejercito.mil.co

**Ref. Situación aduanera mercancías amparadas con número de guías aéreas Nos. 3730471183, 3730471073 y 3730471080.**

Cordial saludo,

Por medio de la presente se informa la situación aduanera de la mercancía amparada en las guías aéreas previamente indicadas, las cuales se encuentran en el depósito habilitado por la DIAN de REPREMUNDO.

Sea lo primero advertir el marco legal aduanero bajo el cual deben operar los transportadores internacionales de carga cuando se ingresa al país mercancía:

El Artículo 169 del Decreto 1165 de 2019 establece:

DocuSign Envelope ID: 29EA1963-17E3-401C-8965-2684B0B36649



Como se puede ver en la imagen precedente, el nombre del depósito del Ejercito es "EJERCITO NACIONAL CONTADURIA PRINCIPAL DEL COMANDO DEL EJERCITO" y su dirección registrada en la DIAN es "CALLE 103ª CARRERA 11B CANTON NORTE", lo cual difiere de la información presentada e indicada <u>por el remitente</u> en origen de la mercancía amparada en las guías aéreas.

Al respecto DHL no puede entregar mercancía bajo control aduanero en direcciones o nombres que no correspondan a los expresamente indicados como recintos habilitados como depósito por la DIAN, so pena de poner en riesgo la situación aduanera de la mercancía de que se trate e, incluso de exponer, a quien asuma el almacenamiento de una mercancía en un recinto no habilitado por la DIAN,  a ser objeto de la eventual investigación penal por la conducta de Favorecimiento  y Facilitación de Contrabando, a que se refiere  el artículo 320 del Código Penal así:

"Artículo 320. Favorecimiento y facilitación del contrabando. El que posea, tenga, transporte, embarque, desembarque, almacene, oculte, distribuya, enajene mercancías que hayan sido introducidas al país ilegalmente, o que se hayan ocultado, disimulado o sustraído de la intervención y control aduanero o que se hayan ingresado a zona primaria sin el cumplimiento de las formalidades exigidas en la regulación aduanera, cuyo valor supere los cincuenta (50) salarios mínimos legales mensuales vigentes, sin superar los doscientos (200) salarios mínimos legales men-suales vigentes, incurrirá en pena de prisión de tres (3) a seis (6) años y multa del doscientos por ciento (200%) al trescientos por ciento (300%) del valor aduanero de la mercancía objeto del delito. "

Si la conducta descrita en el inciso anterior recae sobre mercancías cuyo valor supere los doscientos (200) salarios mínimos legales mensua-les vigentes, incurrirá en pena de prisión de seis (6) a diez (10) años, y multa del doscientos por ciento (200%) al trescientos por ciento (300%) del valor aduanero de la mercancía objeto del delito.

No se aplicará lo dispuesto en el presente artículo al consumidor final cuando los bienes que se encuentren en su poder, estén soportados con factura o documento equivalente, con el lleno de los requisitos legales contemplados en el artículo 771-2 del Estatuto Tributario".
(Subrayado fuera de texto)

De ahí que se haya dispuesto el traslado de los bienes que nos ocupan, ante la situación presentada, a un depósito público habilitado por la DIAN, toda vez que las guías aéreas objeto de la reclamación iban consignadas a "NATIONAL ARMY SUPPLY BATALLION CALLE 103ª NO 11B-00", el cual no es un nombre de un depósito habilitado por la DIAN ni tampoco es una dirección registrada de uno de estos como lo pueden comprobar en la información práctica previamente mencionada.

Por lo anterior es que el artículo 154, también  del Decreto 1165 de 2019, señala:

"Artículo 154. DESCARGUE DE LA MERCANCÍA. Para efectos aduaneros, la mercancía descargada en puerto o aeropuerto quedará bajo responsabilidad del transportador o del agente de carga internacional, según sea el caso, hasta su entrega al depósito habilitado, al declarante, al importador o al usuario operador de la zona franca en la cual se encuentre ubicado el usuario a cuyo nombre venga consignado, o se endose el documento de transporte, de acuerdo con lo establecido en este decreto.

Cuando en el contrato de transporte marítimo la responsabilidad para el transportador termine con el descargue de la mercancía, a partir del mismo, ésta quedará bajo responsabilidad del agente de carga internacional o puerto, según el caso, hasta su entrega al depósito habilitado al que venga destinada o hasta su ingreso a zona franca.
(Subrayado fuera del texto)



Artículo 169. ENTREGA AL DEPÓSITO O A LA ZONA FRANCA. De conformidad con lo establecido en el artículo 154 de este decreto, las mercancías deberán ser entregadas por el transportador o los Agentes de Carga Internacional, según corresponda, al depósito habilitado señalado en los documentos de transporte, o al que ellos determinen, si no se indicó el lugar donde serán almacenadas las mercancías, o al usuario operador de la zona franca donde se encuentre ubicado el usuario a cuyo nombre se encuentre consignado o se endose el documento de transporte."(Subrayado fuera del texto)

Sobre este punto y de acuerdo a cada una de las guías aéreas, estas venían cortadas desde Países Bajos por su proveedor en origen, en las cuales se tenía como destinatario a "NATIONAL ARMY SUPPLY BATTALION.EDGAR SILVA. CALLE 103 A #11B-00", para la muestra se incluye un ejemplo de una de las guías a continuación:



De esta forma, es claro que no se cumplió lo establecido en el artículo precedente en el documento de transporte ya que el destinatario no es el nombre de un depósito habilitado ni tampoco es una dirección correcta del mismo. Para sustentar lo anterior es necesario acudir a la fuente directa de la DIAN, mediante sus tablas de parametrización, en las cuales se encuentran el nombre y la dirección de los depósitos habilitados, lo cual pueden encontrar en el siguiente link: https://muisca.dian.gov.co/WebParametrizacion/DefConsultaParametricas.faces , en el cual podemos ver lo siguiente:





Esta norma reitera que la responsabilidad por la debida entrega de las mercancías bajo control aduanero al depósito o Zona Franca, es del transportador aéreo, so pena de asumir las sanciones que puede imponerle la DIAN previstas en el numeral 1.2.3 del artículo 636 del Decreto 1165 de 2019, que se transcribe a continuación, habida cuenta que el transportador solo dispone, también de acuerdo al artículo 169, ya citado1, de un término perentorio e improrrogable de 2 días hábiles para dicho traslado.

La infracción por su incumplimiento corresponde a:

"1.2.3. No entregar dentro la oportunidad establecida en las normas aduaneras la mercancía al agente de carga internacional, al puerto, al depósito habilitado, al usuario operador de la zona franca, al declarante o al importador, según corresponda. La sanción a imponer será de multa equivalente a doscientas unidades de valor tributario (200 UVT).

No puede perderse de vista que el Decreto 1165 de 2019 es una norma de derecho público, que no puede ser objeto de modificación por los destinatarios de la misma, como lo es el caso de DHL, el cual debe sujetarse, de manera obligatoria, a su cumplimiento.

Con base a lo previamente manifestado, se indica que las mercancías objeto de las guías aéreas referidas fueron correctamente ingresados al país y traslados conforme a la normatividad aduanera a las instalaciones del depósito habilitado REPREMUNDO, situación que se soporta con la legislación previamente indicada y que por ende no incumple bajo ningún sentido norma aduanera alguna. De esta forma, tal y como lo indicado a misma DIAN, las actuaciones aduaneras deben guiarse por los principios sustanciales de la ley aplicable y por ende las conductas del importador deben realizarse con base lo indicado en el Decreto 1165 de 2019, por cuanto el no cumplimiento de las mismas generan posibles infracciones tanto para el mencionado como para el transportador de la carga.

Con base a lo mencionado y ya precisados los argumentos fácticos y jurídicos aduaneros, la única alternativa legal y viable frente a las guías objeto del asunto de la presente comunicación es que se efectúe la importación o reembarque por parte del importador consignado en la guía aérea, el cual según se desprende es el Ejército Nacional de Colombia, el cual independientemente de la relación contractual con su proveedor nacional e internacional, de la cual no estamos llamados a opinar o generar juicios de valor, debe tener en cuenta lo consignado realmente en la guía aérea efectuado por el proveedor en origen y la imposibilidad de una vez ingresado al país de trasladar la mercancía a un nombre y dirección que no corresponden a las indicadas e informadas por la DIAN en su misma página de consulta. De esta forma, se indica que la mercancía fue trasladada a un depósito habilitado de acuerdo a las prerrogativas de la norma y la misma se encuentra a disposición de iniciar los trámites y acciones aduaneras aplicables a la importación o reembarque de la misma, cumpliendo así DHL con su encargo de transporte en atención a la normatividad aduanera aplicable.

Cordialmente,

DocuSigned by:

*Juan Diego Rodriguez*

75F58A66R344C5

JUAN DIEGO RODRÍGUEZ PEÑARANDA.
APODERADO GENERAL.
DHL EXPRESS COLOMBIA LTDA.

[Official Translation]

DocuSign Envelope ID: 29EA1963-17E3-401C-8965-2684B0B36649                    [Logo] DHL

Bogotá, D.C., October 2020

Mr.
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
Legal Representative
Aviacol USA Corp

CC
Mr.
JOSÉ ALFREDO ZAPATA HERRERA, Major
Supervisor of Contract No. 008-ACOFA/EJC-2019
jose.zapatahe@buzonejercito.mil.co
CC
NANCY YAZMIN MONTAÑO LÓPEZ, Colonel Lieutenant
Customs Representative Permanent Customs Users (U.A.P) National Army
nancy.montano@buzonejercito.mil.co
CC
GUSTAVO ADOLFO RAMIREZ GOMEZ, Colonel
Director of the Purchase Agency – Purchase Agency of the Colombian Air Force (ACOFA)
COLOMBIAN AIR FORCE
directoracofa@fac.mil.co
CC
Mr.
CARLOS IVAN MORENO OJEDA, General Major
Second Commander National Army of Colombia
CC
Mr.
VALENTIN ROMERO GARZON, Colonel
Director of Acquisition of the Army
diadq@buzonejercito.mil.co
oficontratacion@ejercito.mil.co

**Subject: Customs Situation for Goods Covered by Air Waybills No. 3730471183, 3730471073, and 3730471080**

Warm greetings,

We do hereby inform the customs situation for the goods covered by the aforementioned air waybills, which are currently in the deposit authorized by DIAN, REPREMUNDO.

First, it is important to note the legal customs framework under which international cargo carriers must operate when entering the country with goods:

Article 169 of Decree 1165 of 2019 states:



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

DocuSign Envelope ID: 29EA1963-17E3-401C-8965-2684B0B36649                [Logo] DHL

As shown in the previous image, the name of the Army's deposit is "EJERCITO NACIONAL CONTADURIA PRINCIPAL DEL COMANDO DEL EJERCITO" and its registered address with DIAN is "CALLE 103a CARRERA 11B CANTON NORTE," which differs from the information provided and indicated by the sender at the origin of the goods covered by the air waybills.

DHL cannot deliver goods under customs control to addresses or names that do not correspond to those explicitly listed as authorized deposits by DIAN, as this could jeopardize the customs situation of the goods in question and potentially expose anyone storing goods in an unauthorized deposit by DIAN to possible criminal investigation for favoring and facilitating smuggling, as referred to in Article 320 of the Criminal Code, which states:

"Article 320. Favoring and facilitating smuggling. Anyone who possesses, has, transports, ships, discharges, stores, hides, distributes, sells goods that have been introduced into the country illegally, or that have been hidden, concealed, or removed from customs intervention and control, or that have been introduced into a primary zone without meeting the formalities required by customs regulations, with a value exceeding fifty (50) current legal monthly minimum wages but not exceeding two hundred (200) current legal monthly minimum wages, shall incur a prison sentence of three (3) to six (6) years and a fine of two hundred percent (200%) to three hundred percent (300%) of the customs value of the goods subject to the crime."

If the conduct described in the previous paragraph concerns goods whose value exceeds two hundred (200) current legal monthly minimum wages, the penalty shall be imprisonment for six (6) to ten (10) years and a fine of two hundred percent (200%) to three hundred percent (300%) of the customs value of the goods subject to the crime.

The provisions of this article shall not apply to the final consumer when the goods in their possession are supported by an invoice or equivalent document, with compliance to the legal requirements outlined in Article 771-2 of the Tax Statute.
(Underlined out of text)

Therefore, the goods in question have been transferred to a public deposit authorized by DIAN, given the situation. The air waybills in question were consigned to "NATIONAL ARMY SUPPLY BATTALION CALLE 103a No. 11B-00," which is neither an authorized deposit by DIAN nor a registered address for such a deposit, as can be verified in the previously mentioned public information.

Accordingly, Article 154 of Decree 1165 of 2019 states:

"Article 154. DELIVERY OF GOODS. For customs purposes, goods discharged at a port or airport shall remain the responsibility of the carrier or international cargo agent, as the case may be, until delivery to the authorized deposit, the declarant, the importer, or the user operator of the free trade zone where the user to whom the goods are consigned is located or the transport document is endorsed, as established in this decree.

When in a maritime transport contract, the carrier's responsibility ends with the discharge of the goods, from that point on, the responsibility shall fall on the international cargo agent or port, as applicable, until delivery to the authorized deposit to which it is destined or until entry into the free trade zone."
(Underlined out of text)



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

DocuSign Envelope ID: 29EA1963-17E3-401C-8965-2684B0B36649          [Logo] DHL

Article 169. DELIVERY TO THE DEPOSIT OR FREE TRADE ZONE. In accordance with the provisions of Article 154 of this decree, the goods must be delivered by the carrier or international cargo agents, as applicable, to the authorized deposit indicated in the transport documents, or to one they determine if the place where the goods will be stored was not specified, or to the user operator of the free trade zone where the user to whom the goods are consigned is located or the transport document is endorsed." (Underlined out of text)

Regarding each of the air waybills, they were sent from the Netherlands by its origin supplier, with "NATIONAL ARMY SUPPLY BATTALION.EDGAR SILVA. CALLE 103A No. 11B-00" as the recipient, as shown in the sample waybill below:

[SAMPLE WAYBILL]

| FROM: Account No. DHL ▆▆ 5534 | PRODUCT: WPX          Reproduction |
|---|---|
| PHOTONIS NETHERLANDS B.V. | |
| DWAZZIEWEGEN 2 | DESTINATION: |
| RODEN 9301ZR | BOGOTÁ |
| NETHERLANDS, THE NETHERLANDS | [Barcode] |
| Phone: (+31) 206 558 050 | |
| Shipp VAT | AIR WAYBILL: 3730471076 |
| Reference: 3526563426 | [Illegible] |
| TO: NATIONAL ARMY SUPPLY BATTALION | |
| EDGAR SILVA | [Barcode] |
| CALLE 103 A No. 11B 00 | |
| BOGOTÁ | |
| COLOMBIA | [Logo] DHL |
| COLOMBIA | |
| Rec VAT | 1 OF 1 |
| Phone: (+57) 316 797 4178 | Origin: AMSTERDAM |
| DESCRIPTION:          DATE: 06/26/2020 | |
| IMAGE INTENSIFIERS | |
| VALUE: USD 74,400,000          WEIGHT: 4,410 Kg | |

| Additional Information: | Pick-up time +route: | 11 :58 06/26/2020 MMMMB- | Extra charges |
|---|---|---|---|
| Bill to account: | ▆▆534 | Dimensions (cm): L: 38.0 W: 28.0 H: 18.0 | |
| DHL Service: | | Volumetric weight: KG | |
| Reason for export: | | Customer weight: 4,410 KG | |
| Insurance value: | | Actual weight: | |
| Duty and Tax account: | | | |

Thus, it is clear that the provisions in the previous article regarding the transport document were not met, as the recipient is not the name of an authorized deposit nor a correct address of such a deposit. To support this, it is necessary to refer to DIAN's direct source, through their parameterization charts, which list the names and addresses of authorized deposits. You can find this information at the following link: https://muisca.dian.gov.co/WebParametrizacion/DefConsultaParametricas.faces, where the following can be seen:

[Screenshot]

| muisca.dian.gov.co/WebParametrizacion/DefConsultaParametricas.faces | | | | |
|---|---|---|---|---|
| Authorized Deposits and Free Trade Zones | | | | |
| [Illegible] | [Illegible] | [Illegible] | [Illegible] | [Illegible] |
| 2044 | [Illegible] SYLVANIA COLOMBIA S.A. | Bogotá Customs | PRIVATE DEP | CALLE 57B SUR No. 72A-23 |
| 2045 | LEOPAND COLOMBIA S.A. | Bogotá Customs | PRIVATE DEP | Calle 65A No. 93-91 |
| 2049 | POLUX SUMINISTROS S.A. | Bogotá Customs | PRIVATE DEP | Autopista Medellín Kilómetro 1 Parque Empresarial San Bernardo [Illegible] |
| 2050 | ABBOTT LABORATORIOS DE COLOMBIA S.A. | Bogotá Customs | PRIVATE DEP | TRANSVERSAL 93 No. 51-95 |
| 2051 | GENERAL MOTORS COLMOTORES S.A. | Bogotá Customs | PRIVATE DEP | AVENIDA BOYACÁ CALLE 50A SUR No. 33-53 |
| [Illegible] | EJERCITO NACIONAL CONTADURIA PRINCIPAL DEL COMANDO DEL EJERCITO | Bogotá Customs | PRIVATE DEP | CALLE 100A CARRERA 11B CANTON NORTE |
| 2054 | INDUSTRIA MILITAR | Bogotá Customs | PRIVATE DEP | CARRERA 7 No. 22A-61 SOACHA |
| 2056 | SOCIEDAD DE FABRICACION DE AUTOMOTORES S.A. SOFASA S.A. | Bogotá Customs | PRIVATE DEP | KILOMETRO 17 VIA LA CARO CARR. CENTRAL CHIA |
| 2057 | STANTON S.A.S. | Bogotá Customs | PRIVATE DEP | PLANTA DEL MUÑA KILOMETRO 25 CARRETERA A SIBATE |
| 2060 | COMANDO ARMADA NACIONAL | Bogotá Customs | PRIVATE DEP | CARRERA 63A No. [Illegible] |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de   Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co;  mobile  (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



[Official Translation]

DocuSign Envelope ID: 29EA1963-17E3-401C-8965-2684B0B36649                    [Logo] DHL

This regulation reiterates that the responsibility for the proper delivery of goods under customs control to the deposit or free trade zone rests with the air carrier, under the penalty of sanctions imposed by DIAN as outlined in numeral 1.2.3 of Article 636 of Decree 165 of 2019, transcribed below, given that the carrier only has, as also stated in Article 169 previously mentioned, a strict and non-extendable term of 2 working days for such transfer.

The infringement for non-compliance is:

"1.2.3. Failure to deliver within the timeframe established in customs regulations the goods to the international cargo agent, port, authorized deposit, free trade zone operator, declarant, or importer, as applicable. The penalty will be a fine equivalent to two hundred units of tax value (200 UVT)."

It should not be overlooked that Decree 1165 of 2019 is a public law norm, which cannot be modified by its addressees, such as DHL, which must adhere obligatorily to its compliance.

Based on the previously stated information, it is indicated that the goods covered by the referenced air waybills were correctly imported into the country and transferred in accordance with customs regulations to the facilities of the authorized deposit REPREMUNDO. This situation is supported by the previously mentioned legislation and therefore does not violate any customs norms in any way. In this manner, as indicated by the same DIAN, customs actions must be guided by the substantial principles of the applicable law, and therefore the importer's actions must be carried out based on the provisions of Decree 1165 of 2019. Failure to comply with these regulations may result in possible violations for both the importer and the cargo carrier.

Based on the previously stated facts and legal customs arguments, the only legal and viable alternative regarding the waybills in question is to carry out the importation or re-shipment by the importer named in the air waybill, which appears to be the National Army of Colombia. Regardless of the contractual relationship with its national and international supplier, which we are not called to comment on or make judgments about, the National Army must consider the information actually indicated in the air waybill by the original supplier and the impossibility of transferring the goods to a name and address that do not match those indicated and informed by DIAN on their consultation page. Therefore, the goods were transferred to an authorized deposit according to the provisions of the norm, and are available to start the applicable customs procedures and actions for importation or re-shipment, fulfilling DHL's transportation duties in accordance with the applicable customs regulations.

Sincerely,
DocuSigned by:
[Signature]
75F58A6683444C5
JUAN DIEGO RODRÍGUEZ PEÑARANDA
GENERAL ATTORNEY
DHL EXPRESS COLOMBIA LTDA.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com.
Date format: mm/dd/yyyy.

# Exhibit O



**REPREMUNDO**

Bogotá D.C., 26 de septiembre de 2023

Señor
**JOSE ORLANDO FORERO CARVAJAL**
Representante
AVIACOL USA Corp
jorforer@yahoo.com

**ASUNTO**: **RESPUESTA A DERECHO DE PETICIÓN DE DOCUMENTACIÓN –ART.23 CARTA POLÍTICA, LEY 1755, ART. 14 Nim. 1- CONTRATO No. 008 EJC 2019.**

**MARGARITA DEL SOCORRO NOREÑA FLOREZ,** mayor de edad y vecina de esta ciudad, identificada con la cédula de ciudadanía No. 24.728.158 expedida en Manzanares, en calidad de Representante Legal para Asuntos Legales y judiciales de la sociedad **REPRESENTACIONES DEL MUNDO S.A.S. REPREMUNDO,** por medio del presente escrito, atendiendo su solicitud respecto a la solicitud radicada por medio de correo electrónico el 12 de septiembre de 2023, damos respuesta a su petición dentro de la oportunidad prevista, en el siguiente sentido:

Con fundamento en sus peticiones:

De la manera respetuosa solicito se nos Informe del estado actual de la mercancía, correspondiente al contrato No 008 – EJC 2019, suscrito entre AVIACOL USA CORP y AGENCIA DE COMPRAS DE LA FUERZA AEREA – ACOFA; lo anterior lo requiero por cuanto soy parte del proceso contractual y se requiere como soporte para esta empresa.

| Guía No | Fecha de ingreso | Manifiesto No | Peso | cantidad | Deposito Aduanero | Estado |
|---------|------------------|---------------|------|----------|-------------------|--------|
| 3730471076 | 2020-06-26 | 116575010910608 | 4.60 | 31 | Repremundo | S/R |
| 3730471080 | 2020-06-26 | 116575010910608 | 20.40 | 126 | Repremundo | S/R |
| 3730471083 | 2020-06-30 | 116575010926135 | 6.65 | 37 | Repremundo | S/R |

En principio es menester indicar que, la razón por la cual la mercancía se encuentra retenida es por disposición legal y diligencia de autoridad competente, El estado de la carga es en abandono legal, están para destrucción, revisadas por Inspector DIAN en días pasados, encontrándose pendiente la emisión del acto administrativo de destrucción.

La mercancía llego consignada a este depósito, entendiendo lo pretendido era que se hubiese direccionado al depósito del Batallón.

Se recibe la mercancía con planillas de envío 1178 y planilla de recepción 1314, guía aérea, las cuales remitimos en adjunto.

Al haber superado el término legal de permanencia de la mercancía en depósito, sin que se hubiese surtido el desaduanamiento, operó su abandono legal y conforme a obligación legal del depósito se emitió tal reporte a la DIAN en fecha 3 de noviembre de 2021. Ello, conforme a lo dispuesto por el Art. 171 del Decreto 1165 de 2019, que regula el término de almacenamiento en depósito Público y el plazo excepcional que otorgó en época de pandemia la Resolución 104 del 29 de agosto de 2021.

Cualquiera fuere la condición no cumplida que dio lugar al abandono, que desconocemos, operó el abandono de la mercancía, quedando a favor de la Nación, dado que tampoco se legalizó su rescate en el término del mes siguiente.

Ahora, con relación a los siguientes hechos citados en su petición, es importante indicar que **REPREMUNDO** funge como depositario de las mercancías y no está autorizado para hacer ningún proceso de desaduanamiento. Tampoco tiene conocimiento de los contratos inter partes que se hayan pactado en la negociación, por lo que no nos referiremos a ellos.

1. Entre la AGENCIA DE COMPRAS DE LA FUERZA AEREA - ACOFA y la Empresa AVIACOL USA CORP, fue celebrado Contrato No 008 – EJC 2019 el 18 de octubre 2019, con el objeto de adquirir REPUESTOS PARA VISION NOCTURNA PVS 7B, PVS14 PARA EL EJERCITO NACIONAL enmarcados bajo la denominación de Bienes para la Defensa y Seguridad. Nacional.

2. Que, en comunicación con fecha de marzo 10 de 2022, *Asunto: Informe sobre propuesta económica mercancía en abandono legal enviado por la empresa AVIACOL,* se nos informó a través del Sr. **GUSTAVO ADOLFO LOPEZ** - funcionario de la ***Coordinación Gestión Social y Comercialización - Dian***, que no es posible dar trámite a la propuesta económica para la compra de la mercancía declarada en abandono legal, presentada por la empresa AVIACOL.

3. Aviacol USA CORP, requiere esta información la cual reposa en la entidad con referencia al CONTRATO No 008 EJC 2019, a fin de continuar los trámites correspondientes para obtener que se resuelvan las diferencias contractuales surgidas con ocasión de la ejecución de dicho contrato.

En los términos expuestos anteriormente, damos respuesta de fondo a su petición.

Cordialmente,


**MARGARITA NOREÑA FLOREZ**
**Representante Legal para Asuntos Legales y Judiciales**

*Anexos: planillas de envío 1178, planilla de recepción 1314 y guía aérea*

[Official Translation]

[Logo] REPREMUNDO

Bogotá, D.C., September 26, 2023

Mr.
**JOSE ORLANDO FORERO CARVAJAL**
Representative
AVIACOL USA Corp
jorforer@yahoo.com

**REFERENCE: RESPONSE TO RIGHT TO PETITION FOR DOCUMENTATION – ARTICLE 23 OF THE CONSTITUTION, LAW 1755, ARTICLE 14, Paragraph 1- CONTRACT No. 008 EJC 2019.**

**MARGARITA DEL SOCORRO NOREÑA FLOREZ,** of legal age, resident in this city, holder of Citizenship Card No. 24.728.158 issued in Manzanares, acting as the Legal Representative for Legal and Judicial Affairs of the company **REPRESENTACIONES DEL MUNDO S.A.S. REPREMUNDO**, does hereby provide a timely response to your request submitted via email on September 12, 2023, as follows:

Based on your requests:

I am writing to request information regarding the current status of the goods related to Contract No. 008 – EJC 2019, signed between AVIACOL USA CORP and PURCHASING AGENCY OF THE AIR FORCE – ACOFA. I am involved in the contractual process, and the company requires this status update as a supporting document.

| Waybill No. | Arrival Date | Manifest No. | Weight | Quantity | Customs Warehouse | Status |
|---|---|---|---|---|---|---|
| 3730471076 | 06/26/2020 | 116575010910608 | 4.60 | 31 | Repremundo | S/R |
| 3730471080 | 06/26/2020 | 116575010910608 | 20.40 | 126 | Repremundo | S/R |
| 3730471183 | 06/30/2020 | 116575010926135 | 6.65 | 37 | Repremundo | S/R |



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

It is important to indicate that the reason why the merchandise is being held is due to a legal provision and diligence by the competent authority. The state of the cargo is in legal abandonment, marked for destruction, and it has been reviewed by a DIAN Inspector in recent days, with the administrative act of destruction pending issuance.

The merchandise arrived consigned to this warehouse, acknowledging that it was intended to be directed to the Battalion's warehouse.

The merchandise was received with shipping forms 1178 and receiving form 1314, and the air waybill, which we are attaching herewith.

Having exceeded the legal term for the merchandise to remain in the warehouse without having undergone customs clearance, its legal abandonment was triggered, and in accordance with the legal obligation of the warehouse, such a report was issued to DIAN on November 03, 2021. This is in accordance with the provisions of Article 171 of Decree 1165 of 2019, which regulates the storage period in a Public warehouse and the exceptional extension granted during the pandemic by Resolution 104 of August 29, 2021.

Whatever the unmet condition that led to the abandonment, which we are unaware of, the abandonment of the merchandise occurred, leaving it in favor of the Nation, since its retrieval was not legalized within the following month.

Now, in relation to the following facts presented in your request, it is important to indicate that **REPREMUNDO** acts as the custodian of the goods and is not authorized to carry out any customs clearance process. It also has no knowledge of the inter-party contracts that may have been agreed upon in the negotiation, and therefore, we will not refer to them.

1. Contract No. 008 – EJC 2019 was signed between PURCHASING AGENCY OF THE AIR FORCE – ACOFA and the company AVIACOL USA CORP on October 18, 2019, to acquire PARTS OF NIGHT VISION PVS 7B, PVS14 FOR THE NATIONAL ARMY. These were labelled as goods for Defense and National Security.

2. Regarding Communication of March 10, 2022, Reference: Report presenting an economic proposal about the goods in legal abandonment sent by the company AVIACOL, we were informed by Mr. **GUSTAVO ADOLFO LOPEZ**, an Official from the **Coordination of Business and Commercialization Management - DIAN**, that it was not possible to process this economic proposal to buy the goods declared in legal abandonment, presented by the company AVIACOL.

3. AVIACOL USA CORP requires this information, which is filed with the entity concerning Contract No. 008 – EJC 2019, to proceed with the necessary steps to resolve the contractual differences that have emerged during the execution of this contract.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

In light of the terms presented above, we have provided a substantive response to your request.

Sincerely,


[Signature]

**MARGARITA DEL SOCORRO NOREÑA FLOREZ**

**Legal Representative for Legal and Judicial Affairs**


Attachments: Shipping forms 1178, receiving form 1314, and air waybill.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

*John A. Oyuela*
Certified Translator
License No. 577
ATA Corporate Member 278579

# Exhibit P



**MINISTERIO DE DEFENSA NACIONAL**
**COMANDO GENERAL DE LAS FUERZAS MILITARES**
**EJÉRCITO NACIONAL**
**BATALLON DE MANTENIMIENTO**



Al contestar, cite este número

Radicado No. 2020694001592671: MDN-COGFM-COEJC-SECEJ- COLOG-BRLOG1-BAMAN-S4-17.3

Bogotá D.C., 11 de septiembre de 2020

Señor
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
AVIACOL USA CORP
FORT LAUDERDALE

**ASUNTO:** Informe de novedades

Respetuosamente me permito informar a la empresa AVIACOL USA CORP ejecutora del contrato 008-EJC-2019 cuyo objeto es **"ADQUISICION DE REPUESTOS PARA VISION NOCTURNA PVS 7B, PVS14 PARA EL EJERCITO NACIONAL"** que los elementos amparados bajo las guías aéreas 7SC0871 y MNT00368845 no se han nacionalizado por lo cual se debe tener en cuenta que, al cumplirse cierto tiempo de permanencia en el depósito en el que se encuentran y no realizarse la nacionalización esos elementos quedarían en abandono legal, es decir, situación jurídica aduanera.
Comercio exterior por medio de Oficio No. 2020434007609913 del 9 de septiembre de 2020 indica que la fecha máxima para dicho proceso seria el 16 de septiembre de 2020, luego de esta fecha la autoridad aduanera adquiere los elementos en propiedad y procede a disponer de los mismos.

Por otro lado, no hemos recibido absolutamente ninguna información de su parte desde el 03 de septiembre de 2020 por lo cual queremos preguntar, ¿Porque no se ha realizado la salida de los elementos del país para poderlos ingresar de la manera que estipula el contrato? ¿Han pensado en otra solución que se rija al contrato? O ¿No pueden entregar los elementos en el lugar de entrega estipulado?

Quedamos a la espera de lo que ustedes nos indiquen

Agradecemos su atención,

**MY. JOSE ALFREDO ZAPATA HERRERA**
Supervisor del contrato 008-EJC-2019

**2020** AÑO DEL **FORTALECIMIENTO** DE LA **PROFESIONALIZACIÓN** MILITAR
Y **COHESIÓN** DE LA FUERZA

Dirección de la Unidad - Ciudad o Municipio. - Depto.
No. del Conmutador - No. de fax institucional
Correo electrónico de la unidad www.ejercito.mil.co




[Official Translation]

[Logo] MINISTRY OF NATIONAL DEFENSE
GENERAL COMMAND OF THE MILITARY FORCES
NATIONAL ARMY
MAINTENANCE BATTALION
[Barcode]
When replying, please refer to this number

Filing No. 2020694001592671: MDN-COGFM-COEJC-SECEJ-COLOG-BRLOG1-BAMAN-S4-17.3

Bogotá, D.C., September 11, 2020

Mr.
HAROLD GIOVANNY BOCANEGRA RODRIGUEZ
AVIACOL USA CORP
FORT LAUDERDALE

**SUBJECT**: Report on Updates

I respectfully inform AVIACOL USA CORP, the contractor for contract 008-EJC-2019, which purpose is the **"ACQUISITION OF SPARE PARTS FOR NIGHT VISION PVS 7B, PVS14 FOR THE NATIONAL ARMY,"** that the items covered by air waybills 7SC0871 and MNT00368845 have not been nationalized. Therefore, please be advised that if a certain span of time passes in which the items remain in the deposit without nationalization, these items will be considered legally abandoned, meaning they will be subject to customs legal status.
Foreign Trade, through Official Notice No. 2020434007609913 of September 9, 2020, states that the maximum date for this process would be September 16, 2020. After this date, the customs authority will take ownership of the items and will proceed to dispose of them.

On the other hand, we have not received any information from you since September 3, 2020. Therefore, we would like to ask: Why has the departure of the items from the country not been completed to allow for their entry as stipulated in the contract? Have you considered another solution that complies with the contract? Or are you unable to deliver the items to the designated delivery location?

We await your response.

We appreciate your attention.

[Signature]
**JOSÉ ALFREDO ZAPATA HERRERA, Major**
Supervisor of Contract 008-EJC-2019

[Motto]                                                                                      [QA Logos]
Unit Address - City or Municipality – Department
Switchboard No. - Institutional Fax No.
Unit Email: www.ejercito.mil.co



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn translator of the ENGLISH–SPANISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de  Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 20, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



# Exhibit Q

 

## **FAC-S-2020-018001-CE**

Al contestar, cite este número
Página 1 de 4, de la Comunicación Radicado
No FAC-S-2020-018001-CE del 9 de septiembre de 2020 / MDN-COGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA

Señor
**HAROLD GIOVANNI BOCANEGRA**
Representante Legal
AVIACOL
2299 Nw 108 Th Ave. Miami, Fl 33172



Contraseña:PvK9ELMtFL

Asunto: Comunicado contrato No. 008 - EJC-2019

En atención a su oficio sin fecha, recibido vía correo electrónico el  08-SEP/2020 a las 12:34 hrs, a través del cual se solicita la intervención para recepcionar los elementos objeto del contrato No. 008-ACOFA-EJC-2019 en un lugar diferente al acordado en el contrato, y donde se proponen alternativas de solución, me permito dar respuesta de su petición, en los siguientes términos:

1.   El contrato No. 008-ACOFA-EJC-2019 suscrito inicialmente el 18-OCT/2019, establece en su clausula 13 lo siguiente:

*"13. SHIPPING AND DELIVERY: Seller will use all commercially available resources to meet the delivery date of the products required by the Buyer in the Order and shall comply with the following conditions:*

*a. For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at calle 103 A No. 11 B – 00, Bogota DC – Colombia once the customs clearance processes have been performed by foreign trade area of the National army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 calle 19 sur No. 6-40 barrio sosiego – Bogotá D.C. and subsequent receipt to satisfaction.*
*DAP INCOTERM 2010*

*b. Shipments must be properly packaged and labeled in accordance with established international and commercial standards and contain at least identification of each Product individually with part number, Order number, and serial number when applicable.*

**"ASÍ SE VA A LAS ESTRELLAS"**
Línea Anticorrupción Fuerza Aérea Colombiana 321 430 8489
Carrera 54 No. 26-25 CAN - Conmutador (1) 3159800  Bogotá,, Colombia.
www.fac.mil.co

Página 1 de 4

 

c. Product must be accompanied by:
Invoice
Packing list
AWB/BILL of landing
Certificate of origin (when applicable according to the Product and origin.
Manufacturer warranties in writing (if there are original OEM warranties and they are not
written in this CONTRACT) and extended warranty, if applicable)

d. RESERVED

e. The seller shall send a copy in PDF of the documents described in paragraphs ̇c ̇ of this
article to the following email: / oficontratacion@ejercito.mil.co

f. in compliance with Colombian customs regulations, if a product in an airway bill or bill of
lading is nonconforming; all the Products in the airway bill shall not be accepted until all
Products consolidated in the air waybill are conforming.

If a Product an invoice that includes several Products is nonconforming, all Products in the
same invoice shall be hold pending for acceptance until the Seller corrects the invoice for all
conforming Products".

Así las cosas, esta Dirección considera oportuno aclarar que el contrato en mención
constituye un acuerdo y ley entre las partes, para lo cual mal haría la Agencia de Compras
de la Fuerza Aérea Colombiana (ACOFA), en desconocer y quebrantar las cláusulas del
contrato.

2. De acuerdo con los conceptos emitidos mediante oficios No. 2020694006959823 MDN-
CGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-SA4- 17.3 de fecha 24-AGO/2020,
No.2020694001504961 MDN-CGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-S4-17.3
de fecha 31-AGO/2020, No. 2020694001534381 MDN-CGFM-COEJC-SECEJ-COLOG-
BRLOG01-BAMAN-S4- 17.3 de fecha 03-SEP/2020, No. 2020435001543001 MDN-CGFM-
COEJC-SECEJ-JEMGF-COADE-DIADQ-CONTR- PROC-17.3 de fecha 04-SEP/2020, No.
20200434001554781 MDN-COGFM-SECEJ-JEMGF-COADE-DICEX-20.2 de fecha 07-
SEP/2020 y No. 2020432001556051MDN-CGFM-COEJC-SECEJ-JEMGF-COADE-
DIADQCONTR-PROC-17.2 de fecha 07-SEP/2020 por el Supervisor del contrato, Dirección
de Adquisiciones de Ejército Nacional y la Dirección de Comercio Exterior del Ejército
Nacional, no se da viabilidad de recibir los elementos en condiciones diferentes a las
acordadas por las partes en la cláusula 13 y el termino ICONTERM del contrato en mención,
por lo cual atendiendo el deber de cumplir lo acordado tanto por la empresa AVIACOL USA
CORP y ACOFA no se considera admisible proceder a sus peticiones.

**"ASÍ SE VA A LAS ESTRELLAS"**
Línea Anticorrupción Fuerza Aérea Colombiana 321 430 8489
Carrera 54 No. 26-25 CAN - Conmutador (1) 3159800  Bogotá,, Colombia.
www.fac.mil.co

Página 2 de 4

 

3.   Aunado a lo anterior, es pertinente aclararle que, el Ejército Nacional al ser el Ordenador de gasto para el presente contrato, de acuerdo con las competencias asignadas en la Resolución de Delegación del Ministerio de Defensa, es quien realiza los trámites de comercio exterior al ser el destinatario final de esos elementos, por lo que es su obligación garantizar que los mismos se reciban en las condiciones del contrato.

4.   Así mismo, y tal como se indicó líneas atrás,  el contrato es un acuerdo de voluntades lo que para el caso en estudio, la compañía que usted representa, conocía del plazo de ejecución y la forma de entrega de los elementos, generando con ello una aceptación total de su parte, lo cual se refleja  en la firma del contrato donde usted y su compañía aceptaron libremente y sin condicionamiento alguno, razón por la cual ACOFA no puede asumir una responsabilidad que es única y exclusivamente de la compañía que usted representa, puesto que si bien es cierto no se desconoce que en el giro normal de los negocios se presenten novedades, ello no implica el desconocimiento de su parte y la responsabilidad que esto conlleva, puesto que el experto en el negocio es usted al tener el conocimiento sobre las formas e implicaciones de los  procesos con la Administración, habida cuenta  que ha contado con diferentes contratos con la Agencia de Compras, donde todos son sometidos a trámites aduaneros, por lo cual es usted quien debe mitigar o tomar las medidas en las eventualidades que se presenten.

5.   Ahora bien, en lo que respecta a la ampliación de la garantía, me permito indicar que, para proceder a realizar alguna modificación, la misma deberá realizarse cuando esté vigente el término de ejecución del contrato.
Visto lo anterior, el contrato en mención se encuentra vencido desde el 10-JUL/2020, lo cual jurídicamente hace inviable la realización de un modificatorio en este momento.

6.   Finalmente, no es de recibo la normatividad que usted pretende hacer cumplir en el contrato en mención, puesto que la contratación adelantada a través de ACOFA, como es de su entero conocimiento, se rige por los parámetros legales y normativos aplicables en el Estado de la Florida, por lo que no es procedente lo indicado en su escrito respecto a lo consagrado en el artículo 5 de la Ley 80 de 1993 ni a la normatividad colombiana vigente, puesto que las mismas no son aplicables en las contrataciones adelantadas por ACOFA.

Así las cosas, de acuerdo con lo expuesto anteriormente y atendiendo lo consagrado en la cláusula 18 del contrato de la referencia, se procederá de acuerdo con lo manifestado por el supervisor de contrato a cobrar la cláusula de compensación por 12 días de retraso equivalente a la suma de USD$3.695,16, referente a la entrega de 48 elementos del ítem 17 (IMAGE INTENSIFIER, NIGHT MX11769), los cuales fueron entregados con fecha posterior al plazo de ejecución del contrato, el 22-JUL/2020, aplicación que será realizada por el  EJÉRCITO NACIONAL, conforme a la competencia de ordenación de pago descrita en la Resolución Ministerial del MDN.

**"ASÍ SE VA A LAS ESTRELLAS"**
Línea Anticorrupción Fuerza Aérea Colombiana 321 430 8489
Carrera 54 No. 26-25 CAN - Conmutador (1) 3159800  Bogotá,, Colombia.
www.fac.mil.co

Página 3 de 4

 

En lo que respecta a los elementos no entregados, de acuerdo con el informe del supervisor (oficio No. 2020435001543001 del 04-SEP/2020) correspondientes al ítem 3 IMAGE INTENSIFIER, N MX10130 (33 unidades), ítem 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 unidades), se realizará el cobro de la garantía de cumplimiento por usted presentada con la compañía FACTORIAL LLC, de fecha 19-JUN/2020, por valor de USD$62.901,63., suma que equivale al 10% de los elementos no entregados por su compañía, tal como se evidencia a continuación:

| ITEM | DESCRIPCIÓN | VALOR UNITARIO USD | CANTIDAD NO ENTREGADA | VALOR TOTAL USD |
|---|---|---|---|---|
| 3 | IMAGE INTENSIFIER, N MX10130 | 3.217,50 | 33 | 106.177,50 |
| 17 | IMAGE INTENSIFIER, NIGHT MX1176 | 3.207,60 | 163 | 522.838,80 |
| | | | TOTAL USD | 629.016,30 |
| 10% USD por concepto de incumplimiento de contrato de acuerdo con la clausula No. 18, literal b) del contrato de la referencia. | | | | 62.901,63 |

La presente comunicación deja sin valor ni efecto los pronunciamientos anteriores respecto de la aplicación de la cláusula de compensación por demora.

Coronel GUSTAVO ADOLFO RAMÍREZ GÓMEZ
Director Agencia De Compras

Copia: TE MELO BERNAL / AEJU; Copia: MY RUIZ PARRA / ACOFA; Copia: MY CORREA CIFUENTES / AEJU; Copia: MY MEDINA GOMEZ / ACON; Copia: T1 ORTIZ QUINTERO / SESIN; MY. JOSE ALFREDO ZAPATA HERRERA

Elaboró AS11. BERNAL CALDERON / DISOP  Revisó: T1. ORTIZ QUINTERO / SESIN  Aprobó T1. ORTÍZ/ MODIFICATORIOS

**"ASÍ SE VA A LAS ESTRELLAS"**
Línea Anticorrupción Fuerza Aérea Colombiana 321 430 8489
Carrera 54 No. 26-25 CAN - Conmutador (1) 3159800  Bogotá,, Colombia.
www.fac.mil.co

Página 4 de 4

[Official Translation]

FAC-S-2020-018001-CE

| [Coat of arms and Motto]<br>Ministry of Defense | [Coat of arms] GENERAL COMMAND<br>OF THE MILITARY FORCES | [Coat of arms and Motto]<br>COLOMBIAN AIR FORCE |

**FAC-S-2020-018001-CE**

When answering, please state this number.

Page 1 of 4 of the Filed Communications

No. FAC-S-2020-018001-CE of September 09, 2020 / MDN-COGFM-FAC-COFAC-JEMFA-CAF-JEAD-ACOFA

| Mr.<br>**HAROLD GIOVANNI BOCANEGRA**<br>Legal Representative<br>AVIACOL<br>2299 Nw 108 Th Ave. Miami, Fl 33172 | [QR Code]<br>Password:PvK9ELMtFL |

Reference: Communication regarding Contract No. 008 - EJC-2019

In reference to your undated Official Notice, which I received via email on September 08, 2020, at 12:34 PM, you requested an intervention to receive the items covered under Contract No. 008 - EJC-2019 at a location different from that specified in the contract and suggested some alternative resolutions. I hereby respond to your request under the following terms:

1. Contract No. 008 - EJC-2019 was originally signed on October 18, 2019. Clause 13 of the contract states the following:

"13. SHIPPING AND DELIVERY: Seller will use all commercially available resources to meet the delivery date of the products required by the Buyer in the Order and shall comply with the following conditions:

a. For Customs and nationalization purposes, seller must transfer the goods to the customs warehouse of the National Army Supply Battalion, located at Calle 103 A No. 11 B – 00, Bogotá, D.C., Colombia once the customs clearance processes have been performed by foreign trade area of the National army, seller must transfer the goods in the company or a delegate of the technical committee to the warehouse of Armaments Spare Parts of the Maintenance Battalion No. 1 Calle 19 sur No. 6-40 Barrio Sosiego, Bogotá, D.C., and subsequent receipt to satisfaction. DAP INCOTERM 2010

b. Shipments must be properly packaged and labeled in accordance with established international and commercial standards and contain at least identification of each Product individually with part number, Order number, and serial number when applicable.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

FAC-S-2020-018001-CE

| | | |
|---|---|---|
| [Coat of arms and Motto] | [Coat of arms] GENERAL COMMAND | [Coat of arms and Motto] |
| Ministry of Defense | OF THE MILITARY FORCES | COLOMBIAN AIR FORCE |

c. Product must be accompanied by:

Invoice

Packing list

AWB/BILL of landing

Certificate of origin (when applicable according to the Product and origin.

Manufacturer warranties in writing (if there are original OEM warranties and they are not written in this CONTRACT) and extended warranty, if applicable)

d. RESERVED

e. The seller shall send a copy in PDF of the documents described in paragraphs˙c of this article to the following email: / oficontratacion@ejercito.mil.co

f. in compliance with Colombian customs regulations, if a product in an airway bill or bill of lading is nonconforming; all the Products in the airway bill shall not be accepted until all Products consolidated in the air waybill are conforming.

If a Product an invoice that includes several Products is nonconforming, all Products in the same invoice shall be hold pending for acceptance until the Seller corrects the invoice for all conforming Products".

In light of the above, this Directorate considers it appropriate to clarify that Contract No. 008 - EJC-2019 constitutes an agreement and law between the parties. Therefore, it would be improper for the Purchasing Agency of the Colombian Air Force (ACOFA) to disregard and violate the clauses of the contract.

2. According to the term issued in Official Notices No. 2020694006959823 MDN-CGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-SA4- 17.3 of August 24, 2020, No. 2020694001504961 MDN-CGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-S4-17.3 of August 31, 2020, No. 2020694001534381 MDN-CGFM-COEJC-SECEJ-COLOG-BRLOG01-BAMAN-S4- 17.3 of September 03, 2020, No. 2020435001543001 MDN-CGFM-COEJC-SECEJ-JEMGF-COADE-DIADQ-CONTR-PROC-17.3 of September 04, 2020, No. 20200434001554781 MDN-CGFM-SECEJ-JEMGF-COADE-DICEX-20.2 of September 07, 2020, and No. 2020432001556051MDN-CGFM-COEJC-SECEJ-JEMGF-COADE-DIADQCONTR-PROC-17.2 of September 07, 2020, issued by the Contract Supervisor, the Directorate of Acquisitions of the National Army, and the Directorate of Foreign Trade of the National Army, it is not feasible to accept the elements under conditions different from those agreed upon by the parties in clause 13 and the INCOTERM term of this contract. Therefore, in compliance with the agreement between the company AVIACOL USA CORP and ACOFA, it is not considered admissible to proceed with your requests.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

_John A. Oyuela_
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

FAC-S-2020-018001-CE

| [Coat of arms and Motto] | [Coat of arms] GENERAL COMMAND | [Coat of arms and Motto] |
|---|---|---|
| Ministry of Defense | OF THE MILITARY FORCES | COLOMBIAN AIR FORCE |

3. In addition to the above, it is pertinent to clarify that the National Army, being the Expenditure Authorizing Officer for this contract, in accordance with the competencies assigned in the Delegation Resolution of the Ministry of Defense, is the one that carries out the foreign trade procedures as the final recipient of these elements. Therefore, it is its obligation to ensure that they are received under the conditions of the contract.

4. Additionally, the contract is an agreement of wills, which, in this case, the company you represent was aware of the execution period and the form of delivery of the elements, generating with it a total acceptance on your part. This is reflected in the signing of the contract where you and your company freely and unconditionally accepted, which is why ACOFA cannot assume a responsibility that is solely and exclusively that of the company you represent. Although it is true that it is not denied that in the normal course of business, there may be novelties, this does not imply a disregard on your part and the responsibility that this entails, as you are the expert in the business, having knowledge about the forms and implications of processes with the Administration. You have had different contracts with the Purchasing Agency, all of which are subject to customs procedures, so it is you who must mitigate or take measures in the eventualities that arise.

5. Regarding the extension of the guarantee, I would like to point out that any modifications must be made while the contract execution period is still valid.
In light of the above, this contract expired on July 10, 2020, making it legally unfeasible to make a modification at this time.

6. Finally, the regulations you seek to enforce in this contract are not acceptable, as the contracting carried out by ACOFA, as you are fully aware, is governed by the legal and regulatory parameters applicable in the State of Florida. Therefore, what you indicated in your letter regarding the provisions of Article 5 of Law 80 of 1993 and the current Colombian regulations is not applicable in the contracts carried out by ACOFA.

Thus, in accordance with the above and in compliance with clause 18 of the referenced contract, we will proceed, as stated by the contract supervisor, to collect the compensation clause for 12 days of delay, equivalent to USD 3695.16, referring to the delivery of 48 items of item 17 (IMAGE INTENSIFIER, NIGHT MX11769), which were delivered after the contract execution period, on July 22, 2020. This application will be made by the NATIONAL ARMY, in accordance with the payment authorization described in the Ministerial Resolution of the Ministry of National Defense.



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.

LS _John A. Oyuela_
Certified Translator
License No. 577
ATA Corporate Member 278579

[Official Translation]

FAC-S-2020-018001-CE

| [Coat of arms and Motto] | [Coat of arms] GENERAL COMMAND | [Coat of arms and Motto] |
|---|---|---|
| Ministry of Defense | OF THE MILITARY FORCES | COLOMBIAN AIR FORCE |

Regarding the items not delivered, according to the supervisor's report (Official Notice No. 2020435001543001 of September 04, 2020) corresponding to item 3 IMAGE INTENSIFIER, N MX10130 (33 units), item 17 IMAGE INTENSIFIER, NIGHT MX11769 (163 units), the guarantee of fulfillment presented by you with the company FACTORIAL LLC, on June 19, 2020, for USD 62,901.63, which corresponds to 10% of the elements not delivered by your company, will be collected as follows:

| ITEM | DESCRIPTION | UNIT VALUE IN USD | QUANTITY NOT DELIVERED | TOTAL VALUE IN USD |
|---|---|---|---|---|
| 3 | IMAGE INTENSIFIER, N MX10130 | 3217.50 | 33 | 106,177.50 |
| 17 | IMAGE INTENSIFIER, NIGHT MX1176 | 3207.60 | 163 | 522,838.80 |
| | | | TOTAL IN USD | 629,016.30 |
| **A charge of 10% in USD for breaking the contract, according to Clause No. 18, paragraph b) of the referenced contract.** | | | | 62,901.63 |

This communication voids any previous statements regarding the application of the compensation clause for delay.

[Signature]

Colonel GUSTAVO ADOLFO RAMÍREZ GÓMEZ

Director of the Purchasing Agency

Copy: Lieutenant MELO BERNAL / AEJU; Copy: Major RUIZ PARRA / ACOFA; Copy: Major CORREA CIFUENTES / AEJU; Copy: Major MEDINA GOMEZ / ACON; Copy: T1. ORTIZ QUINTERO / SESIN; Major JOSE ALFREDO ZAPATA HERRERA

Drafted by: AS11. BERNAL CALDERON / DISOP Reviewed by: T1. ORTIZ QUINTERO / SESIN Approved by: T1. ORTÍZ/ MODIFICATORIOS



I, the undersigned, **JOHN ALEXÁNDER OYUELA VARGAS**, holder of Citizenship Card No. 80.052.095 and ATA member No. 278579, sworn official translator and interpreter of the ENGLISH–SPANISH–ENGLISH languages, under **License No. 577 of October 22, 2021**, issued by the Universidad Nacional de Colombia, do hereby certify that this is a true and accurate translation of the attached document from Spanish into English. In witness whereof, I hereunto set my hand and official seal on **August 19, 2024**. This certification acknowledges the accuracy of the translation but not the authenticity or contents of the source document. Contact details: info@swap.com.co or asistente@swap.com.co; mobile (+57) 310 575 9156; web site: www.swaptranslators.com. Date format: mm/dd/yyyy.



John A. Oyuela
Certified Translator
License No. 577
ATA Corporate Member 278579